1

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF TEXAS

3    SHERMAN DIVISION

4

5    ------------------------------------------------------------

6    DANIEL CLATE ACKER            ]        CASE NO. 4:06CV469

7    VS.                           ]        9 AM, JUNE 16, 2011

8    DIRECTOR OF TDCJ-CID          ]        PLANO, TEXAS

9    ------------------------------------------------------------

10

11            REPORTER'S TRANSCRIPT OF EVIDENTIARY HEARING

12

13            VOLUME 1 OF 1, PAGES 1 THROUGH 162

14

15            TABLE OF CONTENTS, PAGE 140

16

17                 CONCORDANCE, PAGE 143

18

19    THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

20

21

22

23

24   PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

2

1              [COURT REPORTER'S NOTES 20110616, 9 AM, THURSDAY,

2      JUNE 16, 2011, PLANO, TEXAS, U.S. DISTRICT JUDGE RICHARD SCHELL

3      PRESIDING]

4      APPEARANCES:

5      FOR THE PETITIONER:        A. RICHARD ELLIS

6                                 ATTORNEY AT LAW

7                                 75 MAGEE AVENUE

8                                 MILL VALLEY, CALIFORNIA 94941

9                                 415-389-6771

10     FOR THE RESPONDENT:        TINA JOANN MIRANDA

11                                LESLIE K. KUYKENDALL

12                                ASSISTANT ATTORNEYS GENERAL

13                                OFFICE OF THE ATTORNEY GENERAL

14                                STATE OF TEXAS

15                                POST OFFICE BOX 12548

16                                AUSTIN, TEXAS 78711-2548

17                                512-936-1400

18

19

09:13AM   20

09:19AM   21             THE COURT:  THANK YOU.  PLEASE BE SEATED.

09:19AM   22             FIRST OF ALL, GOOD MORNING TO EVERYONE.

09:19AM   23             MR. ELLIS:  GOOD MORNING, YOUR HONOR.

09:19AM   24             MS. MIRANDA:  GOOD MORNING.

09:19AM   25             THE COURT:  THIS CASE IS STYLED "DANIEL CLATE ACKER

09:19AM 1   VERSUS RICK THALER, DIRECTOR OF THE TEXAS DEPARTMENT OF

09:20AM 2   CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,"

09:20AM 3   CAUSE NUMBER 4:06CV469.

09:20AM 4           I HAVE IN THE COURTROOM REPRESENTING MR. ACKER--

09:20AM 5   MR. ACKER IS IN THE COURTROOM, ALSO HIS LAWYER, RICHARD ELLIS,

09:20AM 6   IS PRESENT.  GOOD MORNING.

09:20AM 7           MR. ELLIS:  GOOD MORNING, YOUR HONOR.

09:20AM 8           THE COURT:  AND I ALSO HAVE IN THE COURTROOM TINA

09:20AM 9   MIRANDA, WHO IS AN ASSISTANT ATTORNEY GENERAL FOR THE STATE

09:20AM 10  OF TEXAS.  GOOD MORNING.

09:20AM 11          MS. MIRANDA:  YES, YOUR HONOR.  AND ALSO LESLIE

09:20AM 12  KUYKENDALL WILL BE HERE.

09:20AM 13          THE COURT:  ALL RIGHT.

09:20AM 14          THE COURT GRANTED, IN PART, THE PETITIONER'S MOTION

09:20AM 15  FOR AN EVIDENTIARY HEARING IN THIS CASE.  THAT WAS DONE, LET'S

09:20AM 16  SEE, ON MAY 25TH OF 2010.  I THINK THIS HEARING WAS SCHEDULED

09:20AM 17  ON AN EARLIER DATE AND WAS CONTINUED AT LEAST ONCE, MAYBE

09:21AM 18  TWICE, I'M NOT SURE, AT THE REQUEST OF THE PARTIES.  AND SO

09:21AM 19  IT WAS RESCHEDULED FOR TODAY.

09:21AM 20          THE COURT GRANTED THE PETITIONER'S MOTION FOR AN

09:21AM 21  EVIDENTIARY HEARING ON HIS ACTUAL-INNOCENCE CLAIM, WHICH IS

09:21AM 22  CLAIM NUMBER 1.  AND SO THAT'S WHAT WE ARE HERE FOR.

09:21AM 23          I HAVE READ THE JOINT PRE-HEARING STATEMENT, WHICH

09:21AM 24  IS DOCUMENT NUMBER 67.  I SEE THAT THERE ARE 18 WITNESSES IN

09:21AM 25  THE STATEMENT.  I DID RECEIVE WORD--I THINK, MR. ELLIS, YOU

**4**

| | |
|---|---|
| 09:21AM 1 | CALLED MY OFFICE THIS MORNING AND SAID THAT DR. LARKIN, YOUR |
| 09:22AM 2 | EXPERT, WAS TAKEN TO THE HOSPITAL, APPARENTLY, LAST NIGHT. |

09:22AM   3         MR. ELLIS:  YES, THAT'S CORRECT, YOUR HONOR.  I

09:22AM   4 WAS INFORMED THIS MORNING THAT THERE WAS A MEDICAL EMERGENCY.

09:22AM   5 DR. LARKIN HAD--

09:22AM   6         THE COURT:  CAN YOU KEEP YOUR VOICE UP?

09:22AM   7         MR. ELLIS:  I'M SORRY.  CAN YOU HEAR ME NOW?

09:22AM   8         THE COURT:  WELL, TRY TO PLACE THE MICROPHONE A

09:22AM   9 LITTLE CLOSER TO YOUR MOUTH AND KEEP YOUR VOICE UP.  MR. KELLEY

09:22AM 10 RELIES ON EARPHONES THROUGH THE SOUND SYSTEM TO MAKE OUR

09:22AM 11 RECORD.

09:22AM 12         MR. ELLIS:  YES, I WAS INFORMED THIS MORNING THAT

09:22AM 13 DR. LARKIN HAD WHAT WAS DESCRIBED AS THE CLASSIC SIGNS OF A

09:22AM 14 HEART ATTACK.  HE IS IN AN ASSISTED-LIVING HOME BECAUSE OF

09:22AM 15 HIS MEDICAL CONDITION, INCLUDING LOSS OF A LEG AND PRIOR HEART

09:22AM 16 ATTACKS.  I WAS INFORMED THAT AN AMBULANCE HAD BEEN CALLED

09:22AM 17 AND HE WAS ON HIS WAY TO THE MEDICAL CENTER IN CHARLOTTE,

09:23AM 18 NORTH CAROLINA.  I HAVE, THROUGHOUT THE MORNING, BEEN TRYING

09:23AM 19 TO OBTAIN UPDATED INFORMATION ON HIS CONDITION, WHICH APPEARS

09:23AM 20 TO BE RATHER SERIOUS.

09:23AM 21         I HAVE BEEN NOTIFIED BY THE I.T. PEOPLE, BOTH HERE

09:23AM 22 AND IN CHARLOTTE, THAT TOMORROW IS AVAILABLE.  THE COURT HAS

09:23AM 23 MADE TOMORROW AVAILABLE FOR THE HEARING TOO.  I'M TRYING TO

09:23AM 24 FIND OUT IF DR. LARKIN'S CONDITION WOULD ENABLE HIM TO TESTIFY

09:23AM 25 TOMORROW.

5

09:23AM  1          AND THAT'S THE PRESENT STATE OF WHAT I KNOW ABOUT

09:23AM  2  DR. LARKIN, YOUR HONOR.

09:23AM  3          THE COURT:  OKAY.

09:23AM  4          MR. ELLIS:  SO WE ARE SORRY.  WE APOLOGIZE FOR THIS.

09:23AM  5  IT WAS AN ENTIRELY, OF COURSE, UNFORESEEN EVENT.

09:23AM  6          THE COURT:  YES.

09:23AM  7          MR. ELLIS:  HE HAD SERIOUS CHEST PAINS AND IT WAS

09:23AM  8  APPARENTLY THE CLASSIC SIGNS OF A HEART ATTACK.

09:23AM  9          THE COURT:  OKAY.

09:23AM 10          FOR THE RECORD, THE COURT HAD ARRANGED

09:23AM 11  VIDEOCONFERENCING FOR DR. LARKIN'S TESTIMONY FROM NORTH

09:23AM 12  CAROLINA, AND SO THAT'S THE REASON HE'S STILL IN NORTH

09:24AM 13  CAROLINA.  BUT, OF COURSE, THE EMERGENCY THAT OCCURRED WAS

09:24AM 14  TOTALLY UNFORESEEN.

09:24AM 15          WELL, THE BURDEN OF PROOF IS ON THE PETITIONER HERE.

09:24AM 16  SO HOW WOULD YOU LIKE TO PROCEED, MR. ELLIS?  DO YOU WANT TO

09:24AM 17  START CALLING OTHER WITNESSES?  OR DO YOU HAVE ANY OTHER

09:24AM 18  WITNESSES HERE?

09:24AM 19          MR. ELLIS:  YOUR HONOR, YES, WE DO HAVE ONE WITNESS

09:24AM 20  THIS MORNING.  PERHAPS IT MIGHT BE USEFUL TO THE COURT IF I

09:24AM 21  COULD PROVIDE A SHORT ROAD MAP, PERHAPS, OF THE PRESENTATION--

09:24AM 22          THE COURT:  THAT WOULD BE FINE.

09:24AM 23          MR. ELLIS:  --THAT WE ENVISION--

09:24AM 24          THE COURT:  OKAY.

09:24AM 25          MR. ELLIS:  --BECAUSE COUNSEL FOR THE RESPONDENT AND

6

09:24AM 1  I HAVE BEEN ABLE TO WORK--ENTERED INTO SOME STIPULATIONS--

09:24AM 2        THE COURT:  OKAY.

09:24AM 3        MR. ELLIS:  --REGARDING SOME OF THE--

09:24AM 4        THE COURT:  COULD YOU DO THAT FROM THE PODIUM.

09:24AM 5        MR. ELLIS:  YES, I WILL.

09:24AM 6        THE COURT:  THAT WILL GET YOU OUT OF THE LIGHT OF

09:24AM 7  THE DOCUMENT CAMERA TOO.  OR THE PROJECTOR, RATHER.

09:25AM 8        MR. ELLIS:  BASICALLY, WE HAVE BEEN ABLE TO--OR AT

09:25AM 9  LEAST I THINK WE WILL BE ABLE TO STIPULATE TO THE FOLLOWING

09:25AM 10 WITNESSES:

09:25AM 11       THE FIRST ONE WOULD BE MR. CLAYTON MCGRAW,

09:25AM 12 M-C-G-R-A-W, WHO WAS THE GRAND JURY FOREMAN.  AND I BELIEVE

09:25AM 13 THERE WILL BE A STIPULATION AS TO HIS TESTIMONY.

09:25AM 14       THE SECOND WITNESS THAT WE WILL NOT BE CALLING

09:25AM 15 IS WILLIAM BRANDON, B-R-A-N-D-O-N, ANDERSON FROM THE HOPKINS

09:25AM 16 COUNTY SHERIFF'S DEPARTMENT.  AND I BELIEVE THERE WILL BE

09:25AM 17 A STIPULATION ABOUT A PRIOR JUMPING ATTEMPT BY THE VICTIM,

09:25AM 18 MS. GEORGE, FROM THE TRUCK WHEN MR. ACKER WAS IN IT.

09:25AM 19       THE THIRD WITNESS WHICH WE HOPE TO ENTER INTO A

09:26AM 20 STIPULATION TO IS WALTER ALLEN STORY, S-T-O-R-Y, ALSO FROM THE

09:26AM 21 HOPKINS COUNTY SHERIFF'S DEPARTMENT.  AND THIS IS REGARDING

09:26AM 22 PHONE CALLS REGARDING THE ABDUCTION OF THE VICTIM AND THE

09:26AM 23 TIMING OF THOSE CALLS.

09:26AM 24       THERE IS A QUESTION HERE--I THINK--COUNSEL MAY

09:26AM 25 CORRECT ME, BUT I BELIEVE WE MAY HAVE A STIPULATION AS TO BILL

09:26AM 1   REECE--R-E-C-E-E, I THINK--R-E-C-E-S-E--I'M NOT SURE OF THE

09:26AM 2   SPELLING OF THAT NAME--ALSO FROM THE HOPKINS COUNTY SHERIFF'S

09:26AM 3   DEPARTMENT.

09:26AM 4         THE COURT: IS HE LISTED IN YOUR PRE-HEARING

09:26AM 5   STATEMENT?

09:26AM 6         MR. ELLIS: I BELIEVE HE IS, YOUR HONOR, YES.

09:26AM 7         THE COURT: LET'S SEE HERE. ALL RIGHT. R-E-E-C-E.

09:26AM 8         MR. ELLIS: R-E-E-C-E.

09:27AM 9         THE COURT: ALL RIGHT. GO AHEAD.

09:27AM 10         MR. ELLIS: AND HE HAD INTERVIEWED MR. ACKER AFTER

09:27AM 11   HE TURNED HIMSELF IN TO MR. REECE.

09:27AM 12         ADDITIONALLY, THE PETITIONER WILL NOT BE CALLING THE

09:27AM 13   FOLLOWING INDIVIDUALS WHO ARE ON OUR WITNESS LIST:

09:27AM 14         THE FIRST ONE WOULD BE WILLIAM HOWARD MCDOWELL,

09:27AM 15   M-C-D-O-W-E-L-L, WHO WAS ONE OF PETITIONER'S TRIAL COUNSEL.

09:27AM 16   HIS TESTIMONY WOULD BE BASICALLY RECORD BASED OR COVERED BY

09:27AM 17   THE OTHER TRIAL COUNSEL, MR. RON FERGUSON, WHO WILL BE HERE

09:27AM 18   THIS AFTERNOON.

09:27AM 19         AND THE FOLLOWING WITNESSES WILL NOT BE CALLED, AS

09:27AM 20   THEIR TESTIMONY WOULD BE ENTIRELY RECORD BASED. THEY WOULD BE

09:27AM 21   DORCAS VITTATOE, V-I-T-T-A-T-O-E. MS. VITTATOE IS PETITIONER'S

09:28AM 22   SISTER, AND SHE TESTIFIED AT TRIAL.

09:28AM 23         THE NEXT ONE WOULD BE PETITIONER DANIEL ACKER. HE

09:28AM 24   TESTIFIED AT TRIAL.

09:28AM 25         AND ALSO SHERRI WALKER, PETITIONER'S YOUNGER SISTER.

8

09:28AM 1   WE DON'T FEEL HER TESTIMONY WOULD BE RELEVANT.  SHE WAS NOT

09:28AM 2   LIVING IN THE AREA AT THE TIME OF THE--OF THE OFFENSE.

09:28AM 3             THE COURT:  OKAY.  THAT REMOVES EIGHT WITNESSES FROM

09:28AM 4   THE 18.  SO WE HAVE 10 WITNESSES, INCLUDING DR. LARKIN.  LET ME

09:28AM 5   ASK YOU, SINCE BOTH OF YOUR EXPERTS--

09:28AM 6             OKAY, MS. MIRANDA.

09:28AM 7             MS. MIRANDA:  I WANTED TO, IF I COULD, YOUR HONOR,

09:28AM 8   JUST CLEAR UP SOME OF THE STIPULATIONS.

09:28AM 9             THE COURT:  ALL RIGHT.

09:28AM 10            MS. MIRANDA:  DO YOU NEED ME TO GO TO THE PODIUM?

09:28AM 11            THE COURT:  THAT'S OKAY, YOU ARE USING YOUR MIKE.

09:29AM 12            MS. MIRANDA:  AS FAR AS STIPULATING TO THE WITNESSES

09:29AM 13  WHO TESTIFIED TO THE PREVIOUS ATTEMPT TO JUMP, WE ARE NOT

09:29AM 14  STIPULATING TO THE FACT THAT THAT EVENT ACTUALLY HAPPENED.

09:29AM 15  WHAT WE ARE STIPULATING IS THAT THAT'S WHAT THEY WOULD HAVE

09:29AM 16  TESTIFIED TO.  AND IT WOULD BE HEARSAY TESTIMONY.  BUT UNDER

09:29AM 17  HOUSE, WE UNDERSTAND THAT KIND OF TESTIMONY IS ADMISSIBLE FOR

09:29AM 18  ACTUAL-INNOCENCE PURPOSES.  BUT WE DO WANT TO MAKE SURE THAT

09:29AM 19  IT'S CLEAR THAT IS HEARSAY TESTIMONY.  WE'RE NOT STIPULATING

09:29AM 20  TO THE TRUTH OF THE MATTER ASSERTED, WE'RE SIMPLY STIPULATING

09:29AM 21  THAT THAT'S WHAT THEY WOULD HAVE TESTIFIED TO.

09:29AM 22            THE COURT:  OKAY.  ALL RIGHT.

09:29AM 23            MS. MIRANDA:  THANK YOU, YOUR HONOR.

09:29AM 24            THE COURT:  OKAY.

09:29AM 25            LET ME ASK YOU, SINCE BOTH OF YOUR EXPERTS APPEAR TO

**9**

09:29AM 1  AGREE THAT--WAIT A MINUTE.

09:29AM 2  LADIES AND GENTLEMEN, SOMEBODY HAS A CHILD.  I DON'T

09:29AM 3  KNOW WHERE THE CHILD IS.  SHE'S GOING TO HAVE TO CALM DOWN

09:30AM 4  BEFORE SHE COMES BACK IN.

09:30AM 5  ALL RIGHT.  SINCE BOTH OF YOUR EXPERTS SEEM TO AGREE

09:30AM 6  THAT THERE WAS NO STRANGULATION--THAT STRANGULATION WAS NOT

09:30AM 7  THE CAUSE OF DEATH--IS THAT TRUE, MS. MIRANDA?

09:30AM 8  MS. MIRANDA:  YES, YOUR HONOR, IT IS.

09:30AM 9  THE COURT:  OKAY.  NOW, AT THE TRIAL, THE STATE'S

09:30AM 10  EXPERT TESTIFIED THAT STRANGULATION WAS THE CAUSE OF THE DEATH

09:30AM 11  OF THE DECEASED.  CORRECT?

09:30AM 12  MS. MIRANDA:  IT WAS ONE OF THE CAUSES, YES, THAT

09:30AM 13  SHE IDENTIFIED.  SHE IDENTIFIED STRANGULATION AND BLUNT-FORCE

09:30AM 14  INJURY.

09:30AM 15  THE COURT:  OKAY.  ALL RIGHT.  OKAY.  SO WHAT WILL

09:30AM 16  DR. LARKIN AND DR. DI MAIO ADD TO THIS HEARING IF THEY BOTH

09:30AM 17  AGREE THAT STRANGULATION WAS NOT THE CAUSE OF DEATH?  AS I SEE

09:30AM 18  YOUR SUMMARY OF DR. LARKIN'S TESTIMONY, HE WOULD TESTIFY AS TO

09:31AM 19  THE ERRORS OF THE AUTOPSY.  HE DISAGREED WITH DR. GONSOULIN,

09:31AM 20  WHO APPARENTLY WAS THE CORONER WHO DID THE AUTOPSY AND

09:31AM 21  TESTIFIED AT TRIAL.  SO THAT'S WHAT HE WOULD TESTIFY TO.  I'M

09:31AM 22  NOT SURE THAT WE'LL NEED HIM.  MAYBE YOU FEEL DIFFERENTLY,

09:31AM 23  MR. ELLIS.  BUT IF THAT'S THE EXTENT OF HIS TESTIMONY, AND THE

09:31AM 24  STATE AGREES THAT STRANGULATION WAS NOT ONE OF THE CAUSES OF

09:31AM 25  DEATH, THEN I DON'T KNOW IF YOU NEED TO MAKE ARRANGEMENTS FOR

09:31AM 1   HIM TO TESTIFY OR NOT.

09:31AM 2           MR. ELLIS:  WELL, I WOULD AGREE, YOUR HONOR.  THE

09:31AM 3   STATE HAS A RIGHT TO CROSS-EXAMINE HIM.  BUT I WOULD AGREE HIS

09:31AM 4   TESTIMONY WILL BE--AS FAR AS I'M CONCERNED--BASICALLY RECORD

09:31AM 5   BASED IN THE SENSE THAT HIS REPORT IS AN EXHIBIT TO THE FEDERAL

09:31AM 6   WRIT, AND WE WON'T BE GOING BEYOND, I THINK, WHAT HE'S ALREADY

09:31AM 7   SAID.  SO I WOULD AGREE WITH THE COURT.

09:32AM 8           MS. MIRANDA:  I WOULD HAVE TO DISAGREE WITH THE

09:32AM 9   COURT, YOUR HONOR.  THE INDICTMENT IN THIS CASE ALLEGED THREE

09:32AM 10  ALTERNATIVES.  STRANGULATION WAS PART OF TWO OF THEM.  THE

09:32AM 11  THIRD ALTERNATIVE WAS THAT MR. ACKER CAUSED HER DEATH BY BLUNT-

09:32AM 12  FORCE INJURIES.  AND I THINK BOTH EXPERTS AGREE THAT SHE

09:32AM 13  SUFFERED BLUNT-FORCE INJURIES.  SO THEN THE QUESTION BECOMES:

09:32AM 14  WAS THAT THE CAUSE OF DEATH?

09:32AM 15          AND MR. LARKIN, IN HIS REPORT, OPINED THAT HER DEATH

09:32AM 16  WAS ACCIDENTAL, THAT THESE BLUNT-FORCE INJURIES WERE THE RESULT

09:32AM 17  OF HER BEING PUSHED--I'M SORRY, I APOLOGIZE--THAT THESE

09:32AM 18  INJURIES WERE THE RESULT OF HER VOLUNTARILY JUMPING OUT OF THE

09:32AM 19  TRUCK.

09:32AM 20          THE COURT:  WHO TESTIFIED TO THAT?

09:32AM 21          MS. MIRANDA:  THIS IS DR. LARKIN, IN HIS REPORT.

09:32AM 22          THE COURT:  OKAY.  HOW WOULD HE KNOW WHETHER SHE

09:32AM 23  VOLUNTARILY JUMPED OUT OR SHE WAS PUSHED?

09:32AM 24          MS. MIRANDA:  WELL, YOUR HONOR, THAT'S OUR QUESTION.

09:32AM 25  AND THAT'S WHY I WANT TO CROSS-EXAMINE HIM.  BECAUSE HE OPINED

09:32AM   1   TO A CERTAIN DEGREE OF MEDICAL CERTAINTY THAT HER DEATH WAS

09:32AM   2   ACCIDENTAL AND THAT IT WAS AS A RESULT OF HER VOLUNTARILY

09:32AM   3   JUMPING OUT OF THE TRUCK.  WE WOULD LIKE TO CROSS-EXAMINE HIM

09:33AM   4   AS TO HOW HE CAN TELL THAT.

09:33AM   5           THE COURT:  OKAY.  ALL RIGHT.

09:33AM   6           AND THEN DR. DI MAIO IS EXPECTED TO TESTIFY THAT--

09:33AM   7   WELL, IS EXPECTED TO SAY, ON BEHALF OF THE STATE, THE SAME

09:33AM   8   THING AS DR. LARKIN WOULD SAY AS FAR AS STRANGULATION, THAT

09:33AM   9   MANUAL STRANGULATION IS NOT A VIABLE THEORY HERE; ANY INJURIES

09:33AM   10  ARE CONSISTENT WITH EXITING THE TRUCK.

09:33AM   11          DO THEY BOTH AGREE EXITING THE TRUCK WHILE IT'S

09:33AM   12  MOVING?  IS THAT AGREED TO BY BOTH EXPERTS?

09:33AM   13          MR. ELLIS:  YES, YOUR HONOR.

09:33AM   14          MS. MIRANDA:  I BELIEVE--WELL, I DON'T KNOW THAT FOR

09:33AM   15  SURE.  I'M NOT SURE IF DR. DI MAIO'S OPINION WAS BASED ON THE

09:33AM   16  FACT THAT THE TRUCK WAS ACTUALLY MOVING, BECAUSE HE ALSO OPINED

09:33AM   17  THAT SHE CERTAINLY COULD HAVE BEEN RUN OVER WHEN THE TRUCK WAS

09:33AM   18  NOT MOVING [SIC].  SO I THINK EITHER POSSIBILITY EXISTS.  SO I

09:34AM   19  WOULD HATE TO STIPULATE TO THAT.

09:34AM   20          THE COURT:  OKAY.

09:34AM   21          MS. MIRANDA:  BECAUSE THERE WAS A WITNESS IN THIS

09:34AM   22  CASE, YOUR HONOR, THAT SAW MR. ACKER--THIS IS IN THE RECORD

09:34AM   23  FROM THE TRIAL--THAT SAW HIM DRAGGING WHAT APPEARED TO BE HER

09:34AM   24  UNCONSCIOUS BODY OUT OF THE TRUCK.  SO IT IS POSSIBLE--

09:34AM   25          THE COURT:  BUT DR. DI MAIO IS OF THE OPINION THAT

09:34AM 1   YOU CAN'T TELL WHETHER SHE WAS PUSHED OR WHETHER SHE JUMPED?

09:34AM 2          MS. MIRANDA:  EXACTLY, YES.  AND HE'S ALSO GOING

09:34AM 3   TO TESTIFY TO THE FACT THAT IT'S HIS OPINION THAT SHE WAS RUN

09:34AM 4   OVER.  AND I BELIEVE MR. LARKIN, IN HIS REPORT, STATES THAT HE

09:34AM 5   DOES NOT BELIEVE THAT SHE WAS RUN OVER BY THE TRUCK.  THAT WILL

09:34AM 6   BE ANOTHER AREA OF CROSS-EXAMINATION.

09:34AM 7          THE COURT:  OKAY.  ALL RIGHT.

09:34AM 8          MR. ELLIS:  YOUR HONOR, IT APPEARS THAT A LOT OF

09:34AM 9   THESE ARGUMENTS MAY BE HYBRID LEGAL ARGUMENTS THAT PERHAPS

09:34AM 10  MIGHT BE BEST ADDRESSED IN A POST-HEARING BRIEF, IF THE COURT

09:34AM 11  IS INCLINED TO AFFORD US THAT OPPORTUNITY, FOR THIS REASON:

09:35AM 12  A LOT OF--I DON'T SEE THE NEED HERE TO REHASH A LOT OF WHAT'S

09:35AM 13  ALREADY IN THE RECORD.  AND IF THE ARGUMENT IS THE LEGAL

09:35AM 14  CONSEQUENCES OF THIS OR WHAT THIS MEANS, I THINK THAT WE

09:35AM 15  BOTH--BOTH COUNSEL, I THINK, AGREE, I THINK, THAT A POST-

09:35AM 16  HEARING BRIEF WOULD BE AN OPPORTUNE TIME--OR IT WOULD BE GOOD

09:35AM 17  TO PUT THESE ARGUMENTS IN A POST-HEARING BRIEF.  IN OTHER WORDS,

09:35AM 18  THAT WOULD GIVE US A CHANCE TO SUMMARIZE WHAT WAS THE SUBSTANCE

09:35AM 19  OF THE TESTIMONY AND THEN TO MAKE OUR LEGAL ARGUMENTS, AT LEAST,

09:35AM 20  IN A POST-HEARING BRIEF.

09:35AM 21         THE COURT:  OKAY.  NOW, AS I UNDERSTAND IT FROM

09:35AM 22  THE HOUSE CASE, I CAN HEAR ANY EVIDENCE WHETHER IT'S ADMISSIBLE

09:35AM 23  OR NOT AT TRIAL.  SO WHETHER I AGREE OR DISAGREE WITH THE TRIAL

09:35AM 24  JUDGE'S RULINGS ON THE EVIDENCE IS SORT OF IRRELEVANT HERE.

09:36AM 25  I'M JUST GOING TO HEAR WHATEVER YOU PRESENT TO ME; AND IF IT'S

09:36AM 1  RELEVANT TO THE ISSUE OF ACTUAL INNOCENCE, THEN I CAN CONSIDER

09:36AM 2  THAT.

09:36AM 3          MR. ELLIS:  YES, YOUR HONOR.  SCHLUP VERSUS DELLO,

09:36AM 4  513 U.S. 298--SCHLUP, S-C-H-L-U-P, VERSUS DELLO, D-E-L-L-O,

09:36AM 5  CITED AT 513 U.S. 298, 1995, ALSO SAYS THAT ALL EVIDENCE CAN

09:36AM 6  BE CONSIDERED, EVEN EVIDENCE THAT WAS NOT ADMISSIBLE AT TRIAL

09:36AM 7  OR THAT WAS EXCLUDED AT TRIAL OR THAT WAS UNAVAILABLE AT TRIAL.

09:36AM 8          HOUSE--THE COURT IS ALSO CORRECT.  HOUSE VERSUS

09:36AM 9  BELL, 547 U.S. 518, 2006 CASE, SAYS THE SAME THING, THAT THE

09:36AM 10 COURT CAN CONSIDER ALL THE EVIDENCE, EVEN THOUGH IT MAY NOT

09:36AM 11 HAVE BEEN ADMISSIBLE AT TRIAL, SUCH AS HEARSAY.

09:36AM 12         MS. MIRANDA:  AND, YOUR HONOR, IF I MAY JUST COMMENT

09:36AM 13 ON THAT, I ABSOLUTELY AGREE THAT THAT'S WHAT THE CASE LAW SAYS

09:37AM 14 AND THE SUPREME COURT HAS SAID, BUT I THINK WITH THE CAVEAT

09:37AM 15 THAT, WHEN YOU ARE CONSIDERING THAT EVIDENCE, TO CONSIDER

09:37AM 16 WHY A PARTICULAR PIECE OF EVIDENCE MIGHT NOT BE ADMISSIBLE,

09:37AM 17 ESPECIALLY IF THE REASON FOR THE INADMISSIBILITY AT TRIAL WOULD

09:37AM 18 HAVE BEEN RELIABILITY, THAT WHEN CONSIDERING THAT EVIDENCE, YOU

09:37AM 19 CAN CERTAINLY CONSIDER THE FACT THAT--THE RELIABILITY ASPECT OF

09:37AM 20 THAT.  FOR INSTANCE, HEARSAY TESTIMONY.

09:37AM 21         THE COURT:  YEAH.  IT JUST SEEMS ODD TO ME THAT THIS

09:37AM 22 COURT CAN CONSIDER ALL THE EVIDENCE, WHETHER IT'S ADMISSIBLE OR

09:37AM 23 NOT, IN DETERMINING WHETHER NO REASONABLE JUROR COULD HAVE DONE

09:37AM 24 ANYTHING BUT FIND A REASONABLE DOUBT.

09:37AM 25         MS. MIRANDA:  WELL, CERTAINLY THE STATE WOULD AGREE

**14**

09:37AM 1   WITH YOU, YOUR HONOR; BUT, UNFORTUNATELY, THE SUPREME COURT, I

09:37AM 2   THINK, HAS BEEN PRETTY CLEAR ABOUT THE FACT THAT YOU CAN DO IT.

09:37AM 3   SO IT IS TOUGH, BECAUSE A JURY WOULD NOT, IN FACT, HAVE HEARD A

09:37AM 4   GREAT PORTION OF--

09:37AM 5          THE COURT:  AND IN ANY TRIAL MIGHT NOT BE ABLE TO

09:38AM 6   HEAR THAT BECAUSE IT'S NOT ADMISSIBLE.

09:38AM 7          MS. MIRANDA:  EXACTLY.

09:38AM 8          THE COURT:  OKAY.  SO, ASSUMING THAT THE COURT CAN

09:38AM 9   HEAR EVERYTHING, THEN, IS THE COURT ALSO CONFINED TO THE THEORY

09:38AM 10  THAT THE PROSECUTION ADVANCED AT THE TRIAL?

09:38AM 11         MS. MIRANDA:  YOUR HONOR, ABSOLUTELY NOT.

09:38AM 12         THE COURT:  IN OTHER WORDS, THE PROSECUTION ADVANCED

09:38AM 13  EITHER STRANGULATION, BLUNT FORCE, OR BOTH.

09:38AM 14         MS. MIRANDA:  CORRECT.

09:38AM 15         THE COURT:  RIGHT?  OKAY.  AND WAS IT THE

09:38AM 16  PROSECUTION'S THEORY AT TRIAL THAT MR. ACKER PUSHED

09:38AM 17  MS. GEORGE FROM THE TRUCK?

09:38AM 18         MS. MIRANDA:  I'M SORRY.  YOUR QUESTION WAS?

09:38AM 19         THE COURT:  WAS THE THEORY AT TRIAL AND WAS THE JURY

09:38AM 20  INSTRUCTED THAT THEY COULD ONLY FIND HIM GUILTY IF THEY FOUND

09:39AM 21  THAT EITHER HE STRANGLED HER OR HE CAUSED HER TO MAKE CONTACT

09:39AM 22  WITH A BLUNT OBJECT THAT KILLED HER AS A RESULT OF HIM PUSHING

09:39AM 23  HER FROM THE TRUCK?

09:39AM 24         MS. MIRANDA:  NO, YOUR HONOR, THAT WAS NOT--THE

09:39AM 25  SPECIFIC PUSHING HER FROM THE TRUCK WAS NOT PART OF THAT.

**15**

09:39AM 1   THEY WERE INSTRUCTED MORE GENERALLY, WHICH IS SIMPLY THE BLUNT-

09:39AM 2   FORCE INJURY, IF HE CAUSED--

09:39AM 3          THE COURT:  IF HE CAUSED.  JUST CAUSED?

09:39AM 4          MS. MIRANDA:  YES.

09:39AM 5          THE COURT:  OKAY.

09:39AM 6          MS. MIRANDA:  AND IF I MAY ADDRESS THE FIRST PART

09:39AM 7   OF THAT QUESTION, YOUR HONOR, WE DO NOT BELIEVE THAT YOU ARE

09:39AM 8   CONFINED BY THE STATE'S THEORY SIMPLY BECAUSE THE INQUIRY INTO

09:39AM 9   ACTUAL INNOCENCE, ESPECIALLY IN THIS CONTEXT OF THE GATEWAY,

09:39AM 10  IS SEPARATE FROM--IT'S NOT A TRIAL ERROR.  THIS ISN'T AN

09:39AM 11  INEFFECTIVE ASSISTANCE OF COUNSEL, WHERE YOU REALLY ARE TRYING

09:39AM 12  TO DETERMINE THE EFFECT IT WOULD HAVE HAD ON THE JURY.  THIS IS

09:39AM 13  SORT OF A SEPARATE INQUIRY.  THIS IS:  DID HE DO THIS AT ALL?

09:39AM 14  AND IF HE DIDN'T, THEN MAYBE WE COULD USE THIS OTHER GATEWAY TO

09:39AM 15  GET TO SOME PROCEDURALLY BARRED CLAIM.

09:39AM 16          SO I DON'T BELIEVE THE COURT IS CONFINED TO THE

09:40AM 17  THEORIES THAT WERE ASSERTED BY THE STATE AT TRIAL.  I THINK YOU

09:40AM 18  LOOK AT THIS EVIDENCE, NEW AND OLD, AND SEE WHERE IT COMES OUT.

09:40AM 19          MR. ELLIS:  YOUR HONOR, IF I MAY, WE VIGOROUSLY

09:40AM 20  DISPUTE COUNSEL'S ACCOUNT OF WHAT THE TRIAL WAS--

09:40AM 21          THE COURT:  YOU NEED TO KEEP YOUR VOICE UP.  I'M

09:40AM 22  AFRAID THE COURT REPORTER IS GOING TO HAVE A LOT OF TROUBLE

09:40AM 23  HEARING YOU.

09:40AM 24          MR. ELLIS:  AM I COMING IN BETTER NOW?

09:40AM 25          THE COURT:  YOU ARE NOW, UH-HUH.

09:40AM  1      MR. ELLIS:  THERE WAS NO STAND-ALONE THEORY OF

09:40AM  2  BLUNT-FORCE INJURY HERE.  BASICALLY, THE JURY WAS ASKED TO

09:40AM  3  CONSIDER BLUNT-FORCE INJURIES, BUT IN THE CONTEXT OF THE THEORY

09:40AM  4  OF A PRIOR STRANGULATION.  I THINK THAT THE KEY--AND AGAIN HERE

09:40AM  5  WE'RE GOING--

09:40AM  6      THE COURT:  WAIT A MINUTE, WAIT A MINUTE.  IN YOUR

09:40AM  7  PRE-HEARING STATEMENT--LET ME SEE WHERE THAT IS--DO YOU NOT

09:40AM  8  OUTLINE--WELL, MAYBE YOU DO NOT.  LET'S SEE.  NO, I DON'T

09:40AM  9  THINK SO.  I THINK YOU GET RIGHT INTO WHO THE WITNESSES ARE.

09:41AM  10      WELL, IT WAS MY UNDERSTANDING THAT THERE WERE--LET'S

09:41AM  11  SEE--THERE WERE THREE THEORIES:  STRANGULATION, IMPACT WITH A

09:41AM  12  BLUNT OBJECT, OR BOTH.  YOU DISPUTE THAT?

09:41AM  13      MR. ELLIS:  YES, WE DO, YOUR HONOR, BECAUSE WE

09:41AM  14  CANNOT SIMPLY EXCISE THE OTHER TWO.  WE CANNOT SIMPLY TAKE

09:41AM  15  STRANGULATION OFF THE TABLE AND THEN SAY:  WHAT WOULD A

09:41AM  16  REASONABLE JUROR DO LEFT WITH BLUNT-FORCE INJURIES?  FOR THIS

09:41AM  17  REASON:  WE CAN'T ASK THEM--WE CAN'T PUT--THE COURT COULD NOT

09:41AM  18  PUT ITSELF IN THE MIND OF A REASONABLE JUROR BY DOING THIS,

09:41AM  19  BECAUSE THAT WAS NOT THE CONTEXT IN WHICH THE JURY CHARGE WAS

09:41AM  20  MADE.  THE JURY CHARGE WAS MADE IN THE CONTEXT OF THE MOUNDS

09:42AM  21  OF EVIDENCE, FROM THE AUTOPSY, TO THE INDICTMENT, TO THE

09:42AM  22  TESTIMONY OF DR. GONSOULIN, THE OPENING STATEMENTS, THE

09:42AM  23  TESTIMONY, THE CROSS-EXAMINATION OF MR. ACKER, THE CLOSING

09:42AM  24  ARGUMENTS.  THEY WERE ALL WITHIN THE CONTEXT OF THE VICTIM WAS

09:42AM  25  FIRST STRANGLED AND THEN DEAD AT THE TIME OF THE BLUNT-FORCE

09:42AM 1   INJURY.  SO THIS IS WHY WE DON'T EVEN KNOW IF THE JURY EVER

09:42AM 2   GOT TO THE THEORY OF BLUNT-FORCE INJURIES ALONE BEING WHAT THEY

09:42AM 3   CONSIDERED.  THEY COULD HAVE CONSIDERED THE STRANGULATION.  AND

09:42AM 4   THEY WERE GIVEN MASSIVE EVIDENCE THROUGHOUT THE TRIAL OF THE

09:42AM 5   VICTIM BEING DEAD WHEN THE BLUNT-FORCE INJURIES OCCURRED.  AND

09:42AM 6   THAT'S WHY I SAY THAT THE--WE CANNOT SIMPLY TAKE STRANGULATION

09:42AM 7   OFF THE THEORY WITHOUT IT IMPACTING THE ENTIRE JURY CHARGE THAT

09:42AM 8   THE JURY WAS--

09:42AM 9            THE COURT:  WELL, BUT WOULDN'T I LOOK AT THE JURY

09:42AM 10  CHARGE TO SEE HOW THEY WERE CHARGED?

09:42AM 11           MR. ELLIS:  YES, YOUR HONOR, WE CAN LOOK AT THAT TO

09:43AM 12  SEE HOW THEY WERE CHARGED, BUT WE CAN'T SAY THAT, WELL, YOU

09:43AM 13  KNOW, IF THEY WERE--IF THEY ELIMINATE STRANGULATION--

09:43AM 14           THE COURT:  WELL, FIRST OF ALL, I'M NOT LOOKING

09:43AM 15  NECESSARILY AT THAT JURY.  THE TEST IS:  BASED ON THE TOTAL

09:43AM 16  RECORD THAT I HEAR AT THIS HEARING, THE COURT MUST MAKE A

09:43AM 17  PROBABILISTIC DETERMINATION ABOUT WHAT REASONABLE, PROPERLY

09:43AM 18  INSTRUCTED JURORS WOULD DO.

09:43AM 19           NOW, PROPERLY INSTRUCTED--MAYBE I'M NOT EVEN LIMITED

09:43AM 20  BY THE INSTRUCTIONS THAT WERE GIVEN AT THAT TRIAL.  DO BOTH OF

09:43AM 21  YOU THINK I AM?

09:43AM 22           MS. MIRANDA:  I DON'T THINK YOU ARE.  AND I THINK

09:43AM 23  THE KEY TO THIS IS EXACTLY WHAT YOU SAID, YOUR HONOR, AND THAT

09:43AM 24  IS IT'S NOT JUST THE JURY.  WE ARE NOT TALKING ABOUT WHAT THIS

09:43AM 25  JURY WOULD HAVE DONE.  THAT WOULD BE THE CASE IN AN

09:43AM 1 INEFFECTIVE-ASSISTANCE-OF-COUNSEL CLAIM OR SOME OTHER TRIAL

09:43AM 2 ERROR.  WE ARE SIMPLY TALKING ABOUT WHAT A REASONABLE JURY OR

09:44AM 3 A REASONABLE JUROR WOULD SAY, GIVEN THE EVIDENCE AS A WHOLE.

09:44AM 4 SO IT DOESN'T MATTER WHAT THEORY THE STATE--OR THE CONTEXT

09:44AM 5 IN WHICH THE STATE PRESENTED ITS EVIDENCE AT TRIAL, BECAUSE

09:44AM 6 THAT'S NOT WHAT WE'RE TALKING ABOUT.  WE'RE TALKING ABOUT:

09:44AM 7 KNOWING WHAT WE KNOW NOW, THE ACTUAL INCIDENT THAT IS SUPPOSED

09:44AM 8 TO BE ESTABLISHED BY NEW EVIDENCE, KNOWING WHAT WE KNOW NOW,

09:44AM 9 WHAT WOULD A REASONABLE JUROR DO?

09:44AM 10        AND I THINK--GOING BACK TO THE ADMISSIBILITY THING,

09:44AM 11 I THINK THAT IS EVIDENCE OF THE FACT THAT WE'RE NOT LIMITED TO

09:44AM 12 WHAT THAT JURY WOULD HEAR, BECAUSE THE JURY WOULD NEVER HEAR

09:44AM 13 THAT EVIDENCE.  SO WE'RE, AGAIN, NOT TALKING ABOUT THE SAME

09:44AM 14 JURY THAT SAT IN HIS TRIAL, WE'RE TALKING ABOUT A HYPOTHETICAL

09:44AM 15 REASONABLE JUROR AND WHAT THEY WOULD THINK.

09:44AM 16        THE COURT:  THAT'S MY UNDERSTANDING.

09:44AM 17        MS. MIRANDA:  AND I WOULD ALSO LIKE TO POINT OUT

09:44AM 18 THAT IT IS IN THE JURY CHARGE THREE SEPARATE THINGS.  AND NOT

09:44AM 19 ONLY THAT, THE PROSECUTOR DID ARGUE DURING CLOSING ARGUMENT

09:44AM 20 THAT IT COULD BE EITHER, IT COULD BE STRANGULATION, IT COULD

09:44AM 21 BE A SEPARATE BLUNT FORCE, OR IT COULD BE A COMBINATION OF THE

09:44AM 22 TWO.  IN FACT, HE SAID IT DOESN'T MATTER WHICH, BECAUSE THE LAW

09:44AM 23 COVERS ALL THREE.  SO THE PROSECUTOR TOLD THE JURY, THE JURY

09:45AM 24 WAS INSTRUCTED THAT IT HAD THE OPTION OF ALL THREE.

09:45AM 25        THE COURT:  NOW, MR. ELLIS IS ARGUING THAT THE

09:45AM  1    JURY WAS NOT INSTRUCTED IN THAT MANNER.

09:45AM  2              IS THAT WHAT YOU ARE ARGUING?

09:45AM  3              MR. ELLIS:  NOT EXACTLY, YOUR HONOR.  I'M SAYING

09:45AM  4    THEY WERE GIVEN THREE ALTERNATIVES.  BUT WHAT I'M SAYING NOW

09:45AM  5    IS THAT FOR THIS JUDGE TO--FOR THIS COURT TO PUT ITSELF IN THE

09:45AM  6    SHOES OF WHETHER A REASONABLE JUROR WOULD HAVE A REASONABLE

09:45AM  7    DOUBT, WHICH IS WHAT I THINK THE HOUSE CASE SAYS, THAT WE

09:45AM  8    CANNOT SIMPLY EXCISE THE STRANGULATION, BECAUSE THE ABSENCE

09:45AM  9    OF STRANGULATION VASTLY WEAKENS THE WHOLE BLUNT-FORCE-INJURIES

09:45AM  10   THEORY, WHICH WAS NEVER PRESENTED TO THE JURORS AS THE STAND-

09:45AM  11   ALONE BLUNT-FORCE THEORY--

09:45AM  12             THE COURT:  I'M NOT LOOKING AT THAT JURY.  I'M

09:45AM  13   LOOKING AT A HYPOTHETICAL JURY OF REASONABLE PEOPLE.

09:45AM  14             MR. ELLIS:  AND THIS IS--I AGREE, YOUR HONOR, THIS

09:45AM  15   IS WHAT WE'RE LOOKING AT.  SO THE HYPOTHETICAL REASONABLE JUROR

09:45AM  16   WOULD CERTAINLY NOT BE IN THE SHOES OF THE ORIGINAL JURORS.

09:45AM  17   THEY WOULD HAVE A--WITH STRANGULATION NOT IN CONSIDERATION,

09:46AM  18   THEY WOULD HAVE SIMPLY THE BLUNT FORCE.  AND THIS WOULD VASTLY

09:46AM  19   INFLUENCE HOW THE BLUNT-FORCE INJURY WOULD BE CONSIDERED.

09:46AM  20             THE COURT:  YEAH.  WELL, I THINK YOU'VE ANSWERED

09:46AM  21   MY QUESTION.  BOTH OF YOU SEEM TO AGREE THAT THE JURY WAS

09:46AM  22   INSTRUCTED ON ALL THREE THEORIES OF THE CAUSE OF DEATH.

09:46AM  23             MS. MIRANDA:  THE JURY WAS INSTRUCTED.

09:46AM  24             THE COURT:  YEAH.  OKAY.  I JUST DIDN'T KNOW

09:46AM  25   WHETHER--EVEN THOUGH I CAN HEAR ALL OF THE EVIDENCE, WHETHER

09:46AM   1   IT WAS ADMITTED AT THAT TRIAL OR NOT AND INDEED WHETHER IT'S

09:46AM   2   EVEN ADMISSIBLE AT ANY TRIAL OR NOT, I DIDN'T KNOW WHETHER

09:46AM   3   I COULD BOTH DO THAT--AND I KNOW I CAN DO THAT--BUT WHETHER

09:46AM   4   I'M LIMITED BY THE THEORIES THAT THE JURY WAS CHARGED--THAT

09:46AM   5   PARTICULAR JURY WAS CHARGED ON.

09:46AM   6         AND IN READING THE HOUSE CASE, I'M NOT EVEN SURE I'M

09:46AM   7   LIMITED TO THAT.  BUT IT DOESN'T MATTER HERE, BECAUSE YOU BOTH

09:46AM   8   AGREE THAT THE JURY THAT ACTUALLY HEARD THIS CASE WAS CHARGED

09:47AM   9   ON ALL THREE THEORIES.

09:47AM  10         MS. MIRANDA:  THAT'S RIGHT, YES.

09:47AM  11         THE COURT:  SO I THINK I CAN NOT WORRY ABOUT THAT.

09:47AM  12   OKAY.  SO WHERE SHALL WE GO FROM HERE?

09:47AM  13         MR. ELLIS:  FIRST OF ALL, WILL WE BE PROCEEDING BY

09:47AM  14   WAY OF A POST-HEARING BRIEF IN THIS CASE, YOUR HONOR?

09:47AM  15         THE COURT:  BY WAY OF A POST-HEARING BRIEF?

09:47AM  16         MR. ELLIS:  POST-HEARING BRIEF.  WOULD THAT BE--

09:47AM  17         THE COURT:  WELL, I MEAN, IF YOU CONVINCE ME THAT

09:47AM  18   I NEED ONE, THEN I'LL CERTAINLY LET YOU DO THAT.  ARE YOU

09:47AM  19   THINKING THAT THAT WOULD HAVE A BEARING ON WHAT YOU WANT TO

09:47AM  20   PRESENT TO ME NOW?

09:47AM  21         MR. ELLIS:  POSSIBLY.  POSSIBLY, YES.  BECAUSE IT

09:47AM  22   SEEMS LIKE WE ARE GETTING INTO FACTUAL AND LEGAL DISPUTES HERE

09:47AM  23   THAT I THINK CAN BE BEST ADDRESSED IN A POST-HEARING BRIEF.  I

09:47AM  24   MEAN, THERE ARE--COUNSEL HAS POINTED TO A FEW INSTANCES IN THE

09:47AM  25   TRIAL WHERE BLUNT-FORCE INJURIES WERE REFERRED TO.  I MEAN, I

09:48AM 1    CAN POINT TO DOZENS--DOZENS--WHERE STRANGULATION--PRIOR

09:48AM 2    STRANGULATION, DEATH BY STRANGULATION WAS THE THEORY AT TRIAL.

09:48AM 3    AND I THINK THAT THAT NEEDS TO BE--I THINK THE COURT NEEDS TO

09:48AM 4    CONSIDER THAT.  I WOULD BE SPENDING--I'VE GOT 15 PAGES HERE OF

09:48AM 5    THAT WHICH I WOULD PREFER, I THINK, TO PUT INTO A POST-HEARING

09:48AM 6    BRIEF RATHER THAN SIMPLY DRONE ON HERE TO THE COURT ABOUT IT.

09:48AM 7    SO I THINK IT WOULD, IN THE INTEREST OF EFFICIENCY--

09:48AM 8            THE COURT:  WELL, I MEAN, I'LL LET YOU BRIEF

09:48AM 9    WHATEVER YOU NEED TO BRIEF.  I'M NOT NECESSARILY LOOKING FOR

09:48AM 10   MORE BRIEFING HERE.  I WAS KIND OF HOPING TO HEAR THE EVIDENCE

09:48AM 11   HERE AND THEN GIVE YOU A RULING AT THE END OF THE HEARING,

09:48AM 12   BUT...

09:48AM 13           MS. MIRANDA:  IF I MAY, YOUR HONOR, AND I DON'T WANT

09:48AM 14   TO SPEAK OUT OF TURN FOR MR. ELLIS, BUT I THINK PART OF WHAT

09:48AM 15   HE'S TRYING TO SAY, AND I WOULD AGREE IN ONE SENSE, IS THAT THE

09:48AM 16   EVIDENCE WILL SAY ONE THING, BUT THEN I KNOW, AT LEAST FROM OUR

09:48AM 17   PART, A HUGE PORTION OF OUR REBUTTAL TO THE ACTUAL INNOCENCE

09:49AM 18   IS GOING TO DEPEND ON ARGUMENTS BASED ON WHAT THE EXPERT SAYS.

09:49AM 19   BECAUSE OUR EXPERT IS GOING TO COME IN AND SAY YOU CAN'T TELL

09:49AM 20   WHETHER SHE WAS PUSHED OR JUMPED.  SO THEN IT'S GOING TO BE

09:49AM 21   LEFT UP TO THE EVIDENCE AT TRIAL TO DETERMINE WHETHER IT WAS

09:49AM 22   ACCIDENTAL.  AND THAT'S WHAT A REASONABLE JUROR WOULD HAVE TO

09:49AM 23   BASE THEIR OPINION ON.

09:49AM 24           SO I THINK WHAT HE'S TRYING TO SAY IS THAT WE CAN

09:49AM 25   PRESENT THESE WITNESSES, BUT THEN THERE'S STILL SOME ARGUMENT

09:49AM 1    TO BE MADE BASED ON THE EVIDENCE AT TRIAL--

09:49AM 2            THE COURT:  IF YOU BOTH AGREE THAT POST-HEARING

09:49AM 3    BRIEFS ARE NEEDED, THEN THAT'S FINE, WE'LL DO THAT.

09:49AM 4            MS. MIRANDA:  I MEAN, I HAVE NO OBJECTION TO HIS

09:49AM 5    REQUEST.

09:49AM 6            THE COURT:  OKAY.  THAT'S FINE.  I WON'T MAKE A

09:49AM 7    RULING, THEN, AT THE END OF THIS HEARING, AND I'LL WAIT FOR

09:49AM 8    YOUR BRIEFS.

09:49AM 9            MR. ELLIS:  THANK YOU, YOUR HONOR.

09:49AM 10           THE COURT:  OKAY.

09:49AM 11           WHAT WITNESSES CAN YOU CALL AT THIS TIME, MR. ELLIS?

09:49AM 12           MR. ELLIS:  YOUR HONOR, WE WOULD--THIS MORNING, WE

09:49AM 13   WOULD HAVE AVAILABLE NANCY ACKER.

09:49AM 14           THE COURT:  OKAY.  ALL RIGHT.

09:49AM 15           LET ME HAVE ALL OF THE WITNESSES--LET ME ASK COUNSEL

09:50AM 16   TO ASK ALL OF THEIR WITNESSES WHO ARE HERE IN THE COURTROOM OR

09:50AM 17   OUTSIDE THE COURTROOM TO COME UP HERE TO BE PLACED UNDER OATH.

09:50AM 18           MR. ELLIS, WHOEVER YOU HAVE IN THE COURTROOM THAT'S

09:50AM 19   GOING TO BE A WITNESS, I'LL NEED THAT PERSON TO COME UP HERE.

09:50AM 20           AND, MS. MIRANDA, WHOEVER YOU HAVE IN THE COURTROOM--

09:50AM 21           MS. MIRANDA:  WE'RE GOING TO GET OUR EXPERT, YOUR

09:50AM 22   HONOR.  HE'S OUTSIDE THE COURTROOM.

09:50AM 23           THE COURT:  YOU JUST HAVE TWO WITNESSES.  RIGHT?

09:50AM 24           MS. MIRANDA:  YES, WE SHOULD JUST HAVE TWO.

09:50AM 25           THE COURT:  GOOD MORNING.

23

09:50AM 1            THE WITNESS:  GOOD MORNING.

09:50AM 2            THE COURT:  LET ME WAIT UNTIL EVERYBODY COMES UP

09:50AM 3  HERE.

09:50AM 4            THE WITNESS:  YES, SIR.

09:50AM 5            THE COURT:  GOOD MORNING TO YOU, MA'AM.

09:50AM 6            THE WITNESS:  YES, SIR.  THANK YOU.

09:50AM 7            THE COURT:  IT MAY TAKE ME A MINUTE TO GO THROUGH MY

09:50AM 8  LIST HERE.

09:50AM 9            MS. MIRANDA:  WE'RE STILL LOOKING FOR--OH, THERE HE

09:50AM 10  IS--DR. DI MAIO.

09:50AM 11            THE COURT:  LET ME START AND GET YOUR NAME, FIRST OF

09:50AM 12  ALL.

09:51AM 13            THE WITNESS:  TONEY HURLEY.

09:51AM 14            MS. MIRANDA:  I THINK THIS IS--SOME OF THE WITNESSES

09:51AM 15  THAT YOU PUT ON YOUR LIST, BUT I GUESS YOU ARE NOT CALLING, ARE

09:51AM 16  IN THE COURTROOM.  I JUST WANTED TO MAKE SURE, BEFORE WE SWORE

09:51AM 17  THEM IN AND ASKED FOR THE RULE, THAT WE WERE CLEAR THAT THEY

09:51AM 18  WEREN'T GOING TO TESTIFY.  OKAY?  OKAY.  I JUST WANTED TO MAKE

09:51AM 19  SURE.

09:51AM 20            THE COURT:  WE HAVE TONEY HURLEY.  DO YOU SPELL YOUR

09:51AM 21  NAME T-O-N-E-Y?

09:51AM 22            THE WITNESS:  YES, SIR.

09:51AM 23            THE COURT:  YOUR NAME, PLEASE, MA'AM?

09:51AM 24            THE WITNESS:  NANCY ACKER.

09:51AM 25            THE COURT:  OKAY.

24

09:52AM   1          AND YOUR NAME, PLEASE, SIR?

09:52AM   2          THE WITNESS:  LEWIS TATUM.

09:52AM   3          THE COURT:  I'M NOT SEEING MR. TATUM ON THE WITNESS

09:52AM   4   LIST.  AM I MISSING THAT?  LEWIS TATUM.  WHO IS CALLING

09:53AM   5   MR. TATUM?

09:53AM   6          MR. ELLIS:  I THINK I SUBPOENAED HIM.  HE MAY HAVE

09:53AM   7   NOT BEEN ON THE WITNESS LIST.  I THINK HE WAS ALSO CALLED FOR

09:53AM   8   WHAT MR. ANDERSON WOULD BE TESTIFYING TO, WHICH WAS STIPULATED

09:53AM   9   TO.

09:53AM   10         THE COURT:  OKAY.

09:53AM   11         MS. MIRANDA, LEWIS TATUM IS HERE TO TESTIFY.  ARE

09:53AM   12   YOU AWARE OF HIM?

09:53AM   13         MS. MIRANDA:  HE LET ME KNOW, YES, YOUR HONOR.

09:53AM   14         THE COURT:  OKAY.

09:53AM   15         THE COURT REPORTER:  WOULD YOU SPELL LEWIS FOR ME.

09:53AM   16         THE WITNESS:  L-E-W-I-S.

09:53AM   17         THE COURT REPORTER:  THANK YOU.

09:53AM   18         THE COURT:  AND TATUM IS T-A-T-U-M?

09:53AM   19         THE WITNESS: YES, SIR.

09:53AM   20         THE COURT:  ALL RIGHT, SIR.

09:53AM   21         THE WITNESS:  VINCENT J.M. DI MAIO.

09:54AM   22         THE COURT:  OKAY.

09:54AM   23         THAT'S IT.  NO OTHER WITNESSES IN THE COURTROOM

09:54AM   24   THEN?  I GUESS NOT.  ALL RIGHT.

09:54AM   25         WOULD ALL OF YOU RAISE YOUR RIGHT HAND AND BE PLACED

09:54AM   1   UNDER OATH.

09:54AM   2           DEPUTY COURT CLERK:  DO YOU SWEAR THE TESTIMONY YOU

09:54AM   3   SHALL GIVE IN THE CASE NOW IN HEARING SHALL BE THE TRUTH, THE

09:54AM   4   WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

09:54AM   5           VOICES:  I DO.

09:54AM   6           THE COURT:  DOES EITHER SIDE INVOKE THE RULE?

09:54AM   7           MS. MIRANDA:  WE HAVEN'T, YOUR HONOR.  WE ASK THAT

09:54AM   8   THE RULE BE INVOKED.  WE JUST ASK THAT OUR EXPERT BE EXEMPTED

09:54AM   9   FROM THE RULE, AT LEAST WHEN THEIR EXPERT IS TESTIFYING.

09:54AM  10           THE COURT:  OKAY.

09:54AM  11           MR. ELLIS:  NO OBJECTION.

09:54AM  12           THE COURT:  OKAY.  SO YOU ARE INVOKING THE RULE

09:54AM  13   EXCEPT FOR EXPERTS?

09:54AM  14           MS. MIRANDA:  YES.

09:54AM  15           THE COURT:  ALL RIGHT.

09:54AM  16           I NEED TO TELL--WELL, LET'S SEE, SINCE WE DON'T

09:54AM  17   HAVE AN EXPERT WHO WILL BE TESTIFYING THIS MORNING, APPARENTLY,

09:54AM  18   DR. DI MAIO, YOU WOULD BE UNDER THE RULE TOO.  SO I NEED TO

09:54AM  19   TELL YOU AND THE OTHER THREE WITNESSES THAT YOU WILL HAVE TO

09:55AM  20   REMAIN OUTSIDE THE COURTROOM UNTIL YOU ARE CALLED TO GIVE YOUR

09:55AM  21   TESTIMONY, AND YOU CANNOT DISCUSS YOUR TESTIMONY WITH ANY OTHER

09:55AM  22   WITNESSES IN THIS CASE OR DISCUSS THE CASE WITH ANY OTHER

09:55AM  23   WITNESSES UNTIL WE FINISH THIS HEARING.  OKAY?  SO YOU'LL HAVE

09:55AM  24   TO WAIT OUTSIDE THE COURTROOM UNTIL YOU ARE CALLED TO COME IN.

09:55AM  25   JUST DON'T TALK ABOUT THE CASE TO OTHER--WITH OTHER WITNESSES.

09:55AM 1 YOU CAN CERTAINLY TALK TO MR. ELLIS, THOSE OF YOU WHO ARE HERE

09:55AM 2 FOR MR. ELLIS.

09:55AM 3          OKAY.  WHO IS GOING TO BE THE FIRST WITNESS?

09:55AM 4          MR. ELLIS:  WE CALL NANCY ACKER, PLEASE.

09:55AM 5          THE COURT:  OKAY.

09:55AM 6          MS. ACKER, YOU CAN COME AROUND AND HAVE A SEAT OVER

09:55AM 7 HERE.

09:55AM 8          GENTLEMEN, THANK YOU VERY MUCH.

09:55AM 9          ARE THERE ANY OTHER WITNESSES OUTSIDE THE COURTROOM?

09:55AM 10 MS. MIRANDA, DO YOU HAVE ANY?

09:55AM 11          MS. MIRANDA:  NOT THAT I KNOW OF, YOUR HONOR.  MY

09:55AM 12 TWO ARE HERE.

09:55AM 13          THE COURT:  ANY OTHER WITNESSES OUTSIDE THE COURT-

09:56AM 14 ROOM THAT YOU HAVE, MR. ELLIS?

09:56AM 15          MR. ELLIS:  NOT THAT I KNOW OF.

09:56AM 16          THE COURT:  OKAY.

09:56AM 17 <u>DIRECT EXAMINATION OF NANCY ACKER ON BEHALF OF THE PETITIONER</u>

09:56AM 18          MR. ELLIS:

09:56AM 19 Q.    MS. ACKER, COULD YOU STATE AND SPELL YOUR NAME FOR THE

09:56AM 20 RECORD, PLEASE.

09:56AM 21 A.    N-A-N-C-Y, A-C-K-E-R.

09:56AM 22 Q.    HOW ARE YOU RELATED TO DANIEL CLATE ACKER?

09:56AM 23 A.    I AM DANIEL'S MOTHER.

09:56AM 24 Q.    AND WHERE DO YOU CURRENTLY LIVE?

09:56AM 25 A.    SULPHUR SPRINGS.

09:56AM 1  Q.     AND HAVE YOU LIVED THERE ALL YOUR LIFE?

09:56AM 2  A.     WELL, FOR THE LAST 17 YEARS.

09:56AM 3  Q.     AND WHERE WAS DANIEL BORN?

09:56AM 4  A.     HE WAS BORN IN COMMERCE, TEXAS.

09:56AM 5  Q.     AND DID HE GROW UP THERE?

09:56AM 6  A.     [PAUSING]

09:57AM 7  Q.     IN COMMERCE?

09:57AM 8  A.     NO.   THAT'S JUST THE HOSPITAL HE WAS BORN AT.  WE DID

09:57AM 9  LIVE IN COOPER, AND THEN WE MOVED TO SULPHUR SPRINGS WHEN HE

09:57AM 10 WAS SEVEN YEARS OLD, I BELIEVE.

09:57AM 11 Q.     AND WHERE DID HE ATTEND SCHOOL, ELEMENTARY AND HIGH

09:57AM 12 SCHOOL?

09:57AM 13 A.     IN SULPHUR SPRINGS.

09:57AM 14 Q.     AND WHEN DANIEL WAS YOUNG, WAS HE WHAT YOU WOULD CALL

09:57AM 15 VIOLENT?

09:57AM 16 A.     NO.

09:57AM 17 Q.     DID HE GET INTO FIGHTS FREQUENTLY?

09:57AM 18 A.     NO.

09:57AM 19 Q.     DID YOU KNOW THE VICTIM, MARKIE GEORGE?

09:57AM 20 A.     YES.

09:57AM 21 Q.     AND WHEN DID YOU FIRST MEET HER?

09:57AM 22 A.     ABOUT JANUARY, I BELIEVE IT WAS.

09:58AM 23 Q.     AND DID YOUR SON, DANIEL, AND MS. GEORGE BEGIN TO LIVE

09:58AM 24 TOGETHER AT A CERTAIN TIME?

09:58AM 25 A.     YES, THEY DID.

09:58AM  1    Q.     DO YOU REMEMBER WHEN THAT WAS?

09:58AM  2    A.     I BELIEVE IT WAS IN FEBRUARY.

09:58AM  3    Q.     NOW, MS. ACKER, I'M GOING TO ASK YOU TO REMEMBER BACK

09:58AM  4    TO WHEN DANIEL WAS ARRESTED FOR THE MURDER OF MS. GEORGE.  DO

09:58AM  5    YOU REMEMBER THE DAY THAT HE WAS ARRESTED FOR THIS?

09:58AM  6    A.     YES.

09:58AM  7    Q.     AND DID YOU LEARN THAT DANIEL WAS LOOKING OR SEARCHING

09:58AM  8    FOR MS. GEORGE AT SOME TIME?

09:58AM  9    A.     YES.

09:58AM  10   Q.     AND HOW DID YOU LEARN ABOUT THAT?

09:58AM  11   A.     I WAS CALLED AND TOLD ABOUT IT BY HIS SISTER DORCAS.

09:59AM  12   Q.     AND WHAT TIME WAS THIS, ABOUT, THAT YOU RECEIVED--THIS

09:59AM  13   WAS BY PHONE, IS THAT CORRECT?

09:59AM  14   A.     YES.

09:59AM  15   Q.     AND WHAT TIME DID THE PHONE CALL COME IN?

09:59AM  16   A.     I KNOW IT WAS BEFORE 10:00.  IT MIGHT HAVE BEEN 9:00.

09:59AM  17   Q.     DO YOU REMEMBER WHAT DAY OF THE WEEK THIS WAS?

09:59AM  18   A.     SUNDAY.

09:59AM  19   Q.     AND DO YOU NORMALLY ATTEND CHURCH SERVICES ON SUNDAY?

09:59AM  20   A.     YES.

09:59AM  21   Q.     AND AS A RESULT OF THE CALL, DID YOU ATTEND CHURCH

09:59AM  22   SERVICES?

09:59AM  23   A.     NO.

09:59AM  24   Q.     WHAT DID YOU DO?

09:59AM  25   A.     I GOT DRESSED AND WENT LOOKING FOR DANIEL AND MARKIE,

09:59AM  1   EITHER ONE.

09:59AM  2   Q.      AND WHERE DID YOU GO TO LOOK FOR THEM?

10:00AM  3   A.      WELL, I DROVE AROUND, I WENT OUT TOWARDS WHERE THEY

10:00AM  4   LIVE--LIVED.

10:00AM  5           THE COURT:  WOULD YOU SPEAK UP, MA'AM?  YOU WENT

10:00AM  6   OUTDOORS?

10:00AM  7           THE WITNESS:  I WENT TOWARDS--I WENT OUT TOWARDS

10:00AM  8   WHERE THEY LIVED, AND I CAME BACK TOWARDS TOWN AND WENT BY

10:00AM  9   WHERE DANIEL WORKED, AND THERE'S WHERE I SAW DANIEL.

10:00AM  10          MR. ELLIS:

10:00AM  11  Q.      AND WHERE DID DANIEL WORK?

10:00AM  12  A.      FOR MR. BENTLEY OF BENTLEY'S ELECTRIC.

10:00AM  13  Q.      DO YOU KNOW WHAT HE DID AT BENTLEY ELECTRIC?

10:00AM  14  A.      ELECTRICAL.  ELECTRICAL WORK.

10:00AM  15  Q.      I SEE.  AND DO YOU REMEMBER APPROXIMATELY WHAT TIME

10:00AM  16  THIS WAS?

10:00AM  17  A.      I'M NOT SURE.  IT WAS--I'M SORRY, I CAN'T REMEMBER.

10:00AM  18  IT WAS...

10:01AM  19  Q.      DID YOU SEE DANIEL AT BENTLEY ELECTRIC?

10:01AM  20  A.      YES.

10:01AM  21          THE COURT:  DID I HEAR THIS WAS ON A SUNDAY MORNING?

10:01AM  22          MR. ELLIS:  YES, YOUR HONOR, THIS IS SUNDAY.

10:01AM  23  Q.      DO YOU REMEMBER THE SPECIFIC DATE?

10:01AM  24  A.      [PAUSING]

10:01AM  25  Q.      IF I SAY MARCH 12TH--

10:01AM  1   A.      THAT WAS THE DATE.

10:01AM  2   Q.      AND THIS, AGAIN, IS THE YEAR 2000, IS THAT CORRECT?

10:01AM  3   A.      YES.

10:01AM  4   Q.      AND YOU SAID THAT YOU SAW DANIEL WHEN YOU WERE AT

10:01AM  5   BENTLEY ELECTRIC--WHEN YOU WENT TO BENTLEY ELECTRIC?

10:01AM  6   A.      YES.

10:01AM  7   Q.      WAS HE THERE ALREADY?  OR DID HE SHOW UP AFTER YOU

10:01AM  8   ARRIVED?

10:01AM  9   A.      NO, HE WAS THERE WHEN I GOT THERE.

10:01AM  10  Q.      AND DID HE TELL YOU SOMETHING?

10:01AM  11  A.      HE SAID MARKIE HAD JUMPED OUT OF THE TRUCK AND SHE WAS

10:01AM  12  DEAD.

10:01AM  13  Q.      WAS DANIEL UPSET?

10:01AM  14  A.      YES, HE WAS UPSET.

10:01AM  15  Q.      AND HOW DID HE APPEAR?  HIS APPEARANCE.  WAS HE--DID

10:02AM  16  HE LOOK FRAZZLED, FRANTIC?  OR HOW WOULD YOU DESCRIBE HIM?

10:02AM  17  A.      HE LOOKED--HE LOOKED FRANTIC.

10:02AM  18  Q.      AND WHAT HAPPENED THEN?  WHERE DID YOU GO?

10:02AM  19  A.      I WENT TO LOOK FOR MARKIE.

10:02AM  20  Q.      DID YOU GO TO DANIEL'S TRAILER AFTER THAT?

10:02AM  21  A.      YES.

10:02AM  22  Q.      AND DID YOU TELL DANIEL TO DO ANYTHING?

10:02AM  23  A.      I TOLD HIM THAT HE COULD--HE COULD GO TO DORCAS'S, THAT

10:02AM  24  I WAS GONNA GO LOOK FOR MARKIE, YOU KNOW, BECAUSE I HOPED THAT

10:03AM  25  SHE WAS NOT DEAD.

10:03AM 1   Q.     WERE YOU AWARE OF ANY PRIOR ATTEMPTS BY MS. GEORGE TO

10:03AM 2   JUMP FROM A VEHICLE?

10:03AM 3   A.     I NEVER SAW HER JUMP FROM ONE.

10:03AM 4   Q.     HAD YOU HEARD ANYTHING ABOUT THAT?

10:03AM 5   A.     I HAD HEARD THAT SHE JUMPED OR TRIED TO JUMP FROM

10:03AM 6   VEHICLES.

10:03AM 7   Q.     NOW, WHEN DANIEL WAS ARRESTED, HE--AND THIS IS, AGAIN,

10:03AM 8   ON MARCH 12TH, THE YEAR 2000--HE WAS DETAINED, IS THAT CORRECT?

10:03AM 9   A.     YES.

10:03AM 10  Q.     AND SOME ATTORNEYS WERE APPOINTED TO REPRESENT HIM, IS

10:03AM 11  THAT CORRECT?

10:03AM 12  A.     YES.

10:04AM 13  Q.     DID YOU HAVE ANY CONTACT WITH THOSE ATTORNEYS?

10:04AM 14  A.     YES, THEY WERE HIS ATTORNEYS.

10:04AM 15  Q.     DO YOU REMEMBER THEIR NAMES?

10:04AM 16  A.     MR. MCDOWELL AND...

10:04AM 17  Q.     AND MR. FERGUSON?

10:04AM 18  A.     AND MR. FERGUSON.

10:04AM 19  Q.     AND DO YOU FEEL THAT THEY PROPERLY PREPARED FOR

10:04AM 20  DANIEL'S TRIAL?

10:04AM 21          MS. MIRANDA:  YOUR HONOR, AT THIS POINT I'M GOING

10:04AM 22  TO OBJECT.  THIS IS A HEARING ON ACTUAL INNOCENCE.  I DON'T

10:04AM 23  BELIEVE THIS TESTIMONY IS RELEVANT.  WHATEVER THE ATTORNEYS

10:04AM 24  DID OR DIDN'T DO IN PREPARATION FOR TRIAL IS NOT RELEVANT

10:04AM 25  TO WHETHER OR NOT HE'S ACTUALLY INNOCENT OF THIS CRIME.

10:04AM   1          THE COURT:  MR. ELLIS?

10:04AM   2          MR. ELLIS:  WELL, I THINK COUNSEL MIGHT BE RIGHT.

10:05AM   3   IT PERHAPS IS NOT RELEVANT TO THE ACTUAL-INNOCENCE ISSUE.  IF

10:05AM   4   OTHER ISSUES ARE STILL ON THE TABLE, I MEAN, I DON'T SEE THE

10:05AM   5   HARM IN TAKING EVIDENCE AS TO OTHER ISSUES.

10:05AM   6          THE COURT:  I ONLY GRANTED AN EVIDENTIARY HEARING ON

10:05AM   7   THE ACTUAL-INNOCENCE ISSUE.

10:05AM   8          MR. ELLIS:  WELL, I--I--

10:05AM   9          THE COURT:  I DON'T GET TO THE OTHER ISSUES UNLESS

10:05AM  10   YOU DEMONSTRATE ACTUAL INNOCENCE.

10:05AM  11          MR. ELLIS:  FINE.  THEN I THINK--I CAN'T SEE HOW IT

10:05AM  12   DIRECTLY RELATES TO ACTUAL INNOCENCE, YOUR HONOR.

10:05AM  13          THE COURT:  ALL RIGHT.  THEN I'LL SUSTAIN THE

10:05AM  14   OBJECTION.

10:05AM  15          MS. MIRANDA:  THANK YOU, YOUR HONOR.

10:05AM  16          MR. ELLIS:  I HAVE NO FURTHER QUESTIONS.

10:05AM  17          THE COURT:  ALL RIGHT.

10:05AM  18          MS. MIRANDA.

10:05AM  19   CROSS-EXAMINATION OF NANCY ACKER ON BEHALF OF THE RESPONDENT

10:05AM  20          MS. MIRANDA:

10:05AM  21    Q.    MS. ACKER, MY NAME IS TINA MIRANDA.  I'M FROM THE

10:05AM  22   ATTORNEY GENERAL'S OFFICE.  I WOULD LIKE TO ASK YOU JUST A

10:05AM  23   COUPLE OF QUESTIONS.  YOU TESTIFIED EARLIER THAT YOUR SON,

10:06AM  24   DANIEL, WAS NOT VIOLENT OR DISPLAYED NO VIOLENT TENDENCIES AS

10:06AM  25   A CHILD.  ISN'T IT TRUE THAT WHILE HE MAY NOT HAVE BEEN VIOLENT

| | | |
|---|---|---|
| 10:06AM | 1 | AS A CHILD, HE WAS DEFINITELY VERY VIOLENT AS AN ADULT? |
| 10:06AM | 2 | A.     WHAT IS YOUR QUESTION? |
| 10:06AM | 3 | Q.     MY QUESTION IS:  WAS HE NOT VIOLENT AS AN ADULT? |
| 10:06AM | 4 | A.     MEANING? |
| 10:06AM | 5 | Q.     MEANING ARE YOU AWARE OF THE FACT THAT HE WAS CHARGED |
| 10:06AM | 6 | MULTIPLE TIMES WITH BEING PHYSICALLY ABUSIVE TO HIS EX-WIVES? |
| 10:06AM | 7 | A.     EX-WIVES?  WHICH--I MEAN-- |
| 10:06AM | 8 | Q.     WELL, LET ME ASK YOU THIS QUESTION.  WAS DANIEL MARRIED |
| 10:06AM | 9 | BEFORE? |
| 10:06AM | 10 | A.     YES, HE WAS. |
| 10:06AM | 11 | Q.     OKAY.  TO WHOM WAS HE MARRIED? |
| 10:06AM | 12 | A.     HE WAS MARRIED TO SUSAN AND HE WAS MARRIED TO SHIRLEY. |
| 10:06AM | 13 | Q.     OKAY.  LET'S TALK ABOUT SUSAN FOR A SECOND.  WERE YOU |
| 10:07AM | 14 | PRESENT AT THE TRIAL DURING THE PUNISHMENT PHASE? |
| 10:07AM | 15 | A.     I-- |
| 10:07AM | 16 | MR. ELLIS:  IRRELEVANT, YOUR HONOR. |
| 10:07AM | 17 | MS. MIRANDA:  I BELIEVE HE OPENED THE DOOR-- |
| 10:07AM | 18 | THE COURT:  ARE YOU ASKING IF SHE HEARD WHAT SUSAN |
| 10:07AM | 19 | SAID OR SOMETHING? |
| 10:07AM | 20 | MS. MIRANDA:  SHE TESTIFIED--OR, AT LEAST, HE ASKED |
| 10:07AM | 21 | HER WHETHER HE WAS VIOLENT.  AND I'M JUST TRYING TO COUNTER |
| 10:07AM | 22 | THAT. |
| 10:07AM | 23 | THE COURT:  ASKED THIS WITNESS? |
| 10:07AM | 24 | MS. MIRANDA:  YES. |
| 10:07AM | 25 | THE COURT:  OKAY.  I'LL OVERRULE THE OBJECTION.  GO |

10:07AM   1   AHEAD.

10:07AM   2         WERE YOU PRESENT DURING THE PUNISHMENT PHASE OF YOUR

10:07AM   3   SON'S TRIAL?

10:07AM   4         THE WITNESS:  YES, I WAS THERE.

10:07AM   5         THE COURT:  OKAY.

10:07AM   6         MS. MIRANDA:

10:07AM   7   Q.    SO WERE YOU AWARE OF THE FACT THAT BOTH OF HIS EX-WIVES

10:07AM   8   TESTIFIED THAT THEY WERE REPEATEDLY PHYSICALLY ABUSED BY DANIEL

10:07AM   9   DURING THEIR RELATIONSHIPS?

10:07AM   10  A.    I KNOW THEY BOTH TESTIFIED THAT THEY WERE ABUSED.  I

10:07AM   11  DON'T--I DON'T KNOW--I DON'T HAVE A RECORD OF EXACTLY WHAT THEY

10:08AM   12  SAID.

10:08AM   13  Q.    OKAY.  AND I APOLOGIZE, BECAUSE I'M NOT ASKING YOU FOR

10:08AM   14  A RECORD OF WHAT THEY SAID.  AND LET ME JUST--WE CAN PROBABLY

10:08AM   15  CLEAR THIS UP.  YOU ARE NOT HERE TELLING THE COURT THAT YOUR

10:08AM   16  SON WAS NOT A VIOLENT PERSON AS AN ADULT, ARE YOU?

10:08AM   17  A.    WHAT WOULD I--THEY DID NOT ALWAYS GET ALONG.

10:08AM   18        MS. MIRANDA:  I'LL MOVE ON, YOUR HONOR.

10:08AM   19        THE COURT:  OKAY.

10:08AM   20        NOW, LADIES, YOU ARE GOING TO HAVE TO KEEP YOUR

10:08AM   21  LAUGHTER TO YOURSELF OR YOU ARE GOING TO HAVE TO LEAVE.  OKAY?

10:08AM   22  I DON'T KNOW IF YOU WERE LAUGHING OR WHAT.  ARE YOU HERE--ARE

10:08AM   23  YOU FAMILY MEMBERS?  OF WHAT FAMILY?  THE ACKER FAMILY?  OKAY.

10:08AM   24        GO AHEAD.

10:08AM   25        MS. MIRANDA:  I'LL MOVE ON, YOUR HONOR.

10:08AM 1   Q.     THE LAST THING I JUST WANT TO CLEAR UP:  WHEN YOU

10:09AM 2   TESTIFIED, YOU NEVER ACTUALLY SAW MS. GEORGE JUMP FROM ANY

10:09AM 3   TRUCK, DID YOU?

10:09AM 4   A.     I HAVE NOT SEEN HER JUMP FROM A TRUCK, NO, MA'AM.

10:09AM 5   Q.     OKAY.  AND YOU WERE NOT PRESENT WITH MR. ACKER ON THE

10:09AM 6   DAY OF THE MURDER, WHEN MS. GEORGE DIED, WERE YOU?

10:09AM 7   A.     NO.

10:09AM 8            MS. MIRANDA:  THANK YOU.

10:09AM 9            NO FURTHER QUESTIONS.

10:09AM 10            THE COURT:  OKAY.

10:09AM 11            MR. ELLIS?

10:09AM 12            MR. ELLIS:  NOTHING FURTHER, YOUR HONOR.

10:09AM 13            THE COURT:  IS THIS WITNESS EXCUSED, THEN?

10:09AM 14            MR. ELLIS:  WE WOULD EXCUSE HER, YOUR HONOR.  MAY

10:09AM 15   SHE BE ALLOWED TO STAY IN THE COURTROOM?

10:09AM 16            THE COURT:  IF YOU ARE NOT GOING TO RECALL HER.

10:09AM 17            MR. ELLIS:  I DON'T BELIEVE WE WILL.

10:09AM 18            THE COURT:  DO YOU ANTICIPATE RECALLING HER,

10:09AM 19   MS. MIRANDA?

10:09AM 20            MS. MIRANDA:  NO, YOUR HONOR.

10:09AM 21            THE COURT:  OKAY.

10:09AM 22            THANK YOU, MS. ACKER.  YOU CAN HAVE A SEAT IN THE

10:09AM 23   COURTROOM IF YOU WANT TO.

10:09AM 24            THE WITNESS:  THANK YOU.

10:09AM 25            THE COURT:  WHO IS YOUR NEXT WITNESS?

36

10:09AM  1          MR. ELLIS:  WE WOULD CALL LEWIS TATUM.

10:09AM  2          THE COURT:  OKAY.

10:10AM  3          MR. TATUM, COME OVER AND HAVE A SEAT IN THE WITNESS

10:10AM  4  STAND.

10:10AM  5          MR. ELLIS.

10:10AM  6  DIRECT EXAMINATION OF LEWIS TATUM ON BEHALF OF THE PETITIONER

10:10AM  7          MR. ELLIS:

10:10AM  8  Q.      MR. TATUM, COULD YOU STATE AND SPELL YOUR NAME FOR THE

10:10AM  9  RECORD, PLEASE.

10:10AM  10 A.      LEWIS TATUM, L-E-W-I-S, T-A-T-U-M.

10:10AM  11 Q.      AND, MR. TATUM, WHAT IS YOUR CURRENT OCCUPATION?

10:10AM  12 A.      I'M AN INVESTIGATOR FOR THE SHERIFF'S DEPARTMENT,

10:10AM  13 HOPKINS COUNTY.

10:10AM  14 Q.      AND WHAT WAS YOUR OCCUPATION IN FEBRUARY AND MARCH OF

10:10AM  15 THE YEAR 2000?

10:10AM  16 A.      I WAS A DEPUTY ON THE NIGHT SHIFT PATROL.

10:10AM  17 Q.      AND THIS IS IN THE HOPKINS COUNTY SHERIFF'S DEPARTMENT?

10:11AM  18 A.      YES, SIR.

10:11AM  19 Q.      AND LET ME ASK YOU IF YOU RECALL BEING DISPATCHED TO A

10:11AM  20 RESIDENCE ON FEBRUARY 26TH OF THE YEAR 2000, AT 10:40 OR SO AT

10:11AM  21 NIGHT, IN REFERENCE TO A 911 CALL ABOUT AN ALLEGED ASSAULT IN

10:11AM  22 PROGRESS.

10:11AM  23 A.      NO, SIR, I DON'T HAVE ANY RECOLLECTION OF THAT CALL.

10:11AM  24 ALL I HAVE IS THE INCIDENT THAT YOU FAXED ME.

10:11AM  25          MR. ELLIS:  MAY I APPROACH, YOUR HONOR?

10:11AM 1          THE COURT:  YES.

10:11AM 2          MR. ELLIS:

10:11AM 3   Q.     MR. TATUM, IS THIS THE REPORT--

10:11AM 4   A.     YES, SIR.

10:11AM 5   Q.     --THAT WE'RE REFERRING TO?

10:11AM 6   A.     YES, SIR.

10:12AM 7          MR. ELLIS:  I THINK I SHOULD PUT IT UP ON THE SCREEN

10:12AM 8   HERE FOR THE BENEFIT OF THE COURT.

10:12AM 9          THE COURT:  ARE YOU GOING TO OFFER IT INTO EVIDENCE

10:12AM 10  HERE?

10:12AM 11         MR. ELLIS:  YES, I AM, YOUR HONOR.

10:12AM 12         THE COURT:  I'M RESTRICTED ON EVEN MAKING RULINGS ON

10:12AM 13  EVIDENCE.  THAT'S AN UNUSUAL PARAMETER FOR A HEARING.

10:12AM 14         MR. ELLIS:  YES, IT IS.

10:12AM 15         THE COURT:  I SUPPOSE YOU CAN PUT UP WHATEVER YOU

10:12AM 16  WANT TO.  BUT WE NEED TO KEEP A RECORD OF WHAT YOU ARE SHOWING

10:12AM 17  ME.  SO CAN WE HAVE THAT MARKED AS PETITIONER'S EXHIBIT 1?

10:12AM 18         MR. ELLIS:  OKAY.  SHOULD I GIVE THE HARD COPY--

10:12AM 19         THE COURT:  IF YOU COULD JUST BRING IT UP HERE

10:12AM 20  AND LET MS. BATES MARK IT, THEN YOU CAN PUT IT BACK ON THE

10:12AM 21  PROJECTOR.

10:13AM 22         MR. ELLIS:  I'VE GOT AN EXTRA COPY.

10:13AM 23         THE COURT:  OH, YOU DO?  OKAY.

10:13AM 24         MR. ELLIS:  I'M HAVING A LITTLE PROBLEM WITH THIS

10:13AM 25  MACHINE HERE.

10:13AM 1        THE COURT:  OKAY.  LET'S SEE.  WHERE'S ANDREW?

10:13AM 2   LORI, WE MAY NEED ANDREW, UNLESS YOU KNOW HOW TO DO IT.

10:13AM 3        MS. MIRANDA, I ASSUME YOU HAVE NO OBJECTION TO

10:13AM 4   PETITIONER'S EXHIBIT 1.

10:13AM 5        MS. MIRANDA:  NO, YOUR HONOR.  AS THE COURT SAID,

10:13AM 6   IT'S ALL ADMISSIBLE.

10:13AM 7        THE COURT:  ALL ADMISSIBLE?  OKAY.

10:13AM 8        MR. ELLIS:

10:13AM 9   Q.    NOW, IS IT DEPUTY TATUM OR OFFICER TATUM?

10:13AM 10  A.    I'M ACTUALLY AN INVESTIGATOR NOW.

10:13AM 11  Q.    INVESTIGATOR TATUM, THEN.  BASICALLY, THE REPORT--IS

10:14AM 12  THAT YOUR HANDWRITING ON THE REPORT?

10:14AM 13  A.    YES, IT IS.

10:14AM 14  Q.    AND IS THAT YOUR SIGNATURE AT THE BOTTOM OF THE REPORT?

10:14AM 15  A.    WELL, THAT'S WHERE I WROTE MY NAME.  I DIDN'T ACTUALLY

10:14AM 16  SIGN IT.  THAT'S JUST WHERE I WROTE MY NAME.

10:14AM 17  Q.    OKAY.  AND YOU WROTE THAT--IN OTHER WORDS, YOU WROTE

10:14AM 18  THIS REPORT, IS THAT CORRECT?

10:14AM 19  A.    YES, SIR.

10:14AM 20  Q.    AND DID YOU--YOU TOOK A STATEMENT FROM MARKIE GEORGE

10:14AM 21  IS WHAT THE REPORT INDICATES, IS THAT CORRECT?

10:14AM 22  A.    JUST A VERBAL STATEMENT.  FROM WHAT THIS RECORD

10:14AM 23  INDICATES, SIR, NOBODY WANTED TO FILE ANY CHARGES.

10:14AM 24  Q.    AND DID YOU KNOW MARKIE GEORGE AT THE TIME?

10:14AM 25  A.    NO, SIR.

10:14AM 1  Q.     YOU HAD NEVER COME INTO CONTACT WITH HER BEFORE

10:14AM 2  FEBRUARY 26TH, THE YEAR 2000?

10:14AM 3  A.     NOT THAT I HAVE ANY RECOLLECTION, NO, SIR.

10:14AM 4  Q.     DID YOU KNOW MR. ACKER AT THE TIME?  DANIEL ACKER.

10:14AM 5  A.     NO, SIR.

10:14AM 6  Q.     AND WAS HE--WAS MR. ACKER PRESENT WHEN YOU TOOK THE

10:14AM 7  STATEMENT FROM MARKIE GEORGE?

10:14AM 8  A.     BY WHAT I'VE WROTE HERE, NO, SIR, I DO NOT BELIEVE HE

10:15AM 9  WAS.

10:15AM 10  Q.     AND THE REPORT STATES THE CALL WAS TO CR 2450.  IS THAT

10:15AM 11  COUNTY ROAD 2450?

10:15AM 12  A.     YES, SIR.

10:15AM 13  Q.     AND THE REPORT STATES THAT, "MS. GEORGE HAD TRIED TO

10:15AM 14  JUMP OUT OF THE PICKUP."  AND YOU WROTE THAT IN THE REPORT, IS

10:15AM 15  THAT CORRECT?

10:15AM 16  A.     LET'S SEE.  CORRECT.

10:15AM 17  Q.     AND DID MS. GEORGE TELL THAT YOU?

10:15AM 18  A.     I DID NOT MAKE A RECORD OF THAT IN THIS REPORT.  IT WAS

10:15AM 19  EITHER MS. ACKER OR MS. GEORGE, ONE, SAID THAT.  I HAVE NO WAY

10:15AM 20  OF KNOWING.

10:15AM 21  Q.     AND THE REPORT ALSO SAYS THAT MR. ACKERS--I THINK YOU

10:16AM 22  HAVE "ACKERS" THERE--HE CAUGHT HER BY THE ARM AND PULLED HER

10:16AM 23  BACK INTO THE VEHICLE.  NOW, IS THAT WHAT SHE TOLD YOU?

10:16AM 24  A.     SOMEONE DID.

10:16AM 25  Q.     AND DOES THE REPORT ACCURATELY RELATE WHAT YOU WERE

10:16AM   1   TOLD BY MS. GEORGE AND MS. ACKER?

10:16AM   2   A.      SIR, I REALLY HAVE NO WAY OF KNOWING.  THIS IS JUST

10:16AM   3   AN INCIDENT REPORT.  WHEN WE WENT TO THE CALL--ON ANY CALL, IF

10:16AM   4   NOBODY WANTED TO FILE ANY CHARGES, WE JUST MADE A BRIEF SUMMARY

10:16AM   5   OF THE CALL, WROTE IT DOWN FOR THE RECORD, AND THEN LEFT.

10:16AM   6              MR. ELLIS:  THANK YOU.

10:16AM   7              YOUR HONOR, HAS THIS ALREADY BEEN OFFERED AS

10:16AM   8   PETITIONER'S EXHIBIT 1?

10:16AM   9              THE COURT:  I THINK I ADMITTED IT.  PETITIONER'S

10:16AM  10   EXHIBIT 1 IS ADMITTED.

10:16AM  11              MR. ELLIS:  THANK YOU.

10:16AM  12              NO FURTHER QUESTIONS, YOUR HONOR.

10:16AM  13              THE COURT:  OKAY.

10:17AM  14              MS. MIRANDA.

10:17AM  15   CROSS-EXAMINATION OF LEWIS TATUM ON BEHALF OF THE RESPONDENT

10:17AM  16              MS. MIRANDA:

10:17AM  17   Q.      JUST TO MAKE SURE THAT THE RECORD IS AS CLEAR AS

10:17AM  18   POSSIBLE, THIS INCIDENT THAT WE'RE TALKING ABOUT IS COMPLETELY

10:17AM  19   SEPARATE FROM THE INCIDENT WHERE MS. GEORGE DIED, IS THAT

10:17AM  20   CORRECT?

10:17AM  21   A.      YES, MA'AM.

10:17AM  22   Q.      AND IN EITHER INCIDENT, YOU HAVE NO INDEPENDENT

10:17AM  23   KNOWLEDGE AS TO WHETHER SHE JUMPED OUT OF A VEHICLE.  CORRECT?

10:17AM  24   A.      NO, MA'AM.

10:17AM  25              MS. MIRANDA:  THANK YOU.

41

10:17AM  1          NO FURTHER QUESTIONS.

10:17AM  2          THE COURT:  OKAY.

10:17AM  3          ANY OTHER QUESTIONS, MR. ELLIS?

10:17AM  4  REDIRECT EXAMINATION OF LEWIS TATUM ON BEHALF OF THE PETITIONER

10:17AM  5          MR. ELLIS:

10:17AM  6  Q.     MR. TATUM, I NOTE ON THE SIXTH LINE--FIFTH LINE OF THE

10:17AM  7  REPORT IT SAYS THAT MS. GEORGE ADVISED THAT HER AND MR. ACKER

10:18AM  8  HAD BEEN AT "BUSTIN LOOSE," WHERE THEY HAD GOTTEN INTO AN

10:18AM  9  ARGUMENT, IS THAT CORRECT?  REFERRING YOU TO LINE 5.

10:18AM  10 A.     LET'S SEE.  OR 6, I BELIEVE.  MS. GEORGE ADVISED THAT

10:18AM  11 HER AND MR. ACKER HAD BEEN AT "BUSTIN LOOSE," YES, SIR.

10:18AM  12 Q.     OR 6, I'M SORRY.

10:18AM  13        AND THEN THE NEXT SENTENCE IS, "WHEN THEY STARTED

10:18AM  14 TO THE RESIDENCE."  IT INDICATES THAT MS. GEORGE IS GIVING YOU

10:18AM  15 THIS STATEMENT THEN, IS THAT NOT CORRECT?

10:18AM  16 A.     SIR, I REALLY--I CAN'T SAY, TO BE TRUTHFUL.  I DO NOT

10:18AM  17 KNOW IF SHE WAS TELLING ME THIS OR MS. ACKER WAS.

10:18AM  18 Q.     WELL, IT SAYS--THE SENTENCE IS, "WHEN THEY STARTED

10:18AM  19 TO THE RESIDENCE ON 2450, WHICH WAS MR. ACKER'S MOTHER'S

10:18AM  20 RESIDENCE, MS. GEORGE HAD TRIED TO JUMP OUT OF THE PICKUP."

10:19AM  21 MS. GEORGE DIDN'T SAY MS. ACKER WAS IN THE PICKUP, DID SHE?

10:19AM  22 A.     SIR, I HAVE NO WAY OF KNOWING.  THIS HAPPENED 11 YEARS

10:19AM  23 AGO.  I DON'T KNOW.

10:19AM  24        MS. MIRANDA:  YOUR HONOR, AT THIS POINT I WOULD

10:19AM  25 OBJECT AS ARGUMENTATIVE.  HE'S ALREADY TESTIFIED HE HAS NO

10:19AM  1  INDEPENDENT RECOLLECTION OF WHAT HAPPENED.  WHAT HE KNOWS IS

10:19AM  2  REFLECTED IN THE REPORT.  SO TO ARGUE WITH HIM OVER WHAT IT

10:19AM  3  MEANS IN THE REPORT IS POINTLESS.

10:19AM  4            EXAMINATION OF LEWIS TATUM BY THE COURT

10:19AM  5            THE COURT:

10:19AM  6  Q.    LET'S SEE.  IS IT DEPUTY TATUM?  ARE YOU A SHERIFF'S

10:19AM  7  DEPUTY NOW?

10:19AM  8  A.    I'M AN INVESTIGATOR FOR THE SHERIFF'S DEPARTMENT, YES,

10:19AM  9  SIR.

10:19AM  10  Q.    YOU DON'T REMEMBER, THEN, WHO--LET'S SEE.  IT LOOKS

10:19AM  11  FROM YOUR REPORT--DO YOU HAVE IT THERE ON YOUR SCREEN?

10:19AM  12  A.    YES, SIR.  WELL, I'VE GOT A COPY OF IT HERE.

10:19AM  13  Q.    ALL RIGHT.  IT SAYS, IF YOU GO DOWN TO THE SIXTH LINE,

10:19AM  14  "MS. GEORGE ADVISED THAT SHE AND MR. ACKER HAD BEEN AT 'BUSTIN

10:20AM  15  LOOSE' WHERE THEY HAD GOTTEN INTO AN ARGUMENT.  WHEN THEY

10:20AM  16  STARTED TO THE RESIDENCE ON COUNTY ROAD 2450, WHICH WAS

10:20AM  17  MR. ACKER'S MOTHER'S RESIDENCE, MS. GEORGE HAD TRIED TO JUMP

10:20AM  18  OUT OF THE PICKUP."  SO YOU DON'T KNOW IF MS. GEORGE TOLD YOU

10:20AM  19  THAT OR WHO TOLD YOU THAT SHE HAD TRIED TO JUMP OUT OF THE

10:20AM  20  PICKUP?

10:20AM  21  A.    NO, SIR, I DO NOT.  WHEN WE TAKE AN OFFENSE REPORT,

10:20AM  22  WE TAKE STATEMENTS FROM THE WITNESSES AND THE VICTIMS IF WE'RE

10:20AM  23  GOING TO ACTUALLY PURSUE THE CASE.

10:20AM  24            WHEN IT'S JUST AN INCIDENT, YOU JUST MAKE NOTES OF

10:20AM  25  THE INCIDENT AND GO ON.

| | | |
|---|---|---|
| 10:20AM | 1 | Q.      BECAUSE NOBODY WAS ASKING YOU TO PRESS ANY CHARGES |
| 10:20AM | 2 | AGAINST ANYBODY ELSE? |
| 10:20AM | 3 | A.      NO, SIR. |
| 10:20AM | 4 | THE COURT:  OKAY. |
| 10:20AM | 5 | NOW, WHAT PARTICULAR POINT DID YOU WANT TO MAKE, |
| 10:20AM | 6 | MR. ELLIS?  APPARENTLY HE CAN'T RECALL ANYTHING OTHER THAN |
| 10:20AM | 7 | JUST WHAT'S IN THIS-- |
| 10:20AM | 8 | MR. ELLIS:  I THINK THAT COVERS IT, YOUR HONOR. |
| 10:20AM | 9 | I THINK THAT'S MADE. |
| 10:20AM | 10 | THE COURT:  OKAY. |
| 10:20AM | 11 | MR. ELLIS:  THANK YOU.  NO FURTHER QUESTIONS. |
| 10:20AM | 12 | THE COURT:  MS. MIRANDA, ANYTHING? |
| 10:20AM | 13 | MS. MIRANDA:  NO. |
| 10:20AM | 14 | THE COURT:  NO FURTHER QUESTIONS.  OKAY.  IS THIS |
| 10:20AM | 15 | WITNESS EXCUSED SUCH THAT HE CAN EITHER GO BACK TO WORK OR STAY |
| 10:21AM | 16 | IN THE COURTROOM IF HE WANTS TO, MR. ELLIS? |
| 10:21AM | 17 | MR. ELLIS:  ON BEHALF OF THE PETITIONER. |
| 10:21AM | 18 | THE COURT:  BOTH OF YOU PLEASE USE YOUR MICROPHONES |
| 10:21AM | 19 | WHEN YOU GO BACK TO COUNSEL TABLE. |
| 10:21AM | 20 | MS. MIRANDA, ANY OBJECTION TO EXCUSING THE WITNESS? |
| 10:21AM | 21 | MS. MIRANDA:  NO, YOUR HONOR. |
| 10:21AM | 22 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:21AM | 23 | THANK YOU, MR. TATUM. |
| 10:21AM | 24 | THE WITNESS:  YES, SIR. |
| 10:21AM | 25 | THE COURT:  MR. ELLIS, WHO IS NEXT? |

| | | |
|---|---|---|
| 10:21AM | 1 | MR. ELLIS:  MAY I SEE WHO IS OUTSIDE, YOUR HONOR? |
| 10:21AM | 2 | THE COURT:  DO WHAT?  I'M SORRY. |
| 10:21AM | 3 | MR. ELLIS:  MAY I SEE WHO IS OUTSIDE? |
| 10:21AM | 4 | THE COURT:  SURE. |
| 10:21AM | 5 | MR. ELLIS:  I'M NOT SURE I HAVE ANYBODY ELSE. |
| 10:21AM | 6 | THE COURT:  OKAY. |
| 10:22AM | 7 | MR. ELLIS:  YOUR HONOR, I DO NOT HAVE ANY OTHER |
| 10:22AM | 8 | WITNESSES. |
| 10:22AM | 9 | THE COURT:  WOULD YOU COME UP TO THE PODIUM AND SAY |
| 10:22AM | 10 | THAT INTO A MICROPHONE, PLEASE. |
| 10:22AM | 11 | MR. ELLIS:  YOUR HONOR, THIS MORNING, I DO NOT HAVE |
| 10:22AM | 12 | ANY WITNESSES OUT THERE.  THE REST OF MY WITNESSES WILL BE |
| 10:22AM | 13 | COMING IN AT 1:00. |
| 10:22AM | 14 | THE COURT:  1:00.  OKAY. |
| 10:22AM | 15 | MS. MIRANDA, DO YOU HAVE WITNESSES THAT YOU CAN PUT |
| 10:22AM | 16 | ON NOW? |
| 10:22AM | 17 | MS. MIRANDA:  YES.  WE CAN PUT ON DR. DI MAIO. |
| 10:22AM | 18 | THE COURT:  ALL RIGHT.  WOULD YOU HAVE HIM COME IN, |
| 10:22AM | 19 | PLEASE. |
| 10:23AM | 20 | DR. DI MAIO, JUST COME ON UP AND HAVE A SEAT IN THE |
| 10:23AM | 21 | WITNESS STAND, PLEASE. |
| 10:23AM | 22 | THE WITNESS:  THANK YOU, YOUR HONOR. |
| 10:23AM | 23 | THE COURT:  OKAY, MS. MIRANDA. |
| 10:23AM | 24 | |
| 10:23AM | 25 | |

10:23AM 1   <u>DIRECT EXAMINATION OF VINCENT J.M. DI MAIO ON BEHALF OF THE</u>

10:23AM 2   <u>RESPONDENT</u>

10:23AM 3        MS. MIRANDA:

10:23AM 4   Q.    WOULD YOU STATE YOUR NAME AND SPELL IT FOR THE RECORD.

10:23AM 5   A.    MY NAME IS DR. VINCENT J.M. DI MAIO.

10:23AM 6   Q.    OKAY.

10:23AM 7   A.    D-I-M-A-I-O.

10:23AM 8   Q.    ALL RIGHT.  WOULD YOU TELL US A LITTLE BIT ABOUT YOUR

10:23AM 9   EDUCATIONAL BACKGROUND.

10:23AM 10   A.    YES, MA'AM.  I OBTAINED MY MEDICAL DEGREE IN 1965 FROM

10:23AM 11   THE STATE UNIVERSITY OF NEW YORK DOWNSTATE MEDICAL CENTER IN

10:24AM 12   NEW YORK CITY.

10:24AM 13        I THEN DID A YEAR INTERNSHIP IN PATHOLOGY AT DUKE

10:24AM 14   HOSPITAL IN DURHAM, NORTH CAROLINA, AND THREE YEARS OF

10:24AM 15   RESIDENCY IN ANATOMICAL AND CLINICAL PATHOLOGY AT THE DOWNSTATE

10:24AM 16   MEDICAL CENTER IN NEW YORK.

10:24AM 17        I FOLLOWED THAT WITH A YEAR TRAINING IN THE FIELD OF

10:24AM 18   FORENSIC PATHOLOGY AT THE OFFICE OF THE CHIEF MEDICAL EXAMINER

10:24AM 19   FOR THE STATE OF MARYLAND.

10:24AM 20        FOLLOWING THAT, I TOOK MY SPECIALTY BOARDS AND WAS

10:24AM 21   CERTIFIED AS AN EXPERT IN THE FIELDS OF ANATOMICAL PATHOLOGY,

10:24AM 22   CLINICAL PATHOLOGY AND FORENSIC PATHOLOGY.

10:24AM 23   Q.    OKAY.  WHAT ABOUT POSITIONS THAT YOU HAVE HELD?

10:24AM 24   A.    AFTER I FINISHED MY TRAINING, I WENT INTO THE ARMY

10:24AM 25   FOR TWO YEARS.  I WAS ASSIGNED TO THE ARMED FORCES INSTITUTE

10:24AM 1    OF PATHOLOGY IN WASHINGTON, D.C., WHERE I WAS CHIEF OF THE

10:24AM 2    MEDICOLEGAL SECTION FOR ONE YEAR, CHIEF OF THE WOUND BALLISTIC

10:24AM 3    SECTION THE SECOND YEAR.

10:24AM 4              I LEFT THE MILITARY, MOVED TO DALLAS, WAS A MEDICAL

10:25AM 5    EXAMINER IN DALLAS FROM 1972 TO 1981.

10:25AM 6              I LEFT DALLAS TO GO TO SAN ANTONIO, WHERE I BECAME

10:25AM 7    CHIEF MEDICAL EXAMINER IN SAN ANTONIO ON MARCH THE 1ST, 1981.

10:25AM 8    I WAS CHIEF UNTIL DECEMBER 31ST, 2006, WHEN I RETIRED.

10:25AM 9              AND SINCE THEN I'VE BEEN IN THE PRIVATE PRACTICE OF

10:25AM 10   FORENSIC PATHOLOGY.

10:25AM 11   Q.      OKAY.  IF IT'S POSSIBLE, DR. DI MAIO, CAN YOU--

10:25AM 12             MR. ELLIS:  YOUR HONOR, WE WOULD STIPULATE TO

10:25AM 13   DR. DI MAIO AS AN EXPERT.

10:25AM 14             MS. MIRANDA:  OKAY.  THAT'S FINE, YOUR HONOR, IF

10:25AM 15   HE WANTS TO STIPULATE TO HIS EXPERTISE.

10:25AM 16             THE COURT:  OKAY.  THAT'S FINE.

10:25AM 17             MS. MIRANDA:  WE CAN SAVE SOME TIME AND MOVE ON.

10:25AM 18             THE COURT:  SURE.  GO AHEAD AND GET INTO YOUR

10:25AM 19   SUBSTANTIVE QUESTIONS.

10:25AM 20             MS. MIRANDA:  ALL RIGHT.

10:25AM 21   Q.      CAN YOU TELL ME WHAT MATERIALS YOU REVIEWED FOR THIS

10:25AM 22   CASE?

10:25AM 23   A.      YES, MA'AM.  I REVIEWED THE AUTOPSY REPORT, PHOTOGRAPHS

10:25AM 24   OF THE BODY AND SCENE, THE REPORT OF DR. LARKIN, HIS OPINION,

10:26AM 25   AND TRIAL TRANSCRIPTS VOLUMES 19 THROUGH 22.

10:26AM   1    Q.      OKAY.  AND BEFORE WE GET INTO THE OPINIONS THAT YOU

10:26AM   2    RENDERED IN THIS CASE, I JUST WANTED TO BE CLEAR ON THE LIMITED

10:26AM   3    INQUIRY THAT I ASKED OF YOU TO DO IN THIS CASE.  CAN YOU TELL

10:26AM   4    THE COURT WHAT IT WAS THAT I ASKED YOU TO LOOK AT IN THIS CASE?

10:26AM   5    A.      ESSENTIALLY TO ADDRESS THE CAUSE AND MATTER OF DEATH

10:26AM   6    IN THIS CASE, THE NATURE OF THE INJURIES, WHAT KILLED THE

10:26AM   7    DECEASED.

10:26AM   8    Q.      OKAY.  AND, SPECIFICALLY, DID I ASK YOU TO LIMIT YOUR

10:26AM   9    REVIEW MAINLY TO SIMPLY THE MEDICAL EVIDENCE IN THIS CASE?

10:26AM  10    A.      YES, MA'AM.  THAT'S WHAT I WAS SAYING.

10:26AM  11    Q.      OKAY.

10:26AM  12            NOW, AGAIN, BEFORE WE GET INTO YOUR OPINIONS,

10:26AM  13    CAN YOU TELL ME A LITTLE BIT ABOUT HOW THE PROCESS WORKS IN

10:26AM  14    FORENSIC PATHOLOGY AS FAR AS DETERMINING CAUSE OF DEATH, WHAT

10:26AM  15    THINGS YOU TYPICALLY CONSIDER?

10:26AM  16    A.      ESSENTIALLY, FORENSIC PATHOLOGISTS WORK LIKE ALL

10:27AM  17    PHYSICIANS.  THE FIRST THING YOU ARE TAUGHT IN MEDICAL SCHOOL,

10:27AM  18    THE WAY YOU MAKE A DIAGNOSIS IS YOU TAKE A HISTORY, YOU DO

10:27AM  19    A PHYSICAL EXAMINATION, AND THEN YOU DO LABORATORY TESTS.

10:27AM  20    A FORENSIC PATHOLOGIST WORKS THE SAME WAY.  BUT OUR PATIENTS

10:27AM  21    OBVIOUSLY DON'T TALK TO US.  SO WE GET THE HISTORY FROM POLICE,

10:27AM  22    FROM MEDICAL RECORDS, AND FROM OUR OWN INVESTIGATORS IF YOU

10:27AM  23    HAVE A MEDICAL EXAM SYSTEM.  AND SO WHAT WE WANT TO KNOW IS

10:27AM  24    THE CIRCUMSTANCES LEADING UP TO AND SURROUNDING THE DEATH.

10:27AM  25            WE THEN DO THE AUTOPSY, THE EXTERNAL EXAMINATION

10:27AM 1    OF THE BODY, NOTE THE EXTENT OF THE INJURIES AND THE NATURE

10:27AM 2    OF THE INJURIES, IF THEY'RE PRESENT.

10:27AM 3            AND THEN THE THIRD THING WE'LL DO, AND IT DEPENDS ON

10:27AM 4    THE CASE, IS LABORATORY STUDIES SUCH AS TOXICOLOGY.  OR IF

10:27AM 5    IT'S FIREARMS, IT MAY BE EXAMINATION OF FIREARMS AND SUCH.

10:27AM 6            AND THEN, BASED ON THIS MATERIAL, WE GIVE AN OPINION

10:27AM 7    AS TO THE CAUSE OF DEATH, WHAT KILLED THE PERSON, AND THE

10:28AM 8    MANNER HOW IT CAME ABOUT, WHETHER IT WAS ACCIDENT, NATURAL,

10:28AM 9    SUICIDE, OR WE CAN'T TELL, UNDETERMINED.

10:28AM 10   Q.    OKAY.

10:28AM 11           AND BASED ON YOUR EXPERIENCE, SIMPLY LOOKING AT THE

10:28AM 12   PHYSICAL INJURIES OR THE MEDICAL EVIDENCE, IS IT UNCOMMON NOT

10:28AM 13   TO BE ABLE TO DETERMINE WHETHER SOMETHING WAS ACCIDENTAL OR

10:28AM 14   HOMICIDE SIMPLY LOOKING, AGAIN, JUST AT THE INJURIES

10:28AM 15   THEMSELVES?

10:28AM 16   A.    YES.  I MEAN, IN SOME CASES, THE CIRCUMSTANCES TELL YOU

10:28AM 17   THE CAUSE OF DEATH; IN OTHER CASES, IT'S THE LABORATORY TESTS.

10:28AM 18   THAT IS, IF YOU FIND SOMEBODY DEAD IN BED AND YOU DO AN AUTOPSY

10:28AM 19   AND YOU DON'T FIND ANYTHING, YOU DON'T HAVE A CAUSE OF DEATH

10:28AM 20   AND EVERYONE SAYS, "WELL, HE WAS HEALTHY."  AND THEN YOU DO

10:28AM 21   THE TOXICOLOGY AND FIND OUT HE'S A DRUG OVERDOSE, THEN THE

10:28AM 22   DIAGNOSIS IS MADE ON THAT.

10:28AM 23           AND THEN OTHER TIMES IT'S THE CIRCUMSTANCES.  YOU

10:28AM 24   KNOW, SOMEBODY IS FOUND FLOATING IN A LAKE AND, WELL, HE

10:28AM 25   DROWNED, BUT HOW DID HE GET THERE?  AND SOMEONE SAYS, "OH,

10:29AM  1   HIS FRIEND PUSHED HIM OFF THE BOAT."  WELL, THEN YOU'VE GOT A

10:29AM  2   HOMICIDE.  OR "HE TRIPPED AND FELL OFF THE BOAT."  THEN IT'S AN

10:29AM  3   ACCIDENT.

10:29AM  4    Q.      THANK YOU, DR. DI MAIO.

10:29AM  5            CAN YOU TELL US WHAT OPINIONS YOU REACHED IN THIS

10:29AM  6   CASE?

10:29AM  7    A.      ESSENTIALLY, MY OPINIONS WERE--IF YOU TAKE A LOOK AT

10:29AM  8   THE AUTOPSY--WELL, OKAY, BASICALLY, THAT THE YOUNG LADY HERE

10:29AM  9   DIED AS A RESULT OF MULTIPLE BLUNT-FORCE INJURIES.  YOU CAN'T

10:29AM 10   MAKE A DIAGNOSIS OF STRANGULATION.

10:29AM 11    Q.      TELL US WHY JUST QUICKLY.

10:29AM 12    A.      PARDON.

10:29AM 13    Q.      CAN YOU TELL US WHY, VERY QUICKLY?

10:29AM 14    A.      QUICKLY?  YOU DON'T HAVE THE SIGNS.  I MEAN, YOU'VE

10:29AM 15   GOT SOME--SHE'S BEEN RUN OVER, SHE'S GOT A FEW PETECHIAE IN ONE

10:29AM 16   EYE.  THAT'S NOT TYPICAL STRANGULATION.  STRANGULATIONS HAVE

10:29AM 17   MULTIPLE PETECHIAE, IT'S GOING TO BE IN BOTH EYES, AND OFTEN

10:29AM 18   IN THE SKIN.

10:29AM 19            THE COURT:  WHAT WORD ARE YOU USING THERE?

10:29AM 20            THE WITNESS:  PETECHIAE.  THAT MEANS SMALL PUNCTATE

10:29AM 21   HEMORRHAGES.

10:29AM 22            THE COURT:  IT MEANS WHAT?

10:30AM 23            THE WITNESS:  PETECHIAE ARE SMALL PUNCTATE

10:30AM 24   HEMORRHAGES.

10:30AM 25            THE COURT:  HOW DO YOU SPELL PETECHIAE?

10:30AM  1          THE WITNESS:  P-E-T-E-C-H-I-A-E.

10:30AM  2          THE COURT:  AND THOSE ARE HEMORHAGES IN THE BLOOD

10:30AM  3  VESSELS IN THE EYE?

10:30AM  4          THE WITNESS:  RIGHT.  IT'S AS IF YOU TAKE A PIN AND

10:30AM  5  MAKE A DOT.

10:30AM  6          THE COURT:  OKAY.

10:30AM  7          THE WITNESS:  MULTIPLE DOTS.  AND WHAT HAPPENS IS

10:30AM  8  THE BLOOD VESSELS IN THE EYE, IN THE WHITE OR UNDER THE EYELID

10:30AM  9  TOO, HAVE BLOWN OUT.  AND SO YOU HAVE LITTLE HEMORHAGES ALONG

10:30AM  10 WHERE THE BLOOD VESSELS ARE.

10:30AM  11         THE COURT:  OKAY.  THAT WOULD BE A RESULT OF HOLDING

10:30AM  12 THE BLOOD VESSELS AROUND THE NECK TIGHT WHERE THE BLOOD STAYS

10:30AM  13 IN THE HEAD?

10:30AM  14         THE WITNESS:  WELL, ACTUALLY, NO.

10:30AM  15         THE COURT:  OH.

10:30AM  16         THE WITNESS:  WHAT HAPPENS IS YOU GO TO STRANGLE

10:30AM  17 SOMEONE.  OKAY.  IT'S--THE BEST WAY TO THINK ABOUT IT, YOU

10:30AM  18 KNOW HOW TIRES BLOW OUT?  YOU ARE BLOWING OUT THE BLOOD

10:30AM  19 VESSELS.  AND WHAT HAPPENS IS, WHEN YOU GO TO STRANGLE SOMEONE,

10:30AM  20 YOU NEVER GET IT RIGHT.  WHAT THEY'LL DO IS THEY'LL MOVE ABOUT.

10:30AM  21 AND SO YOU COMPRESS, THEN YOU LET GO, COMPRESS, YOU KNOW, AS

10:31AM  22 THEY ARE MOVING ABOUT.  AND SO YOU ARE GETTING PULSATIONS OF

10:31AM  23 THE BLOOD.  AND THE PULSATIONS LITERALLY BLOW OUT THE BLOOD

10:31AM  24 VESSEL.  JUST LIKE IF YOU PUT IN TOO MUCH AIR, YOU BLOW OUT A

10:31AM  25 TIRE.  AND SO, ACTUALLY, LIKE IF YOU SMOTHER SOMEONE WITH A

10:31AM 1 PILLOW, THERE ARE NO PETECHIAE EVEN THOUGH THEY'VE ASPHYXIATED.

10:31AM 2 BUT WITH A STRANGULATION, YOU BLOW OUT VESSELS.  AND IN THIS

10:31AM 3 CASE, THERE'S ONE EYE--AND THERE'S A FEW PETECHIAE, BUT THIS

10:31AM 4 PERSON HAS BEEN RUN OVER, THEIR CHEST HAS BEEN COMPRESSED,

10:31AM 5 THEIR BRAIN HAS BEEN SQUASHED, AND SO YOU SEE A FEW PETECHIAE.

10:31AM 6 YOU CAN'T MAKE THE DIAGNOSIS.  THERE'S HEMORRHAGE OF THE NECK,

10:31AM 7 BUT THERE ARE INJURIES THERE.  SO THERE'S NO WAY I COULD MAKE

10:31AM 8 THE DIAGNOSIS THAT THE PERSON HAS BEEN STRANGLED BASED ON THE

10:31AM 9 PHYSICAL EVIDENCE.

10:31AM 10          THE COURT:  OKAY.

10:31AM 11          MS. MIRANDA:

10:31AM 12 Q.    LET'S MOVE ON AND TALK ABOUT THE BLUNT-FORCE INJURIES

10:31AM 13 AND THE RUNOVER.  YOUR SECOND OPINION IS THAT SHE WAS RUN OVER.

10:31AM 14 CAN YOU TELL US WHY YOU CAME TO THAT OPINION?

10:31AM 15 A.    OKAY.  IF YOU LOOK AT THE HEAD, THERE ARE MULTIPLE

10:32AM 16 FRACTURES OF THE SKULL, THEY'RE ON THE BASE OF THE SKULL, ON

10:32AM 17 THE TOP OF THE SKULL; THERE ARE FACIAL FRACTURES; AND THE BONES

10:32AM 18 WERE MOVABLE, IF YOU READ THE AUTOPSY.

10:32AM 19          AND THEN THE BRAIN ITSELF IS NOT HEMORRHAGIC SO MUCH

10:32AM 20 AS TORN UP.  PARTS OF THE BRAIN ARE LITERALLY TORN APART.  AND

10:32AM 21 WHERE THE BRAIN STEM CONNECTS TO THE SPINAL COLUMN, IT'S ALSO

10:32AM 22 TORN.

10:32AM 23          AND THERE'S ALSO A FRACTURE OF THE NECK.

10:32AM 24          WELL, THESE ARE THE TYPE OF INJURIES YOU GET WHEN

10:32AM 25 THE HEAD IS SQUASHED.

10:32AM 1      IF YOU GO OUT, LET'S SAY, A VEHICLE OR YOU FALL OFF

10:32AM 2  A BUILDING AND YOU LAND ON YOUR HEAD, YOU'LL GET A FRACTURE OR

10:32AM 3  TWO AND YOU'LL GET BLEEDING ON THE BRAIN, YOU MAY GET A LITTLE

10:32AM 4  LACERATION.  BUT THERE ARE TOO MANY LACERATIONS AND THERE ARE

10:33AM 5  TOO MANY FRACTURES.  SO THIS HAD TO HAVE BEEN, BASED ON THE

10:33AM 6  CIRCUMSTANCES, A TIRE GOING OVER.  MAY HAVE HIT THE GROUND

10:33AM 7  AND GOT A HEAD INJURY, BUT ALSO THE TIRE HAD TO GO OVER.

10:33AM 8      AND THEN WE GO TO THE CHEST.  YOU'VE GOT RIB

10:33AM 9  FRACTURES IN THE FRONT, YOU'VE GOT FRACTURES IN THE BACK,

10:33AM 10 YOU'VE GOT TWO OF THE CHAMBERS OF THE HEART BLOWN OUT, YOU'VE

10:33AM 11 GOT THE AORTA--MAJOR BLOOD VESSEL COMING IN THE HEART--

10:33AM 12 TRANSECTED, YOU'VE GOT LACERATIONS OF THE ONE LUNG, AND THE

10:33AM 13 OTHER THE VESSELS HAVE BEEN KIND OF TORN FROM THE ATTACHMENTS

10:33AM 14 TO THE LUNG, AND THEN YOU'VE GOT INJURIES TO THE LIVER AS WELL.

10:33AM 15     AND WITH THIS TYPE OF EXTENSIVE INJURY, AGAIN, THESE

10:33AM 16 ARE BURSTING-TYPE INJURIES, IF YOU COMPRESS THE HEART HARD

10:34AM 17 ENOUGH THAT THE BLOOD IS JUST COMPACTED, IT WILL BLOW OUT.

10:34AM 18 AND WHERE IT BLOWS OUT IS AT WHAT'S CALLED THE AURICULAR

10:34AM 19 APPENDAGES, THE ATRIUM OF THE HEART, BECAUSE THAT'S THE

10:34AM 20 THINNEST AREA OF THE HEART.

10:34AM 21     AND THEN COMPRESSION OF THE CHEST ALSO PRODUCES A

10:34AM 22 LACERATION OF THE AORTA.  IT'S MOST COMMONLY SEEN WHEN YOU HIT

10:34AM 23 THE STEERING WHEEL BEFORE THEY HAD AIRBAGS.  BUT IT'S THE SAME

10:34AM 24 PHENOMENA.  IF YOU HAVE VIOLENT COMPRESSION OF THE CHEST, YOU

10:34AM 25 RUPTURE THE AORTA BECAUSE THE BLOOD IS COMPRESSED AND IT JUST

10:34AM  1   BLOWS IT OUT.

10:34AM  2           AND THEN YOU HAVE, YOU KNOW, THE INJURIES TO THE

10:34AM  3   LUNG AND THEN LIVER FRACTURES IN THE FRONT AND THE BACK.  THIS

10:34AM  4   IS AGAIN SOMETHING HAS GONE OVER THE CHEST AND COMPRESSED,

10:34AM  5   AND IT'S TYPICAL OF SOMEBODY WHO HAS HAD A--BEEN RUN OVER

10:34AM  6   BY A VEHICLE.

10:34AM  7           IF YOU GET EJECTED FROM A CAR OR YOU JUMP OR YOU

10:34AM  8   ARE PUSHED OR WHATEVER, YOU TYPICALLY GET MAYBE A LITTLE HEAD

10:35AM  9   INJURY, COMMONLY A BROKEN NECK, BUT WHAT HAPPENS IS YOU GO

10:35AM 10   TUMBLING.  IF YOU'VE EVER SEEN ANYONE THROW SOMETHING OUT OF

10:35AM 11   A CAR, IT GOES TUMBLING ACROSS THE HIGHWAY AND THAT'S HOW IT

10:35AM 12   DISSIPATES ITS FORCE.  AND THAT'S WHAT HAPPENS IF A PERSON

10:35AM 13   GOES OUT, THEY TUMBLE, AND SO THEY GENERALLY TEND NOT TO GET

10:35AM 14   TOO MANY INJURIES BELOW THE NECK.  AND IF THEY DO, THEY'RE

10:35AM 15   RELATIVELY MINOR.

10:35AM 16           THE THIRD THING YOU KNOW THAT A TIRE WENT OVER IT

10:35AM 17   IS WHEN YOU LOOK ONE OF THE LEGS.  ON THE LEG, THERE IS A TEAR

10:35AM 18   ALMOST COMPLETELY AROUND ONE OF THE LEGS.  AND THIS IS DUE TO

10:35AM 19   A TIRE PASSING OVER.  AND WHAT HAPPENS IS, AS THE TIRE GOES

10:35AM 20   OVER THE LEG, OR IT COULD HAPPEN IN THE ARM TOO, IT PINS THAT

10:35AM 21   EXTREMITY TO THE GROUND, BUT THE TIRE IS STILL TURNING, SO

10:35AM 22   IT GRIPS THE FLESH.  AND SO, EVEN THOUGH IT'S PINNING THE BONE

10:36AM 23   DOWN, IT STARTS TO TURN, GRIPS THE FLESH AND TEARS IT SO THAT

10:36AM 24   THERE'S A TEAR STRAIGHT ACROSS.  THIS IS VERY CHARACTERISTIC

10:36AM 25   OF TIRES GOING OVER THE LIMB, PINNING IT AND TEARING IT.  SO

10:36AM   1   YOU GET A TEAR.  SO, JUST LOOKING AT THE TEAR, YOU KNOW THAT'S

10:36AM   2   A TIRE GOING OVER.

10:36AM   3          THE MASSIVE INJURIES TO THE HEAD AND CHEST ARE

10:36AM   4   EXPLAINABLE.  SO WHAT YOU HAVE IS SOMEONE WHO DIED AS A RESULT

10:36AM   5   OF MASSIVE TRAUMA TO THE HEAD AND CHEST.  AND THE ONLY WAY YOU

10:36AM   6   COULD HAVE GOT IT IS A TIRE GOING OVER.

10:36AM   7   Q.     OKAY.  LET ME ASK YOU.  YOU SAID YOU REVIEWED, AS PART

10:36AM   8   OF YOUR PREPARATION, DR. LARKIN'S REPORT.

10:36AM   9   A.     YES, MA'AM.

10:36AM  10   Q.     OKAY.  DO YOU RECALL SEEING IN HIS REPORT THAT HE SAID

10:36AM  11   THAT THERE WERE NO INTERNAL OR DEEP INJURIES UNDERNEATH THE

10:36AM  12   SKIN THAT ARE CONSISTENT WITH BEING RUN OVER?

10:36AM  13   A.     WELL, I'D HAVE TO DISAGREE WITH THAT.

10:37AM  14   Q.     THAT WAS MY QUESTION, WHETHER YOU AGREED WITH THAT.

10:37AM  15          OKAY.  MOVING ON, I WANT TO TALK A LITTLE BIT

10:37AM  16   ABOUT THAT LEG WOUND YOU WERE JUST TELLING US ABOUT WITH

10:37AM  17   THE TIRE WOUND.

10:37AM  18   A.     RIGHT.

10:37AM  19   Q.     NOW, IN MR. LARKIN'S REPORT, HE OPINED THAT THAT INJURY

10:37AM  20   CAME FROM MS. GEORGE CATCHING HER LEG UNDER THE SEAT CARRIAGE

10:37AM  21   AS SHE VOLUNTARILY JUMPED FROM THE TRUCK.  CAN YOU TELL US, IN

10:37AM  22   YOUR OPINION, WHAT IS WRONG WITH THAT?

10:37AM  23   A.     WELL, THE THING IS IT WOULD BE MORE OF A RIPPING INJURY

10:37AM  24   GOING DOWN THE LEG.  THIS ONE GOES AROUND.  OKAY?  ON TOP OF

10:37AM  25   WHICH YOU WOULD HAVE HAD A LOT OF BLOOD IN THE TRUCK.  IT'S MY

10:37AM 1   UNDERSTANDING THERE WASN'T THAT MUCH.  AND IF YOU DON'T HAVE

10:37AM 2   IT, THIS IS A TYPICAL TIRE OVER AN EXTREMITY.  AND YOU SEE--I'M

10:37AM 3   NOT GONNA SAY YOU SEE IT ALL THE TIME, BUT WHEN PEOPLE GET RUN

10:37AM 4   OVER ON THE LEGS, EVEN THE ARMS OCCASIONALLY, YOU'LL SEE THIS

10:37AM 5   IS VERY TYPICAL, PRESSING DOWN AND THEN TEARING.  THE TIRE RIPS

10:38AM 6   THE SKIN AND MUSCLE AND JUST TEARS IT.  AND IT WILL TEAR IT IN

10:38AM 7   A LINEAR FASHION BECAUSE IT'S PINNING AND THEN RIPPING.

10:38AM 8   Q.      OKAY.  THANK YOU.

10:38AM 9           AND THEN, IF YOU REMEMBER, THIS INJURY THAT WAS ON

10:38AM 10  HER LEG, WAS IT CLOSER TO THE ANKLE OR CLOSER TO THE KNEE?

10:38AM 11  A.      I HAVE TO ACTUALLY SAY I DON'T REMEMBER.

10:38AM 12  Q.      I CAN PUT A PICTURE UP, IF THAT WOULD BE HELPFUL.

10:38AM 13  A.      YES, YES.

10:38AM 14          MS. MIRANDA:  OKAY.  ONE SECOND.

10:39AM 15          AND IF I MAY, YOUR HONOR, BEFORE I PUT THIS UP, I'D

10:39AM 16  LIKE TO MARK THIS AS RESPONDENT'S EXHIBIT 1.

10:39AM 17          THE COURT:  ALL RIGHT.

10:39AM 18          MS. MIRANDA:  I BELIEVE I'VE ALREADY PROVIDED

10:39AM 19  COUNSEL WITH A COPY OF THIS.  FOR THE RECORD, THIS IS A PACKET

10:39AM 20  OF THE PHOTOGRAPHS THAT WERE PROVIDED TO OUR EXPERT FOR HIS

10:39AM 21  REVIEW.

10:39AM 22          THE COURT:  OKAY.  I DON'T KNOW IF I NEED TO SAY

10:39AM 23  THIS, BUT RESPONDENT'S EXHIBIT 1 IS ADMITTED.

10:39AM 24          MS. MIRANDA:  THANK YOU.

10:39AM 25  Q.      LOOKING AT THAT INJURY, DOES THAT HELP?

10:39AM 1    A.      YES.   THAT LOOKS LIKE IT'S JUST BELOW THE KNEE.

10:39AM 2            THERE IS ANOTHER PHOTOGRAPH.   THERE'S A P.A. NUMBER.

10:39AM 3    I DON'T KNOW IF THAT--

10:39AM 4    Q.      YEAH, THAT WOULD BE THE RIGHT NUMBER.

10:39AM 5    A.      IT'S 280406.

10:39AM 6    Q.      406.

10:39AM 7    A.      AND IF YOU LOOK AT THAT, YOU CAN SEE IT'S ALMOST LIKE

10:40AM 8    A KNIFE HAS CUT IT.   WHAT'S HAPPENED IS THE TIRE GRABBED THE

10:40AM 9    LOWER PART THAT SKIN.   AND YOU CAN SEE THERE'S SOME SCRAPE.

10:40AM 10   BECAUSE WHAT THE TIRE DID IS IT GRABBED THAT, AND IT TURNED THE

10:40AM 11   SKIN AND MUSCLE, AND IT SCRAPED ACROSS THE GROUND, AND IT JUST

10:40AM 12   TORE IT RIGHT ACROSS.   YOU KNOW, SO THAT'S WHERE THE TIRE WENT

10:40AM 13   ACROSS.

10:40AM 14   Q.      OKAY.   AND YOU MENTIONED EARLIER THAT THIS TYPE OF

10:40AM 15   WOUND WOULD HAVE LEFT BLOOD IN THE TRUCK.   WOULD YOU CATEGORIZE

10:40AM 16   THIS AS A SEVERE LACERATION?

10:40AM 17   A.      OH, YEAH, YOU CAN SEE THAT'S MUSCLE.   I MEAN, IT'S ALL

10:40AM 18   THE WAY DOWN TO THE MUSCLE, YOU KNOW, AND IT'S, I THINK, ALMOST

10:40AM 19   COMPLETELY AROUND THE LEG.

10:40AM 20           THE COURT:   I'M SORRY.   MS. MIRANDA, YOU SAID THIS

10:40AM 21   TYPE OF WOUND WOULD HAVE LEFT BLOOD IN THE TRUCK?

10:40AM 22           MS. MIRANDA:   I APOLOGIZE.   IF IT HAD OCCURRED

10:41AM 23   AS MR. LARKIN ALLEGED, INSIDE THE TRUCK.   I CAN REPHRASE

10:41AM 24   THE QUESTION SO THE RECORD IS CLEAR.

10:41AM 25           THE COURT:   ALL RIGHT.   DR. LARKIN SAYS THAT THIS

| | | |
|---|---|---|
| 10:41AM | 1 | TEAR TO HER LEG OCCURRED INSIDE THE TRUCK? |
| 10:41AM | 2 | MS. MIRANDA:  YES, YOUR HONOR. |
| 10:41AM | 3 | THE COURT:  OKAY. |
| 10:41AM | 4 | MR. ELLIS:  YOUR HONOR, I'M NOT SURE THAT--I THINK |
| 10:41AM | 5 | THAT'S MISSTATING DR. LARKIN'S-- |
| 10:41AM | 6 | THE COURT:  YOU'VE GOT TO KEEP YOUR VOICE UP, |
| 10:41AM | 7 | MR. ELLIS. |
| 10:41AM | 8 | WHY WOULD DR. LARKIN SAY THAT THE TEAR TO HER LEG |
| 10:41AM | 9 | OCCURRED INSIDE THE TRUCK? |
| 10:41AM | 10 | MS. MIRANDA:  I'M NOT SURE.  BUT HE CLAIMS THAT SHE |
| 10:41AM | 11 | GOT HER LEG STUCK UNDER THE SEAT AS SHE WAS JUMPING, AND THAT |
| 10:41AM | 12 | IT WAS RIPPED BY THE SEAT--THE UNDERNEATH-THE-SEAT CARRIAGE. |
| 10:41AM | 13 | THE COURT:  AND WAS BLOOD IN THE TRUCK? |
| 10:41AM | 14 | MS. MIRANDA:  NO, YOUR HONOR.  THAT'S ONE OF THE |
| 10:41AM | 15 | WITNESSES THAT WE HAVE COMING TO TESTIFY. |
| 10:41AM | 16 | MR. ELLIS:  IN THAT CASE, YOUR HONOR, I WOULD OBJECT. |
| 10:41AM | 17 | IT MISSTATES THE EVIDENCE IN DR. LARKIN'S REPORT.  HE NEVER |
| 10:41AM | 18 | SAID THAT. |
| 10:41AM | 19 | THE COURT:  OKAY.  I'LL HAVE TO SEE HIS REPORT. |
| 10:42AM | 20 | I MEAN, I'LL LET YOU GO AHEAD AND GO FORWARD, BUT... |
| 10:42AM | 21 | MS. MIRANDA:  CAN I HAVE JUST A MOMENT, YOUR HONOR, |
| 10:42AM | 22 | TO LOOK THROUGH MR. LARKIN'S REPORT? |
| 10:42AM | 23 | THE COURT:  YES. |
| 10:42AM | 24 | MS. MIRANDA:  I WASN'T INTENDING TO DO THIS, BECAUSE |
| 10:42AM | 25 | WE WERE ANTICIPATING THAT MR. LARKIN WAS GOING TO TESTIFY |

10:42AM  1    FIRST.

10:42AM  2              THE COURT:  IS GLENN LARKIN AN M.D. OR A PH.D.?

10:42AM  3              MS. MIRANDA:  I BELIEVE HE'S AN M.D.

10:42AM  4              MR. ELLIS:  HE IS AN M.D.

10:42AM  5              THE COURT:  OKAY.  SO IT'S DR. LARKIN?

10:42AM  6              MS. MIRANDA:  IT'S DR. LARKIN.  I APOLOGIZE.

10:42AM  7    DR. LARKIN, YES.  AND I WASN'T ANTICIPATING INTRODUCING HIS

10:42AM  8    REPORT, BECAUSE OUR ANTICIPATION WAS THAT HIS TESTIMONY WOULD

10:43AM  9    BE IN EVIDENCE BEFORE THAT.  BUT IF I MAY HAVE SOME LATITUDE

10:43AM  10   AND APPROACH THE WITNESS WITH A COPY OF HIS REPORT TO SHOW IT

10:43AM  11   TO THE WITNESS.

10:43AM  12             THE COURT:  ALL RIGHT.  OKAY.

10:43AM  13             MS. MIRANDA:  THANK YOU.

10:43AM  14             THE WITNESS:  I HAVE A COPY.

10:43AM  15             MS. MIRANDA:  OH, YOU DO?  GREAT.  THANKS,

10:43AM  16   DR. DI MAIO.

10:43AM  17    Q.    IF YOU COULD TURN TO PAGE WHAT IS MARKED AS 19 OF 23--

10:43AM  18             THE COURT:  NOW, BEFORE WE GO ANY FURTHER, WE'LL

10:43AM  19   DESIGNATE THIS PHOTOGRAPH--AND YOU'LL HAVE TO GIVE COPIES

10:43AM  20   OF THESE TO MS. BATES, THE CLERK.  THIS PHOTOGRAPH WILL BE

10:43AM  21   RESPONDENT'S EXHIBIT 2.

10:43AM  22             MS. MIRANDA:  YES, YOUR HONOR.  OR, ALTERNATIVELY,

10:43AM  23   WE HAVE A PACKET OF PHOTOGRAPHS THAT ARE NUMBERED THAT WE COULD

10:43AM  24   JUST SIMPLY MARK AND THEN REFER TO THE NUMBERS FOR THE RECORD.

10:43AM  25             THE COURT:  OKAY.  SO THEN RESPONDENT'S EXHIBIT 1

10:43AM 1   ARE PHOTOS, PLURAL, OF MS. GEORGE'S BODY?

10:43AM 2              MS. MIRANDA:  YEAH, THEY'RE CRIME-SCENE PHOTOS AND

10:43AM 3   AUTOPSY PHOTOS, YES.

10:43AM 4              THE COURT:  OKAY.

10:43AM 5              MS. MIRANDA:

10:43AM 6   Q.     DR. DI MAIO, IF I COULD DRAW YOUR ATTENTION ON PAGE 19

10:44AM 7   OF 23 TO WHAT DR. LARKIN HAS DESIGNATED AS NUMBERS 5.1 AND 5.2,

10:44AM 8   CAN YOU TELL US WHAT THOSE SAY?

10:44AM 9   A.     DO YOU WANT ME TO READ THEM?

10:44AM 10  Q.     YES, PLEASE.

10:44AM 11  A.     OKAY.  "5.1.  WHILE SITTING ON A BENCH SEAT IN ACKER'S

10:44AM 12  TRUCK, GEORGE PUSHED OFF WITH THE LEFT HAND AND LEFT FOOT,

10:44AM 13  PIVOTING TOWARDS THE RIGHT.

10:44AM 14             "5.2.  HER RIGHT LEG, TRAPPED UNDER THE SEAT, FLEXED

10:44AM 15  AND ROTATED INTO NEARLY TOTALLY CIRCUMFERENTIAL LACERATION DEEP

10:44AM 16  TO THE DEEP FASCIA AND EXPOSING THE MUSCLES OF THE POPLITEUM

10:44AM 17  SPACE (PHOTOGRAPH)."

10:45AM 18  Q.     OKAY.  NOW, I WANT TO APOLOGIZE TO DR. LARKIN, WHO IS

10:45AM 19  NOT HERE, BECAUSE I'M NOT A MEDICAL EXPERT.  SO I'M GOING TO

10:45AM 20  ASK YOU:  AS ONE EXPERT TO ANOTHER, WHEN YOU READ THAT, WHAT

10:45AM 21  DOES THAT SAY TO YOU HE IS ASSERTING THERE?

10:45AM 22  A.     HE'S SAYING THAT THE LEG'S TRAPPED UNDER THE SEAT AND,

10:45AM 23  AS HER BODY ROTATES, IT RIPS, THERE'S A LACERATION, BECAUSE

10:45AM 24  IT'S BEING HELD BY THE SEAT.  SO...

10:45AM 25  Q.     SO, AS YOU INTERPRET--AS YOU INTERPRET THAT, HE'S

10:45AM  1   ALLEGING THAT IT HAPPENED INSIDE THE TRUCK.   CORRECT?

10:45AM  2   A.      [MOVING HEAD UP AND DOWN]

10:45AM  3   Q.      THANK YOU.   WOULD THAT TYPE OF WOUND ALSO LEAVE BEHIND

10:45AM  4   ANY TISSUE?

10:45AM  5   A.      IF IT'S--IT MIGHT OR IT MIGHT NOT.   YOU CAN'T SAY FOR

10:45AM  6   SURE.

10:45AM  7   Q.      SURE.

10:45AM  8   A.      YOU ARE TEARING MAJOR BLOOD VESSELS DOWN THERE, SO YOU

10:46AM  9   WOULD SEE BLOOD.

10:46AM  10  Q.      OKAY.

10:46AM  11          NEXT, I WANT TO TURN TO WHAT DR. LARKIN REFERS TO IN

10:46AM  12  HIS REPORT AS A PLAUSIBLE ALTERNATIVE SCENARIO, WHICH INCLUDES

10:46AM  13  THE PORTION THAT YOU JUST READ.

10:46AM  14          MR. ELLIS:   OBJECTION.   THAT MISSTATES--WHAT HE JUST

10:46AM  15  READ WAS THE PLAUSIBLE ALTERNATIVE SCENARIO.

10:46AM  16          MS. MIRANDA:   THAT'S WHAT I JUST SAID, THAT WAS PART

10:46AM  17  OF IT.

10:46AM  18          MR. ELLIS:   THAT INCLUDES WHAT WAS JUST REFERRED TO

10:46AM  19  AS THE--

10:46AM  20          MS. MIRANDA:   I BELIEVE THAT'S WHAT I SAID, THAT

10:46AM  21  WHAT HE JUST READ WAS PART OF THE PLAUSIBLE ALTERNATIVE

10:46AM  22  SCENARIO.

10:46AM  23          THE COURT:   OKAY.   GO AHEAD.

10:46AM  24          MS. MIRANDA:   OKAY.

10:46AM  25  Q.      NOW, DR. DI MAIO, DR. LARKIN PROPOSES A PLAUSIBLE

10:46AM 1    ALTERNATIVE SCENARIO IN WHICH HE ULTIMATELY CONCLUDES THAT

10:46AM 2    MS. GEORGE VOLUNTARILY JUMPED FROM THE TRUCK AND THUS SUSTAINED

10:46AM 3    THE INJURIES THAT WE SEE IN THE AUTOPSY REPORT.  CAN YOU TELL

10:47AM 4    US YOUR OPINION OF THAT OPINION?

10:47AM 5    A.      YOU CAN'T MAKE THAT OPINION.  THE PROBLEM IS THE

10:47AM 6    INJURIES THAT YOU'VE GOT ARE CONSISTENT WITH SOMEONE BEING

10:47AM 7    RUN OVER.  OKAY?

10:47AM 8              NOW, IF YOU ASSUME THAT THE INDIVIDUAL WENT OUT

10:47AM 9    THE TRUCK WHILE THE TRUCK WAS MOVING, YOU CAN'T TELL FROM THE

10:47AM 10   INJURIES WHETHER THE PERSON WAS PUSHED OR JUMPED.  YOU DON'T

10:47AM 11   KNOW WHETHER THE TRUCK IS GOING STRAIGHT OR VEERING TO THE

10:47AM 12   LEFT OR RIGHT; YOU DON'T KNOW IF SHE--SAY SHE DIDN'T JUMP, SHE

10:47AM 13   ACCIDENTALLY FELL, THE CENTRIFUGAL FORCE PUSHED HER AGAINST

10:47AM 14   THE DOOR AND SOMEHOW IT POPPED OPEN AND SHE FELL OUT; YOU DON'T

10:47AM 15   KNOW IF SHE WENT OUT FACE-FORWARD OR BACK OR SIDEWAYS; YOU

10:47AM 16   DON'T KNOW IF SHE TRIED TO STOP BY GRABBING ON TO SOMETHING, A

10:47AM 17   BELT OR MR. ACKER; YOU DON'T KNOW IF SHE WAS PUSHED.  AND THEN,

10:48AM 18   IF SHE WAS PUSHED, WHEN SHE WENT OUT, DID SHE TRY TO HOLD ON TO

10:48AM 19   SOMETHING TO BREAK HERSELF FROM GOING OUT?  YOU HAVE ALL THESE

10:48AM 20   VARIABLES.

10:48AM 21             ALL THAT YOU CAN SAY IS THAT THIS IS AN INDIVIDUAL

10:48AM 22   WHO HAS BEEN RUN OVER BY A TRUCK AND THAT'S ABOUT IT.  YOU

10:48AM 23   CANNOT SAY WHETHER SHE JUMPED OUT OR WAS PUSHED OUT.  MEDICALLY,

10:48AM 24   THERE'S JUST NO WAY TO SAY FROM THE EVIDENCE.  IT'S JUST TOO--

10:48AM 25   TOO MANY VARIABLES AND YOU CAN'T SAY.  IT'S JUST TOO MANY

10:48AM 1 VARIABLES.

10:48AM 2          MS. MIRANDA:  I'LL PASS THE WITNESS, YOUR HONOR.

10:48AM 3          THE COURT:  ALL RIGHT.

10:48AM 4          MR. ELLIS.

10:48AM 5 CROSS-EXAMINATION OF VINCENT J.M. DI MAIO ON BEHALF OF THE

10:48AM 6 PETITIONER

10:48AM 7          MR. ELLIS:

10:48AM 8 Q.    DR. DI MAIO, ON BEHALF OF YOUR CONSULTING WORK IN THIS

10:49AM 9 CASE, YOU WROTE A LETTER TO MS. MIRANDA, IS THAT CORRECT?

10:49AM 10 A.    YES.  YES, SIR.

10:49AM 11          MR. ELLIS:  MAY I APPROACH THE WITNESS, YOUR HONOR?

10:49AM 12          THE COURT:  YES.

10:49AM 13          THE WITNESS:  I HAVE A COPY.

10:49AM 14          MR. ELLIS:

10:49AM 15 Q.    AND WHAT I PUT THERE UP ON THE SCREEN, IS THIS THE

10:49AM 16 LETTER THAT YOU WROTE TO HER?

10:49AM 17 A.    YES, MA'AM.  YES, SIR.

10:49AM 18 Q.    AND IS THIS YOUR SIGNATURE ON PAGE 2?

10:49AM 19 A.    YES, SIR.

10:49AM 20          MR. ELLIS:  YOUR HONOR, WE WOULD ASK THAT THIS BE

10:49AM 21 ADMITTED AS PETITIONER'S EXHIBIT 2.

10:50AM 22          THE COURT:  OKAY.  PETITIONER'S EXHIBIT 2 IS

10:50AM 23 ADMITTED.

10:50AM 24          MS. MIRANDA:  NO OBJECTION.

10:50AM 25          MR. ELLIS:

10:50AM 1    Q.    NOW, DR. DI MAIO, YOU BASICALLY TOLD US, I GUESS YOU

10:50AM 2    COULD SAY, IN THAT LETTER THAT YOU BASICALLY DISAGREE WITH

10:50AM 3    DR. GONSOULIN'S CONCLUSION THAT THE VICTIM WAS STRANGLED, IS

10:50AM 4    THAT CORRECT?

10:50AM 5    A.    OH, YEAH.  I COULDN'T MAKE THE DIAGNOSIS.

10:50AM 6    Q.    AND YOU ARE AWARE THAT--OR ARE YOU AWARE THAT BASICALLY

10:50AM 7    HER TESTIMONY AT TRIAL WAS THAT MS. GEORGE WAS STRANGLED TO

10:50AM 8    DEATH?  IS THAT CORRECT?

10:50AM 9    A.    YES, SIR.

10:51AM 10   Q.    AND THEN, AFTER DEATH, THE BLUNT-FORCE INJURIES

10:51AM 11   OCCURRED, IS THAT CORRECT?

10:51AM 12   A.    YES, SIR.

10:51AM 13   Q.    AND DO YOU FIND IT SIGNIFICANT THAT MS. GONSOULIN,

10:51AM 14   AT THE TIME SHE DID THE AUTOPSY, HAD ONLY JUST FINISHED HER

10:51AM 15   RESIDENCY?

10:51AM 16         MS. MIRANDA:  YOUR HONOR, AT THIS POINT I'M GOING

10:51AM 17   TO OBJECT TO THE RELEVANCE THAT THIS HAS TO THIS HEARING.

10:51AM 18         MR. ELLIS:  YOUR HONOR, IT GOES TO THE CENTER--

10:51AM 19   THE HEART OF THE HEARING, I THINK, THE CREDIBILITY OF

10:51AM 20   DR. GONSOULIN'S TESTIMONY AT THE TRIAL.

10:51AM 21         THE COURT:  WELL, BUT BOTH SIDES AGREE THAT SHE WAS

10:51AM 22   WRONG, THAT STRANGULATION WASN'T THE CAUSE OF DEATH.

10:51AM 23         MR. ELLIS:  OKAY.

10:51AM 24         THE COURT:  SO I DON'T NEED--I MEAN, I'LL ASSUME

10:51AM 25   THAT STRANGULATION WAS NOT THE CAUSE OF DEATH, SINCE YOU BOTH

10:51AM  1   AGREE IT WAS NOT.

10:51AM  2                MR. ELLIS:  OKAY.

10:51AM  3                MS. MIRANDA:  AND WE'VE STIPULATED TO THAT FACT,

10:51AM  4   YOUR HONOR.

10:52AM  5                THE COURT:  OKAY.  ALL RIGHT.

10:52AM  6                MR. ELLIS:

10:52AM  7   Q.      NOW, DR. DI MAIO, GOING BACK TO WHAT COUNSEL WAS ASKING

10:52AM  8   YOU ABOUT ON PAGE 19 OF DR. LARKIN'S REPORT, DO YOU HAVE THAT

10:52AM  9   IN FRONT OF YOU?

10:52AM  10  A.      YES, SIR, I DO.

10:52AM  11  Q.      AND JUST TO CLARIFY HERE, THE LEG INJURIES THAT HE'S

10:52AM  12  REFERRING TO, THIS--THE HEADLINE THAT HE PRESENTS THIS UNDER

10:52AM  13  IS "A PLAUSIBLE ALTERNATIVE SCENARIO," IS THAT CORRECT?

10:52AM  14  A.      OH, YES, YES.

10:52AM  15  Q.      AND WOULD YOU SAY THAT THE GIST OF HIS REPORT WAS

10:52AM  16  THAT THERE WAS NO STRANGULATION?  IS THAT A FAIR SUMMARY OF

10:52AM  17  DR. LARKIN'S REPORT?

10:52AM  18  A.      THAT'S--YEAH.  WELL, THERE'S TWO POINTS IN THE--IN

10:52AM  19  HIS REPORT:

10:52AM  20              ONE, THAT SHE'S NOT STRANGLED.  AND I AGREE

10:52AM  21  COMPLETELY.

10:52AM  22              AND THE OTHER ONE WAS THAT THE INJURIES ARE THOSE

10:52AM  23  OF SOMEONE WHO JUMPED OUT OF A VEHICLE.  AND THAT I DISAGREE

10:53AM  24  BY SAYING THAT YOU CAN'T TELL.  THERE'S JUST TOO MANY

10:53AM  25  VARIABILITIES, TOO MANY THINGS YOU DON'T KNOW.  AND IT'S NOT

10:53AM   1   GONNA LOOK THAT MUCH DIFFERENT WHETHER YOU JUMP OR SOMEBODY

10:53AM   2   PUSHED.  SO I CAN'T SAY WHETHER--EITHER ONE.

10:53AM   3   Q.     WELL, IN OTHER WORDS, DR. LARKIN'S REPORT, YOU WOULD

10:53AM   4   BASICALLY AGREE WITH IT, EVEN THOUGH YOU MAY NOT AGREE WITH

10:53AM   5   ALL THE DETAILS OF HIS PLAUSIBLE ALTERNATIVE SCENARIO, IS THAT

10:53AM   6   CORRECT?

10:53AM   7   A.     WELL, YEAH, I DISAGREE THAT YOU CAN TELL THAT SHE

10:53AM   8   JUMPED VERSUS THAT SHE WAS PUSHED.

10:53AM   9   Q.     OKAY.  YOU DIDN'T DO ANY TESTS IN THE TRUCK ITSELF,

10:53AM  10   THEN, DID YOU?

10:53AM  11   A.     NO, OBVIOUSLY.

10:53AM  12   Q.     DO YOU KNOW HOW WIDE THE TRUCK WAS OR--

10:53AM  13   A.     [MOVING HEAD SIDE TO SIDE]

10:53AM  14   Q.     WOULD IT MAKE ANY DIFFERENCE FOR YOU TO HAVE KNOWN

10:53AM  15   THAT THIS PARTICULAR VICTIM JUMPED FROM THIS PARTICULAR--OR

10:54AM  16   ATTEMPTED TO JUMP FROM THIS PARTICULAR TRUCK IN THE PAST?

10:54AM  17   WOULD THAT HAVE A BEARING ON THE AUTOPSY?

10:54AM  18   A.     NO, SIR.  BECAUSE WHAT I'M SAYING IS THIS:  THAT YOU

10:54AM  19   CANNOT LOOK AT THE INJURIES AND SAY WHETHER A PERSON HAD BEEN

10:54AM  20   PUSHED OR JUMPED.  THEY'RE JUST VANILLA.  I MEAN, THEY'RE THE

10:54AM  21   TYPE OF INJURIES THAT YOU GET WHETHER YOU JUMPED OR YOU WERE

10:54AM  22   PUSHED.  YOU CAN'T TELL FROM THE INJURIES THEMSELVES.

10:54AM  23   Q.     NOW, DR. DI MAIO, WHAT IS A PONTO-MEDULLARY RENT?

10:54AM  24   P-O-N-T-O M-E-D-U-L-L-A-R-Y RENT.

10:54AM  25   A.     THE BRAIN IS CONNECTED TO THE SPINAL CORD BY WHAT'S

10:55AM 1 CALLED THE BRAIN STEM.  AND THIS IS WHAT--WHAT THAT'S SAYING

10:55AM 2 IS THERE'S A TEAR OF THE BRAIN STEM AT THE PONTINE-MEDULLARY

10:55AM 3 JUNCTION.  THAT IS WHERE THE PONS MEETS THE MEDULLA, WHICH ARE

10:55AM 4 BOTH PART OF THE BRAIN STEM.  AND THAT HAS BEEN TORN.  THAT'S

10:55AM 5 WHAT IT MEANS.

10:55AM 6 Q.     AND WOULD YOU SAY THAT THIS WAS PROBABLY THE MAIN CAUSE

10:55AM 7 OF DEATH?

10:55AM 8 A.     I'D SAY THE BRAIN INJURIES, PER SE, WERE THE MAIN CAUSE

10:55AM 9 OF DEATH.  I MEAN, THERE WERE MASSIVE BRAIN INJURIES.  THE

10:55AM 10 BRAIN WAS SHREDDED IN AREAS.  THE HEAD INJURY, I MEAN, I--

10:55AM 11 OKAY.  WILL IT KILL IMMEDIATELY?  THE ANSWER IS:  USUALLY.

10:55AM 12 BUT SOMETIMES IT DOESN'T, YOU KNOW.  BUT SHE DIED--HER BRAIN

10:56AM 13 INJURIES WERE SO MASSIVE THAT THAT KILLED HER.  BUT SHE ALSO

10:56AM 14 HAD RUPTURES OF THE HEART AND AORTA.  SO IT'S KIND OF, YOU

10:56AM 15 KNOW, LIKE ONE MIGHT HAVE KILLED HER IN 30 SECONDS AND THE

10:56AM 16 OTHER ONE KILLED HER IN 60 SECONDS.  I MEAN, IT JUST--SHE DIED

10:56AM 17 AS A RESULT OF ALL HER INJURIES, BUT THERE'S NOTHING YOU COULD

10:56AM 18 HAVE DONE.  I MEAN, SHE HAS MASSIVE HEAD INJURIES, SHE'S GOT

10:56AM 19 MASSIVE CHEST INJURIES.  SHE'S DEAD BECAUSE OF ALL OF THIS.

10:56AM 20 Q.     OKAY.  AND YOU MENTIONED IN YOUR LETTER THAT THE TIME

10:56AM 21 REQUIRED TO STRANGLE SOMEONE ENTERED INTO YOUR OPINION, DID IT

10:56AM 22 NOT?

10:56AM 23 A.     YES.  IT GENERALLY TAKES--BASED ON SOME EXPERIMENTATION,

10:56AM 24 IT'S BEEN FOUND THAT IF YOU DO EFFECTIVE STRANGULATION, WHICH

10:56AM 25 IS COMPRESS BOTH CAROTID ARTERIES, IT'S GONNA TAKE A MINIMUM

10:56AM  1   OF TWO TO THREE MINUTES TO PRODUCE THE INABILITY TO CONTINUE

10:57AM  2   RESPIRATING, WHICH MEANS, ESSENTIALLY, THAT THEY'RE DEAD.

10:57AM  3   Q.    AND SO IT WOULD HAVE BEEN PRETTY HARD TO DO IT WITH

10:57AM  4   ONE HAND WHILE DRIVING A TRUCK, IS THAT CORRECT?

10:57AM  5   A.    RIGHT.  AND, YOU KNOW, THAT'S ANOTHER THING.  I DIDN'T

10:57AM  6   EVEN--BUT THAT'S NOT AS--BUT--OKAY.  BUT ALSO THERE'S NO

10:57AM  7   EVIDENCE THAT YOU CAN SAY SHE HAS BEEN STRANGLED.  SO, I MEAN,

10:57AM  8   IT'S JUST COMPLETELY OUT.

10:57AM  9   Q.    SO YOU ARE BASICALLY--YOUR BOTTOM LINE IS THAT SHE

10:57AM  10  EITHER WAS PUSHED OR JUMPED FROM THE TRUCK.  IS THAT A FAIR

10:57AM  11  STATEMENT?

10:57AM  12  A.    AND WAS RUN OVER.  SHE HAD TO HAVE BEEN RUN OVER.  SHE

10:57AM  13  WAS RUN OVER, LET'S PUT IT THAT WAY.  THAT'S WHAT KILLED HER,

10:57AM  14  DEFINITELY.

10:57AM  15          MR. ELLIS:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

10:58AM  16          THE COURT:  MS. MIRANDA.

10:57AM  17  REDIRECT EXAMINATION OF VINCENT J.M. DI MAIO ON BEHALF OF THE

10:58AM  18  RESPONDENT

10:58AM  19          MS. MIRANDA:  I JUST HAVE A COUPLE OF QUESTIONS THAT

10:58AM  20  I WANTED TO CLEAR UP SOME THINGS.

10:58AM  21  Q.    DR. LARKIN, IN HIS REPORT, YOU MENTIONED THAT THERE

10:58AM  22  WERE TWO THINGS, THAT SHE WAS NOT STRANGLED AND THAT SHE

10:58AM  23  VOLUNTARILY JUMPED.  BUT, ACTUALLY, THERE WAS A THIRD THING,

10:58AM  24  AND PART OF THAT WAS THAT SHE JUMPED--HE OPINED THAT SHE WAS

10:58AM  25  NOT RUN OVER.  DO YOU RECALL THAT FROM HIS REPORT?

10:58AM 1    A.    RIGHT.

10:58AM 2    Q.    OKAY.  AND YOU VEHEMENTLY DISAGREE WITH THAT?

10:58AM 3    A.    OH, YEAH.  I MEAN, THE INJURIES ARE SO MASSIVE, YOU

10:58AM 4    CAN'T GET THOSE INJURIES FROM JUST JUMPING FROM A TRUCK.

10:58AM 5    Q.    OKAY.

10:58AM 6    A.    BECAUSE, AGAIN, YOU TUMBLE AND THAT DISSIPATES THE

10:58AM 7    ENERGY.

10:58AM 8    Q.    OKAY.  AND ONE OF THE THINGS, GOING BACK TO NOT BEING

10:58AM 9    RUN OVER, THAT DR. LARKIN MENTIONS IN HIS REPORT AS SUPPORTING

10:58AM 10   HIS OPINION THAT SHE WASN'T RUN OVER WAS THE FACT THAT THERE

10:58AM 11   WERE NO TIRE MARKS ON THE BODY.  IS THAT ALWAYS THE CASE?

10:58AM 12   A.    NO.  SOMETIMES YOU'LL SEE TIRE MARKS, SOMETIMES YOU

10:59AM 13   DON'T.  SOMETIMES YOU JUST SEE BLACK SMUDGES, AND SOMETIMES YOU

10:59AM 14   DON'T.  IT'S NOT A HUNDRED--IT'S NOT A HUNDRED PERCENT.  YOU

10:59AM 15   DON'T RELY ON THAT TO DECIDE WHETHER SOMEONE HAS BEEN RUN OVER.

10:59AM 16   LET'S PUT IT THAT WAY.

10:59AM 17   Q.    SURE.

10:59AM 18        AND THEN, FINALLY, YOU WERE ASKED, AS A RESULT OF

10:59AM 19   THE BLUNT-FORCE INJURIES FROM WHICH SHE DIED, WHETHER SHE WAS

10:59AM 20   PUSHED OR WHETHER SHE JUMPED.  I WANTED TO ASK YOU WHETHER IT

10:59AM 21   WAS POSSIBLE THAT SHE WAS SAT DOWN IN FRONT OF THE TRUCK AND

10:59AM 22   RUN OVER.  CAN YOU TELL THAT FROM THE INJURIES?

10:59AM 23   A.    IT'S ALSO POSSIBLE IF SHE WAS RUN OVER AND DRAGGED A

10:59AM 24   SHORT DISTANCE.  BECAUSE SHE'S GOT WHAT'S CALLED, YOU KNOW,

10:59AM 25   BRUSH ABRASIONS--ROAD RASH, I THINK PEOPLE CALL IT--ON PART

| | | |
|---|---|---|
| 10:59AM | 1 | OF HER.  SO IF YOU HAD SOMEBODY IN FRONT, YOU WERE RUN OVER |
| 10:59AM | 2 | AND THE BODY WAS DRAGGED A LITTLE, YES, THAT'S POSSIBLE. |
| 11:00AM | 3 | Q.     OKAY. |
| 11:00AM | 4 | A.     IT'S JUST--ALL I CAN SAY DEFINITELY, A HUNDRED PERCENT, |
| 11:00AM | 5 | IN MY OPINION, IS THAT SHE WAS RUN OVER. |
| 11:00AM | 6 | MS. MIRANDA:  THANK YOU, DR. DI MAIO.  APPRECIATE |
| 11:00AM | 7 | IT. |
| 11:00AM | 8 | THE COURT:  OKAY. |
| 11:00AM | 9 | MR. ELLIS:  MAY I APPROACH, YOUR HONOR? |
| 11:00AM | 10 | THE COURT:  YES. |
| 11:00AM | 11 | RECROSS-EXAMINATION OF VINCENT J.M. DI MAIO ON BEHALF OF THE |
| 11:00AM | 12 | PETITIONER |
| 11:00AM | 13 | MR. ELLIS: |
| 11:00AM | 14 | Q.     DR. DI MAIO, I'VE SHOWN YOU WHAT IS HERE A PICTURE OF |
| 11:00AM | 15 | THE TRUCK WITH THE UTILITY BED STICKING OUT PAST THE CAB.  HAVE |
| 11:01AM | 16 | YOU HAD A CHANCE TO SEE THAT PICTURE BEFORE IN YOUR MATERIAL? |
| 11:01AM | 17 | A.     I'VE SEEN PHOTOGRAPHS OF THE VEHICLE.  THOSE WERE PART |
| 11:01AM | 18 | OF THE SCENE PHOTOGRAPHS AND SUCH. |
| 11:01AM | 19 | Q.     NOW, IS IT POSSIBLE THAT SOME OF THESE INJURIES MAY |
| 11:01AM | 20 | HAVE HAPPENED WHEN MS. GEORGE EXITED THE VEHICLE AND EITHER |
| 11:01AM | 21 | HIT THE DOOR OR THAT PROTRUDING UTILITY BED? |
| 11:01AM | 22 | A.     NOT--NOT THE--OKAY.  YOU COULD HAVE GOTTEN SOME OF THE |
| 11:01AM | 23 | HEAD INJURIES, BUT YOU CAN'T GET THE CHEST INJURIES.  THE CHEST |
| 11:01AM | 24 | INJURIES ARE DUE TO COMPRESSION.  I MEAN, ESSENTIALLY IT'S KIND |
| 11:01AM | 25 | OF LIKE SQUASHING A BALLOON OR SOMETHING.  THERE ARE BLOWOUT |

11:01AM  1   INJURIES OF THE HEART, THERE'S A BLOWOUT OF THE AORTA, THERE'S

11:01AM  2   CRUSHING AND TEARING INJURIES OF THE LUNGS.  SO--SO THAT'S DUE

11:02AM  3   TO A TIRE GOING OVER.

11:02AM  4           AND THE OTHER THING ON THE LEG, THE LEG THING IS A

11:02AM  5   TIRE AS WELL.  YOU SEE THAT NOT UNCOMMONLY.

11:02AM  6   Q.    AND BY BEING RUN OVER, YOU DON'T NECESSARILY MEAN THE

11:02AM  7   WHOLE BODY WAS RUN OVER, IN OTHER WORDS, DO YOU?

11:02AM  8   A.    WHAT I'M SAYING IS RUN OVER WAS THAT PART OF THE LEG,

11:02AM  9   THE CHEST, AND HEAD.  THE ABDOMEN, I CAN'T SAY WHETHER IT WAS

11:02AM  10  RUN OVER.

11:02AM  11  Q.    AND YOU DON'T--THIS WAS PART OF DR. LARKIN'S PLAUSIBLE

11:02AM  12  ALTERNATIVE SCENARIO, WASN'T IT?

11:02AM  13  A.    HE GAVE AN ALTERNATIVE, AND I DISAGREED WITH IT.

11:02AM  14  Q.    RIGHT.  BUT THIS WASN'T CENTRAL TO HIS FINDINGS OF

11:02AM  15  BASICALLY NO STRANGULATION, IS THAT CORRECT?

11:02AM  16  A.    RIGHT, IT HAD NOTHING TO DO WITH STRANGULATION.  I

11:02AM  17  AGREE WITH HIM A HUNDRED PERCENT THERE'S NO STRANGULATION.

11:02AM  18          MR. ELLIS:  THANK YOU, YOUR HONOR.

11:02AM  19          MS. MIRANDA:  NO FURTHER QUESTIONS, YOUR HONOR.

11:02AM  20  BUT BEFORE WE EXCUSE THIS WITNESS, WE STIPULATED TO HIM AS

11:03AM  21  AN EXPERT, BUT I WAS WONDERING WHETHER I COULD NEVERTHELESS

11:03AM  22  INTRODUCE HIS CV AS RESPONDENT'S EXHIBIT 2.

11:03AM  23          THE COURT:  YES, YOU MAY.

11:03AM  24          MR. ELLIS:  I HAVE NO OBJECTION YOUR HONOR.  I

11:03AM  25  THINK--

| | | |
|---|---|---|
| 11:03AM | 1 | THE COURT:  WAIT A MINUTE.  GO TO THE MICROPHONE OR |
| 11:03AM | 2 | GRAB A LAPEL MIKE. |
| 11:03AM | 3 | MR. ELLIS:  I APOLOGIZE.  I THINK I FORGOT TO ASK |
| 11:03AM | 4 | THAT THIS BE ADMITTED AS PETITIONER'S EXHIBIT 3. |
| 11:03AM | 5 | THE COURT:  OKAY.  WOULD YOU LEAVE THAT UP ON THE |
| 11:03AM | 6 | SCREEN.  I'M TRYING TO GET ORIENTED AS TO WHAT THAT IS.  I |
| 11:03AM | 7 | CAN'T MAKE OUT WHAT THAT IS A PHOTOGRAPH OF. |
| 11:03AM | 8 | MR. ELLIS:  IT'S A PHOTOGRAPH OF THE UTILITY BED OF |
| 11:03AM | 9 | THE TRUCK. |
| 11:03AM | 10 | THE COURT:  THE UTILITY BED? |
| 11:03AM | 11 | MR. ELLIS:  YES.  IT'S A PLACE WHERE YOU KEEP THINGS, |
| 11:03AM | 12 | I THINK, IN A TRUCK. |
| 11:03AM | 13 | THE COURT:  YOU MEAN THE BACK PART OF THE PICKUP? |
| 11:03AM | 14 | MR. ELLIS:  YES, CORRECT.  IN OTHER WORDS, THAT |
| 11:03AM | 15 | WOULD BE LOOKING TOWARDS THE REAR OF THE TRUCK FROM THE FRONT |
| 11:04AM | 16 | AREA.  IT'S NOT A VERY GOOD PHOTO, BUT... |
| 11:04AM | 17 | THE COURT:  IT LOOKS LIKE SOME THINGS ARE STANDING |
| 11:04AM | 18 | UP VERTICALLY THERE. |
| 11:04AM | 19 | MR. ELLIS:  YES.  WELL, I DON'T THINK WE NEED--IF |
| 11:04AM | 20 | IT'S A PROBLEM, I DON'T THINK WE NEED-- |
| 11:04AM | 21 | THE COURT:  CAN YOU PUT IT BACK UP AND LET ME SEE IF |
| 11:04AM | 22 | I CAN FIGURE IT OUT? |
| 11:04AM | 23 | OKAY.  I'LL ADMIT PETITIONER'S EXHIBIT 3, BUT |
| 11:04AM | 24 | HONESTLY, IT LOOKS LIKE JUST OBJECTS. |
| 11:04AM | 25 | MR. ELLIS:  WELL, TO CLARIFY, YOUR HONOR, THIS IS |

11:04AM 1 A--A UTILITY BED IS SOMETHING ON BOTH SIDES OF THE TRUCK, THE

11:05AM 2 PICKUP, USED TO STORE TOOLS OR WHATEVER.  AND IT STICKS OUT

11:05AM 3 BEYOND THE TRUCK, BEYOND THE SIDE OF THE TRUCK.  AND THAT'S A

11:05AM 4 PICTURE OF THE UTILITY BED IN THIS PARTICULAR TRUCK STICKING

11:05AM 5 OUT BEYOND--IN OTHER WORDS, IT--IT--IT PROTRUDES TO THE--

11:05AM 6 BEYOND THE SIDE OF THE TRUCK, AND THAT'S THE PICTURE OF IT

11:05AM 7 PROTRUDING THERE.

11:05AM 8 THE COURT:  OKAY.  AND YOUR POINT IS:  IF SOMEONE

11:05AM 9 JUMPS OUT, THEY MIGHT JUST BE HIT BY--IF THE VEHICLE IS MOVING,

11:05AM 10 THEY MIGHT BE HIT BY THE UTILITY BED?

11:05AM 11 MR. ELLIS:  THAT'S CORRECT, YOUR HONOR.  THAT WAS

11:05AM 12 PART OF DR. LARKIN'S PLAUSIBLE ALTERNATIVE SCENARIO.

11:05AM 13 THE COURT:  ALL RIGHT.  PETITIONER'S EXHIBIT 3 IS

11:05AM 14 ADMITTED.

11:05AM 15 I'M SORRY, MS. MIRANDA.  YOU OFFERED SOMETHING ELSE.

11:05AM 16 IT WAS RESPONDENT'S WHAT?

11:05AM 17 MS. MIRANDA:  RESPONDENT'S EXHIBIT 2, A COPY OF

11:05AM 18 DR. DI MAIO'S CURRICULUM VITAE.

11:06AM 19 THE COURT:  OKAY.  RESPONDENT'S EXHIBIT 2 IS

11:06AM 20 ADMITTED ALSO.

11:06AM 21 ALL RIGHT.  IS DR. DI MAIO EXCUSED, THEN?

11:06AM 22 MS. MIRANDA:  I HAVE NO FURTHER QUESTIONS, YOUR

11:06AM 23 HONOR.

11:06AM 24 THE COURT:  MR. ELLIS, IS DR. DI MAIO EXCUSED FOR

11:06AM 25 PURPOSES OF THIS HEARING?

73

11:06AM 1          MR. ELLIS:  YES, HE MAY BE.

11:06AM 2          THE COURT:  OKAY.

11:06AM 3          THANK YOU, DR. DI MAIO.

11:06AM 4          THE WITNESS:  THANK YOU, YOUR HONOR.

11:06AM 5          THE COURT:  OKAY.

11:06AM 6          THERE'S ONE OTHER WITNESS THAT WE HAD SWORN IN

11:06AM 7   EARLIER, AND THAT IS TONEY HURLEY.  HE IS YOUR ONLY OTHER

11:06AM 8   WITNESS, I BELIEVE.

11:06AM 9          MS. MIRANDA:  YES.  AND HE'S HERE.  THE ISSUE WITH

11:06AM 10  TAKING HIM EARLY IS THAT HE'S MORE OF A REBUTTAL TO ANOTHER ONE

11:06AM 11  OF THEIR WITNESSES THAT THEY HAVEN'T CALLED YET.  SO IT REALLY

11:06AM 12  DOESN'T MAKE SENSE TO PUT HIM ON UNTIL THAT WITNESS HAS

11:06AM 13  TESTIFIED.

11:06AM 14         THE COURT:  OKAY.

11:06AM 15         ARE THERE ANY OTHER WITNESSES HERE TO BE CALLED AT

11:06AM 16  THIS TIME?

11:07AM 17         MR. ELLIS:  NOT FOR PETITIONER, YOUR HONOR.

11:07AM 18         THE COURT:  OKAY.

11:07AM 19         MR. ELLIS:  MAY I ASK WHO HE IS TO BE A REBUTTAL

11:07AM 20  WITNESS FOR?

11:07AM 21         MS. MIRANDA:  JOHN RILEY SANDS.  MR. SANDS.

11:07AM 22         THE COURT:  SO WHEN WILL YOUR WITNESSES BE HERE,

11:07AM 23  MR. ELLIS?

11:07AM 24         MR. ELLIS:  I REQUESTED THAT THEY BE HERE AT 1:00,

11:07AM 25  YOUR HONOR.

11:07AM  1         THE COURT:  IS THERE ANYTHING WE CAN ACCOMPLISH

11:07AM  2  BETWEEN NOW AND 1:00?  OR SHALL WE RECESS UNTIL 1:00?

11:07AM  3         MR. ELLIS:  STIPULATIONS, PERHAPS.

11:07AM  4         THE COURT:  DO YOU HAVE THEM IN WRITING?

11:07AM  5         MS. MIRANDA:  NO, WE DON'T.

11:07AM  6         THE COURT:  ARE YOU GOING TO DICTATE THEM INTO THE

11:07AM  7  RECORD?

11:07AM  8         MS. MIRANDA:  APPARENTLY, YES, YOUR HONOR.

11:07AM  9         THE COURT:  ALL RIGHT.

11:07AM  10        MR. ELLIS, GO AHEAD AND DICTATE YOUR STIPULATIONS,

11:07AM  11  IF YOU ARE READY.

11:07AM  12        MR. ELLIS:  IT MAY TAKE ME A LITTLE BIT HERE.

11:07AM  13        THE COURT:  DO YOU WANT TO DO THAT--IF WE RECESS,

11:07AM  14  DO YOU WANT TO DO THAT WHEN WE RECONVENE?  WOULD THAT HELP YOU?

11:07AM  15        MR. ELLIS:  THAT WOULD BE CONVENIENT, YOUR HONOR.

11:07AM  16        THE COURT:  ALL RIGHT.  WE'LL RECESS, THEN, UNTIL

11:08AM  17  1:00, I GUESS, AND THEN WE'LL GO THROUGH THE STIPULATIONS, AND

11:08AM  18  THEN YOU CAN CALL YOUR OTHER WITNESSES.

11:08AM  19        THANK YOU.  WE'LL BE IN RECESS UNTIL 1 PM.

11:08AM  20        MS. MIRANDA:  THANK YOU.

11:08AM  21        THE COURT:  YOU ARE EXCUSED.

11:08AM  22        [RECESS]

01:08PM  23        THE COURT:  THANK YOU.  PLEASE BE SEATED.

01:08PM  24        ALL RIGHT.  MR. ELLIS, WOULD YOU LIKE TO PRESENT

01:08PM  25  YOUR STIPULATIONS?

01:08PM   1          MR. ELLIS:  YES, THANK YOU, YOUR HONOR.

01:08PM   2          THE FIRST STIPULATION WE WOULD OFFER IS AS TO

01:08PM   3   CLAYTON MCGRAW.  AND THERE'S TWO PARTS OF THIS STIPULATION:

01:08PM   4          ONE IS WE WOULD OFFER IN EVIDENCE THE GRAND JURY

01:09PM   5   INDICTMENT, WHICH IS SIGNED BY MR. MCGRAW AS FOREMAN OF THE

01:09PM   6   GRAND JURY.

01:09PM   7          THE COURT:  DO YOU HAVE THAT?  DO YOU HAVE A COPY OF

01:09PM   8   THAT?

01:09PM   9          MR. ELLIS:  YES, I DO, YOUR HONOR.

01:09PM   10          THE COURT:  OKAY.

01:09PM   11          MR. ELLIS:  THAT WILL BE PETITIONER'S EXHIBIT 4.

01:09PM   12          THE COURT:  PETITIONER'S EXHIBIT 4 IS THE

01:09PM   13   INDICTMENT.  THAT IS ADMITTED.  ALL RIGHT.  HANG ON JUST

01:09PM   14   A MINUTE.  LET ME LOOK AT IT.

01:11PM   15          PETITIONER'S EXHIBIT 4 IS ADMITTED.

01:11PM   16          MR. ELLIS:  THE SECOND PART OF THE STIPULATION AS

01:11PM   17   TO MR. MCGRAW IS THAT MR. MCGRAW WAS FOREMAN OF THE GRAND JURY

01:11PM   18   THAT INDICTED PETITIONER, AND THAT THE GRAND JURY WAS UNABLE TO

01:11PM   19   DETERMINE WHAT OBJECT WAS USED TO STRANGLE THE VICTIM, MARKIE

01:11PM   20   GEORGE, AND THAT THE GRAND JURY WAS ALSO NOT ABLE TO DETERMINE

01:11PM   21   IF IT WAS DONE MANUALLY OR WITH A ROPE OR LIGATURE.  AND WE

01:11PM   22   WOULD OFFER THAT STIPULATION, YOUR HONOR.

01:13PM   23          THE COURT:  OKAY.  MR. ELLIS, WHAT ELSE?

01:13PM   24          MR. ELLIS:  THE SECOND STIPULATION WOULD BE AS TO

01:13PM   25   WILLIAM BRANDON, B-R-A-N-D-O-N, ANDERSON, A-N-D-E-R-S-O-N.

01:13PM  1    HE IS AN EMPLOYEE OF THE HOPKINS COUNTY SHERIFF'S DEPARTMENT.

01:13PM  2    OR AT LEAST HE WAS IN THE YEAR 2000.  AND THE FIRST PART OF

01:13PM  3    THAT STIPULATION IS THE FOLLOWING STATEMENT.

01:13PM  4              THE COURT:  ALL RIGHT.  THIS WILL BE PETITIONER'S

01:13PM  5    EXHIBIT 5.

01:13PM  6              MR. ELLIS:  YES.

01:14PM  7              THE COURT:  ALL RIGHT.  PETITIONER'S EXHIBIT 5 IS

01:14PM  8    ADMITTED.

01:14PM  9              MR. ELLIS:  AND THE SECOND PART OF THAT STIPULATION

01:14PM  10   WOULD BE THE STATEMENT CONTAINED IN SECTION G OF THE WITNESS--

01:14PM  11   THE JOINT PRE-HEARING STATEMENT, WHICH I CAN READ INTO THE

01:14PM  12   RECORD IF THE COURT WOULD...

01:14PM  13             THE COURT:  LET'S SEE.  ALL RIGHT.  SO YOU WOULD

01:15PM  14   JUST SIMPLY READ INTO THE RECORD WHAT IS IN PART G, WHICH

01:15PM  15   CONTAINS A SUMMARY OF WILLIAM ANDERSON'S PROPOSED TESTIMONY,

01:15PM  16   IS THAT CORRECT?

01:15PM  17             MR. ELLIS:  THAT IS CORRECT, YOUR HONOR.  IT'S TAKEN

01:15PM  18   FROM THE TRANSCRIPT OF THE TRIAL.

01:15PM  19             THE COURT:  ALL RIGHT.  LET ME LOOK AT IT ONE MORE

01:15PM  20   TIME.  OKAY, I SEE THAT.

01:16PM  21             MR. ELLIS:  MAY I READ IT INTO THE RECORD, YOUR

01:16PM  22   HONOR?

01:16PM  23             THE COURT:  YES.

01:16PM  24             MR. ELLIS:  THE STIPULATION AS TO MR. ANDERSON WAS

01:17PM  25   THAT HE WAS AN EMPLOYEE OF THE HOPKINS COUNTY SHERIFF'S OFFICE,

01:17PM 1 AND HE TOOK THE STATEMENT OF MS. BALL, MS. SABRINA BALL,

01:17PM 2 REGARDING A FEBRUARY 26, 2000, ATTEMPT BY THE VICTIM,

01:17PM 3 MS. GEORGE, TO JUMP FROM THE TRUCK.  AND THE STATEMENT THAT

01:17PM 4 HE TOOK WAS THAT HE WAS WORKING IN THE HOPKINS COUNTY SHERIFF'S

01:17PM 5 OFFICE ON FEBRUARY 26, 2000, AND RESPONDED TO A CALL AT

01:17PM 6 MS. BALL'S HOME.  MARKIE GEORGE WAS THERE, AND SHE WAS SHAKING

01:17PM 7 AND CRYING.  SHE SAID THAT SHE HAD BEEN IN A VERBAL ARGUMENT

01:17PM 8 WITH MR. ACKER.  SHE SAID THAT SHE WAS AT "BUSTIN LOOSE" AND

01:17PM 9 LEFT, AND DURING AN ARGUMENT IN THE TRUCK SHE HAD ATTEMPTED

01:17PM 10 TO EXIT THE VEHICLE WHILE IT WAS DRIVING DOWN THE ROAD, AND

01:17PM 11 MR. ACKER HAD GRABBED HER BY THE ARM TO KEEP HER FROM GETTING

01:17PM 12 OUT.

01:17PM 13        SHE ALSO SAID THAT THEY CONTINUED ARGUING WHEN THEY

01:17PM 14 RETURNED TO MS. ACKER'S RESIDENCE, AND SHE STEPPED BETWEEN

01:18PM 15 THEM, AND MR. ACKER PICKED UP HIS MOTHER AND THREW HER ON THE

01:18PM 16 COUCH.  MS. GEORGE SAID THAT SHE WAS GOING TO CALL THE POLICE,

01:18PM 17 AND MR. ACKER RAN THROUGH THE SLIDING GLASS WINDOW TO TRY TO

01:18PM 18 GET AWAY.  MS. GEORGE LEFT THE ACKER HOUSE AT THAT TIME.

01:18PM 19        AND THE DEFENSE OFFERED THIS EVIDENCE, AND THE COURT

01:18PM 20 SUSTAINED AN OBJECTION TO IT.

01:18PM 21        THAT WOULD BE THE END OF THE STIPULATION AS TO

01:18PM 22 OFFICER ANDERSON.

01:18PM 23        THE COURT:  OKAY.

01:18PM 24        MR. ELLIS:  AND THE THIRD STIPULATION WE HAVE WOULD

01:18PM 25 BE IN RELATION TO WILLIAM ALLEN STORY.

01:18PM  1          THE COURT:  WALTER ALLEN STORY?

01:18PM  2          MR. ELLIS:  I'M SORRY.  WALTER ALLEN STORY.  AND

01:18PM  3  THIS STIPULATION IS THAT MR. STORY WAS THE 911 COMMUNICATIONS

01:19PM  4  SUPERVISOR IN HOPKINS COUNTY AND WORKED FOR THE HOPKINS COUNTY

01:19PM  5  SHERIFF'S OFFICE, AND THAT THE 911 RADIO LOG RECORDED A CALL

01:19PM  6  FROM MR. SMIDDY AT 11:45 AM.  THIS IS ON MARCH 12TH, 2000.  AND

01:19PM  7  A CALL FROM MR. FERRELL AT 11:47 AM.  OFFICER HILL ARRIVED AT

01:19PM  8  THE LOCATION AT 11:51 AM.  AND AT 11:53 AM, THE OFFICER CALLED

01:19PM  9  IN TO SAY THERE WAS NO PULSE.  THAT WOULD BE THE END OF THE

01:19PM  10  STIPULATION.  AND IT IS CONTAINED IN SECTION H OF THE JOINT

01:19PM  11  PRE-HEARING STATEMENT.

01:20PM  12          THE COURT:  MR. SMIDDY IS CALLING FOR MR. FERRELL?

01:20PM  13          MR. ELLIS:  NO.  IT'S A CALL FROM MR. SMIDDY TO THE

01:20PM  14  SHERIFF'S DEPARTMENT.

01:20PM  15          THE COURT:  YOU SAID SOMETHING ABOUT MR. FERRELL.

01:20PM  16          MR. ELLIS:  YES.  THAT WAS THE SECOND CALL RECEIVED

01:20PM  17  BY THE SHERIFF'S DEPARTMENT.

01:20PM  18          THE COURT:  OKAY.

01:20PM  19          MR. ELLIS:  A CALL FROM MR. SMIDDY TO THE SHERIFF.

01:20PM  20  AND A SECOND CALL FROM MR. FERRELL TO THE SHERIFF'S DEPARTMENT.

01:20PM  21          THE COURT:  AND THESE TWO MEN ARE CALLING IN TO SAY

01:20PM  22  NO PULSE?

01:20PM  23          MR. ELLIS:  NO.  THEY'RE CALLING IN TO SAY DIFFERENT

01:20PM  24  THINGS.  IT'S NOT SPECIFIED HERE, BUT THE CALL FROM MR. SMIDDY

01:20PM  25  WAS RELATING TO THE ABDUCTION WHEN MR. ACKER LEFT WITH THE

01:20PM  1    VICTIM.

01:20PM  2              AND THE CALL FROM MR. FERRELL AT 11:47 WAS IN

01:20PM  3    RELATION TO HIM SEEING THE TRUCK BY THE ROAD.  AND THE BODY, I

01:20PM  4    THINK.

01:20PM  5              [PETITIONER SPEAKING ALOUD, BUT NOT LOUD ENOUGH TO

01:20PM  6    DISCERN WHAT HE IS SAYING.]

01:20PM  7              MR. ELLIS:  I'M SORRY.  NO, IT'S JUST THAT HE SAW A

01:21PM  8    TRUCK BY THE ROAD.  THIS IS A CALL FROM MR. FERRELL.

01:21PM  9              [PETITIONER SPEAKING ALOUD, BUT NOT LOUD ENOUGH TO

01:21PM  10   DISCERN WHAT HE IS SAYING.]

01:21PM  11             THE COURT:  IF YOU NEED TO TALK TO YOUR CLIENT, GO

01:21PM  12   OVER THERE AND TALK TO HIM.

01:21PM  13             MR. ELLIS:  SO THAT WOULD BE THE STIPULATION, YOUR

01:21PM  14   HONOR.

01:21PM  15             MS. MIRANDA:  YOUR HONOR, IF I MAY--

01:21PM  16             THE COURT:  I DON'T KNOW WHAT THE STIPULATION IS.

01:21PM  17   I'M TRYING TO FIGURE IT OUT.

01:21PM  18             MS. MIRANDA:  YOUR HONOR, IF I MAY, MR. STORY'S

01:21PM  19   TESTIMONY IS IN THE TRIAL RECORD.  AND SO THE REASON THAT I

01:21PM  20   AGREED TO THE STIPULATION IS THAT THERE'S NO DIFFERENCE BETWEEN

01:21PM  21   THE TESTIMONY--THE CITES THAT YOU SEE HERE IN THIS PRETRIAL

01:21PM  22   STATEMENT ARE TO CITES IN THE ORIGINAL TRIAL RECORD.  AND SO

01:21PM  23   THE REASON THAT WE AGREED TO WHAT HE WAS GOING TO OFFER IS

01:21PM  24   BECAUSE IT'S BASICALLY THE TRIAL TESTIMONY.

01:21PM  25             MR. ELLIS:  THAT IS CORRECT, YOUR HONOR.

01:21PM 1      THE COURT:  SO WHAT DID MR. SMIDDY SAY WHEN HE

01:21PM 2  CALLED?

01:21PM 3      MR. ELLIS:  MR. SMIDDY--THERE'S SEVERAL--SOME OF

01:21PM 4  THE STIPULATIONS RELATE TO THAT.  HE SAID HE SAW A--MR. ACKER

01:22PM 5  DRIVE OFF IN THE TRUCK WITH THE VICTIM, AND THAT--THERE'S

01:22PM 6  THE ORIGINAL STATEMENTS THAT SHE WAS TRYING TO GET OUT OF

01:22PM 7  THE VEHICLE.

01:22PM 8      THE COURT:  STATEMENTS FROM WHO, SMIDDY?

01:22PM 9      MR. ELLIS:  YES, SMIDDY, YOUR HONOR.

01:22PM 10      THE COURT:  OKAY.

01:22PM 11      MS. MIRANDA:  WE'RE NOT STIPULATING TO THOSE.  THOSE

01:22PM 12  ARE NOT PART OF THE STIPULATION.  THIS STIPULATION WAS SOLELY

01:22PM 13  INTENDED TO ESTABLISH A TIMELINE THAT WAS ESTABLISHED AT TRIAL.

01:22PM 14  THAT WAS MY UNDERSTANDING OF IT.

01:22PM 15      MR. ELLIS:  THAT IS MY UNDERSTANDING TOO, YOUR

01:22PM 16  HONOR.  IT WAS A VERY LIMITED STIPULATION, SIMPLY RELATING TO

01:22PM 17  THE TIMELINE BETWEEN THE 911 CALL COMING IN AND THE BODY BEING

01:22PM 18  FOUND AND THE OFFICER CALLING IN TO SAY THERE WAS NO PULSE IN

01:22PM 19  THE BODY.

01:22PM 20      THE COURT:  SO YOU ARE SAYING IT DOESN'T MATTER WHAT

01:22PM 21  THEY SAID, IT'S JUST THE TIMING OF THE CALL?

01:22PM 22      MR. ELLIS:  EXACTLY, YES, THIS IS JUST THE TIMELINE

01:22PM 23  OF THE CALL, YES.

01:22PM 24      THE COURT:  ALL RIGHT.

01:22PM 25      MR. ELLIS:  IN TERMS OF THIS STIPULATION IT DOESN'T

01:22PM  1    MATTER.  IN PERHAPS OTHER MATTERS IT DOES MATTER.  BUT JUST

01:22PM  2    IN TERMS OF THIS STIPULATION, WHAT THEY SAID DOES NOT MATTER.

01:23PM  3    WE WILL BE DEVELOPING WHAT WAS SAID IN OTHER--THROUGH OTHER

01:23PM  4    WITNESSES, YOUR HONOR.

01:23PM  5              THE COURT:  OKAY.

01:23PM  6              MR. ELLIS:  NOW, THE LAST STIPULATION, AS TO BILL

01:23PM  7    REECE, R-E-E-C-E, THIS IS A SHORT STIPULATION.  THE STIPULATION

01:23PM  8    IS CONTAINED IN SECTION M OF THE JOINT HEARING STATEMENT, AND

01:23PM  9    IT IS SIMPLY THAT MR. REECE WAS EMPLOYED BY THE HOPKINS COUNTY

01:23PM 10    SHERIFF'S OFFICE AT--ON MARCH 12TH, 2000, AND AT THE SHERIFF'S

01:23PM 11    OFFICE THIS PATROLMAN INTERVIEWED MR. ACKER AFTER HE WAVED

01:23PM 12    DOWN THE PATROLMAN AND SURRENDERED TO MR. REECE--AND MR. ACKER

01:23PM 13    SURRENDERED TO MR. REECE, AND THAT'S IT.

01:24PM 14              THE COURT:  OKAY.

01:24PM 15              MR. ELLIS:  AND THAT WOULD CONCLUDE THE STIPULATIONS,

01:24PM 16    YOUR HONOR.

01:24PM 17              THE COURT:  ALL RIGHT.

01:24PM 18              DO YOU HAVE A WITNESS READY?

01:24PM 19              MR. ELLIS:  YES, WE DO, YOUR HONOR.  WE WOULD CALL

01:24PM 20    MR. SANDS.

01:24PM 21              THE COURT:  OKAY.  MR. SANDS.

01:24PM 22              MR. ELLIS:  JOHN RILEY SANDS.

01:24PM 23              THE COURT:  ARE THERE OTHER WITNESSES IN THE

01:24PM 24    COURTROOM FOR YOU, MR. ELLIS?

01:24PM 25              MR. ELLIS:  I BELIEVE THEY'VE BEEN ASKED TO STAY

01:24PM 1    OUTSIDE, YOUR HONOR.  I DON'T SEE ANYBODY ELSE HERE.

01:24PM 2              THE COURT:  OKAY.

01:24PM 3              MR. SANDS, COME ON DOWN IN FRONT.  WOULD YOU PLEASE

01:25PM 4    RAISE YOUR RIGHT HAND.  THIS LADY IS GOING TO PLACE YOU UNDER

01:25PM 5    OATH.

01:25PM 6              DEPUTY COURT CLERK:  DO YOU SWEAR THE TESTIMONY YOU

01:25PM 7    SHALL GIVE IN THE CASE NOW IN HEARING SHALL BE THE TRUTH, THE

01:25PM 8    WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

01:25PM 9              THE WITNESS:  [MOVING HEAD UP AND DOWN]

01:25PM 10             THE COURT:  ALL RIGHT.  JUST COME AROUND AND HAVE A

01:25PM 11   SEAT.

01:25PM 12             MR. ELLIS.

01:25PM 13   DIRECT EXAMINATION OF JOHN RILEY SANDS ON BEHALF OF THE

01:25PM 14   PETITIONER

01:25PM 15             MR. ELLIS:

01:25PM 16   Q.    MR. SANDS, COULD YOU STATE AND SPELL YOUR NAME FOR THE

01:25PM 17   RECORD, PLEASE.

01:25PM 18   A.    JOHN RILEY SANDS, S-A-N-D-S.

01:25PM 19   Q.    AND WHERE DO YOU CURRENTLY LIVE?

01:25PM 20   A.    COMMERCE, TEXAS.

01:25PM 21   Q.    AND WHAT IS YOUR OCCUPATION?

01:25PM 22   A.    I'M A PRIVATE INVESTIGATOR.

01:25PM 23   Q.    AND HAVE YOU RECEIVED SPECIAL TRAINING AS PART OF YOUR

01:25PM 24   CURRENT OCCUPATION AS AN INVESTIGATOR?

01:25PM 25   A.    YES, SIR, SPECIAL TRAINING, ALSO LAW ENFORCEMENT.

01:25PM  1    Q.     COULD YOU BRIEFLY DETAIL YOUR EDUCATIONAL BACKGROUND.

01:25PM  2    A.     YES, SIR.  I'M A GRADUATE OF TEXAS A&M UNIVERSITY WITH

01:25PM  3    A DEGREE IN CRIMINOLOGY WITH EMPHASIS ON INDUSTRIAL TECHNOLOGY

01:26PM  4    AND BUSINESS, ALSO WORK ON MY MASTER'S DEGREE IN SOCIOLOGY.

01:26PM  5    Q.     AND WHERE WAS THAT DEGREE FROM?

01:26PM  6    A.     AT TEXAS A&M-COMMERCE.

01:26PM  7    Q.     AND DID YOU RECEIVE SOME TRAINING AFTER YOUR GRADUATION?

01:26PM  8    A.     YES, SIR, SEVERAL COURSES THAT YOU ARE REQUIRED TO TAKE

01:26PM  9    NOT ONLY THROUGH POLICE WORK BUT ALSO AS A PRIVATE INVESTIGATOR.

01:26PM  10   WE HAVE TO HAVE SO MUCH TRAINING EVERY TWO YEARS.

01:26PM  11   Q.     AND HOW MUCH TRAINING IS THAT?

01:26PM  12   A.     YOU'VE GOT TO HAVE 40 HOURS EVERY TWO YEARS, AND YOU'VE

01:26PM  13   GOT TO KEEP UP WITH ETHICS AND RULES AND PROCEDURES, THINGS OF

01:26PM  14   THAT NATURE.

01:26PM  15   Q.     AND HOW LONG HAVE YOU BEEN PRACTICING AS A PRIVATE

01:26PM  16   INVESTIGATOR IN THE STATE OF TEXAS?

01:26PM  17   A.     ABOUT 31 YEARS.

01:26PM  18   Q.     AND HAVE YOU BEEN--HAVE YOU WORKED MURDER CASES BEFORE?

01:26PM  19   A.     YES, SIR.

01:26PM  20   Q.     APPROXIMATELY HOW MANY?

01:27PM  21   A.     ABOUT 30.

01:27PM  22   Q.     AND WHAT WAS YOUR CONNECTION TO THE DANIEL CLATE ACKER

01:27PM  23   CASE?

01:27PM  24   A.     I WAS A COURT-APPOINTED INVESTIGATOR FOR THE DEFENSE.

01:27PM  25   Q.     AND WHO HIRED YOU FOR THIS?

01:27PM 1  A.      THE COUNTY OF HOPKINS.  I GOT A CALL FROM THE ATTORNEYS

01:27PM 2  REPRESENTING MR. ACKER THAT THE JUDGE HAD APPOINTED ME TO

01:27PM 3  ASSIST THEM IN PREPARATION OF THE CASE.

01:27PM 4          MR. ELLIS:  YOUR HONOR, WE WOULD OFFER MR. SANDS

01:27PM 5  AS AN EXPERT WITNESS, AS AN EXPERT INVESTIGATOR, BASED ON HIS

01:27PM 6  BACKGROUND AND QUALIFICATIONS.

01:27PM 7          THE COURT:  OKAY.  YOU CAN CONTINUE ASKING QUESTIONS.

01:27PM 8  IF THERE'S NO OBJECTION TO HIS QUALIFICATIONS, JUST KEEP GOING.

01:27PM 9          MR. ELLIS:

01:27PM 10 Q.      DID YOU REVIEW CERTAIN DOCUMENTS AS A PART OF YOUR

01:27PM 11 INVOLVEMENT IN THE ACKER CASE, MR. SANDS?

01:27PM 12 A.      YES, SIR, I DID.

01:27PM 13 Q.      DO YOU REMEMBER WHAT YOU REVIEWED?

01:27PM 14 A.      THERE WERE NUMEROUS POLICE REPORTS, FORENSIC REPORTS,

01:28PM 15 SEEMS TO ME LIKE THERE WERE SOME NOTES FROM THE ATTORNEYS.

01:28PM 16 Q.      AND WERE YOU ASKED TO PERFORM CERTAIN EXPERIMENTS?

01:28PM 17 A.      MR. ELLIS, I CAN'T REMEMBER IF I WAS ASKED OR IF I

01:28PM 18 JUST TOOK IT ON MYSELF TO DO SOME EXPERIMENTS TO GIVE TO THE

01:28PM 19 ATTORNEYS FOR THEIR USE, IF NEEDED.

01:28PM 20 Q.      AS PART OF ONE OF THESE EXPERIMENTS, DID YOU DRIVE FROM

01:28PM 21 MR. ACKER'S TRAILER HOME TO THE CRIME SCENE WHERE THE VICTIM'S

01:28PM 22 BODY WAS FOUND?

01:28PM 23 A.      YES, SIR, I DID.

01:28PM 24 Q.      AND DO YOU REMEMBER APPROXIMATELY HOW LONG THAT TOOK?

01:28PM 25 A.      IT WAS ABOUT 10 YEARS AGO, BUT I WOULD SAY SOMEWHERE

01:28PM 1   THREE, FOUR, FIVE MINUTES MAYBE.  AND THAT'S A GUESS.

01:28PM 2   Q.      NOW, DO YOU REMEMBER IF YOU WERE ALLOWED TO PRESENT

01:28PM 3   THIS EVIDENCE TO MR. ACKER'S JURY?

01:28PM 4   A.      TO THE JURY?

01:29PM 5   Q.      YES, TO THE JURY.

01:29PM 6           MS. MIRANDA:  YOUR HONOR, I'M GOING TO OBJECT TO

01:29PM 7   ANY LINE OF QUESTIONING ABOUT WHAT WAS ALLOWED AT TRIAL OR NOT

01:29PM 8   ALLOWED AT TRIAL, AS IT'S NOT RELEVANT TO THE ACTUAL-INNOCENCE

01:29PM 9   PART OF THIS HEARING.

01:29PM 10          THE COURT:  HOW IS IT RELEVANT?

01:29PM 11          MR. ELLIS:  WELL, THE RELEVANCE WOULD BE THAT

01:29PM 12  SOME EFFORT WAS MADE TO SHOW AT TRIAL THAT THERE WAS NO

01:29PM 13  STRANGULATION.

01:29PM 14          THE COURT:  THAT MIGHT GO TO AN INEFFECTIVE-

01:29PM 15  ASSISTANCE CLAIM.  RIGHT?

01:29PM 16          MR. ELLIS:  WELL, I THINK PERHAPS THINGS HAVE

01:29PM 17  CHANGED SINCE THERE HAS BEEN A STIPULATION AS TO NO

01:29PM 18  STRANGULATION.  SO I'LL MOVE ON, YOUR HONOR.

01:29PM 19          THE COURT:  OKAY.

01:29PM 20          MR. ELLIS:

01:29PM 21  Q.      NOW, AS PART OF YOUR INVESTIGATION, DID YOU OBTAIN A

01:29PM 22  TRUCK SIMILAR TO THAT THAT WAS DRIVEN BY MR. ACKER ON MARCH 12,

01:30PM 23  2000?

01:30PM 24  A.      YES, SIR.

01:30PM 25  Q.      DO YOU REMEMBER WHAT THAT TRUCK WAS?

01:30PM 1    A.    IT WAS ONE SIMILAR.  IT MIGHT NOT HAVE BEEN EXACTLY THE

01:30PM 2    SAME MODEL, BUT IT WAS A SIMILAR TRUCK.  SEEMS LIKE IT WAS A

01:30PM 3    FORD 350 OR SOMETHING LIKE THAT.

01:30PM 4    Q.    NOW, IS THIS A FAIRLY WIDE-BODIED TRUCK?

01:30PM 5    A.    IT WAS A FLATBED TRUCK, SO, YES, I WOULD--IF YOU WANT

01:30PM 6    TO CALL IT A WIDE BED--WIDE, IT WOULD BE.

01:30PM 7    Q.    HOW BIG A TRUCK, A HALF-TON, THREE-QUARTER TON, OR A

01:30PM 8    FULL TON?  DO YOU KNOW?

01:30PM 9    A.    SEEMS TO ME LIKE IT'S THREE-QUARTER TON, MAYBE A TON.

01:30PM 10   I'M NOT EXACTLY SURE--CAN'T REMEMBER RIGHT NOW.

01:30PM 11   Q.    NOW, THIS TRUCK YOU OBTAINED THAT WAS SIMILAR TO THAT

01:30PM 12   USED IN THE--ON THE--IN THE INCIDENT HERE, DO YOU REMEMBER

01:30PM 13   USING THE TRUCK TO MAKE SOME EXPERIMENTS?

01:30PM 14   A.    YES.

01:30PM 15   Q.    AND DO YOU RECALL NOW--DO YOU RECALL BEING IN THIS

01:31PM 16   TRUCK AND WHAT YOU DID WITH IT?  DO YOU RECALL THE INSIDE OF

01:31PM 17   THE TRUCK?

01:31PM 18   A.    YES, SIR.

01:31PM 19   Q.    IS THIS TRUCK WIDER THAN, SAY, A CONVENTIONAL CAR OR

01:31PM 20   SEDAN?

01:31PM 21   A.    YES, SIR, IT WOULD BE.

01:31PM 22   Q.    AND IS THE INTERIOR FRONT SEAT WIDER THAN THE FRONT

01:31PM 23   SEAT IN A NORMAL-SIZE SEDAN?

01:31PM 24   A.    YES, SIR.

01:31PM 25   Q.    AND BY "NORMAL-SIZE SEDAN," I DON'T MEAN A COMPACT,

01:31PM 1    BUT I MEAN A FULL-SIZE, SAY, CADILLAC OR SOMETHING LIKE THAT.

01:31PM 2    A.      IT WOULD BE A LITTLE WIDER THAN AN INTERMEDIATE-SIZE

01:31PM 3    AUTOMOBILE.

01:31PM 4    Q.      OKAY.  AND WHAT WAS THE TEST THAT YOU PERFORMED IN THE

01:31PM 5    TRUCK?

01:31PM 6    A.      SIT IN THE DRIVER'S SEAT AND SEE IF YOU COULD REACH THE

01:31PM 7    DRIVER'S DOOR [SIC] WITHOUT--AND STILL BE ABLE TO SEE THE ROAD

01:31PM 8    AND DRIVE.

01:31PM 9    Q.      AND WERE YOU ABLE TO DO THAT?

01:31PM 10   A.      NO, SIR, NOT REALLY.

01:31PM 11   Q.      AND WERE YOU ABLE TO--WAS IT YOUR OPINION THAT YOU

01:32PM 12   WOULD BE ABLE TO OPEN THE DOOR AND PUSH SOMEBODY OUT OF THE

01:32PM 13   VEHICLE WHILE STILL DRIVING?

01:32PM 14   A.      FOR ME, IT WOULD BE REAL DIFFICULT, YES, SIR.

01:32PM 15   Q.      HOW TALL ARE YOU?

01:32PM 16   A.      5-8.

01:32PM 17   Q.      NOW, YOU PERFORMED THESE EXPERIMENTS WITHOUT ANYBODY

01:32PM 18   ELSE IN THE CAR, IS THAT CORRECT?

01:32PM 19   A.      YES, SIR.  I JUST FOUND A FLATBED THAT I THOUGHT WAS

01:32PM 20   SIMILAR AND JUST WANTED TO SEE WHAT IT WOULD BE LIKE.  SO I DID

01:32PM 21   IT WITHOUT--JUST BY MYSELF.

01:32PM 22   Q.      SO THERE WOULD HAVE BEEN NOBODY IN THE PASSENGER SEAT

01:32PM 23   AROUND WHICH YOUR ARM WOULD HAVE HAD TO HAVE GONE, IS THAT

01:32PM 24   CORRECT?

01:32PM 25   A.      THERE WAS NOT.

01:32PM 1    Q.      AND NOBODY STRUGGLING AGAINST YOU TO PREVENT THEMSELVES

01:32PM 2    FROM BEING THROWN OUT, IS THAT CORRECT?

01:32PM 3    A.      THAT'S RIGHT.

01:32PM 4    Q.      AND NOBODY REALLY OBSTRUCTING OR TAKING YOUR HAND AWAY

01:32PM 5    FROM WHEN YOU TRIED TO REACH OUT TO THAT DOOR HANDLE, IS THAT

01:32PM 6    RIGHT?

01:32PM 7    A.      THAT'S CORRECT.

01:33PM 8            MR. ELLIS:  THAT'S ALL THE QUESTIONS I HAVE, YOUR

01:33PM 9    HONOR.

01:33PM 10           THE COURT:  ALL RIGHT.

01:33PM 11           MS. MIRANDA.

01:33PM 12   CROSS-EXAMINATION OF JOHN RILEY SANDS ON BEHALF OF THE

01:33PM 13   RESPONDENT

01:33PM 14           MS. MIRANDA:

01:33PM 15   Q.      MR. SANDS, WHAT WAS THE PURPOSE OF THAT EXPERIMENT?

01:33PM 16   A.      JUST TO SEE IF YOU COULD REACH ACROSS AND OPEN THE DOOR

01:33PM 17   AND--YOU KNOW, 'CAUSE READING POLICE REPORTS OR TALKING TO AN

01:33PM 18   ATTORNEY, SOME WERE UNDER THE IMPRESSION THAT'S WHAT HAPPENED.

01:33PM 19   Q.      SO YOU WERE ATTEMPTING TO SHOW THAT IT WAS NOT POSSIBLE

01:33PM 20   FOR MR. ACKER TO REACH ACROSS AND OPEN THE DOOR WHILE HE WAS

01:33PM 21   DRIVING.  CORRECT?

01:33PM 22   A.      YES, THAT WOULD BE CORRECT.

01:33PM 23   Q.      OKAY.  WOULD YOU AGREE WITH ME THAT THE VALUE OF THAT

01:33PM 24   EXPERIMENT IS GOING TO DEPEND ON A LOT OF VARIABLES?

01:34PM 25   A.      YES, MA'AM, I WOULD.

01:34PM 1    Q.    OKAY.  IT'S GONNA DEPEND ON THE SIMILARITIES BETWEEN

01:34PM 2    YOU AND MR. ACKER.  CORRECT?

01:34PM 3    A.    YES.

01:34PM 4    Q.    OKAY.  WOULD YOU AGREE WITH ME THAT WHAT ONE PERSON

01:34PM 5    CAN DO WHILE SITTING IN A TRUCK, AND HOW FAR THEY CAN REACH,

01:34PM 6    IS GONNA BE REALLY DIFFERENT?

01:34PM 7    A.    YES.

01:34PM 8    Q.    OKAY.  SO, FOR INSTANCE, WHAT I COULD REACH AND WHAT

01:34PM 9    DIRK NOWITZKI COULD REACH ARE TWO DIFFERENT THINGS, A SEVEN-

01:34PM 10   FOOTER AND A 5-6, TOTALLY DIFFERENT?

01:34PM 11   A.    THAT'S RIGHT.

01:34PM 12   Q.    OKAY.  NOW, YOU'VE TESTIFIED THAT YOU ARE 5-8.  CORRECT?

01:34PM 13   A.    YES, MA'AM.

01:34PM 14   Q.    HOW TALL IS MR. ACKER?

01:34PM 15   A.    5-11, 6 FOOT.

01:34PM 16   Q.    OKAY.  SO IF IT WERE TO BE SHOWN THAT HE WERE, IN FACT,

01:34PM 17   6 FEET TALL, THEN HE'S A LITTLE BIT TALLER THAN YOU ARE?

01:34PM 18   A.    SURE.

01:34PM 19   Q.    SO HE COULD PROBABLY REACH A LITTLE BIT FURTHER.

01:34PM 20   CORRECT?

01:34PM 21        MR. ELLIS:  OBJECTION.  THAT ASKS FOR A CONCLUSION

01:34PM 22   THAT COULD NOT POSSIBLY BE MADE.

01:34PM 23        MS. MIRANDA:  ACTUALLY, THAT'S MY POINT, YOUR HONOR,

01:34PM 24   IS THAT HE'S TRYING TO DRAW A CONCLUSION BY SAYING IT'S NOT

01:34PM 25   POSSIBLE TO REACH, AND I'M TRYING TO SHOW THAT THERE ARE

01:35PM 1   VARIABLES, THAT HE CAN'T POSSIBLY DRAW THAT CONCLUSION.

01:35PM 2           MR. ELLIS:  I THINK IT GOES TO THE WEIGHT OF THE

01:35PM 3   EVIDENCE.

01:35PM 4           THE COURT:  WELL, I THINK YOUR QUESTION WAS:  HE

01:35PM 5   COULD PROBABLY REACH A LITTLE FURTHER SINCE HE'S 6 FEET TALL.

01:35PM 6           AND THEN YOU OBJECTED.

01:35PM 7           MR. ELLIS:  YES.  I BELIEVE THE QUESTION WAS

01:35PM 8   SOMETHING LIKE HE COULDN'T DO THAT.

01:35PM 9           THE COURT:  I THINK THE QUESTION WAS HE COULD

01:35PM 10  PROBABLY REACH A LITTLE FURTHER.

01:35PM 11          MR. ELLIS:  OKAY.

01:35PM 12          THE COURT:  I THINK THE WITNESS CAN ANSWER THAT

01:35PM 13  QUESTION.  IT DOESN'T TAKE AN EXPERT TO ANSWER THAT.

01:35PM 14          DO YOU HAVE AN OPINION AS TO WHETHER MR. ACKER,

01:35PM 15  BEING TALLER THAN YOU, COULD HAVE PERHAPS REACHED A LITTLE

01:35PM 16  FURTHER THAN YOU?

01:35PM 17          THE WITNESS:  YES, SIR.

01:35PM 18          THE COURT:  AND YOUR OPINION IS WHAT?

01:35PM 19          THE WITNESS:  HE COULD HAVE REACHED FURTHER.

01:35PM 20          THE COURT:  OKAY.

01:35PM 21          NEXT QUESTION.

01:35PM 22          MS. MIRANDA:  THANK YOU.

01:35PM 23  Q.      AND IF YOU ARE DOING THAT KIND OF EXPERIMENT, TRYING TO

01:35PM 24  DETERMINE HOW FAR A PERSON CAN REACH, IT'S NOT SIMPLY A MATTER

01:35PM 25  OF HEIGHT, EITHER, IS IT?

01:36PM 1    A.     THAT'S PROBABLY 98 PERCENT OF WHAT YOU WOULD BE LOOKING

01:36PM 2    FOR.

01:36PM 3    Q.     OKAY.  IS THERE ANYTHING ELSE YOU WOULD WANT TO

01:36PM 4    CONSIDER IN DETERMINING HOW FAR AN INDIVIDUAL COULD REACH?

01:36PM 5    A.     MAYBE THE WAY YOU ARE SITTING IN THE SEAT.  YOU MIGHT

01:36PM 6    HAVE SCOOTED OVER A LITTLE BIT OR--

01:36PM 7    Q.     OKAY.  COULD PEOPLE WHO HAVE THE SAME HEIGHT HAVE A

01:36PM 8    DIFFERENT WINGSPAN AS FAR AS HOW FAR THEY CAN REACH FROM TIP

01:36PM 9    TO TIP?

01:36PM 10   A.     DIFFERENT PEOPLE?

01:36PM 11   Q.     YES.  TWO PEOPLE WHO ARE 6 FEET TALL CAN HAVE DIFFERENT

01:36PM 12   ARM LENGTHS, IS THAT CORRECT?

01:36PM 13   A.     I UNDERSTAND THAT IS POSSIBLE.

01:36PM 14   Q.     OKAY.  AND IN ADDITION TO THE HEIGHT, TWO PEOPLE WHO

01:36PM 15   ARE 6 FEET TALL, SOMEONE COULD HAVE LONGER LEGS AND A SHORTER

01:36PM 16   TORSO, AND OTHER PEOPLE COULD HAVE A LONGER TORSO AND SHORTER

01:36PM 17   LEGS, IS THAT CORRECT?

01:36PM 18   A.     I WOULD ASSUME, YES.

01:36PM 19   Q.     OKAY.  SO THERE'S MANY DIFFERENT VARIABLES THAT WE NEED

01:36PM 20   TO CONSIDER IN DOING THIS KIND OF EXPERIMENT TO DETERMINE THE

01:36PM 21   VALUE OF THAT EXPERIMENT.  CORRECT?

01:36PM 22   A.     THAT WOULD BE RIGHT.

01:36PM 23   Q.     OKAY.  DID YOU CONSIDER ANY OF THOSE VARIABLES WHEN YOU

01:37PM 24   WERE DOING THIS EXPERIMENT?

01:37PM 25   A.     SURE.

01:37PM  1   Q.      OKAY.  HOW SO?  DID YOU MEASURE MR. ACKER'S WINGSPAN?

01:37PM  2   A.      NO, WE DIDN'T.  IT WAS JUST SOMETHING I WANTED TO SEE

01:37PM  3   FOR MYSELF MORE THAN ANYTHING, AND I RELAYED THAT INFORMATION

01:37PM  4   TO THE ATTORNEYS.

01:37PM  5   Q.      OKAY.  WE CAN JUST CLEAR THIS UP RIGHT NOW.  YOU ARE

01:37PM  6   NOT TELLING US THAT IT'S IMPOSSIBLE FOR MR. ACKER TO REACH THE

01:37PM  7   DOOR FROM WHERE HE WAS SITTING IN THAT TRUCK?

01:37PM  8   A.      I WOULDN'T KNOW IF HE COULD OR NOT.

01:37PM  9           MS. MIRANDA:  OKAY.

01:37PM  10          I HAVE NO FURTHER QUESTIONS.

01:37PM  11          THE COURT:  OKAY.

01:37PM  12          MR. ELLIS?

01:37PM  13  REDIRECT EXAMINATION OF JOHN RILEY SANDS ON BEHALF OF THE

01:37PM  14  PETITIONER

01:37PM  15          MR. ELLIS:

01:37PM  16  Q.      THE PRESENCE OF ANOTHER PERSON IN THE TRUCK WOULD HAVE

01:37PM  17  MADE YOUR REACH SHORTER, IS THAT CORRECT, IF YOU HAD TO GO

01:37PM  18  AROUND THEM?

01:37PM  19  A.      IT WOULD MAKE SOME DIFFERENCE, YES, SIR.

01:38PM  20  Q.      AND IF THE PERSON WAS RESISTING THAT, IT WOULD MAKE THE

01:38PM  21  WHOLE EXPERIMENT RATHER MORE--WELL, IT WOULD MAKE THE OPENING

01:38PM  22  OF THE DOOR MUCH MORE DIFFICULT, IS THAT NOT CORRECT?

01:38PM  23  A.      YES, SIR.

01:38PM  24          MR. ELLIS:  I HAVE NOTHING FURTHER.

01:38PM  25          MS. MIRANDA:  NOTHING FURTHER, YOUR HONOR.

01:38PM   1          THE COURT:  OKAY.

01:38PM   2          IS THIS WITNESS EXCUSED, MR. ELLIS?

01:38PM   3          MR. ELLIS:  NO, SIR.

01:38PM   4          THE COURT:  HE'S EXCUSED?

01:38PM   5          MR. ELLIS:  HE'S EXCUSED.

01:38PM   6          THE COURT:  EXCUSED BY THE STATE?  BY THE

01:38PM   7  RESPONDENT?

01:38PM   8          MS. MIRANDA:  YES, YOUR HONOR.

01:38PM   9          THE COURT:  OKAY.  ALL RIGHT.

01:38PM  10          THANK YOU, MR. SANDS.

01:38PM  11          THE WITNESS:  AM I EXCUSED, YOUR HONOR?

01:38PM  12          THE COURT:  YEAH, YOU ARE FREE TO GO IF YOU WANT TO.

01:38PM  13          THE WITNESS:  THANK YOU, YOUR HONOR.

01:38PM  14          THE COURT:  ALL RIGHT.

01:38PM  15          MR. ELLIS, WHO IS NEXT?  YOU ARE GOING TO HAVE TO

01:38PM  16  USE A MIKE WHEN YOU ARE STANDING THERE AT THE TABLE.  YOU CAN

01:38PM  17  JUST HOLD IT TO YOUR MOUTH AND SPEAK INTO IT, YOU DON'T

01:38PM  18  NECESSARILY HAVE TO PUT IT OVER YOUR EAR.

01:39PM  19          MR. ELLIS:  YOUR HONOR, THE NEXT WITNESS, WE WOULD

01:39PM  20  CALL RONALD FERGUSON.

01:39PM  21          MS. MIRANDA:  YOUR HONOR, I DON'T KNOW IF THIS IS

01:39PM  22  PREMATURE, BUT BASED ON THE PRETRIAL WITNESS STATEMENT THAT WE

01:39PM  23  SUBMITTED, IT WOULD APPEAR THAT MR. FERGUSON'S TESTIMONY IS

01:39PM  24  ALL ABOUT THE EFFORT THAT COUNSEL MADE TO PROPOSE SOME OF THIS

01:39PM  25  EVIDENCE THAT WE'RE NOW HEARING.  AND AGAIN, WE RE-URGE OUR

01:39PM  1  OBJECTION THAT THAT IS COMPLETELY IRRELEVANT TO THIS HEARING.

01:39PM  2          THE COURT:  DO WE HAVE A SUMMARY OF HIS TESTIMONY IN

01:39PM  3  HERE?

01:39PM  4          MS. MIRANDA:  YES.  I BELIEVE IT'S ONE OF THE FIRST

01:39PM  5  ONES, EITHER A OR B.

01:39PM  6          MR. ELLIS:  IT IS A, YOUR HONOR.

01:39PM  7          THE COURT:  ALL RIGHT.  LET ME LOOK AT IT.

01:39PM  8          OKAY.  SO MR. FERGUSON WOULD TESTIFY AS TO THE TRIAL

01:39PM  9  COURT'S RULINGS, BASICALLY?

01:40PM 10          MR. ELLIS:  YES, YOUR HONOR.  AND, ALSO, IN LIGHT OF

01:40PM 11  THIS MORNING'S TESTIMONY, HE WOULD ALSO BE TESTIFYING AS TO HIS

01:40PM 12  PERCEPTIONS OF THE STATE'S THEORY OF THE CASE AND THE PART IN

01:40PM 13  WHICH STRANGULATION PLAYED IN THAT CASE.

01:40PM 14          MS. MIRANDA:  AGAIN, YOUR HONOR--

01:40PM 15          THE COURT:  BOTH SIDES HAVE AGREED THAT STRANGULATION

01:40PM 16  WAS NOT INVOLVED HERE.

01:40PM 17          MR. ELLIS:  CORRECT, YOUR HONOR.  AND IF

01:40PM 18  STRANGULATION WAS A MAJOR PART OF THE STATE'S CASE AT TRIAL,

01:40PM 19  THEN THIS HAS A DIRECT BEARING ON MR. ACKER'S ACTUAL-INNOCENCE

01:40PM 20  CLAIM, YOUR HONOR, BECAUSE IF THE STATE'S THEORY--WHICH IT

01:40PM 21  WAS--WAS THAT FIRST THE VICTIM WAS STRANGLED TO DEATH AND

01:40PM 22  THEN, AND ONLY THEN, BLUNT-FORCE INJURIES OCCURRED, THEN THIS,

01:40PM 23  OF COURSE, HAS A GREAT IMPACT ON HOW--WHAT WE ARE LEFT WITH,

01:40PM 24  WHICH IS BLUNT-FORCE INJURIES.  IN OTHER WORDS, THE JURY

01:40PM 25  CONSIDERED BLUNT-FORCE INJURIES ONLY IN THE CONTEXT OF A DEATH

01:41PM  1   FROM STRANGULATION OCCURRING FIRST.  AND SO WE WOULD NEED

01:41PM  2   MR. FERGUSON TO GIVE HIS VIEWPOINT ON THAT THAT WAS THE STATE'S

01:41PM  3   THEORY OF THE CASE.

01:41PM  4           THE COURT:  WAIT A MINUTE.  I HAD THE INDICTMENT

01:41PM  5   HERE SOMEWHERE.  HERE IT IS.  THE INDICTMENT ALLEGES THAT

01:41PM  6   MR. ACKER CAUSED THE DEATH OF MARQUETTA GEORGE BY HOMICIDAL

01:41PM  7   VIOLENCE, TO-WIT, MANUAL STRANGULATION, SO FORTH AND SO ON,

01:41PM  8   AND BLUNT-FORCE INJURY.

01:41PM  9           MR. ELLIS:  THAT'S CORRECT, YOUR HONOR.  IT SAYS

01:41PM  10  "AND" AND NOT "OR."

01:41PM  11          THE COURT:  YES, IT DOES.  IT'S PLED IN THE

01:41PM  12  CONJUNCTIVE.  COULD THE JURY, UNDER TEXAS LAW, FIND ONE OR THE

01:41PM  13  OTHER, THOUGH, EVEN THOUGH IT'S PLED IN THE CONJUNCTIVE?  HAVE

01:42PM  14  YOU-ALL RESEARCHED THAT?

01:42PM  15          MS. MIRANDA:  NO, YOUR HONOR.  WE WERE GOING OFF

01:42PM  16  THE JURY CHARGE, WHAT WAS SUBMITTED TO THE JURY.  THE OPTIONS

01:42PM  17  THAT THE JURY HAD, GIVEN BY THE TRIAL COURT, WERE TO FIND

01:42PM  18  EITHER STRANGULATION, BLUNT-FORCE INJURY, OR A COMBINATION OF

01:42PM  19  THE TWO.  THERE WERE THREE OPTIONS THAT WERE GIVEN TO THEM.

01:42PM  20          THE COURT:  SOMETHING TELLS ME THE GENERAL RULE ON

01:42PM  21  INDICTMENTS IS THAT YOU MUST PLEAD IN THE CONJUNCTIVE, BUT

01:42PM  22  THE JURY CAN FIND IN THE DISJUNCTIVE--COULD FIND EITHER/OR

01:42PM  23  STRANGULATION AND/OR BLUNT FORCE.  SO I NEED TO LOOK AT THE

01:42PM  24  JURY INSTRUCTIONS.  MS. MIRANDA, WHAT PAGE WOULD THAT BE ON?

01:42PM  25          MS. MIRANDA:  OKAY.  THAT IS GOING TO BE--I HAVE

01:42PM  1    THAT.  IT'S ON PAGE 589 OF THE CLERK'S RECORD.  I HAVE A COPY

01:43PM  2    OF IT HANDY IF YOU WOULD LIKE TO SEE IT.

01:43PM  3              THE COURT:  YEAH.  I HAVE THE ENTIRE JURY CHARGE

01:43PM  4    HERE.

01:43PM  5              MS. MIRANDA:  OH, YOU'RE SPEAKING OF THE JURY CHARGE?

01:43PM  6    IS THAT WHAT YOU ARE ASKING?

01:43PM  7              THE COURT:  ISN'T THAT WHAT YOU WERE REFERRING TO?

01:43PM  8              MS. MIRANDA:  YES.  I BELIEVE IT'S ON--

01:43PM  9              THE COURT:  LOOKS LIKE IT'S ON PAGE 2.  OR THAT'S

01:43PM 10    WHERE IT STARTS.

01:43PM 11              MS. MIRANDA:  YES.

01:43PM 12              THE COURT:  SO GIVE ME JUST A MINUTE TO LOOK AT

01:43PM 13    THIS.

01:46PM 14              OKAY, I'VE LOOKED AT PAGES 2, 3, AND THE TOP OF PAGE

01:46PM 15    4 OF THE JURY CHARGE.  YES, THE INDICTMENT PLEADS STRANGULATION

01:46PM 16    AND BLUNT FORCE IN THE CONJUNCTIVE.  HOWEVER, THE JUDGE CLEARLY

01:46PM 17    INSTRUCTS THE JURY THAT THEY CAN FIND MR. ACKER GUILTY IF THEY

01:46PM 18    FIND THAT HE CAUSED THE DEATH OF MARQUETTA GEORGE BY

01:46PM 19    STRANGULATION OR BLUNT-FORCE INJURY RESULTING FROM CAUSING HER

01:47PM 20    TO IMPACT A BLUNT OBJECT, OR A COMBINATION OF STRANGULATION AND

01:47PM 21    BLUNT-FORCE INJURY.

01:47PM 22              AND THEN THERE ARE MORE PARAGRAPHS THAT MAKE THAT

01:47PM 23    EXPLICIT TO THE JURY, THAT THEIR OPTIONS ARE EITHER

01:47PM 24    STRANGULATION--THAT MR. ACKER CAUSED HER DEATH BY EITHER

01:47PM 25    STRANGULATION, BLUNT-FORCE INJURY RESULTING FROM CAUSING

01:47PM 1 HER TO IMPACT A BLUNT OBJECT, OR BOTH.  SO I THINK THOSE

01:47PM 2 WERE THE OPTIONS THE JURY HAD.

01:47PM 3          MR. ELLIS:  THAT'S CORRECT, YOUR HONOR.  AND I THINK

01:47PM 4 THIS GETS US INTO THE AREA OF WHY PERHAPS A POST-HEARING BRIEF

01:47PM 5 MIGHT BE A GOOD IDEA HERE, BECAUSE WE DON'T KNOW WHETHER THE

01:47PM 6 JURY SIMPLY LOOKED AT STRANGULATION ALONE, WHICH NOW THE STATE

01:47PM 7 HAS CONCEDED IS NOT TRUE, AND THEN WENT AND RENDERED THE

01:47PM 8 VERDICT ON A FALSE THEORY.

01:47PM 9          THE COURT:  I DON'T NEED TO KNOW WHAT THE JURY

01:47PM 10 LOOKED AT.  I SIMPLY NEED TO KNOW WHETHER--AND THE TEST IS

01:48PM 11 WHETHER IT IS MORE LIKELY THAN NOT THAT NO REASONABLE JUROR

01:48PM 12 WOULD HAVE FOUND MR. ACKER GUILTY BEYOND A REASONABLE DOUBT.

01:48PM 13 THAT'S THE TEST--

01:48PM 14          MR. ELLIS:  YES.

01:48PM 15          THE COURT:  --UNDER HOUSE.

01:48PM 16          MR. ELLIS:  YES, ABSOLUTELY.  AND THAT'S WHY I THINK

01:48PM 17 WE NEED MR. FERGUSON, TO SHOW THAT, EVEN THOUGH TECHNICALLY THE

01:48PM 18 JURY MAY HAVE BEEN ABLE--UNDER ONE OF THOSE THREE ALTERNATIVES

01:48PM 19 THAT THE COURT JUST OUTLINED--TO HAVE RENDERED A VERDICT ON ONE

01:48PM 20 OF THOSE, THE WHOLE GIST OF THE TRIAL, THE WEIGHT OF THE

01:48PM 21 EVIDENCE HERE, THE INDICTMENT, THE ARGUMENTS, THE OPENING

01:48PM 22 STATEMENTS, THE CLOSING STATEMENTS, THE CROSS-EXAMINATION,

01:48PM 23 DR. GONSOULIN'S DIRECT, THE CASE ON APPEAL, ALL GO TO

01:48PM 24 STRANGULATION, STRANGULATION, STRANGULATION.  AND THIS IS--THIS

01:48PM 25 WAS--THIS FIGURED THROUGHOUT THE TRIAL.  THIS IS WHAT-- THIS IS

01:48PM 1   WHY MR. FERGUSON'S TESTIMONY, I THINK, WOULD BE HIGHLY

01:49PM 2   PROBATIVE HERE TO SHOW THAT THE STATE NEVER HAD A STAND-ALONE

01:49PM 3   BLUNT-FORCE THEORY OF THE CASE.  THEIR THEORY WAS DEATH BY

01:49PM 4   STRANGULATION AND THEN THE BLUNT-FORCE INJURIES OCCURRED.

01:49PM 5   AND OUR POINT IS THAT A REASONABLE JUROR, IF YOU EXCISE THE

01:49PM 6   STRANGULATION--

01:49PM 7           THE COURT:  WELL, YOU ARE ARGUING THAT THAT WAS

01:49PM 8   THEIR ONLY THEORY.  MS. MIRANDA MAY HAVE A DIFFERENT OPINION

01:49PM 9   ABOUT THAT, I DON'T KNOW.

01:49PM 10          WHAT IS YOUR OPINION?

01:49PM 11          MS. MIRANDA:  MY OPINION IS THAT WHAT THE STATE'S

01:49PM 12  THEORY WAS AT TRIAL IS IRRELEVANT TO THIS COURT'S DETERMINATION.

01:49PM 13  THIS COURT, IN DETERMINING ACTUAL INNOCENCE, SIMPLY LOOKS AT

01:49PM 14  THE EVIDENCE THAT IS AVAILABLE TO DETERMINE EXACTLY THAT,

01:49PM 15  WHETHER MORE LIKELY THAN NOT NO REASONABLE--I ALWAYS TRY TO

01:49PM 16  TURN IT AROUND WITH A DOUBLE NEGATIVE.  IF A REASONABLE JUROR

01:49PM 17  COULD HAVE FOUND HIM GUILTY BEYOND A REASONABLE DOUBT, THEN

01:49PM 18  HE HAS NOT PROVEN ACTUAL INNOCENCE.  IT HAS NOTHING TO DO

01:49PM 19  WITH WHAT THAT JURY CONSIDERED, HOW THEY DELIBERATED.  IT HAS

01:49PM 20  EVERYTHING TO DO WITH WHAT IS THE STATE OF THE EVIDENCE NOW,

01:50PM 21  WHAT DO WE KNOW NOW, AND GIVEN WHAT WE KNOW NOW, WHAT WOULD A

01:50PM 22  REASONABLE JUROR--

01:50PM 23          THE COURT:  THAT APPEARS TO BE THE TEST UNDER HOUSE.

01:50PM 24  I THINK MS. MIRANDA IS CORRECT.

01:50PM 25          MR. ELLIS:  WELL, YES, YOUR HONOR, BUT WE HAVE A

01:50PM 1    CASE HERE THAT WAS DECIDED BY THE COURT OF CRIMINAL APPEALS

01:50PM 2    UNDER A FALSE THEORY.  AND I WOULD LIKE TO BRIEFLY QUOTE FROM

01:50PM 3    ACKER VERSUS STATE, NUMBER 74,109, AT STAR 4 AND STAR 5, WHERE

01:50PM 4    THE CCA HELD, "SOME INJURIES, PARTICULARLY THOSE OF THE NECK

01:50PM 5    AND PERINEUM, ARE NOT CONSISTENT WITH EJECTION FROM OR IMPACT

01:50PM 6    WITH A VEHICLE.  THE INJURIES OBSERVED IN THE NECK ARE MORE

01:50PM 7    CONSISTENT WITH STRANGULATION."  AND THEY GO ON:  "GIVEN THESE

01:50PM 8    FINDINGS, IT IS LIKELY THAT THE DECEDENT WAS STRANGLED AND

01:50PM 9    PROBABLY DEAD OR NEAR DEAD PRIOR TO BEING DUMPED FROM THE

01:50PM 10   VEHICLE."  AND WE KNOW THAT'S WRONG.  SO HOW CAN WE JUST

01:50PM 11   IGNORE THAT HOLDING BY THE CCA UNDER WHICH MR. ACKER WAS--

01:50PM 12          THE COURT:  THAT MAY BE RELEVANT TO ANOTHER ONE OF

01:50PM 13   YOUR CLAIMS, BUT I'M LOOKING AT YOUR ACTUAL-INNOCENCE CLAIM.

01:51PM 14   BECAUSE ONLY THROUGH THAT CLAIM DO I REACH THE PROCEDURALLY

01:51PM 15   BARRED CLAIMS.  AND UNDER THE HOUSE CASE, DECIDED BY THE U.S.

01:51PM 16   SUPREME COURT, WHICH IS WHAT GOVERNS MY ACTIONS, IT SAYS,

01:51PM 17   "THE HABEAS COURT MUST CONSIDER ALL THE EVIDENCE, OLD AND NEW.

01:51PM 18   BASED ON THIS TOTAL RECORD, THE COURT MUST MAKE A PROBABILISTIC

01:51PM 19   DETERMINATION ABOUT WHAT REASONABLE, PROPERLY INSTRUCTED JURORS

01:51PM 20   WOULD DO."  I KNOW HOW THE JURORS WERE INSTRUCTED.  I SIMPLY

01:51PM 21   NEED TO PUT MYSELF IN THE POSITION OF A REASONABLE JUROR.

01:51PM 22          MR. ELLIS:  ABSOLUTELY.

01:51PM 23          THE COURT:  SO I DON'T BELIEVE I DO NEED TO HEAR

01:51PM 24   WHETHER--LET'S SEE--WHETHER THERE WAS FUNDING FOR EXPERTS,

01:51PM 25   WHETHER THERE WAS A REFUSAL TO ALLOW MR. SANDS TO TESTIFY,

01:51PM 1  WHETHER EFFORTS TO DISPROVE OR DISCREDIT THE STATE'S THEORY

01:51PM 2  WERE ALLOWED BY THE TRIAL JUDGE.  I DON'T THINK I NEED TO LOOK

01:51PM 3  AT THAT.  I LOOK AT THE TOTAL RECORD, INCLUDING WHAT BOTH OF

01:52PM 4  YOU ARE GOING TO PRESENT TO ME HERE, AND THEN MAKE THAT

01:52PM 5  PROBABILISTIC DETERMINATION.

01:52PM 6        MR. ELLIS:  WHAT ABOUT MR. FERGUSON'S TESTIMONY AS

01:52PM 7  TO THE STATE'S THEORY AT THE TRIAL?  IS THAT UNDER THE SAME

01:52PM 8  RUBRIC AS...

01:52PM 9        THE COURT:  WELL, WHATEVER THEIR THEORY WAS, I DO--

01:52PM 10 I DO KNOW WHAT THE JURY WAS CHARGED ON.  SO I HAVE THOSE THREE

01:52PM 11 ALTERNATIVES THAT I DO NEED TO LOOK AT BASED ON ALL THE

01:52PM 12 EVIDENCE THAT I'LL HAVE AFTER WE FINISH THIS HEARING.  AND SO

01:52PM 13 WHETHER THAT WAS THE STATE'S THEORY OR NOT, I DON'T KNOW WHAT

01:52PM 14 OTHER CLAIMS IT MIGHT BE RELEVANT TO, BUT I DON'T KNOW THAT

01:52PM 15 IT'S RELEVANT TO AN ACTUAL-INNOCENCE CLAIM.

01:52PM 16       MS. MIRANDA:  NOT ONLY THAT, YOUR HONOR, I THINK THE

01:52PM 17 RECORD SPEAKS FOR ITSELF AS FAR AS WHAT THE STATE'S THEORY WAS.

01:52PM 18 I THINK IT'S CLEAR FROM LOOKING AT THE RECORD THE THEORY THAT

01:52PM 19 THE STATE WAS PURSUING.  SO I'M NOT SURE THAT MR. FERGUSON

01:52PM 20 NEEDS TO COME IN AND--

01:53PM 21       THE COURT:  YOU HAVING LOOKED AT THE RECORD, WHAT

01:53PM 22 IS YOUR OPINION ABOUT WHAT THE STATE'S THEORY WAS?

01:53PM 23       MS. MIRANDA:  I THINK IT'S IMPOSSIBLE TO SAY THAT IT

01:53PM 24 WAS NOT STRANGULATION.  OBVIOUSLY STRANGULATION WAS A HUGE PART

01:53PM 25 OF THEIR CASE, IT'S SOMETHING THEY ASSERTED THROUGHOUT THE

01:53PM 1   EVIDENCE, IT'S SOMETHING THEY ARGUED.  BUT AGAIN I POINT OUT

01:53PM 2   THEY ALSO--THE PROSECUTOR ALSO ASSURED THE JURY IN THEIR

01:53PM 3   ARGUMENT THAT THEY COULD DO IT ON EITHER THREE, ALTHOUGH

01:53PM 4   STRANGULATION WAS A HUGE PART OF IT, SO I'M NOT GOING TO

01:53PM 5   DISAGREE WITH THAT.

01:53PM 6           THE COURT:  BUT UNLESS I'VE MISSED SOMETHING, IT

01:53PM 7   LOOKS LIKE UNDER THE HOUSE CASE I'M LOOKING AT THE EVIDENCE IN

01:53PM 8   THIS CASE IN THE ABSTRACT.  I'M NOT LOOKING AT NECESSARILY WHAT

01:53PM 9   WAS ARGUED AT THE TRIAL COURT OR WHAT THEORY EITHER SIDE HAD;

01:53PM 10  I'M SIMPLY LOOKING AT THE EVIDENCE THAT WAS PRESENTED THERE

01:53PM 11  PLUS THE EVIDENCE YOU ARE GOING TO PRESENT TO ME HERE.

01:53PM 12          MR. ELLIS:  FINE.

01:53PM 13          THE COURT:  AND THEN I PUT MYSELF IN THE PLACE OF A

01:53PM 14  REASONABLE JUROR.

01:53PM 15          MR. ELLIS:  OKAY.  WELL, I GUESS THE COURT WOULD

01:53PM 16  HAVE TO MAKE A RULING--

01:53PM 17          THE COURT:  I DON'T MIND HEARING FROM MR. FERGUSON.

01:54PM 18  PROBABLY HE CAME HERE TO TESTIFY.  BUT UNLESS HE HAS SOMETHING

01:54PM 19  RELEVANT TO THIS ISSUE ON ACTUAL INNOCENCE, I'D RATHER MOVE ON.

01:54PM 20          MR. ELLIS:  OKAY.  I THINK WE CAN MOVE ON THEN, YOUR

01:54PM 21  HONOR.

01:54PM 22          THE COURT:  OKAY.  WHO WOULD BE NEXT?

01:54PM 23          MR. ELLIS:  YOUR HONOR, I HAVE SABRINA BALL UNDER

01:54PM 24  SUBPOENA.  I DON'T KNOW IF SHE'S HERE.

01:54PM 25          THE COURT:  OKAY.  LET'S SEE IF WE CAN GET HER IN

01:54PM   1   HERE.

01:55PM   2           YOU NEED TO STAND IN FRONT OF THIS LADY HERE.  GO

01:55PM   3   AHEAD AND RAISE YOUR RIGHT HAND.

01:55PM   4           DEPUTY COURT CLERK:  DO YOU SWEAR THE TESTIMONY YOU

01:55PM   5   SHALL GIVE IN THE CASE NOW IN HEARING SHALL BE THE TRUTH, THE

01:55PM   6   WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

01:55PM   7           THE WITNESS:  I DO.

01:55PM   8           THE COURT:  OKAY.  COME AROUND AND HAVE A SEAT.

01:55PM   9           HOW ARE YOU TODAY?

01:55PM  10           THE WITNESS:  I'M GOOD.

01:55PM  11           THE COURT:  ALL RIGHT.

01:55PM  12   DIRECT EXAMINATION OF SABRINA BALL ON BEHALF OF THE PETITIONER

01:55PM  13           MR. ELLIS:

01:55PM  14   Q.    MS. BALL, COULD YOU STATE AND SPELL YOUR NAME FOR THE

01:55PM  15   RECORD, PLEASE.

01:55PM  16   A.    SABRINA BALL.  FIRST NAME S-A-B-R-I-N-A, LAST NAME

01:56PM  17   BALL, B-A-L-L.

01:56PM  18   Q.    AND WHERE DO YOU LIVE RIGHT NOW?

01:56PM  19   A.    I LIVE AT 256 COUNTY ROAD 2450, SULPHUR SPRINGS, TEXAS.

01:56PM  20   Q.    AND DO YOU KNOW DANIEL ACKER?

01:56PM  21   A.    I KNOW OF HIM.  I DON'T KNOW HIM PERSONALLY.

01:56PM  22   Q.    OKAY.  AND IS HE THE GENTLEMAN SEATED AT THE TABLE ON

01:56PM  23   THE LEFT HERE?

01:56PM  24   A.    YES.

01:56PM  25   Q.    AND HOW DO YOU--HOW DID YOU COME TO KNOW HIM?

01:56PM 1    A.      ACTUALLY, I'M JUST AWARE OF THE CASE.  HIS MOTHER DOES

01:56PM 2    LIVE DOWN THE ROAD TWO DOORS DOWN FROM ME, SO THAT'S HOW I KNOW

01:56PM 3    THE FAMILY.  OR KNOW OF THEM.

01:56PM 4    Q.      SO YOU ARE ACQUAINTED WITH HIM THROUGH HIS MOTHER,

01:56PM 5    NANCY ACKER, IS THAT CORRECT?

01:56PM 6    A.      NOT AN ACQUAINTANCE.  JUST KNOW THAT THEY LIVE TWO

01:56PM 7    DOORS DOWN.

01:56PM 8    Q.      DID YOU KNOW MARKIE GEORGE ALSO?

01:56PM 9    A.      NO.

01:56PM 10   Q.      AND DO YOU REMEMBER AN INCIDENT IN LATE FEBRUARY OF THE

01:56PM 11   YEAR 2000, TWO WEEKS BEFORE MS. GEORGE'S DEATH, WHEN MS. GEORGE

01:57PM 12   CAME TO YOUR DOOR LATE AT NIGHT?

01:57PM 13   A.      YES.

01:57PM 14   Q.      AND WHAT WAS SHE SAYING?

01:57PM 15   A.      SHE WAS REALLY SCARED AND UPSET, OR APPEARED TO BE

01:57PM 16   SCARED AND UPSET AT THE TIME, CRYING, AND SHE TOLD ME THAT

01:57PM 17   SHE WAS AFRAID THAT HE WAS GOING TO KILL HER AND THAT SHE--

01:57PM 18   Q.      EXCUSE ME.  LET ME STOP YOU THERE.  WHO IS THE "HE"

01:57PM 19   THAT YOU ARE REFERRING TO?

01:57PM 20   A.      MR. ACKER.  DURING THEIR FIGHT, SHE WAS SCARED AND WAS

01:57PM 21   AFRAID THAT HE WAS GOING TO HURT HER.

01:57PM 22   Q.      AND WAS SHE--WAS HER DEMEANOR SUCH THAT SHE WAS CRYING

01:57PM 23   ALSO?

01:57PM 24   A.      YES.  ACTUALLY, WHEN I FIRST OPENED THE DOOR, SHE WAS

01:57PM 25   DOWN ON THE GROUND.

01:57PM  1    Q.    OKAY.  AND WHAT DID YOU DO?

01:57PM  2    A.    I SPOKE WITH HER FOR A WHILE.  OF COURSE, IT'S THE

01:57PM  3    MIDDLE--OR LATE AT NIGHT.  SO YOU WOULD LIKE TO KNOW WHAT'S

01:57PM  4    GOING ON BEFORE YOU LET SOMEONE IN.  SO I TALKED WITH HER A

01:57PM  5    WHILE.  AND SHE PROCEEDED TO TELL ME ABOUT WHAT HAD HAPPENED

01:58PM  6    AND HOW SHE HAD--THEY ENDED UP HAVING AN ARGUMENT AFTER THEY

01:58PM  7    LEFT "BUSTIN LOOSE."

01:58PM  8    Q.    AND WHAT HAD HAPPENED?  YOU SAID THEY WERE AT "BUSTIN

01:58PM  9    LOOSE"?

01:58PM  10   A.    THAT'S WHAT SHE HAD TOLD ME.  SHE SAID THAT THEY HAD

01:58PM  11   GOTTEN IN AN ARGUMENT, LEFT, WERE GOING DOWN THE HIGHWAY, AND

01:58PM  12   THAT HE WAS BEATING HER HEAD AGAINST THE DASH; THAT SHE TRIED

01:58PM  13   TO JUMP OUT, AND THEN HE GRABBED HER BY THE HAIR OF THE HEAD

01:58PM  14   AND PULLED HER BACK IN.

01:58PM  15   Q.    AND SO HE--SHE TOLD YOU--THIS IS MS. GEORGE TELLING YOU

01:58PM  16   THIS.  CORRECT?

01:58PM  17   A.    THAT'S CORRECT.

01:58PM  18   Q.    AND SHE SAID THAT SHE DID TRY TO JUMP OUT OF THE TRUCK,

01:58PM  19   IS THAT CORRECT?

01:58PM  20   A.    SHE DID.

01:58PM  21   Q.    AND DID YOU CALL THE POLICE AS A RESULT OF THIS

01:58PM  22   INCIDENT?

01:58PM  23   A.    EITHER I OR MY HUSBAND.  ONE OF US DID.

01:59PM  24   Q.    OKAY.  DO YOU REMEMBER GIVING A STATEMENT TO THE POLICE

01:59PM  25   OFFICER?

01:59PM  1    A.      I THINK I DO.

01:59PM  2    Q.      DO YOU REMEMBER WHICH OFFICER--OFFICE IT WAS?  WAS IT

01:59PM  3    SHERIFF OR--

01:59PM  4    A.      IT WOULD HAVE BEEN THE SHERIFFS, YES.

01:59PM  5            MR. ELLIS:  MAY I APPROACH, YOUR HONOR?

01:59PM  6            THE COURT:  YES.

01:59PM  7            MR. ELLIS:

01:59PM  8    Q.      MS. BALL, I SHOW YOU--I GAVE YOU A THREE-PAGE STATEMENT

01:59PM  9    HERE.  IS THAT YOUR SIGNATURE ON THE BOTTOM OF IT?

01:59PM  10   A.      YES, IT IS.

01:59PM  11   Q.      AND IS THAT YOUR HANDWRITING?  OR IS THAT THE SHERIFF'S

01:59PM  12   HANDWRITING?

02:00PM  13   A.      IT WOULD BE MINE.

02:00PM  14   Q.      SO YOU WROTE OUT THIS THREE-PAGE STATEMENT, IS THAT

02:00PM  15   CORRECT?

02:00PM  16   A.      I DID.

02:00PM  17   Q.      AND ON THE FIRST PAGE YOU WROTE THAT SHE TOLD YOU, "WE

02:00PM  18   WERE IN THE TRUCK, HE WAS BEATING MY HEAD AGAINST THE DASH.  I

02:00PM  19   TRIED TO JUMP OUT, BUT HE PULLED ME BACK IN."  IS THAT CORRECT?

02:00PM  20   A.      YES.

02:00PM  21           MR. ELLIS:  YOUR HONOR, WE WOULD OFFER THIS AS

02:00PM  22   PETITIONER'S EXHIBIT 7, I BELIEVE.  I'VE LOST COUNT.

02:00PM  23           THE COURT:  IS THERE A 6?

02:00PM  24           MR. ELLIS:  OR 6 MAYBE.  I'VE LOST COUNT.  I'M

02:00PM  25   SORRY, YOUR HONOR.

02:00PM  1        THE COURT:  OKAY.  THIS IS GOING TO BE PETITIONER'S

02:00PM  2  EXHIBIT 6.

02:00PM  3        MS. KUYKENDALL:  NO OBJECTION, YOUR HONOR.

02:00PM  4        THE COURT:  OKAY.  TELL ME AGAIN WHAT IT IS.

02:01PM  5        MR. ELLIS:  THIS IS A THREE-PAGE WRITTEN STATEMENT

02:01PM  6  BY MS. BALL, IN HER OWN HANDWRITING, THAT SHE GAVE TO THE

02:01PM  7  HOPKINS COUNTY SHERIFF'S OFFICE REGARDING AN INCIDENT THAT

02:01PM  8  OCCURRED ON FEBRUARY 26TH, 2000, WHICH IS TWO WEEKS PRIOR TO

02:01PM  9  MS. GEORGE'S DEATH.

02:01PM  10        THE COURT:  OKAY.  COULD YOU LEAVE IT THERE JUST FOR

02:01PM  11  A MOMENT.  OH, YOU SAY IT'S THREE PAGES?

02:01PM  12        MR. ELLIS:  THREE PAGES, THAT'S CORRECT, YOUR HONOR.

02:01PM  13        THE COURT:  OKAY.  I'LL ADMIT PETITIONER'S EXHIBIT

02:01PM  14  6.

02:01PM  15        MR. ELLIS:  I HAVE AN EXTRA COPY IF THE COURT--

02:01PM  16        THE COURT:  I DO NEED A COPY FOR THE RECORD, YES.

02:01PM  17   OKAY.

02:02PM  18        MR. ELLIS:  HAS THE COURT HAD AN OPPORTUNITY TO

02:02PM  19  REVIEW IT?

02:02PM  20        THE COURT:  NO, I HAVEN'T READ THE WHOLE THING.

02:02PM  21  I DIDN'T KNOW WHETHER YOU WERE GOING TO GO FORWARD WITH

02:02PM  22  QUESTIONS.

02:02PM  23        MR. ELLIS:  I WOULD JUST OFFER IT.  HAS IT BEEN

02:02PM  24  RECEIVED, YOUR HONOR?

02:02PM  25        THE COURT:  YES, I'VE ADMITTED PETITIONER'S EXHIBIT

02:02PM   1   6, WHICH IS MS. BALL'S STATEMENT.  I'LL TAKE A LOOK AT IT RIGHT

02:02PM   2   NOW.

02:02PM   3               MR. ELLIS:

02:02PM   4   Q.     DO YOU REMEMBER THE OFFICER THAT YOU MADE THE STATEMENT

02:02PM   5   TO, MS. BALL?

02:02PM   6   A.     NO.

02:02PM   7               MR. ELLIS:  I'D HAVE NO FURTHER QUESTIONS.

02:02PM   8               THE COURT:  ALL RIGHT.

02:03PM   9               WAIT A MINUTE, MS. BALL.  I DON'T KNOW IF THE OTHER

02:03PM  10   LAWYER DOES.

02:03PM  11               THE WITNESS:  SORRY.

02:03PM  12               THE COURT:  OKAY.

02:03PM  13               MS. KUYKENDALL?

02:03PM  14               MS. KUYKENDALL:  THANK YOU, YOUR HONOR.  I BELIEVE

02:03PM  15   MS. MIRANDA MADE MY ANNOUNCEMENT FOR ME THIS MORNING, BUT

02:03PM  16   HELLO, NICE TO BE BEFORE YOU.

02:03PM  17   CROSS-EXAMINATION OF SABRINA BALL ON BEHALF OF THE RESPONDENT

02:03PM  18               MS. KUYKENDALL:  MS. BALL, MY NAME IS LESLIE

02:03PM  19   KUYKENDALL.  I'M AN ASSISTANT ATTORNEY GENERAL AND I REPRESENT

02:03PM  20   DIRECTOR THALER.  I JUST HAVE A FEW QUESTIONS FOR YOU.

02:03PM  21   Q.     FIRST OF ALL, YOU WERE NOT IN THE CAR WHEN MR. ACKER

02:03PM  22   AND MARKIE WERE HEADING AWAY FROM "BUSTIN LOOSE" BACK TO

02:03PM  23   MS. ACKER'S HOUSE?

02:03PM  24   A.     NO.

02:03PM  25   Q.     OKAY.

02:03PM 1   A.      I WAS NOT.

02:03PM 2   Q.      OKAY.  YOU WEREN'T OTHERWISE OBSERVING THE CAR, WERE

02:03PM 3   YOU?

02:03PM 4   A.      NO.

02:03PM 5   Q.      OKAY.  SO YOU HAD REALLY NO IDEA WHETHER SHE JUMPED

02:03PM 6   OR TRIED TO JUMP OUT OF THE CAR OR NOT, ISN'T THAT CORRECT?

02:03PM 7   A.      CORRECT.

02:03PM 8   Q.      OKAY.

02:03PM 9           AFTER THAT POINT, DID YOU SEE MS. GEORGE FROM THAT

02:04PM 10  NIGHT--BETWEEN THAT NIGHT AND THE TIME OF HER DEATH?

02:04PM 11  A.      NO.

02:04PM 12  Q.      OKAY.

02:04PM 13  A.      I DID NOT.

02:04PM 14  Q.      ALL RIGHT.  SO YOU WERE NOT WITH HER AT ANY POINT ON

02:04PM 15  THE DAY THAT SHE DIED?

02:04PM 16  A.      NO.

02:04PM 17  Q.      OKAY.  AND WOULD IT BE RIGHT FOR ME TO ASSUME THAT

02:04PM 18  MR. ACKER--THAT YOU WERE NOT--DID NOT HAVE ANY CONTACT WITH

02:04PM 19  MR. ACKER ON THE DAY THAT MARKIE DIED?

02:04PM 20  A.      NO, I DID NOT.

02:04PM 21  Q.      OKAY.  SO YOU HAVE NO PERSONAL KNOWLEDGE OF HOW SHE

02:04PM 22  DIED?

02:04PM 23  A.      RIGHT.

02:04PM 24  Q.      OKAY.  AND SO IF YOU HAVE NO PERSONAL KNOWLEDGE OF HOW

02:04PM 25  SHE DIED, YOU CERTAINLY DO NOT KNOW WHETHER SHE JUMPED OUT OF A

| | | |
|---|---|---|
| 02:04PM | 1 | TRUCK THAT DAY? |
| 02:04PM | 2 | A.      RIGHT. |
| 02:04PM | 3 | MS. KUYKENDALL:  OKAY.  THANK YOU. |
| 02:04PM | 4 | I PASS THE WITNESS. |
| 02:04PM | 5 | THE COURT:  DO YOU HAVE ANY OTHER QUESTIONS, |
| 02:04PM | 6 | MR. ELLIS? |
| 02:04PM | 7 | MR. ELLIS:  NO. |
| 02:04PM | 8 | THE COURT:  COULD YOU WAIT JUST A MINUTE, MS. BALL, |
| 02:04PM | 9 | AND LET ME LOOK AT YOUR STATEMENT AND SEE IF I HAVE ANY |
| 02:04PM | 10 | QUESTIONS FOR YOU. |
| 02:06PM | 11 | OKAY, I'VE READ THE STATEMENT.  I DON'T HAVE ANY |
| 02:07PM | 12 | QUESTIONS.  THANK YOU, MS. BALL. |
| 02:07PM | 13 | THE WITNESS:  DO YOU NEED THIS BACK?  MY STATEMENT. |
| 02:07PM | 14 | THE COURT:  YEAH, IF YOU DON'T MIND. |
| 02:07PM | 15 | THE WITNESS:  SURE. |
| 02:07PM | 16 | THE COURT:  MR. ELLIS, WHO IS NEXT? |
| 02:08PM | 17 | MR. ELLIS:  WE CALL CHRISTOPHER HILL. |
| 02:08PM | 18 | THE COURT:  OKAY. |
| 02:08PM | 19 | MR. ELLIS:  YOUR HONOR, MR. HILL IS UNDER SUBPOENA, |
| 02:08PM | 20 | SO I DON'T KNOW WHY HE'S NOT HERE. |
| 02:08PM | 21 | THE COURT:  IS HE NOT HERE?  OKAY.  LET'S SEE.  I'VE |
| 02:08PM | 22 | GOT TO LOOK THROUGH THE PRE-HEARING STATEMENT TO FIND HIM AND |
| 02:08PM | 23 | SEE WHAT HE WAS GOING TO TESTIFY TO. |
| 02:08PM | 24 | MR. ELLIS:  PERHAPS WE COULD STIPULATE, YOUR HONOR, |
| 02:08PM | 25 | BECAUSE IT IS BASED ON HIS TRIAL TESTIMONY AND IT IS IN SECTION |

02:08PM  1    O OF THE JOINT PRE-HEARING STATEMENT.

02:09PM  2              THE COURT:  IS HE STILL EMPLOYED BY THE HOPKINS

02:09PM  3    COUNTY SHERIFF'S OFFICE?

02:09PM  4              COURT SECURITY OFFICER:  NO, SIR.

02:09PM  5              THE COURT:  NO?

02:09PM  6              WAS HE SERVED WITH A SUBPOENA, MR. ELLIS?  DO YOU

02:09PM  7    KNOW?

02:09PM  8              MR. ELLIS:  I BELIEVE HE WAS, YOUR HONOR.  I'M

02:09PM  9    TRYING TO CHECK MY SUBPOENA RETURNS HERE, BUT...

02:09PM  10             THE COURT:  I CAN'T HEAR YOU.

02:09PM  11             MR. ELLIS:  IF THE COURT COULD GIVE ME A MINUTE,

02:09PM  12   I'LL CHECK THE SUBPOENA RETURNS.

02:09PM  13             THE COURT:  OKAY.

02:09PM  14             MR. ELLIS:  YOUR HONOR, I DO NOT SEE A RETURN FROM

02:10PM  15   HIM, ALTHOUGH HE WAS SUBPOENAED.  SO WE MAY HAVE HAD A BAD

02:10PM  16   ADDRESS.

02:10PM  17             THE COURT:  OKAY.

02:10PM  18             MR. ELLIS:  IN THAT CASE--

02:10PM  19             THE COURT:  JUST A MOMENT.

02:10PM  20             [ADDRESSING THE COURT SECURITY OFFICER]  DO YOU HAVE

02:10PM  21   INFORMATION ABOUT THIS?

02:10PM  22             [THE COURT SECURITY OFFICER APPROACHED THE BENCH AND

02:10PM  23   SPOKE TO THE JUDGE OFF THE RECORD.]

02:10PM  24             THE COURT:  MR. ELLIS HAS SAID THAT WE DON'T HAVE

02:10PM  25   ANY PROOF THAT MR. HILL WAS SERVED.  SO WHAT WOULD YOU LIKE TO

02:10PM   1   DO, MR. ELLIS?

02:10PM   2          MR. ELLIS:  WELL, I WOULD LIKE TO, IN THE

02:10PM   3   ALTERNATIVE, ENTER INTO A STIPULATION.  THE CONTENT OF THE

02:10PM   4   STIPULATION WOULD BE WHAT HE WAS EXPECTED TO TESTIFY TO,

02:10PM   5   AS STATED IN SECTION O OF THE JOINT PRE-HEARING STATEMENT.

02:10PM   6          THE COURT:  ALL RIGHT.

02:11PM   7          MS. MIRANDA, ANY OBJECTION TO THAT STIPULATION?  DO

02:11PM   8   YOU JOIN IN THAT STIPULATION?

02:11PM   9          MS. MIRANDA:  ACTUALLY, YES.  BUT THE FIRST PART OF

02:11PM  10   THE TESTIMONY THAT'S TAKEN STRAIGHT FROM WHAT HE DID TESTIFY

02:11PM  11   TO AT TRIAL, I HAVE NO PROBLEM TO, AND THAT WOULD BE THE FIRST

02:11PM  12   PARAGRAPH:  "EXPECTED TO TESTIFY MARCH 12TH, 2000, HE RESPONDED

02:11PM  13   TO A REPORT OF A FEMALE LYING ON THE ROAD."  THAT FIRST

02:11PM  14   PARAGRAPH, I DON'T OBJECT TO THE STIPULATION ON THAT.

02:11PM  15          BUT THE SECOND PART I DO.  BECAUSE WE DON'T HAVE

02:11PM  16   ACTUAL CITES TO WHERE THAT'S ACTUALLY WHAT HE WOULD HAVE

02:11PM  17   TESTIFIED TO.

02:11PM  18          MR. ELLIS:  YOUR HONOR, WE DO HAVE ACTUAL CITES.

02:11PM  19   IT'S 10 REPORTER'S RECORD, PAGE 42.  AND THEN--I'M SORRY.  I

02:11PM  20   THINK THAT'S PROBABLY AN ERROR.  I THINK THAT'S VOLUME 20 OF

02:11PM  21   THE REPORTER'S RECORD, PAGE 42, AND VOLUME 20 OF THE REPORTER'S

02:11PM  22   RECORD, PAGE 43.  SO THAT COMES STRAIGHT OUT OF HIS TRIAL

02:11PM  23   TESTIMONY.  SO IT WOULD BE VOLUME 20 OF THE REPORTER'S RECORD,

02:12PM  24   PAGE 42 AND 43.

02:12PM  25          THE COURT:  OKAY.

02:12PM   1          MS. MIRANDA, DO YOU STIPULATE TO THE SECOND PARAGRAPH

02:12PM   2   OR NOT?

02:12PM   3          MS. MIRANDA:  NOT REALLY, YOUR HONOR.  IT'S DOUBLE-

02:12PM   4   HEARSAY OFFERED TO IMPEACH A WITNESS THAT THEY ALSO SUBPOENAED.

02:12PM   5   AND I THINK THAT THE BEST EVIDENCE OF WHAT MS. SMIDDY'S

02:12PM   6   ORIGINAL STATEMENT IS IS TO HAVE HER--SINCE SHE'S UNDER

02:12PM   7   SUBPOENA, TO HAVE HER TESTIFY.

02:12PM   8          THE COURT:  DOES IT MATTER WHETHER IT'S DOUBLE-

02:12PM   9   HEARSAY?

02:12PM  10          MS. MIRANDA:  I DON'T THINK IT MATTERS WHETHER IT'S

02:12PM  11   DOUBLE-HEARSAY, BUT IT'S EVEN FURTHER REMOVED FROM EVERYTHING.

02:12PM  12   SO I JUST DON'T WANT TO STIPULATE TO IT.

02:12PM  13          MR. ELLIS:  YOUR HONOR, FIRST OF ALL, IT'S IN THE

02:12PM  14   TRIAL RECORD.

02:12PM  15          SECONDLY--

02:12PM  16          THE COURT:  I DON'T KNOW.  YOU DON'T HAVE THE ENTIRE

02:12PM  17   PARAGRAPH IN QUOTES.  THE ONLY PARTS THAT ARE IN QUOTES--

02:13PM  18          MR. ELLIS:  I THINK WE MAY HAVE VOLUME 20 OF THE

02:13PM  19   REPORTER'S RECORD AROUND HERE SOMEWHERE.

02:13PM  20          THE PETITIONER:  WE HAVE IT.

02:13PM  21          THE COURT:  I'M GETTING A COPY OF VOLUME 20.

02:13PM  22          MR. ELLIS:  I'VE LOCATED A COPY, YOUR HONOR.

02:13PM  23          THE COURT:  OKAY.

02:13PM  24          MR. ELLIS:  COURTESY OF MY CLIENT.

02:13PM  25          THE COURT:  LET ME GET A COPY IN FRONT OF ME AND

02:13PM 1   THEN I CAN FOLLOW ALONG WITH WHAT YOU ARE READING.  OKAY,

02:14PM 2   I HAVE VOLUME 20.  I DON'T SEE A CHRISTOPHER HILL ON HERE.

02:14PM 3   THERE'S A MR. LONG AND MR. MCDOWELL TALKING TO EACH OTHER.

02:15PM 4            MR. ELLIS:  IT COMES FROM A STATEMENT BY MR. MCDOWELL

02:15PM 5   THAT REFERS TO A SUPPLEMENTAL REPORT OF DEPUTY HILL, WHICH I

02:15PM 6   HAVE HERE ALSO.  AND THAT'S WHAT HE'S REFERRING TO.

02:15PM 7            THE COURT:  SO WHAT DO YOU WANT ME TO READ OR WHAT

02:15PM 8   DO YOU WANT TO READ?

02:15PM 9            MR. ELLIS:  IT WOULD BE THAT--

02:15PM 10           THE COURT:  WHAT LINE?

02:15PM 11           MR. ELLIS:  PAGE 42, LINE--LINES 8, 9, 10 AND 11.

02:15PM 12           THE COURT:  WHO IS THE COMPLAINANT?

02:15PM 13           MR. ELLIS:  YOUR HONOR, THE COMPLAINANT WOULD BE,

02:15PM 14  I BELIEVE, MR. SMIDDY.

02:16PM 15           THE COURT:  DOES THIS HAVE TO DO WITH THE MARCH 12TH

02:16PM 16  INCIDENT?

02:16PM 17           MR. ELLIS:  THAT IS CORRECT, YOUR HONOR, YES.

02:16PM 18           THE COURT:  IT SAYS, "IN MR. HILL'S SUPPLEMENTAL

02:16PM 19  REPORT HE MAKES THE STATEMENT"--AND MR. HILL WAS A FORMER

02:16PM 20  EMPLOYEE OF THE HOPKINS COUNTY SHERIFF'S OFFICE--"HE MAKES THE

02:16PM 21  STATEMENT THAT DISPATCH ADVISED HIM THAT COMPLAINANT, BEING

02:16PM 22  MR. SMIDDY, SAW THE MALE SUBJECT FORCE THE FEMALE SUBJECT INTO

02:17PM 23  A WHITE TRUCK AND THEN DRIVE OFF.  AND WHILE DRIVING OFF, THE

02:17PM 24  FEMALE SUBJECT TRIED TO EXIT THE VEHICLE, AND THE MALE SUBJECT

02:17PM 25  JERKED HER BACK IN."  OKAY.

02:17PM 1          MR. ELLIS:  YOUR HONOR, THE ARGUMENT WOULD BE, UNDER

02:17PM 2    SCHLUP AND HOUSE, THAT ALL EVIDENCE SHOULD COME IN AND ALL

02:17PM 3    EVIDENCE IS RELEVANT.  AND I THINK THAT THIS IS HIGHLY--HIGHLY

02:17PM 4    RELEVANT.

02:17PM 5          MS. MIRANDA:  YOUR HONOR, I'M NOT OBJECTING TO THE

02:18PM 6    FACT THAT THIS EVIDENCE COMES IN.  I'M SIMPLY OBJECTING TO

02:18PM 7    STIPULATING TO TESTIMONY WHEN WE DON'T KNOW THAT THAT'S WHAT

02:18PM 8    HE WOULD HAVE TESTIFIED TO.  NOW, IF YOU HAVE THE SUPPLEMENTAL

02:18PM 9    REPORT--

02:18PM 10          MR. ELLIS:  I DO.

02:18PM 11          MS. MIRANDA:  OKAY.  I DON'T HAVE A COPY OF THAT.

02:18PM 12    BUT IF YOU HAVE THE REPORT, THEN I'M WILLING TO STIPULATE TO

02:18PM 13    THE ADMISSION OF THE REPORT.  I JUST DON'T WANT TO STIPULATE TO

02:18PM 14    A DEFENSE ATTORNEY'S RENDITION OF WHAT THAT REPORT SAYS, WHICH

02:18PM 15    IS ESSENTIALLY WHAT WAS GOING ON IN THE RECORD.

02:18PM 16          THE COURT:  DO YOU WANT TO OFFER THE REPORT?

02:18PM 17          MR. ELLIS:  I DON'T HAVE BUT ONE COPY.

02:18PM 18          THE COURT:  ALL RIGHT.  IF YOU'LL HANG ON JUST A

02:18PM 19    MINUTE, MR. ELLIS, WE'LL MAKE COPIES.

02:18PM 20          MR. ELLIS:  THANK YOU VERY MUCH, YOUR HONOR.

02:19PM 21          [PETITIONER SPEAKING ALOUD, BUT NOT LOUD ENOUGH TO

02:22PM 22    DISCERN WHAT HE IS SAYING]

02:22PM 23          THE COURT:  OKAY.  THIS WOULD BE PETITIONER'S

02:22PM 24    EXHIBIT 7.  IS THAT WHERE WE ARE?  ALL RIGHT.  WE'LL MARK ONE

02:22PM 25    OF THESE MARCH 12TH, 2000, SUPPLEMENTAL REPORTS FROM--I DON'T

02:22PM  1   KNOW--SOMEBODY COSME.  VICTOR COSME.

02:22PM  2          MR. ELLIS:  YES.  THAT'S A DEPUTY, YOUR HONOR.

02:22PM  3          THE COURT:  OKAY.  HE MADE THE REPORT, IT'S BASED ON

02:22PM  4   THE STATEMENT OF ALICIA SMIDDY.  SO IT'S MS. SMIDDY MAKING

02:22PM  5   THESE STATEMENTS--

02:22PM  6          MR. ELLIS:  YOUR HONOR, I THINK WE'RE ON THE WRONG

02:22PM  7   STATEMENT HERE.

02:22PM  8          [PETITIONER SPEAKING ALOUD, BUT NOT LOUD ENOUGH TO

02:22PM  9   DISCERN WHAT HE IS SAYING]

02:22PM 10          MR. ELLIS:  YEAH, IT'S THE--

02:22PM 11          THE COURT:  WAIT A MINUTE.  WE ARE TRYING TO MAKE A

02:23PM 12   RECORD HERE.  SO EVERYBODY HAS GOT TO BE AT A MICROPHONE.  NOW

02:23PM 13   I'VE GOT MR. ACKER MAKING STATEMENTS.

02:23PM 14          MR. ACKER, YOU NEED TO TALK TO YOUR LAWYER.  LET

02:23PM 15   YOUR LAWYER SPEAK FOR YOU, SO THAT EVERYTHING COMES FROM

02:23PM 16   MR. ELLIS.

02:23PM 17          MR. ELLIS, IT'S A TWO-SIDED PAGE, I CAN SEE THAT.

02:23PM 18   SO IGNORE WHAT DEPUTY COSME SAID AND JUST LOOK AT THE SINGLE-

02:23PM 19   SPACED SIDE?

02:23PM 20          MR. ELLIS:  THAT IS CORRECT, YOUR HONOR.  IT'S THE

02:23PM 21   OTHER SIDE OF IT.

02:23PM 22          THE COURT:  ALL RIGHT.  WELL, IT DOESN'T TELL ME WHO

02:23PM 23   MADE THIS, BUT, LET'S SEE--

02:23PM 24          MR. ELLIS:  WELL, ACTUALLY, IT DOES, YOUR HONOR, IN

02:23PM 25   THE FIRST LINE.  "I, DEPUTY CHRIS HILL."

02:23PM 1          THE COURT:  OKAY.

02:23PM 2          MR. ELLIS:  AND IT'S ON THE HOPKINS COUNTY SHERIFF'S

02:23PM 3  OFFICE STATIONERY.

02:23PM 4          THE COURT:  OKAY.  SO WHAT YOU WANT IN THE RECORD IS

02:23PM 5  THAT, ACCORDING TO THIS STATEMENT--

02:23PM 6          MR. ELLIS:  YES.  THAT THE ORIGINAL CALL FROM

02:23PM 7  MR. SMIDDY SAID THAT THE MALE SUBJECT FORCED THE FEMALE SUBJECT

02:24PM 8  INTO THE WHITE TRUCK AND THEN DROVE OFF.  AND WHILE DRIVING

02:24PM 9  OFF, FEMALE SUBJECT TRIED TO EXIT THE VEHICLE, AND MALE SUBJECT

02:24PM 10 JERKED HER BACK IN.

02:24PM 11         THE COURT:  OKAY.  I'VE GOT THAT.

02:24PM 12         MR. ELLIS:  AND THAT'S ALL THAT WOULD BE RELEVANT AS

02:24PM 13 TO THAT STATEMENT.

02:24PM 14         [PETITIONER SPEAKING ALOUD, BUT NOT LOUD ENOUGH TO

02:24PM 15 DISCERN WHAT HE IS SAYING]

02:24PM 16         MR. ELLIS:  SHH.

02:24PM 17         THE COURT:  THIS WILL BE PETITIONER'S EXHIBIT 7.  IT

02:25PM 18 IS ADMITTED.  OKAY.  SO WE KNOW WHAT CHRIS HILL WOULD SAY.  ALL

02:25PM 19 RIGHT.

02:25PM 20         MR. ELLIS:  YES.  SO THAT WOULD COVER MR. HILL, YOUR

02:25PM 21 HONOR.

02:25PM 22         THE COURT:  OKAY.  WHO IS NEXT?

02:25PM 23         MR. ELLIS:  IF I MAY HAVE A MOMENT, YOUR HONOR, I'M

02:25PM 24 NOT SURE THAT I HAVE ANY OTHER WITNESSES.

02:25PM 25         THE COURT:  OKAY.

02:26PM  1      MR. ELLIS:  YOUR HONOR, I THINK THAT'S ALL OF THE

02:26PM  2  WITNESSES THAT I HAVE HERE.  I WOULD LIKE TO MAKE ANOTHER CHECK

02:26PM  3  OUTSIDE TO SEE IF ANYBODY ELSE IS HERE.

02:26PM  4      THE COURT:  OKAY.  GO AHEAD.

02:27PM  5      MR. ELLIS:  YOUR HONOR, I BELIEVE THAT WOULD

02:27PM  6  CONCLUDE OUR WITNESSES TODAY.  THERE MAY BE A STIPULATION THAT

02:27PM  7  MAY BE ENTERED INTO REGARDING DR. GLENN LARKIN.

02:27PM  8      I WOULD LIKE TO PUT ON THE RECORD THAT THE LATEST

02:27PM  9  INFORMATION I HAVE FROM HIM WAS THAT HE DID SUFFER A PROBABLE

02:27PM  10  HEART ATTACK TODAY.  HE WAS TAKEN TO THE EMERGENCY ROOM.  THEY

02:27PM  11  DECIDED TO BRING HIM TO A MORE ADVANCED HOSPITAL, PRESBYTERIAN

02:27PM  12  HOSPITAL IN CHARLOTTE.  HE WAS IN THE EMERGENCY ROOM THE LAST

02:27PM  13  I HEARD ABOUT HIM.  BUT THEY HAVE SAID--THEY'VE TOLD ME 24 TO

02:27PM  14  48 HOURS AT LEAST, AND IT WAS A PROBABLE HEART ATTACK.  I'M

02:28PM  15  RUNNING INTO HIPAA PROBLEMS WITH RELEASING INFORMATION, BUT

02:28PM  16  THAT'S THE MOST THAT I'VE BEEN ABLE TO FIND OUT RIGHT NOW.  AND

02:28PM  17  IF POSSIBLE, YOUR HONOR, I THINK PERHAPS WITH A CONFERENCE WITH

02:28PM  18  COUNSEL WE MAY BE ABLE TO STIPULATE TO SOME OF HIS TESTIMONY.

02:28PM  19      THE COURT:  OKAY.

02:28PM  20      LET'S SEE, MS. MIRANDA, YOU DON'T HAVE ANY OTHER

02:28PM  21  WITNESSES?

02:28PM  22      MS. MIRANDA:  I HAVE ONE VERY, VERY SHORT WITNESS.

02:28PM  23      THE COURT:  OH, YOU DO?

02:28PM  24      MS. MIRANDA:  WHICH WE ALSO ANTICIPATED CALLING AS

02:28PM  25  REBUTTAL NOT TO JUST MR. SANDS BUT ALSO MR. LARKIN.  SO, I

02:28PM 1  MEAN, WE CAN PUT HIS TESTIMONY ON IN ABOUT FIVE MINUTES.  IT'S

02:28PM 2  NOT GOING TO MAKE A WHOLE LOT OF SENSE IN CONTEXT UNTIL WE HEAR

02:28PM 3  FROM DR. LARKIN.

02:28PM 4          THE COURT:  OKAY.  WELL, WE WILL TAKE A RECESS TO

02:28PM 5  SEE IF YOU CAN REACH A STIPULATION ON WHAT DR. LARKIN WOULD

02:28PM 6  SAY IF HE WERE HERE, AND THEN I'LL HEAR FROM YOUR LAST WITNESS.

02:28PM 7          OTHER THAN DR. LARKIN, MR. ELLIS, YOU DON'T HAVE ANY

02:28PM 8  OTHER WITNESSES?

02:28PM 9          MR. ELLIS:  NO, I DO NOT.

02:28PM 10         THE COURT:  OKAY.  LET'S TAKE A RECESS SO YOU CAN

02:29PM 11 VISIT WITH MS. MIRANDA.  HOW MUCH TIME DO YOU NEED?

02:29PM 12         MR. ELLIS:  FIVE MINUTES SHOULD BE ENOUGH, I WOULD

02:29PM 13 THINK.

02:29PM 14         THE COURT:  OKAY.  WE'LL TAKE 15 MINUTES.  WE'LL

02:29PM 15 RECESS FOR 15 MINUTES.  THANK YOU.

02:29PM 16         [RECESS]

02:48PM 17         THE COURT:  THANK YOU.  PLEASE BE SEATED.

02:49PM 18         MS. MIRANDA MUST BE OUT IN THE HALLWAY.

02:49PM 19         [MS. MIRANDA AND MS. KUYKENDALL ENTERED THE

02:49PM 20 COURTROOM]

02:49PM 21         THE COURT:  WERE YOU ABLE TO REACH ANY STIPULATION?

02:49PM 22         MS. MIRANDA:  YES, YOUR HONOR.

02:49PM 23         THE COURT:  OKAY.

02:49PM 24         MS. MIRANDA:  YES, YOUR HONOR, WE WERE.

02:50PM 25         THE COURT:  OKAY.  AND THAT'S A STIPULATION ON WHAT

02:50PM  1  DR.--I LEFT MY NOTES IN THE OTHER ROOM.

02:50PM  2           MR. ELLIS:  LARKIN, YOUR HONOR.

02:50PM  3           THE COURT:  WHAT DR. LARKIN WOULD SAY?  OKAY.  DO

02:50PM  4  YOU WANT TO DICTATE IT, OR WHAT?

02:50PM  5           MS. MIRANDA:  I'LL STATE MY UNDERSTANDING OF OUR

02:50PM  6  STIPULATION AND THEN--

02:50PM  7           THE COURT:  OKAY.  I'LL TELL YOU WHAT.  I LEFT MY

02:50PM  8  NOTES IN THE OFFICE.  I'M GOING TO GO GET THEM.  WHEN I COME

02:50PM  9  BACK IN, YOU DON'T NEED TO STAND UP.

02:52PM  10          JUST KEEP YOUR SEATS.

02:52PM  11          OKAY, MR. ELLIS, WHAT IS YOUR STIPULATION?

02:52PM  12          MR. ELLIS:  WELL, ACTUALLY, IT'S THE RESPONDENT'S--

02:52PM  13          MS. MIRANDA:  YOUR HONOR, I BELIEVE THAT WE AGREED

02:52PM  14  THAT WE COULD STIPULATE TO THE FACT THAT, IF QUESTIONED,

02:52PM  15  DR. LARKIN WOULD, I SUPPOSE, CONCEDE THAT IT'S POSSIBLE THAT

02:52PM  16  MS. GEORGE WAS RUN OVER.

02:52PM  17          MR. ELLIS:  YES, THAT A RUNOVER WAS A POSSIBILITY.

02:52PM  18          THE COURT:  OKAY.

02:52PM  19          MR. ELLIS:  THE SECOND PART WOULD BE THAT FROM THE

02:52PM  20  MEDICAL EVIDENCE ALONE IT IS IMPOSSIBLE TO SAY WHETHER THERE

02:52PM  21  WAS A PUSHING OR A JUMPING OF THE VICTIM FROM THE VEHICLE.

02:53PM  22          THE COURT:  OKAY.  I'VE WRITTEN DOWN THOSE TWO

02:53PM  23  STIPULATIONS.  THANK YOU.

02:53PM  24          MR. ELLIS:  YOUR HONOR, WE DO HAVE ONE MORE

02:53PM  25  STIPULATION TO OFFER.  I'LL SUPPLY THE COURT WITH A COPY,

02:53PM 1    IF I MAY.

02:53PM 2            THE COURT:  ALL RIGHT.  THANK YOU.  THIS WILL BE

02:54PM 3    PETITIONER'S EXHIBIT 8, I BELIEVE.

02:54PM 4            MR. ELLIS:  YES.  AND THIS IS A STATEMENT FROM

02:54PM 5    ALICIA SMIDDY, S-M-I-D-D-Y, TO THE HOPKINS COUNTY SHERIFF'S

02:54PM 6    OFFICE REGARDING THE EVENTS OF MARCH 12, 2000.

02:54PM 7            THE COURT:  IS THIS THE STATEMENT THAT DEPUTY COSME

02:54PM 8    TOOK?

02:54PM 9            MR. ELLIS:  YES, YOUR HONOR, THIS IS.  WOULD YOUR

02:55PM 10   HONOR LIKE ME TO READ IT INTO THE RECORD?

02:55PM 11           THE COURT:  IF YOU WOULD, PLEASE.

02:55PM 12           MR. ELLIS:  THIS IS A STATEMENT BY ALICIA SMIDDY.

02:55PM 13   AND THE STATEMENT IS:  MARQUETTA, M-A-R-Q-U-E-T-T-A, CAME

02:55PM 14   RUNNING OUT OF THEIR HOUSE YELLING FOR US TO CALL THE SHERIFF,

02:55PM 15   THAT HE WAS NOT GOING--THAT HE NOT GOING TO BEAT ME.  SHE GOT

02:55PM 16   BEHIND--IT'S A LITTLE CUT OFF HERE--SO HE COULDN'T GET HER--

02:55PM 17           THE COURT:  I'LL TELL YOU WHAT.  MY COPY IS BETTER,

02:55PM 18   APPARENTLY.  SHALL I READ IT?

02:55PM 19           MR. ELLIS:  I'D APPRECIATE THAT, YOUR HONOR.

02:55PM 20           THE COURT:  FOLLOW ALONG IF I MISSTATE SOMETHING.

02:55PM 21   "MARQUETTA CAME RUNNING OUT OF THEIR HOUSE YELLING FOR US TO

02:55PM 22   CALL THE SHERIFF, THAT HE'S NOT GOING TO BEAT ME.  SHE GOT

02:55PM 23   BEHIND ME SO HE COULDN'T GET HER.  MY ONE-YEAR-OLD WAS IN THE

02:55PM 24   STROLLER BY ME.  HE CAME CHARGING OUT OF THE HOUSE WITH NO

02:56PM 25   SHIRT, WITH AN EVIL, MAD LOOK ON HIS FACE, NEVER SAYING

02:56PM  1   ANYTHING, WALKED BY MY ONE-YEAR-OLD, PICKED MARQUETTA UP OVER

02:56PM  2   HIS SHOULDER.  SHE WAS SCREAMING, KICKING, YELLING, 'NO,

02:56PM  3   DANIEL, NO, DANIEL,' TRYING HER BEST TO GET LOOSE.  SHE STARTED

02:56PM  4   CRYING.  HE SHOVED HER INTO A WHITE UTILITY TRUCK ON THE DRIVER

02:56PM  5   DOOR SIDE.  SHE WAS TRYING TO GET OUT.  HE HIT HER, SHOVED HER

02:56PM  6   ON IN, HOLDING HER DOWN, SPUN OFF THROUGH THE DITCH.  SHE WAS

02:56PM  7   TRYING TO GET OUT.  HE WAS SWERVING ALL OVER THE ROAD, TURNED

02:56PM  8   AND WENT TOWARDS MAHONEY.  THAT WAS THE LAST WE SAW."

02:56PM  9              THAT'S ALL I HAVE.

02:56PM 10              MR. ELLIS:  YES, THAT IS IT, YOUR HONOR.

02:56PM 11              THE COURT:  OKAY.  PETITIONER'S--

02:56PM 12              YES?

02:56PM 13              MS. MIRANDA:  OH, SORRY.  GO AHEAD.

02:57PM 14              THE COURT:  PETITIONER'S EXHIBIT 8 IS ADMITTED.

02:57PM 15              MS. MIRANDA:  AND THEN WE JUST HAD ONE LAST WITNESS.

02:57PM 16   WE WERE GOING TO CALL MR. HURLEY.

02:57PM 17              THE COURT:  OKAY.

02:57PM 18              SO, MR. ELLIS, YOU REST?

02:57PM 19              MR. ELLIS:  YOUR HONOR, A LITTLE BOOKKEEPING HERE.

02:57PM 20   THE EXHIBITS TO THE WRIT ARE A PART OF THE RECORD FOR THIS

02:57PM 21   HEARING, ARE THEY NOT?  I WOULDN'T NEED TO RE-OFFER THEM, I

02:57PM 22   WOULD THINK.  FOR INSTANCE, THE AUTOPSY REPORT, DR. LARKIN'S

02:57PM 23   REPORT.  I WOULD JUST ASK THAT--WELL, TO SIMPLIFY THINGS, I

02:57PM 24   WOULD ASK THAT ALL EXHIBITS SUBMITTED AS PART OF MY WRIT BE

02:57PM 25   ENTERED AS PART OF THE RECORD OF THIS HEARING.

02:57PM 1          THE COURT:  OKAY.  I HAVE THREE VOLUMES OF EXHIBITS

02:57PM 2   THAT ARE EXHIBITS TO THE PETITION FOR WRIT OF HABEAS CORPUS,

02:58PM 3   AND THEY INCLUDE--THOSE COVER EXHIBITS 1 THROUGH 32, IS THAT

02:58PM 4   RIGHT?

02:58PM 5          MR. ELLIS:  YES, YOUR HONOR, THAT IS CORRECT, THREE

02:58PM 6   VOLUMES OF EXHIBITS, 1 TO 32.  JUST SO THAT THEY DON'T NEED TO

02:58PM 7   BE REOFFERED HERE.

02:58PM 8          THE COURT:  THEY'RE PART OF THE FILING IN THIS CASE,

02:58PM 9   SO I BELIEVE I CAN RELY ON THOSE IN MAKING A RULING ON YOUR

02:58PM 10  PETITION.

02:58PM 11         MR. ELLIS:  THANK YOU, YOUR HONOR.

02:58PM 12         THE COURT:  OKAY.  AND WITH THAT, YOU REST?

02:58PM 13         MR. ELLIS:  YES, WITH THAT, WE REST, YOUR HONOR.

02:58PM 14         THE COURT:  ALL RIGHT.

02:58PM 15         MS. MIRANDA, YOU HAVE A WITNESS?

02:58PM 16         MS. MIRANDA:  CALL TONEY HURLEY.

02:58PM 17         THE COURT:  TONEY?

02:58PM 18         MS. MIRANDA:  HURLEY.

02:58PM 19         THE COURT:  HURLEY.

02:59PM 20         HOW ARE YOU?

02:59PM 21         THE WITNESS:  GOOD, THANK YOU.

02:59PM 22         THE COURT:  MS. MIRANDA.

02:59PM 23  DIRECT EXAMINATION OF TONEY HURLEY ON BEHALF OF THE RESPONDENT

02:59PM 24         MS. MIRANDA:

02:59PM 25  Q.    CAN YOU STATE YOUR NAME FOR THE RECORD.

123

02:59PM  1    A.      TONEY HURLEY.

02:59PM  2    Q.      WHERE ARE YOU CURRENTLY EMPLOYED, MR. HURLEY?

02:59PM  3    A.      WITH THE HOPKINS COUNTY SHERIFF'S OFFICE.

02:59PM  4    Q.      HOW LONG HAVE YOU BEEN EMPLOYED THERE?

02:59PM  5    A.      BE 20 YEARS THIS MONTH.

02:59PM  6    Q.      OKAY.  SO THAT ANSWERS MY NEXT QUESTION.  BACK IN MARCH

02:59PM  7    OF 2000, YOU WERE WITH THE HOPKINS COUNTY SHERIFF'S OFFICE.

02:59PM  8    CORRECT?

02:59PM  9    A.      YES, MA'AM.

02:59PM  10   Q.      ALL RIGHT.  DID YOU HAVE AN OCCASION TO GET INVOLVED IN

02:59PM  11   THE INVESTIGATION OF MARQUETTA GEORGE'S DEATH?

02:59PM  12   A.      YES, MA'AM.

02:59PM  13   Q.      WHAT WAS YOUR ROLE THERE?

02:59PM  14   A.      I WAS CHIEF INVESTIGATOR OF THE SHERIFF'S OFFICE AT

02:59PM  15   THE TIME, AND I RECEIVED THE CALL, AS MOST OF US DO IN THE

02:59PM  16   CRIMINAL INVESTIGATION DIVISION WHEN WE HAVE A DEATH.

02:59PM  17   Q.      OKAY.  DURING THE COURSE OF YOUR INVESTIGATION, DID YOU

02:59PM  18   HAVE AN OPPORTUNITY TO OBSERVE THE TRUCK THAT WAS DRIVEN THAT

03:00PM  19   DAY?

03:00PM  20   A.      YES, MA'AM, I DID.

03:00PM  21   Q.      OKAY.  WHAT TYPE OF--WHAT KIND OF TRUCK WAS IT?

03:00PM  22   A.      IT WAS AN F350 FORD ONE-TON.  IT HAD A UTILITY BED ON

03:00PM  23   IT.

03:00PM  24   Q.      ALL RIGHT.  DO YOU KNOW THE YEAR?

03:00PM  25   A.      1999.

124

03:00PM 1   Q.      1999?  OKAY.  AND DURING THE COURSE OF YOUR

03:00PM 2   INVESTIGATION, DID YOU EVER LEARN WHETHER THERE WAS

03:00PM 3   ANY BLOOD FOUND INSIDE THAT TRUCK?

03:00PM 4   A.      YES.

03:00PM 5   Q.      OKAY.  WAS THERE ANY BLOOD FOUND INSIDE THE TRUCK?

03:00PM 6   A.      I BELIEVE THERE WAS A SMALL SPECK OF BLOOD FOUND NEAR

03:00PM 7   THE DRIVER'S SEAT, TOWARDS THE BACK OF THE SEAT.

03:00PM 8   Q.      OKAY.  AND TO YOUR KNOWLEDGE, THAT WAS ALL THE BLOOD

03:00PM 9   THAT WAS FOUND IN THE TRUCK?

03:00PM 10  A.      YES, MA'AM.

03:00PM 11  Q.      OKAY.

03:00PM 12          NOW, RECENTLY, DID YOU HAVE AN OPPORTUNITY TO DO AN

03:00PM 13  INVESTIGATION INTO A SIMILAR TRUCK?

03:00PM 14  A.      YES, MA'AM.

03:00PM 15  Q.      OKAY.  CAN YOU TELL US ABOUT THAT.

03:00PM 16  A.      IN PREPARATION OF THIS HEARING, ON MONDAY OF THIS WEEK,

03:00PM 17  I LOOKED FOR A 1999 F350 ONE-TON WITH A BENCH SEAT.

03:00PM 18  Q.      OKAY.

03:00PM 19  A.      AND I FOUND ONE IN SULPHUR SPRINGS THAT I TOOK THE

03:01PM 20  MEASUREMENTS FROM.

03:01PM 21  Q.      OKAY.  WAS IT FROM THE SAME YEAR?

03:01PM 22  A.      YES, MA'AM, IT WAS A 1999.

03:01PM 23  Q.      SAME YEAR, SAME MAKE, SAME MODEL?

03:01PM 24  A.      YES, MA'AM.

03:01PM 25  Q.      OKAY.  AND WHAT DID YOU DO?

03:01PM 1   A.      I TOOK VARIOUS MEASUREMENTS FROM THE INSIDE OF THE

03:01PM 2   VEHICLE AND SAT IN THE VEHICLE BEHIND THE STEERING-WHEEL AREA.

03:01PM 3   Q.      OKAY.  AND DID YOU ATTEMPT, FROM SITTING IN THE

03:01PM 4   DRIVER'S SIDE, TO SEE WHETHER YOU COULD REACH OVER TO THE

03:01PM 5   PASSENGER-SIDE DOOR?

03:01PM 6   A.      YES, MA'AM.

03:01PM 7   Q.      OKAY.  CAN YOU TELL US--YOU SAID YOU TOOK VARIOUS

03:01PM 8   MEASUREMENTS.  HOW FAR EXACTLY IS IT FROM DOOR-TO-DOOR?

03:01PM 9   A.      FROM WINDOW-TO-WINDOW, IT IS 6 FOOT AND 1/2 INCHES.

03:01PM 10  Q.      OKAY.

03:01PM 11  A.      FROM DOOR HANDLE OR THE DOOR OPENING MECHANISM, DOOR

03:01PM 12  LATCH TO DOOR LATCH, IT'S 67 INCHES.

03:01PM 13  Q.      OKAY.  SO A LITTLE BIT SHORT OF 6 FEET IF MY MATH IS

03:01PM 14  CORRECT.

03:01PM 15  A.      YES, MA'AM.  72 INCHES BEING 6 FEET.

03:02PM 16  Q.      OKAY.  NOW, DID YOU MEASURE FROM THE CENTER OF THE

03:02PM 17  STEERING WHEEL TO THE DOOR HANDLE?

03:02PM 18  A.      YES, MA'AM.  FROM THE CENTER OF THE STEERING WHEEL WITH

03:02PM 19  THE WHEELS TURNED STRAIGHT IS 52 INCHES TO THE PASSENGER-SIDE

03:02PM 20  DOOR LATCH.

03:02PM 21  Q.      OKAY.  SO A LITTLE OVER 4 FEET?

03:02PM 22  A.      YES, MA'AM.

03:02PM 23  Q.      NOW, HOW TALL ARE YOU?

03:02PM 24  A.      5 FOOT, 10 INCHES.

03:02PM 25  Q.      OKAY.  DO YOU KNOW HOW TALL MR. ACKER IS?

03:02PM 1   A.      BACK IN 2000, HE WAS 6 FOOT.

03:02PM 2   Q.      OKAY.  SO YOU ARE SHORTER THAN MR. ACKER.  CORRECT?

03:02PM 3   A.      YES, MA'AM.

03:02PM 4   Q.      NOW, BEING SHORTER THAN MR. ACKER, WERE YOU ABLE TO,

03:02PM 5   SITTING IN THE DRIVER'S SIDE, LEAN OVER, REACH OVER, AND OPEN

03:02PM 6   THE PASSENGER-SIDE DOOR?

03:02PM 7   A.      YES, MA'AM.

03:02PM 8           MS. MIRANDA:  THANK YOU.

03:02PM 9           I'LL PASS THE WITNESS.

03:02PM 10  <u>CROSS-EXAMINATION OF TONEY HURLEY ON BEHALF OF THE PETITIONER</u>

03:03PM 11          MR. ELLIS:

03:03PM 12  Q.      IS IT OFFICER HURLEY OR--

03:03PM 13  A.      TONEY HURLEY.

03:03PM 14  Q.      YOU ARE STILL AT THE HOPKINS COUNTY SHERIFF'S OFFICE?

03:03PM 15  A.      YES, SIR.

03:03PM 16  Q.      NOW, I TAKE IT YOUR TESTS ON THIS TRUCK--WERE THEY DONE

03:03PM 17  WHILE YOU WERE DRIVING THE TRUCK?

03:03PM 18  A.      NO, SIR.

03:03PM 19  Q.      IT WAS STATIONERY, IN OTHER WORDS?

03:03PM 20  A.      YES, SIR.

03:03PM 21  Q.      WAS THERE ANYBODY IN THE TRUCK WHEN YOU DID THE TEST?

03:03PM 22  A.      NO, SIR; I WAS BY MYSELF.

03:03PM 23  Q.      AND NOBODY WAS TRYING TO RESIST YOUR HANDS OPENING THE

03:03PM 24  DOOR, IS THAT CORRECT?

03:03PM 25  A.      NO, SIR.

03:03PM 1  Q.     WERE THERE ANY LIGHT BULBS OR OTHER THINGS ON THE SEAT

03:03PM 2  THAT YOU HAD TO GO AROUND TO OPEN THE DOOR?

03:03PM 3  A.     NO, SIR.

03:03PM 4  Q.     AND DID YOU KNOW MARKIE GEORGE?

03:03PM 5  A.     YES, SIR.

03:03PM 6  Q.     AND SHE WAS FAIRLY YOUNG AT THE TIME OF HER DEATH, IS

03:03PM 7  THAT NOT CORRECT?

03:03PM 8  A.     I DON'T REMEMBER THE EXACT AGE, BUT I THINK EARLY 30S

03:04PM 9  MAYBE.

03:04PM 10  Q.     SHE WAS IN PRETTY GOOD HEALTH, WASN'T SHE?

03:04PM 11  A.     IN WHAT ASPECT?

03:04PM 12  Q.     WELL, SHE WASN'T PHYSICALLY DISABLED OR HANDICAPPED,

03:04PM 13  WAS SHE?

03:04PM 14  A.     SHE HAD A BULLET WOUND TO HER CHEST, BUT I DON'T THINK

03:04PM 15  THAT HANDICAPPED HER ANY WAY.

03:04PM 16  Q.     INCIDENTALLY, ARE YOU AWARE OF A PRIOR INCIDENT WHEN

03:04PM 17  SHE TRIED TO JUMP OUT OF A POLICE CAR?

03:04PM 18  A.     TRIED TO JUMP OUT OF A POLICE CAR?

03:04PM 19  Q.     YES, A PRIOR INCIDENT.

03:04PM 20  A.     I'M NOT AWARE OF THAT, NO, SIR.

03:04PM 21  Q.     BUT YOU ARE AWARE OF THE PRIOR INCIDENT THAT SHE TRIED

03:04PM 22  TO JUMP TWO WEEKS PRIOR TO HER DEATH?  YOU ARE AWARE OF THAT

03:04PM 23  INCIDENT?

03:04PM 24  A.     I HEARD ABOUT THAT INCIDENT, YES, SIR.

03:04PM 25  Q.     NOW, DID THE TRUCK THAT YOU DID THESE TESTS ON, DID IT

03:04PM 1  HAVE UTILITY BEDS ON THE SIDE THAT EXTENDED PAST THE CAB?

03:04PM 2  A.     NO, SIR.  IT WAS A REGULAR DUALLY BED, AS IT'S REFERRED

03:04PM 3  TO, A DUAL-WHEEL BED.

03:04PM 4  Q.     SO IT DIDN'T HAVE THESE UTILITY BEDS ON THE SIDE, IS

03:05PM 5  THAT CORRECT?

03:05PM 6  A.     NO, IT DIDN'T HAVE A WORK BODY ON IT, NO, SIR.

03:05PM 7  Q.     WOULD YOU SAY THAT THIS TRUCK THAT YOU TESTED WOULD BE

03:05PM 8  WIDER THAN AN ORDINARY SEDAN, SAY, A CADILLAC OR SOMETHING LIKE

03:05PM 9  THAT?

03:05PM 10 A.     THE TRUCK THAT I TOOK THE MEASUREMENTS OF THE CAB IS

03:05PM 11 THE SAME DIMENSIONS OF THE TRUCK THAT MR. ACKER WAS DRIVING ON

03:05PM 12 THAT DAY.  THE CABS ARE THE SAME.

03:05PM 13 Q.     RIGHT.  BUT HOW--THAT WASN'T QUITE THE QUESTION.  THE

03:05PM 14 QUESTION WAS:  HOW WOULD THE INTERIOR OF THIS TRUCK COMPARE TO,

03:05PM 15 SAY, REGULAR-SIZE SEDANS, FULL-SIZE SEDANS, SAY, A CADILLAC OR

03:05PM 16 A BUICK OR SOMETHING LIKE THAT.

03:05PM 17 A.     WOULD IT BE DIFFERENT?

03:05PM 18 Q.     WOULD IT BE WIDER?

03:05PM 19 A.     I'VE REALLY NEVER HAD A REASON TO MEASURE A SEDAN,

03:05PM 20 SO I CAN'T REALLY ANSWER THAT.  I'M SORRY.

03:05PM 21 Q.     OKAY.  YOU NEVER MEASURED A SEDAN IN THE COURSE OF YOUR

03:05PM 22 POLICE WORK?

03:05PM 23 A.     NO, SIR.

03:05PM 24 Q.     OKAY.  NOW, BASICALLY--SO WHEN YOU CONDUCTED THE TEST,

03:06PM 25 THE CAR WAS NOT GOING ANYWHERE, IS THAT CORRECT?

03:06PM 1 A.      NO, SIR.

03:06PM 2 Q.      OKAY.  AND YOU NEVER TRIED TO DRIVE AT 20, 30, 40 MILES

03:06PM 3 AN HOUR WHILE TRYING TO DO THIS EXPERIMENT WITH THE DOOR, IS

03:06PM 4 THAT CORRECT?

03:06PM 5 A.      NO, SIR.  I WAS JUST OBTAINING SOME MEASUREMENTS.

03:06PM 6         MR. ELLIS:  MAY I APPROACH, YOUR HONOR?

03:06PM 7         THE COURT:  YES.

03:06PM 8         MR. ELLIS:

03:07PM 9 Q.      OFFICER HURLEY, I'VE SHOWN YOU A TWO-PAGE REPORT.  IS

03:07PM 10 THAT YOUR SIGNATURE ON PAGE 2?

03:07PM 11 A.      YES, SIR.

03:07PM 12 Q.      AND DID YOU HAVE OCCASION TO TALK TO MR. ACKER AFTER HE

03:07PM 13 WAS ARRESTED?

03:07PM 14 A.      YES, SIR.

03:07PM 15 Q.      AND AT ONE POINT HE GOT--DID HE GET SORT OF ANGRY WHEN

03:07PM 16 YOU HAD TOLD HIM SOME THINGS?  DO YOU REMEMBER THAT?

03:07PM 17 A.      YES, SIR.

03:07PM 18 Q.      AND DO YOU REMEMBER TELLING HIM ABOUT WHAT THE MEDICAL

03:07PM 19 EXAMINER HAD SAID ABOUT STRANGULATION?

03:07PM 20 A.      YES, SIR.

03:07PM 21 Q.      AND WHAT WAS HIS REACTION TO THAT?

03:07PM 22 A.      I BELIEVE--AND I MAY HAVE THE WORDING--YOU KNOW, IT'S

03:07PM 23 BEEN 11 YEARS AGO, BUT I BELIEVE HE STATED THAT THE MEDICAL

03:08PM 24 EXAMINER IS A LIAR.

03:08PM 25 Q.      THAT SHE WAS LYING ABOUT THE STRANGULATION, IS THAT

03:08PM  1    CORRECT?

03:08PM  2     A.      YES.

03:08PM  3              MR. ELLIS:  YOUR HONOR, I WOULD OFFER THAT AS

03:08PM  4    PETITIONER'S--

03:08PM  5              THE COURT:  I CAN'T HEAR YOU.  WE'VE GOT TO MAKE A

03:08PM  6    RECORD.

03:08PM  7              MR. ELLIS:  EXCUSE ME, YOUR HONOR.  WE WOULD OFFER

03:08PM  8    THAT STATEMENT AS PETITIONER'S EXHIBIT 9.  I'VE LOST TRACK

03:08PM  9    AGAIN.

03:08PM  10             THE COURT:  OKAY.

03:08PM  11             MR. ELLIS:  THE COPY I GAVE COUNSEL AND MR. HURLEY

03:08PM  12   IS NOT MARKED UP, SO PERHAPS ONE OF THEM COULD COME INTO

03:08PM  13   EVIDENCE.

03:08PM  14             MS. MIRANDA:  NO OBJECTION, YOUR HONOR.

03:08PM  15             THE COURT:  OKAY.  PETITIONER'S EXHIBIT 9 IS

03:08PM  16   ADMITTED.

03:08PM  17             MS. MIRANDA:  I'M GOING TO GET HIS COPY OF THE

03:08PM  18   STATEMENT.

03:08PM  19             THE COURT:  ALL RIGHT.

03:08PM  20             THE WITNESS:  THIS IS MINE.

03:08PM  21             MR. ELLIS:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

03:09PM  22             THE COURT:  ALL RIGHT.

03:09PM  23             ANY OTHER FOLLOW-UP QUESTIONS, MS. MIRANDA?

03:09PM  24             MS. MIRANDA:  JUST ONE, YOUR HONOR.

03:09PM  25             THE COURT:  OKAY.

REDIRECT EXAMINATION OF TONEY HURLEY ON BEHALF OF THE RESPONDENT

      MS. MIRANDA:

Q.    MR. HURLEY, DURING THAT SAME CONVERSATION WITH MR. ACKER, DID HE INDICATE TO YOU IN ANY WAY THAT HE WAS RESPONSIBLE FOR MS. GEORGE'S DEATH?

A.    YES.  I BELIEVE IT WAS AS I WAS WALKING HIM BACK TO HIS CELL AFTER THE SECOND INTERVIEW.  I REMEMBER HIM TELLING ME THAT HE REALLY NEEDED TO GO BACK AND TELL ME SOME MORE ABOUT THE REST OF THE TRUTH, THAT HE HADN'T BEEN TRUTHFUL WITH ME AND HE WANTED TO TELL ME SOME MORE THINGS.

Q.    OKAY.

A.    AND SO WE WENT BACK AND STARTED TO AUDIO- AND VIDEOTAPE OVER AGAIN.

Q.    OKAY.  AND WHAT DID HE TELL YOU?

A.    I WOULD HAVE TO READ.

Q.    DID HE INDICATE TO YOU THAT HE WAS THE CAUSE OF MS. GEORGE'S DEATH?

A.    YES.  "ACKER STATED THAT GEORGE WAS TRYING TO GET OUT OF THE TRUCK WHILE HE WAS DRIVING.  ACKER STATED THAT HE WAS PULLING GEORGE'S HAIR TO HOLD HER IN THE TRUCK.  ACKER STATED THAT HE ALSO HIT GEORGE IN THE NOSE AND MOUTH.  ACKER TOLD HURLEY AND CHESTER THAT HE KNEW THAT HE WAS THE CAUSE OF MARKIE'S DEATH BECAUSE HE PLACED HER IN THE TRUCK.  AND THEN ACKER CONTINUED TO STATE THAT GEORGE JUMPED OUT OF THE TRUCK."

      MS. MIRANDA:  THANK YOU.

03:10PM   1          NO FURTHER QUESTIONS.

03:10PM   2          THE COURT:  ANY FOLLOW-UP QUESTIONS?

03:10PM   3          DO YOU HAVE ANY MORE QUESTIONS, MR. ELLIS?

03:10PM   4          MR. ELLIS:  NO, YOUR HONOR.

03:10PM   5          THE COURT:  OKAY.

03:10PM   6          LET'S SEE.  WERE YOU READING THAT FROM THE SAME

03:10PM   7   PETITIONER'S EXHIBIT 9?

03:10PM   8          THE WITNESS:  YES, SIR.

03:10PM   9          THE COURT:  OKAY.

03:10PM   10         THE WITNESS:  IT WAS DOWN THERE ON THE SECOND PAGE,

03:10PM   11   ABOUT RIGHT ALONG IN THERE.

03:10PM   12         THE COURT:  OKAY.  LET ME LOOK AT THAT JUST FOR A

03:10PM   13   MOMENT.

03:10PM   14         THE WITNESS:  ABOUT THREE-QUARTERS DOWN ON THAT

03:11PM   15   PARAGRAPH.

03:11PM   16         THE COURT:  OKAY.

03:13PM   17         MR. ELLIS, DO YOU HAVE MORE QUESTIONS FOR THE

03:13PM   18   WITNESS?

03:13PM   19         MR. ELLIS:  NO, I DON'T, YOUR HONOR.

03:13PM   20         THE COURT:  IS THIS WITNESS EXCUSED THEN?

03:13PM   21         MS. MIRANDA:  YES, YOUR HONOR.

03:13PM   22         THE COURT:  ALL RIGHT.

03:13PM   23         DEPUTY HURLEY, THANK YOU VERY MUCH.

03:13PM   24         THE WITNESS:  THANK YOU.

03:13PM   25         THE COURT:  DOES THE RESPONDENT REST?

03:13PM  1     MS. MIRANDA:  YES, YOUR HONOR, WE DO.

03:13PM  2     THE COURT:  OKAY.

03:13PM  3     DO YOU WANT TO BE HEARD?  OR DO YOU WANT TO SUBMIT

03:13PM  4  YOUR ARGUMENTS IN WRITING?

03:13PM  5     MR. ELLIS:  YOUR HONOR, I THINK WE'VE BOTH INDICATED

03:14PM  6  THAT THERE ARE ENOUGH LEGAL ARGUMENTS HERE THAT I BELIEVE THE

03:14PM  7  POST-HEARING BRIEF WOULD BE VERY HELPFUL.  I THINK COUNSEL

03:14PM  8  FOR THE RESPONDENT DOES TOO.  I THINK THAT, YES, WE WOULD BE

03:14PM  9  REQUESTING A POST-HEARING BRIEF WHEN THE TRANSCRIPT OF THE

03:14PM  10  HEARING IS AVAILABLE.

03:14PM  11     THE COURT:  OKAY.  WELL, THEN, SHALL WE SET ANY

03:14PM  12  TIMELINE FOR BRIEFING IN THIS CASE?

03:14PM  13     MS. MIRANDA:  MY ONLY REQUEST--I DON'T KNOW HOW

03:14PM  14  SOON WE CAN GET THE TRANSCRIPT, YOUR HONOR, BUT I LEAVE THE

03:14PM  15  ATTORNEY GENERAL'S OFFICE IN A MONTH OR TWO, SO I WOULD REQUEST

03:14PM  16  TO BE ABLE TO BRIEF THIS BEFORE I DO THAT.

03:14PM  17     THE COURT:  YOU WOULD REQUEST TO BE ABLE TO DO WHAT?

03:14PM  18     MS. MIRANDA:  BRIEF IT BEFORE I LEAVE.  AUGUST 19TH

03:14PM  19  IS MY LAST DAY.

03:14PM  20     THE COURT:  OKAY.  LET'S SEE.  ALL RIGHT.  TODAY IS

03:14PM  21  JUNE 16TH.  I COULD JUST ASK MR. KELLEY IF HE HAS ANY IDEA HOW

03:14PM  22  SOON HE CAN GET THE TRANSCRIPT TO COUNSEL.  HE CAN DO IT THIS

03:15PM  23  WEEKEND--

03:15PM  24     MS. MIRANDA:  OH, WOW.

03:15PM  25     THE COURT:  --IF THAT WOULD HELP YOU.  SO LET'S

03:15PM 1 ASSUME, THEN, THAT YOU HAVE THE TRANSCRIPT NEXT WEEK.  HOW

03:15PM 2 MANY WEEKS DO YOU NEED TO WORK ON YOUR POST-HEARING BRIEFING?

03:15PM 3          MR. ELLIS:  30 DAYS SHOULD DO IT, YOUR HONOR.

03:15PM 4          MS. MIRANDA:  30 DAYS.  I COULD DO TWO WEEKS, 30

03:15PM 5 DAYS, WHICHEVER.

03:15PM 6          THE COURT:  OKAY.  LET'S SEE.

03:15PM 7          MS. MIRANDA:  BUT THEN, ADMITTEDLY, MY SCHEDULE IS

03:15PM 8 PROBABLY LIGHTER THAN COUNSEL'S, BECAUSE THEY'RE NOT GIVING

03:15PM 9 ME ANYTHING NEW.

03:15PM 10          THE COURT:  OKAY.

03:15PM 11          MR. ELLIS, COULD YOU HAVE YOUR BRIEFING TO ME, THEN

03:15PM 12 BY, LET'S SEE, JULY 15TH?  THAT'S A FRIDAY.

03:16PM 13          MR. ELLIS:  YES, THAT SHOULD BE DOABLE, YOUR HONOR.

03:16PM 14          THE COURT:  OKAY.  DO YOU WANT TO HAVE THE SAME

03:16PM 15 DEADLINE FOR BOTH BRIEFS?

03:16PM 16          MS. MIRANDA:  I THINK THAT'S FAIR, YOUR HONOR.

03:16PM 17          THE COURT:  OKAY.  ALL RIGHT.  THEN I'LL EXPECT YOUR

03:16PM 18 POST-HEARING BRIEFS BY JULY 15TH.  LET ME ASK YOU TO INCLUDE IN

03:16PM 19 YOUR BRIEFING A QUESTION THAT I HAVE.  THE SUPREME COURT SAID,

03:16PM 20 IN HOUSE VERSUS BELL, THAT THE HABEAS COURT--MEANING THIS

03:16PM 21 COURT--MUST CONSIDER ALL THE EVIDENCE, OLD AND NEW--SO THAT

03:17PM 22 WOULD BE THE EVIDENCE I'VE HEARD TODAY AS WELL AS THE EVIDENCE

03:17PM 23 PRESENTED AT TRIAL--BOTH INCRIMINATING AND EXCULPATORY, WITHOUT

03:17PM 24 REGARD TO WHETHER IT WOULD BE ADMISSIBLE UNDER THE RULES OF

03:17PM 25 EVIDENCE, AND, BASED ON THIS TOTAL RECORD, MAKE A PROBABILISTIC

03:17PM  1   DETERMINATION ABOUT WHAT REASONABLE, PROPERLY INSTRUCTED JURORS

03:17PM  2   WOULD DO.

03:17PM  3            NOW, WE KNOW WHAT THE INSTRUCTIONS WERE AT THE

03:17PM  4   TRIAL IN THE STATE COURT.  I DON'T KNOW IF THERE'S REALLY

03:17PM  5   ANY LIMITATION ON THAT.  BUT, NEVERTHELESS, WE KNOW WHAT THOSE

03:17PM  6   INSTRUCTIONS WERE.  THE WAY THAT PARAGRAPH IN HOUSE VERSUS BELL

03:17PM  7   IS WORDED, IT APPEARS THAT THE COURT COULD GO BEYOND THAT AND

03:17PM  8   SIMPLY LOOK AT WHAT HYPOTHETICAL PROPER INSTRUCTIONS WOULD

03:17PM  9   INCLUDE.  AND THEN I AM TO ASSESS THE LIKELY IMPACT OF THE

03:18PM  10  EVIDENCE ON REASONABLE JURORS.

03:18PM  11           SO, ASSUMING THE ACTUAL-INNOCENCE ISSUE IS NOT

03:18PM  12  LIMITED TO THE EVIDENCE USED AT TRIAL, WHICH APPARENTLY IT

03:18PM  13  IS NOT, MY QUESTION FOR YOU IS WHETHER IT IS LIMITED IN TERMS

03:18PM  14  OF THE THEORY ADVANCED BY THE PROSECUTION AT TRIAL.  I THINK

03:18PM  15  MS. MIRANDA HAS SAID NO, IT'S NOT.  BUT I WOULD LIKE FOR YOU

03:18PM  16  TO BRIEF THAT, BECAUSE YOU SEEM TO ARGUE, MR. ELLIS, THAT THERE

03:18PM  17  MAY BE SOME CONSTRAINT THERE.

03:18PM  18           MR. ELLIS:  YES, YOUR HONOR, I THINK THERE MAY BE.

03:18PM  19           THE COURT:  OKAY.

03:18PM  20           MR. ELLIS:  I'M SAYING THAT THIS IS A HOLISTIC

03:18PM  21  JUDGMENT WHEREBY MR.--WE LOOK TO VARIOUS COMPONENTS OF THE

03:18PM  22  TRIAL.  SOME OF THE COMPONENTS OF THE TRIAL MIGHT BE THE GRAND

03:18PM  23  JURY INDICTMENT, IT MIGHT BE THE OPENING STATEMENTS, IT MIGHT

03:18PM  24  BE THE ARGUMENTS, THE CLOSING STATEMENTS THAT WERE GIVEN TO

03:19PM  25  THE JURY AT THE TIME OF THE--BEFORE THEY WENT TO DELIBERATE.

03:19PM 1      WE'RE NOT LIMITED TO SIMPLY THE QUESTION OF WHETHER

03:19PM 2   THESE JURORS COULD HAVE, UNDER ONE OF THREE THEORIES, CONVICTED

03:19PM 3   MR. ACKER.  THIS IS A HOLISTIC VIEWPOINT THAT I THINK SCHLUP

03:19PM 4   AND HOUSE BRING FORWARD THAT THE COURT HAS TO LOOK AT THE TRIAL

03:19PM 5   AS A TOTALITY.  IN THAT SENSE, WE'RE SAYING LOOK AT EVERYTHING.

03:19PM 6   AND, IN FACT, I THINK, UNDER THIS COURT'S JUDGMENT, THE JUDGE

03:19PM 7   COULD EVEN--THIS COURT COULD EVEN LOOK AT THE DECISION ON

03:19PM 8   APPEAL AND SEE WHETHER THAT APPEAL MAKES SENSE IN LIGHT OF

03:19PM 9   THE STATE'S CONCESSION, BASED, AS IT WAS, ON THE THEORY DEATH

03:19PM 10  BY STRANGULATION AND THE STATE HABEAS.  WE HAVE FINDINGS AND

03:19PM 11  CONCLUSIONS OF LAW.  SO WHAT I'M SAYING IS THAT THIS IS A

03:19PM 12  HOLISTIC--A BROAD VIEWPOINT OF WHETHER PETITIONER WAS DENIED

03:20PM 13  A FAIR TRIAL.  AND AS HOUSE SAYS, THE STANDARD IS WHETHER

03:20PM 14  REASONABLE JURORS WOULD HAVE HAD REASONABLE DOUBT.  AND THAT,

03:20PM 15  OF NECESSITY, IS A HOLISTIC--

03:20PM 16      THE COURT:  AND YOU ARE USING THE WORD "HOLISTIC"

03:20PM 17  IN TERMS OF LOOKING AT BOTH THE EVIDENCE THAT WAS PRESENTED

03:20PM 18  AT TRIAL AND THE EVIDENCE YOU'VE PRESENTED HERE TODAY?

03:20PM 19      MR. ELLIS:  ABSOLUTELY.

03:20PM 20      THE COURT:  YEAH, I AGREE.

03:20PM 21      MR. ELLIS:  WE ARE INCLUDING EVERYTHING.

03:20PM 22      THE COURT:  YES, I AGREE.

03:20PM 23      MR. ELLIS:  WHETHER IT'S FROM THE INITIAL INDICTMENT

03:20PM 24  TO THE AUTOPSY REPORT, TO THE EVIDENCE PRESENTED AT TRIAL, THE

03:20PM 25  ARGUMENTS PRESENTED AT TRIAL, THE OPENING STATEMENTS AT TRIAL,

03:20PM  1  THE CHARGE TO THE JURY, CERTAINLY.  BUT IT'S NOT LIMITED IN

03:20PM  2  ANY WAY.  IT'S A BROAD-BASED JUDGMENT OF WHETHER THIS TRIAL

03:20PM  3  WAS FAIR.

03:20PM  4          THE COURT:  WELL, I DON'T THINK THE TEST WAS WHETHER

03:20PM  5  THE TRIAL WAS FAIR.

03:20PM  6          MR. ELLIS:  NO.

03:20PM  7          THE COURT:  IT'S DIFFERENT.  WE'VE GONE OVER IT

03:21PM  8  HERE.  BUT, NEVERTHELESS, I WOULD JUST LIKE TO KNOW WHAT YOU

03:21PM  9  FIND ON THE QUESTION OF WHETHER THERE IS SOME LIMITATION ON

03:21PM  10  THE HABEAS COURT IN LOOKING AT THIS CASE THROUGH THE LENS OF

03:21PM  11  THE THEORY ADVANCED BY THE PROSECUTION AT TRIAL.

03:21PM  12          MR. ELLIS:  I'M SORRY.  THE QUESTION WAS WHETHER

03:21PM  13  THIS COURT IS LIMITED TO WHAT WAS PRESENTED AT TRIAL?

03:21PM  14          THE COURT:  WELL, TO THE THEORY THAT WAS ADVANCED

03:21PM  15  AT TRIAL.  I MEAN, I LOOK AT THE EVIDENCE PRESENTED AT TRIAL

03:21PM  16  AS WELL AS THE EVIDENCE PRESENTED TODAY.  BUT AM I LIMITED TO

03:21PM  17  THE THEORY THAT WAS ADVANCED BY THE PROSECUTION AT TRIAL?

03:22PM  18          LET ME HAVE YOU TAKE A LOOK, FOR EXAMPLE--WHEN YOU

03:22PM  19  DO YOUR BRIEFING, TAKE A LOOK AT WHITESIDE VERSUS STATE.  AND

03:22PM  20  I'LL GIVE YOU A CITE.  IT'S 29 S.W.2D 399, A COURT OF CRIMINAL

03:22PM  21  APPEALS CASE IN 1930.  APPARENTLY IT'S STILL A GOOD CASE.

03:22PM  22  IN THAT CASE, AND YOU CAN READ THE CASE, BUT IN THAT CASE

03:22PM  23  THE COURT OF CRIMINAL APPEALS SAID--IT WAS A HOMICIDE CASE--

03:23PM  24  "HOMICIDE IS THE DESTRUCTION OF THE LIFE OF ONE HUMAN BEING BY

03:23PM  25  THE ACT, AGENCY, PROCUREMENT OR CULPABLE OMISSION OF ANOTHER."

03:23PM 1    AND THE COURT OF CRIMINAL APPEALS WAS LOOKING AT STATUTES THERE

03:23PM 2    AND FOCUSING ON A STATUTE THAT SAID, "IF WORDS BE USED WHICH

03:23PM 3    ARE REASONABLY CALCULATED TO PRODUCE AND DO PRODUCE AN ACT

03:23PM 4    WHICH IS THE IMMEDIATE CAUSE OF DEATH, IT IS HOMICIDE.

03:23PM 5    DEFENDANT'S ACT OR OMISSION NEED NOT BE THE IMMEDIATE CAUSE OF

03:23PM 6    DEATH.  HE IS RESPONSIBLE IF THE DIRECT CAUSE RESULTS NATURALLY

03:23PM 7    FROM HIS CONDUCT.  A PERSON WHO, BY ACTUAL ASSAULT OR THREAT

03:23PM 8    OF VIOLENCE, CAUSES ANOTHER, ACTING UPON WELL-GROUNDED OR

03:24PM 9    REASONABLE FEAR OR APPREHENSION, TO DO AN ACT RESULTING IN

03:24PM 10   PHYSICAL OR CORPORAL INJURY CAUSING HIS DEATH, IS RESPONSIBLE

03:24PM 11   FOR THE HOMICIDE."  SO TAKE A LOOK AT THE WHITESIDE CASE.

03:24PM 12           IS THERE ANYTHING FURTHER, MR. ELLIS?

03:24PM 13           MR. ELLIS:  NOTHING FURTHER, YOUR HONOR.

03:24PM 14           THE COURT:  ALL RIGHT.

03:24PM 15           MS. MIRANDA?

03:24PM 16           MS. MIRANDA:  ACTUALLY, WE'VE BEEN ASKED BY THE

03:24PM 17   DEPUTIES WHETHER IT'S OKAY TO TAKE MR. ACKER BACK TO POLUNSKY

03:24PM 18   THIS EVENING.

03:24PM 19           THE COURT:  OKAY.  I HAVE AN AMENDED WRIT OF HABEAS

03:24PM 20   CORPUS AD TESTIFICANDUM.  IF YOU WILL GIVE ME JUST A MINUTE,

03:24PM 21   I'LL SIGN IT.

03:28PM 22           OKAY, I'VE SIGNED AN AMENDED WRIT OF HABEAS CORPUS

03:28PM 23   AD TESTIFICANDUM ON MR. ACKER, REMANDING HIM BACK FROM THE

03:28PM 24   U.S. MARSHAL TO THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

03:28PM 25           MR. ELLIS:  YOUR HONOR, BRIEFLY, I WOULD LIKE

03:28PM 1 TO THANK THE COURT FOR PROVIDING THIS OPPORTUNITY FOR AN

03:28PM 2 EVIDENTIARY HEARING FOR MR. ACKER.

03:28PM 3          THE COURT:  OH, YOU ARE VERY WELCOME.  OKAY.  IF

03:28PM 4 THERE'S NOTHING FURTHER, WE'LL RECESS ON THIS CASE.  I'LL

03:28PM 5 EXPECT YOUR BRIEFING BY JULY 15TH.

03:29PM 6          THANK YOU.  YOU ARE EXCUSED.

7

8                       ---------

9

10               COURT REPORTER'S CERTIFICATE

11

12    I CERTIFY THAT PAGES 1 THROUGH 162 CONTAIN A CORRECT

13 TRANSCRIPT FROM THE RECORD OF PROCEEDINGS.

14    JUNE 20, 2011.

15

17               JERRY KELLEY, CRR

18               OFFICIAL COURT REPORTER

19               U.S. COURTHOUSE

20               7940 PRESTON ROAD

21               PLANO, TEXAS 75024

22               214-872-4829

23

24                       --------

25

# TABLE OF CONTENTS

DIRECT EXAMINATION OF NANCY ACKER ON BEHALF OF THE          26
PETITIONER

CROSS-EXAMINATION OF NANCY ACKER ON BEHALF OF THE          32
RESPONDENT

DIRECT EXAMINATION OF LEWIS TATUM ON BEHALF OF THE         36
PETITIONER

CROSS-EXAMINATION OF LEWIS TATUM ON BEHALF OF THE          40
RESPONDENT

REDIRECT EXAMINATION OF LEWIS TATUM ON BEHALF OF           41
THE PETITIONER

EXAMINATION OF LEWIS TATUM BY THE COURT                    42

DIRECT EXAMINATION OF VINCENT J.M. DI MAIO ON             45
BEHALF OF THE RESPONDENT

CROSS-EXAMINATION OF VINCENT J.M. DI MAIO ON              62
BEHALF OF THE PETITIONER

REDIRECT EXAMINATION OF VINCENT J.M. DI MAIO ON           67
BEHALF OF THE RESPONDENT

RECROSS-EXAMINATION OF VINCENT J.M. DI MAIO ON            69
BEHALF OF THE PETITIONER

DIRECT EXAMINATION OF JOHN RILEY SANDS ON BEHALF          82
OF THE PETITIONER

CROSS-EXAMINATION OF JOHN RILEY SANDS ON BEHALF OF        88
THE RESPONDENT

141

1   REDIRECT EXAMINATION OF JOHN RILEY SANDS ON BEHALF      92

2   OF THE PETITIONER

3   DIRECT EXAMINATION OF SABRINA BALL ON BEHALF OF         102

4   THE PETITIONER

5   CROSS-EXAMINATION OF SABRINA BALL ON BEHALF OF THE      107

6   RESPONDENT

7   DIRECT EXAMINATION OF TONEY HURLEY ON BEHALF OF         122

8   THE RESPONDENT

9   CROSS-EXAMINATION OF TONEY HURLEY ON BEHALF OF THE      126

10  PETITIONER

11  REDIRECT EXAMINATION OF TONEY HURLEY ON BEHALF OF       131

12  THE RESPONDENT

13

14  PETITIONER'S EXHIBIT 1                                  37

15  PETITIONER'S EXHIBIT 1                                  38

16  PETITIONER'S EXHIBIT 1                                  40

17  PETITIONER'S EXHIBIT 1 IS ADMITTED                      40

18  RESPONDENT'S EXHIBIT 1                                  58

19  PETITIONER'S EXHIBIT 2                                  62

20  PETITIONER'S EXHIBIT 2 IS ADMITTED                      62

21  RESPONDENT'S EXHIBIT 2                                  58

22  RESPONDENT'S EXHIBIT 2                                  72

23  I'LL ADMIT PETITIONER'S EXHIBIT 3                       71

24  PETITIONER'S EXHIBIT 3                                  71

25  PETITIONER'S EXHIBIT 3 IS ADMITTED                      72

```
                                                          142
 1   PETITIONER'S EXHIBIT 4                                 75

 2   PETITIONER'S EXHIBIT 4 IS ADMITTED                     75

 3   PETITIONER'S EXHIBIT 4 IS THE INDICTMENT.  THAT IS     75

 4   ADMITTED

 5   PETITIONER'S EXHIBIT 5                                 76

 6   PETITIONER'S EXHIBIT 5 IS ADMITTED                     76

 7   I'LL ADMIT PETITIONER'S EXHIBIT 6                      106

 8   I'VE ADMITTED PETITIONER'S EXHIBIT 6                   106

 9   PETITIONER'S EXHIBIT 6                                 106

10   PETITIONER'S EXHIBIT 6                                 106

11   PETITIONER'S EXHIBIT 7                                 105

12   PETITIONER'S EXHIBIT 7                                 114

13   PETITIONER'S EXHIBIT 7.  IT IS ADMITTED               116

14   PETITIONER'S EXHIBIT 8                                 120

15   PETITIONER'S EXHIBIT 8 IS ADMITTED                    121

16   PETITIONER'S EXHIBIT 9                                 130

17   PETITIONER'S EXHIBIT 9                                 132

18   PETITIONER'S EXHIBIT 9 IS ADMITTED                    130

19

20   RESPONDENT'S EXHIBIT 1                                 55

21   RESPONDENT'S EXHIBIT 1 IS ADMITTED.                    55

22   RESPONDENT'S EXHIBIT 2 IS ADMITTED                     72

23   RESPONDENT'S EXHIBIT 2                                 70

24

25                          --------
```

**'** 

**'BUSTIN** [1] - 42:14
**'NO** [1] - 121:2

**0**

**000** [3] - 1:13, 139:12

**1**

**1** [21] - 1:13, 3:22,
37:17, 38:4, 40:8,
40:10, 55:16, 55:23,
58:25, 74:19, 122:3,
122:6, 141:14,
141:15, 141:16,
141:17, 141:18,
142:20, 142:21
**1/2** - 125:9
**10** [5] - 8:4, 84:25,
111:19, 113:11,
125:24
**102** [1] - 141:3
**105** [1] - 142:11
**106** [4] - 142:7, 142:8,
142:9, 142:10
**107** [1] - 141:5
**10:00** [1] - 28:16
**10:40** [1] - 36:20
**11** [3] - 41:22, 113:11,
129:23
**114** [1] - 142:12
**116** [1] - 142:13
**11:45** [1] - 78:6
**11:47** [2] - 78:7, 79:2
**11:51** [1] - 78:8
**11:53** [1] - 78:8
**12** [2] - 85:22, 120:6
**120** [1] - 142:14
**121** [1] - 142:15
**122** [1] - 141:7
**12548** [1] - 2:15
**126** [1] - 141:9
**12TH** [7] - 29:25, 31:8,
78:6, 81:10, 111:12,
113:15, 114:25
**130** [2] - 142:16,
142:18
**131** [1] - 141:11
**132** [1] - 142:17
**140** [1] - 1:15
**143** [1] - 1:17
**15** [3] - 21:4, 118:14,
118:15
**15TH** [3] - 134:12,
134:18, 139:5

**16** [2] - 1:7, 2:2
**16TH** [1] - 133:21
**17** [1] - 27:2
**18** [2] - 3:24, 8:4
**19** [4] - 46:25, 58:17,
59:6, 64:8
**1930** [1] - 137:21
**1965** [1] - 45:10
**1972** [1] - 46:5
**1981** [2] - 46:5, 46:7
**1995** [1] - 13:5
**1999** [4] - 123:25,
124:1, 124:17,
124:22
**19TH** [1] - 133:18
**1:00** [6] - 44:13, 44:14,
73:24, 74:2, 74:17
**1ST** [1] - 46:7

**2**

**2** [16] - 58:21, 62:18,
62:21, 62:22, 70:22,
72:17, 72:19, 96:9,
96:14, 129:10,
141:19, 141:20,
141:21, 141:22,
142:22, 142:23
**20** [8] - 111:20,
111:21, 111:23,
112:18, 112:21,
113:2, 123:5, 129:2
**2000** [18] - 30:2, 31:8,
36:15, 36:20, 39:2,
76:2, 77:2, 77:5,
78:6, 81:10, 85:23,
103:11, 106:8,
111:12, 114:25,
120:6, 123:7, 126:1
**2006** [2] - 13:9, 46:8
**2010** [1] - 3:16
**2011** [3] - 1:7, 2:2,
139:14
**20110616** [1] - 2:1
**214-872-4829** [1] -
139:22
**22** [1] - 46:25
**23** [2] - 58:17, 59:7
**24** [1] - 117:13
**2450** [5] - 39:10,
39:11, 41:19, 42:16,
102:19
**256** [1] - 102:19
**25TH** [1] - 3:16
**26** [3] - 77:2, 77:5,
140:3
**26TH** [3] - 36:20, 39:2,
106:8
**280406** [1] - 56:5

**29** [1] - 137:20
**298** [2] - 13:4, 13:5

**3**

**3** [7] - 71:4, 71:23,
72:13, 96:14,
141:23, 141:24,
141:25
**30** [6] - 66:15, 83:21,
129:2, 134:3, 134:4
**30S** [1] - 17:8
**31** [1] - 83:17
**31ST** [1] - 46:8
**32** [3] - 122:3, 122:6,
140:5
**350** [1] - 86:3
**36** [1] - 140:7
**37** [1] - 141:14
**38** [1] - 141:15
**399** [1] - 137:20

**4**

**4** [9] - 75:11, 75:12,
75:15, 96:15, 99:3,
125:21, 142:1,
142:2, 142:3
**40** [5] - 83:12, 129:2,
140:9, 141:16,
141:17
**406** [1] - 56:6
**41** [1] - 140:11
**415-389-6771** [1] - 2:9
**42** [5] - 111:19,
111:21, 111:24,
113:11, 140:13
**43** [2] - 111:22, 111:24
**45** [1] - 140:14
**48** [1] - 117:14
**4:06CV469** [2] - 1:6,
3:3

**5**

**5** [7] - 41:9, 76:5, 76:7,
99:3, 125:24, 142:5,
142:6
**5-11** [1] - 89:15
**5-6** [1] - 89:10
**5-8** [2] - 87:16, 89:12
**5.1** [2] - 59:7, 59:11
**5.2** [2] - 59:7, 59:14
**512-936-1400** [1] -
2:17
**513** [2] - 13:4, 13:5
**518** [1] - 13:9
**52** [1] - 125:19

**547** [1] - 13:9
**55** [2] - 142:20, 142:21
**58** [2] - 141:18, 141:21
**589** [1] - 96:1

**6**

**6** [20] - 41:10, 41:12,
89:15, 89:17, 90:5,
91:11, 91:15,
105:23, 105:24,
106:2, 106:14,
107:1, 125:9,
125:13, 125:15,
126:1, 142:7, 142:8,
142:9, 142:10
**60** [1] - 66:16
**62** [3] - 140:16,
141:19, 141:20
**67** [3] - 3:24, 125:12,
140:18
**69** [1] - 140:20

**7**

**7** [6] - 105:22, 114:24,
116:17, 142:11,
142:12, 142:13
**70** [1] - 142:23
**71** [2] - 141:23, 141:24
**72** [4] - 125:15,
141:22, 141:25,
142:22
**74,109** [1] - 99:3
**75** [4] - 2:7, 142:1,
142:2, 142:3
**75024** [1] - 139:21
**76** [2] - 142:5, 142:6
**78711-2548** [1] - 2:16
**7940** [1] - 139:20

**8**

**8** [5] - 113:11, 120:3,
121:14, 142:14,
142:15
**82** [1] - 140:22
**88** [1] - 140:24

**9**

**9** [9] - 1:7, 2:1, 113:11,
130:8, 130:15,
132:7, 142:16,
142:17, 142:18
**911** [4] - 36:21, 78:3,
78:5, 80:17

**92** [1] - 141:1
**94941** [1] - 2:8
**98** [1] - 91:1
**9:00** [1] - 28:16

**A**

**A&M** [2] - 83:2, 83:6
**A&M-COMMERCE** [1]
- 83:6
**A-C-K-E-R** [1] - 26:21
**A-N-D-E-R-S-O-N** [1] -
75:25
**ABDOMEN** [1] - 70:9
**ABDUCTION** [2] -
6:22, 78:25
**ABLE** [17] - 6:1, 6:8,
6:9, 14:5, 48:13,
75:20, 87:7, 87:9,
87:11, 87:12, 97:18,
117:16, 117:18,
118:21, 126:4,
133:16, 133:17
**ABRASIONS** [1] -
68:25
**ABSENCE** [1] - 19:8
**ABSOLUTELY** [5] -
13:13, 14:11, 97:16,
99:22, 136:19
**ABSTRACT** [1] - 101:8
**ABUSED** [2] - 34:8,
34:10
**ABUSIVE** [1] - 33:6
**ACCIDENT** [2] - 48:8,
49:3
**ACCIDENTAL** [4] -
10:16, 11:2, 21:22,
48:13
**ACCIDENTALLY** [1] -
61:13
**ACCOMPLISH** [1] -
74:1
**ACCORDING** [1] -
116:5
**ACCOUNT** [1] - 15:20
**ACCURATELY** [1] -
39:25
**ACKER** [84] - 1:6,
2:25, 3:4, 3:5, 6:18,
7:10, 7:23, 10:11,
11:22, 14:16, 16:23,
22:13, 23:24, 26:4,
26:6, 26:17, 26:19,
26:22, 28:3, 32:19,
32:21, 34:23, 35:5,
35:22, 39:4, 39:6,
39:19, 40:1, 41:7,
41:11, 41:17, 41:21,
42:14, 61:17, 77:8,

77:11, 77:15, 77:17, 77:18, 78:25, 80:4, 81:11, 81:12, 83:22, 84:2, 84:11, 85:22, 88:20, 89:2, 89:14, 90:14, 92:6, 95:6, 96:17, 96:24, 97:12, 99:3, 99:11, 102:20, 103:5, 103:20, 107:21, 108:18, 108:19, 115:13, 115:14, 125:25, 126:2, 126:4, 128:11, 129:12, 131:4, 131:18, 131:19, 131:20, 131:21, 131:24, 136:3, 138:17, 138:23, 139:2, 140:3, 140:5

**ACKER'S** [9] - 41:19, 42:17, 59:11, 77:14, 84:21, 85:3, 92:1, 94:19, 107:23

**ACKERS** [2] - 39:21, 39:22

**ACQUAINTANCE** [1] - 103:6

**ACQUAINTED** [1] - 103:4

**ACT** [4] - 137:25, 138:3, 138:5, 138:9

**ACTING** [1] - 138:8

**ACTIONS** [1] - 99:16

**ACTUAL** [22] - 3:21, 8:18, 13:1, 15:9, 18:7, 21:17, 31:22, 32:3, 32:7, 32:10, 32:12, 85:8, 94:19, 98:13, 98:18, 99:13, 100:15, 101:19, 111:16, 111:18, 135:11, 138:7

**ACTUAL-INNOCENCE** [9] - 3:21, 8:18, 32:3, 32:7, 85:8, 94:19, 99:13, 100:15, 135:11

**AD** [2] - 138:20, 138:23

**ADD** [1] - 9:16

**ADDITION** [1] - 91:14

**ADDITIONALLY** [1] - 7:12

**ADDRESS** [3] - 15:6, 47:5, 110:16

**ADDRESSED** [2] - 12:10, 20:23

**ADDRESSING** [1] - 110:20

**ADMISSIBILITY** [1] - 18:10

**ADMISSIBLE** [11] - 8:17, 12:22, 13:6, 13:14, 13:16, 13:22, 14:6, 20:2, 38:6, 38:7, 134:24

**ADMISSION** [1] - 114:13

**ADMIT** [4] - 71:23, 106:13, 141:23, 142:7

**ADMITTED** [28] - 20:1, 40:9, 40:10, 55:23, 62:21, 62:23, 71:4, 72:14, 72:20, 75:13, 75:15, 76:8, 106:25, 116:18, 121:14, 130:16, 141:17, 141:20, 141:25, 142:2, 142:4, 142:6, 142:8, 142:13, 142:15, 142:18, 142:21, 142:22

**ADMITTEDLY** [1] - 134:7

**ADULT** [3] - 33:1, 33:3, 34:16

**ADVANCED** [7] - 14:10, 14:12, 117:11, 135:14, 137:11, 137:14, 137:17

**ADVISED** [4] - 41:7, 41:10, 42:14, 113:21

**AFFORD** [1] - 12:11

**AFRAID** [3] - 15:22, 103:17, 103:21

**AFTERNOON** [1] - 7:18

**AGE** [1] - 127:8

**AGENCY** [1] - 137:25

**AGO** [3] - 41:23, 84:25, 129:23

**AGREE** [27] - 9:1, 9:5, 9:17, 10:2, 10:3, 10:7, 10:12, 11:11, 12:15, 12:23, 13:13, 13:25, 19:14, 19:21, 20:8, 21:15, 22:2, 63:21, 64:1, 64:20, 65:4, 70:17, 88:23, 89:4, 136:20, 136:22

**AGREED** [6] - 11:12, 54:14, 79:20, 79:23, 94:15, 119:13

**AGREES** [1] - 9:24

**AHEAD** [10] - 7:9, 34:1, 34:24, 46:18,

57:20, 60:23, 74:10, 102:3, 117:4, 121:13

**AIDED** [1] - 1:25

**AIR** [1] - 50:24

**AIRBAGS** [1] - 52:23

**ALICIA** [3] - 115:4, 120:5, 120:12

**ALLEGED** [3] - 10:9, 36:21, 56:23

**ALLEGES** [1] - 95:5

**ALLEGING** [1] - 60:1

**ALLEN** [4] - 6:20, 77:25, 78:1, 78:2

**ALLOW** [1] - 99:25

**ALLOWED** [5] - 35:15, 85:2, 85:7, 85:8, 100:2

**ALMOST** [3] - 53:18, 56:7, 56:18

**ALONE** [6] - 16:1, 17:2, 19:11, 97:6, 98:2, 119:20

**ALOUD** [5] - 79:5, 79:9, 114:21, 115:8, 116:14

**ALTERNATIVE** [11] - 10:11, 60:12, 60:15, 60:21, 61:1, 64:13, 65:5, 70:12, 70:13, 72:12, 111:3

**ALTERNATIVELY** [1] - 58:22

**ALTERNATIVES** [4] - 10:10, 19:4, 97:18, 100:11

**AMBULANCE** [1] - 4:16

**AMENDED** [2] - 138:19, 138:22

**ANATOMICAL** [2] - 45:15, 45:21

**AND..** [1] - 31:16

**ANDERSON** [5] - 6:15, 24:8, 75:25, 76:24, 77:22

**ANDERSON'S** [1] - 76:15

**ANDREW** [2] - 38:1, 38:2

**ANGRY** [1] - 129:15

**ANKLE** [1] - 55:10

**ANNOUNCEMENT** [1] - 107:15

**ANSWER** [4] - 66:11, 90:12, 90:13, 128:20

**ANSWERED** [1] - 19:20

**ANSWERS** [1] - 123:6

**ANTICIPATE** [1] - 35:18

**ANTICIPATED** [1] - 117:24

**ANTICIPATING** [2] - 57:25, 58:7

**ANTICIPATION** [1] - 58:8

**ANTONIO** [2] - 46:6, 46:7

**AORTA** [5] - 52:11, 52:22, 52:25, 66:14, 70:1

**APART** [1] - 51:20

**APOLOGIZE** [7] - 5:4, 10:17, 34:13, 56:22, 58:6, 59:18, 71:3

**APPARENTLY** [9] - 4:2, 5:8, 9:20, 25:17, 43:6, 74:8, 120:18, 135:12, 137:21

**APPEAL** [3] - 97:23, 136:8

**APPEALS** [4] - 99:1, 137:21, 137:23, 138:1

**APPEAR** [3] - 8:25, 30:15, 93:23

**APPEARANCE** [1] - 30:15

**APPEARANCES** [1] - 2:4

**APPEARED** [2] - 11:23, 103:15

**APPENDAGES** [1] - 52:19

**APPOINTED** [3] - 31:10, 83:24, 84:2

**APPRECIATE** [2] - 69:6, 120:19

**APPREHENSION** [1] - 138:9

**APPROACH** [6] - 36:25, 58:10, 62:11, 69:9, 105:5, 129:6

**APPROACHED** [1] - 110:22

**AREA** [6] - 8:2, 12:6, 52:20, 71:16, 97:4, 125:2

**AREAS** [1] - 66:10

**ARGUE** [3] - 18:19, 42:2, 135:16

**ARGUED** [2] - 101:1, 101:9

**ARGUING** [4] - 18:25, 19:2, 77:13, 98:7

**ARGUMENT** [1] - 12:13, 18:19, 21:25, 41:9, 42:15, 77:7, 77:9, 101:3, 104:6, 104:11, 114:1

**ARGUMENTATIVE** [1] - 41:25

**ARGUMENTS** [11] - 12:9, 12:17, 12:19, 16:24, 21:18, 97:21, 133:4, 133:6, 135:24, 136:25

**ARM** [3] - 39:22, 53:20, 77:11, 87:23, 91:12

**ARMED** [1] - 45:25

**ARMS** [1] - 55:4

**ARMY** [1] - 45:24

**ARRANGED** [1] - 5:10

**ARRANGEMENTS** [1] - 9:25

**ARRESTED** [4] - 28:4, 28:5, 31:7, 129:13

**ARRIVED** [2] - 30:8, 78:7

**ARTERIES** [1] - 66:25

**AS..** [1] - 100:8

**ASPECT** [2] - 13:19, 127:11

**ASPHYXIATED** [1] - 51:1

**ASSAULT** [2] - 36:21, 138:7

**ASSERTED** [3] - 8:20, 15:17, 100:25

**ASSERTING** [1] - 59:21

**ASSESS** [1] - 135:9

**ASSIGNED** [1] - 45:25

**ASSIST** [1] - 84:3

**ASSISTANCE** [2] - 15:11, 18:1, 85:15

**ASSISTANT** [3] - 2:12, 3:9, 107:19

**ASSISTED** [1] - 4:14

**ASSISTED-LIVING** [1] - 4:14

**ASSUME** [6] - 38:3, 61:8, 63:24, 91:18, 108:17, 134:1

**ASSUMING** [2] - 14:8, 135:11

**ASSURED** [1] - 101:2

**ATRIUM** [1] - 52:19

**ATTACHMENTS** [1] - 52:13

**ATTACK** [4] - 4:14, 5:8, 117:10, 117:14

**ATTACKS** [1] - 4:16

**ATTEMPT** [4] - 6:17, 8:13, 77:2, 125:3

**ATTEMPTED** [2] - 65:16, 77:9

**ATTEMPTING** [1] - 88:19

**ATTEMPTS** [1] - 31:1
**ATTEND** [3] - 27:11, 28:19, 28:21
**ATTENTION** [1] - 59:6
**ATTORNEY** [7] - 2:6, 2:13, 3:9, 32:22, 88:18, 107:19, 133:15
**ATTORNEY'S** [1] - 114:14
**ATTORNEYS** [9] - 2:12, 31:10, 31:13, 31:14, 31:23, 84:1, 84:15, 84:19, 92:4
**AUDIO** [1] - 131:12
**AUGUST** [1] - 133:18
**AURICULAR** [1] - 52:18
**AUSTIN** [1] - 2:16
**AUTOMOBILE** [1] - 87:3
**AUTOPSY** [14] - 9:19, 9:20, 16:21, 46:23, 47:25, 48:18, 49:8, 51:18, 59:3, 61:3, 63:14, 65:17, 121:22, 136:24
**AVAILABLE** [5] - 4:22, 4:23, 22:13, 98:14, 133:10
**AVENUE** [1] - 2:7
**AWARE** [11] - 24:12, 31:1, 33:5, 34:7, 63:6, 103:1, 127:16, 127:20, 127:21, 127:22

**B**

**B-A-L-L** [1] - 102:17
**BACKGROUND** [3] - 45:9, 83:1, 84:6
**BAD** [1] - 110:15
**BALL** [17] - 77:1, 101:23, 102:12, 102:14, 102:16, 102:17, 105:8, 106:6, 107:5, 107:9, 107:17, 107:18, 109:8, 109:12, 141:3, 141:5
**BALL'S** [2] - 77:6, 107:1
**BALLISTIC** [1] - 46:2
**BALLOON** [1] - 69:25
**BARRED** [2] - 15:15, 99:15
**BASE** [2] - 21:23, 51:16

**BASED** [21] - 7:16, 7:20, 10:5, 11:15, 17:15, 21:18, 22:1, 48:6, 48:11, 51:8, 52:5, 66:23, 84:5, 93:22, 99:18, 100:11, 109:25, 115:3, 134:25, 136:9, 137:2
**BATES** [2] - 37:20, 58:20
**BEARING** [3] - 20:19, 65:17, 94:19
**BEAT** [2] - 120:15, 120:22
**BEATING** [2] - 104:12, 105:18
**BECAME** [1] - 46:6
**BECOMES** [1] - 10:13
**BED** [12] - 48:18, 69:15, 69:21, 71:8, 71:10, 72:1, 72:4, 72:10, 86:6, 123:22, 128:2, 128:3
**BEDS** [2] - 128:1, 128:4
**BEGIN** [1] - 27:23
**BEHALF** [37] - 11:7, 26:17, 32:19, 36:6, 40:15, 41:4, 43:17, 45:1, 62:5, 62:8, 67:17, 69:11, 82:13, 88:12, 92:13, 102:12, 107:17, 122:23, 126:10, 131:1, 140:3, 140:5, 140:7, 140:9, 140:11, 140:15, 140:17, 140:19, 140:21, 140:22, 140:24, 141:1, 141:3, 141:5, 141:7, 141:9, 141:11
**BEHIND** [4] - 60:3, 120:16, 120:23, 125:2
**BELL** [3] - 13:9, 134:20, 135:6
**BELOW** [2] - 53:14, 56:1
**BELT** [1] - 61:17
**BENCH** [3] - 59:11, 110:22, 124:17
**BENEFIT** [1] - 37:8
**BENTLEY** [5] - 29:12, 29:13, 29:19, 30:5
**BENTLEY'S** [1] - 29:12
**BEST** [5] - 12:10, 20:23, 50:17, 112:5,

121:3
**BETTER** [2] - 15:24, 120:17
**BETWEEN** [6] - 74:2, 77:14, 79:20, 80:17, 89:1, 108:10
**BEYOND** [8] - 10:6, 72:3, 72:5, 72:6, 97:12, 98:17, 135:7
**BIG** [1] - 86:7
**BILL** [2] - 6:25, 81:6
**BIT** [8] - 45:8, 47:13, 54:15, 74:12, 89:17, 89:19, 91:6, 125:13
**BLACK** [1] - 68:13
**BLEEDING** [1] - 52:3
**BLOOD** [21] - 50:2, 50:8, 50:10, 50:12, 50:18, 50:23, 52:11, 52:17, 52:25, 54:25, 56:15, 56:21, 57:13, 60:8, 60:9, 124:3, 124:5, 124:6, 124:8
**BLOW** [5] - 50:18, 50:23, 50:24, 51:2, 52:17
**BLOWING** [1] - 50:18
**BLOWN** [2] - 50:9, 52:10
**BLOWOUT** [2] - 69:25, 70:1
**BLOWS** [2] - 52:18, 53:1
**BLUNT** [38] - 9:13, 10:11, 10:13, 10:16, 14:13, 14:22, 15:1, 16:2, 16:3, 16:12, 16:16, 16:25, 17:2, 17:5, 18:21, 19:9, 19:11, 19:18, 19:19, 20:25, 49:9, 51:12, 63:10, 68:19, 94:22, 94:24, 94:25, 95:8, 95:18, 96:19, 96:20, 96:21, 96:25, 97:1, 98:3, 98:4
**BLUNT-FORCE** [26] - 9:13, 10:13, 10:16, 16:2, 16:3, 16:16, 16:25, 17:2, 17:5, 19:11, 19:19, 20:25, 49:9, 51:12, 63:10, 68:19, 94:22, 94:24, 94:25, 95:8, 95:18, 96:19, 96:21, 96:25, 98:3, 98:4
**BLUNT-FORCE-INJURIES** [1] - 19:9
**BOARDS** [1] - 45:20

**BOAT** [2] - 49:1, 49:2
**BODIED** [1] - 86:4
**BODY** [13] - 11:24, 46:24, 48:1, 59:1, 59:23, 68:11, 69:2, 70:7, 79:3, 80:17, 80:19, 84:22, 128:6
**BONE** [1] - 53:22
**BONES** [1] - 51:17
**BOOKKEEPING** [1] - 121:19
**BORN** [2] - 27:3, 27:4, 27:8
**BOTTOM** [3] - 38:14, 67:9, 105:9
**BOX** [1] - 2:15
**BRAIN** [13] - 51:5, 51:19, 51:20, 51:21, 52:3, 65:25, 66:1, 66:2, 66:4, 66:8, 66:9, 66:10, 66:12
**BRANDON** [4] - 6:15, 75:25
**BREAK** [1] - 61:19
**BRIEF** [18] - 12:10, 12:16, 12:17, 12:20, 20:14, 20:15, 20:16, 20:23, 21:6, 21:8, 21:9, 40:4, 97:4, 133:7, 133:9, 133:16, 133:18, 135:16
**BRIEFING** [7] - 21:10, 133:12, 134:2, 134:11, 134:19, 137:19, 139:5
**BRIEFLY** [3] - 83:1, 99:2, 138:25
**BRIEFS** [4] - 22:3, 22:8, 134:15, 134:18
**BRING** [3] - 37:19, 117:11, 136:4
**BROAD** [2] - 136:12, 137:2
**BROAD-BASED** [1] - 137:2
**BROKEN** [1] - 53:9
**BRUSH** [1] - 68:25
**BUICK** [1] - 128:16
**BUILDING** [1] - 52:2
**BULBS** [1] - 127:1
**BULLET** [1] - 127:14
**BURDEN** [1] - 5:15
**BURSTING** [1] - 52:16
**BURSTING-TYPE** [1] - 52:16
**BUSINESS** [1] - 83:4
**BUSTIN** [6] - 41:8, 41:11, 77:8, 104:7, 104:8, 107:22

**BUT..** [4] - 21:12, 57:20, 71:16, 110:9

**C**

**CAB** [3] - 69:15, 128:1, 128:10
**CABS** [1] - 128:12
**CADILLAC** [3] - 87:1, 128:8, 128:15
**CALCULATED** [1] - 138:3
**CALIFORNIA** [1] - 2:8
**CALM** [1] - 9:3
**CAMERA** [1] - 6:7
**CANNOT** [7] - 16:14, 17:6, 19:8, 25:21, 61:23, 65:19
**CAR** [10] - 53:7, 53:11, 53:19, 87:18, 107:21, 108:2, 108:6, 127:17, 127:18, 128:25
**CAROLINA** [4] - 4:18, 5:12, 5:13, 45:14
**CAROTID** [1] - 66:25
**CARRIAGE** [2] - 54:20, 57:12
**CASE** [59] - 1:6, 2:25, 3:15, 10:9, 11:22, 12:22, 13:9, 13:13, 17:25, 19:7, 20:6, 20:8, 20:14, 25:3, 25:22, 25:25, 42:23, 46:22, 47:2, 47:3, 47:4, 47:6, 47:9, 48:4, 49:6, 51:3, 57:16, 62:9, 68:11, 82:7, 83:23, 84:3, 84:11, 94:12, 94:13, 94:18, 95:3, 97:23, 98:3, 99:1, 99:15, 100:25, 101:7, 101:8, 102:5, 103:1, 110:18, 122:8, 133:12, 137:10, 137:21, 137:22, 137:23, 138:11, 139:4
**CASES** [3] - 48:16, 48:17, 83:18
**CATCHING** [1] - 54:20
**CATEGORIZE** [1] - 56:15
**CAUGHT** [1] - 39:22
**CAUSED** [8] - 10:11, 14:21, 15:2, 15:3, 95:6, 96:18, 96:24
**CAUSES** [2] - 9:12,

9:24, 138:8
**CAUSING** [3] - 96:19, 96:25, 138:10
**CAVEAT** [1] - 13:14
**CCA** [2] - 99:4, 99:11
**CELL** [1] - 131:7
**CENTER** [6] - 4:17, 45:11, 45:16, 63:18, 125:16, 125:18
**CENTRAL** [1] - 70:14
**CENTRIFUGAL** [1] - 61:13
**CERTAIN** [4] - 11:1, 27:24, 84:10, 84:16
**CERTAINLY** [8] - 11:17, 13:19, 13:25, 19:16, 20:18, 26:1, 108:25, 137:1
**CERTAINTY** [1] - 11:1
**CERTDATE** [1] - 139:14
**CERTIFICATE** [1] - 139:10
**CERTIFIED** [1] - 45:21
**CERTIFY** [1] - 139:12
**CHAMBERS** [1] - 52:10
**CHANCE** [2] - 12:18, 69:16
**CHANGED** [1] - 85:17
**CHARACTERISTIC** [1] - 53:24
**CHARGE** [10] - 16:19, 16:20, 17:7, 17:10, 18:18, 95:16, 96:3, 96:5, 96:15, 137:1
**CHARGED** [7] - 17:10, 17:12, 20:4, 20:5, 20:8, 33:5, 100:10
**CHARGES** [3] - 38:23, 40:4, 43:1
**CHARGING** [1] - 120:24
**CHARLOTTE** [3] - 4:17, 4:22, 117:12
**CHECK** [3] - 110:9, 110:12, 117:2
**CHEST** [13] - 5:7, 51:4, 52:8, 52:21, 52:24, 53:4, 54:3, 54:5, 66:19, 69:23, 70:9, 127:14
**CHESTER** [1] - 131:22
**CHIEF** [6] - 45:18, 46:1, 46:2, 46:7, 46:8, 123:14
**CHILD** [4] - 9:2, 9:3, 32:25, 33:1
**CHRIS** [2] - 115:25, 116:18

**CHRISTOPHER** [2] - 109:17, 113:2
**CHURCH** [2] - 28:19, 28:21
**CID** [1] - 1:8
**CIRCUMFERENTIAL** [1] - 59:15
**CIRCUMSTANCES** [4] - 47:24, 48:16, 48:23, 52:6
**CITE** [1] - 137:20
**CITED** [1] - 13:5
**CITES** [4] - 79:21, 79:22, 111:16, 111:18
**CITY** [1] - 45:12
**CLAIM** [9] - 3:21, 3:22, 15:15, 18:1, 85:15, 94:20, 99:13, 99:14, 100:15
**CLAIMS** [4] - 57:10, 99:13, 99:15, 100:14
**CLARIFY** [2] - 64:11, 71:25
**CLASSIC** [2] - 4:13, 5:8
**CLATE** [4] - 1:6, 2:25, 26:22, 83:22
**CLAYTON** [2] - 6:11, 75:3
**CLEAR** [12] - 8:8, 8:19, 14:2, 23:17, 34:15, 35:1, 40:17, 47:2, 56:24, 67:20, 92:5, 100:18
**CLEARLY** [1] - 96:16
**CLERK** [4] - 25:2, 58:20, 82:6, 102:4
**CLERK'S** [1] - 96:1
**CLIENT** [2] - 79:11, 112:24
**CLINICAL** [2] - 45:15, 45:22
**CLOSER** [3] - 4:9, 55:10
**CLOSING** [4] - 16:23, 18:19, 97:22, 135:24
**COLUMN** [1] - 51:21
**COMBINATION** [3] - 18:21, 95:18, 96:20
**COMING** [5] - 15:24, 44:13, 52:11, 57:15, 80:17
**COMMENT** [1] - 13:12
**COMMERCE** [4] - 27:4, 27:7, 82:20, 83:6
**COMMONLY** [2] - 52:22, 53:9
**COMMUNICATIONS**

[1] - 78:3
**COMPACT** [1] - 86:25
**COMPACTED** [1] - 52:17
**COMPARE** [1] - 128:14
**COMPLAINANT** [3] - 113:2, 113:13, 113:21
**COMPLETELY** [6] - 40:18, 53:18, 56:19, 64:21, 67:8, 94:1
**COMPONENTS** [2] - 135:21, 135:22
**COMPRESS** [4] - 50:21, 52:16, 66:25
**COMPRESSED** [3] - 51:4, 52:25, 53:4
**COMPRESSION** [3] - 52:21, 52:24, 69:24
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**COMPUTERIZED** [1] - 1:24
**CONCEDE** [1] - 119:15
**CONCEDED** [1] - 97:7
**CONCERNED** [1] - 10:4
**CONCESSION** [1] - 136:9
**CONCLUDE** [2] - 81:15, 117:6
**CONCLUDES** [1] - 61:1
**CONCLUSION** [4] - 63:3, 89:21, 89:24, 90:1
**CONCLUSIONS** [1] - 136:11
**CONCORDANCE** [1] - 1:17
**CONDITION** [3] - 4:15, 4:19, 4:24
**CONDUCT** [1] - 138:7
**CONDUCTED** [1] - 128:24
**CONFERENCE** [1] - 117:17
**CONFINED** [3] - 14:9, 15:8, 15:16
**CONJUNCTIVE** [4] - 95:12, 95:13, 95:21, 96:16
**CONNECTED** [1] - 65:25
**CONNECTION** [1] - 83:22
**CONNECTS** [1] -

51:21
**CONSEQUENCES** [1] - 12:14
**CONSIDER** [13] - 13:1, 13:10, 13:15, 13:19, 13:22, 16:3, 21:4, 47:15, 91:4, 91:20, 91:23, 99:17, 134:21
**CONSIDERATION** [1] - 19:17
**CONSIDERED** [6] - 13:6, 17:3, 19:19, 94:25, 98:19
**CONSIDERING** [2] - 13:15, 13:18
**CONSISTENT** [5] - 11:10, 54:12, 61:6, 99:5, 99:7
**CONSTRAINT** [1] - 135:17
**CONSULTING** [1] - 62:8
**CONTACT** [4] - 14:21, 31:13, 39:1, 108:18
**CONTAIN** [1] - 139:12
**CONTAINED** [3] - 76:10, 78:10, 81:8
**CONTAINS** [1] - 76:15
**CONTENT** [1] - 111:3
**CONTENTS** [2] - 1:15, 140:1
**CONTEXT** [8] - 15:9, 16:3, 16:19, 16:20, 16:24, 18:4, 94:25, 118:2
**CONTINUE** [2] - 67:1, 84:7
**CONTINUED** [3] - 3:17, 77:13, 131:24
**CONVENIENT** [1] - 74:15
**CONVENTIONAL** [1] - 86:19
**CONVERSATION** [1] - 131:3
**CONVICTED** [1] - 136:2
**CONVINCE** [1] - 20:17
**COOPER** [1] - 27:9
**COPIES** [2] - 58:19, 114:19
**COPY** [21] - 37:18, 37:22, 42:12, 55:19, 58:10, 58:14, 62:13, 72:17, 75:7, 96:1, 106:15, 106:16, 112:21, 112:22, 112:25, 114:11, 114:17, 119:25, 120:17, 130:11,

130:17
**CORD** [1] - 65:25
**CORONER** [1] - 9:20
**CORPORAL** [1] - 138:10
**CORPUS** [3] - 122:2, 138:20, 138:22
**CORRECT** [71] - 4:3, 6:25, 9:11, 13:8, 14:14, 28:13, 30:2, 31:8, 31:11, 38:18, 38:21, 39:15, 39:16, 40:20, 40:23, 41:9, 41:15, 60:1, 62:9, 63:4, 63:8, 63:11, 64:13, 65:6, 67:4, 70:15, 71:14, 72:11, 76:16, 76:17, 79:25, 87:18, 87:24, 88:2, 88:7, 88:21, 88:22, 89:2, 89:12, 89:20, 91:12, 91:17, 91:21, 92:17, 92:22, 94:17, 95:9, 97:3, 98:24, 103:5, 104:16, 104:17, 104:19, 105:15, 105:19, 106:12, 108:6, 108:7, 113:17, 115:20, 122:5, 123:8, 125:14, 126:2, 126:24, 127:7, 128:5, 128:25, 129:4, 130:1, 139:12
**CORRECTIONAL** [1] - 3:2
**COSME** [4] - 115:1, 115:18, 120:7
**COUCH** [1] - 77:16
**COUNSEL** [18] - 5:25, 6:24, 7:15, 7:17, 12:15, 15:11, 18:1, 20:24, 22:15, 32:2, 43:19, 55:19, 64:7, 93:24, 117:18, 130:11, 133:7, 133:22
**COUNSEL'S** [2] - 15:20, 134:8
**COUNT** [2] - 105:22, 105:24
**COUNTER** [1] - 33:21
**COUNTY** [23] - 6:16, 6:21, 7:2, 36:13, 36:17, 39:11, 42:16, 76:1, 76:25, 77:4, 78:4, 81:9, 84:1, 102:19, 106:7, 110:3, 113:20,

116:2, 120:5, 123:3, 123:7, 126:14
**COUPLE** [2] - 32:23, 67:19
**COURSE** [7] - 5:5, 5:13, 94:23, 104:2, 123:17, 124:1, 128:21
**COURSES** [1] - 83:8
**COURT** [435] - 1:1, 2:1, 2:21, 2:25, 3:8, 3:13, 3:14, 3:20, 4:6, 4:8, 4:22, 5:3, 5:6, 5:9, 5:10, 5:20, 5:22, 5:24, 6:2, 6:4, 6:6, 7:4, 7:7, 7:9, 8:3, 8:9, 8:11, 8:22, 8:24, 9:9, 9:15, 10:7, 10:9, 10:20, 10:22, 11:5, 11:20, 11:25, 12:7, 12:10, 12:21, 13:8, 13:10, 13:14, 13:21, 13:22, 14:1, 14:5, 14:8, 14:9, 14:12, 14:15, 14:19, 15:3, 15:5, 15:16, 15:21, 15:22, 15:25, 16:6, 16:17, 17:9, 17:14, 17:16, 18:16, 18:25, 19:5, 19:12, 19:20, 19:24, 20:11, 20:15, 20:17, 21:3, 21:6, 21:8, 22:2, 22:6, 22:10, 22:14, 22:23, 22:25, 23:2, 23:5, 23:7, 23:11, 23:20, 23:23, 23:25, 24:3, 24:10, 24:14, 24:15, 24:17, 24:18, 24:20, 24:22, 25:2, 25:6, 25:10, 25:12, 25:15, 26:5, 26:13, 26:16, 29:5, 29:21, 32:1, 32:6, 32:9, 32:13, 32:17, 33:18, 33:23, 33:25, 34:5, 34:15, 34:19, 35:10, 35:13, 35:16, 35:18, 35:21, 35:25, 36:2, 37:1, 37:8, 37:9, 37:12, 37:15, 37:19, 37:23, 38:1, 38:5, 38:7, 40:9, 40:13, 41:2, 42:4, 42:5, 43:4, 43:10, 43:12, 43:14, 43:18, 43:22, 43:25, 44:2, 44:4, 44:6, 44:9, 44:14, 44:18, 44:23, 46:16, 46:18, 47:4, 49:19, 49:22, 49:25, 50:2, 50:6,

50:11, 50:15, 51:10, 55:17, 55:22, 56:20, 56:25, 57:3, 57:6, 57:13, 57:19, 57:23, 58:2, 58:5, 58:12, 58:18, 58:25, 59:4, 60:23, 62:3, 62:12, 62:22, 63:21, 63:24, 64:5, 67:16, 69:8, 69:10, 70:23, 71:1, 71:5, 71:10, 71:13, 71:17, 71:21, 72:8, 72:13, 72:19, 72:24, 73:2, 73:5, 73:14, 73:18, 73:22, 74:1, 74:4, 74:6, 74:9, 74:13, 74:16, 74:21, 74:23, 75:7, 75:10, 75:12, 75:23, 76:4, 76:7, 76:12, 76:13, 76:19, 76:23, 77:19, 77:23, 78:1, 78:12, 78:18, 78:21, 79:11, 79:16, 80:1, 80:8, 80:10, 80:20, 80:24, 81:5, 81:14, 81:17, 81:21, 81:23, 82:2, 82:6, 82:10, 83:24, 84:7, 85:10, 85:14, 85:19, 88:10, 90:4, 90:9, 90:12, 90:18, 90:20, 92:11, 93:1, 93:4, 93:6, 93:9, 93:12, 93:14, 94:2, 94:7, 94:15, 95:4, 95:11, 95:17, 95:20, 96:3, 96:7, 96:9, 96:12, 97:9, 97:15, 97:19, 98:7, 98:13, 98:23, 99:1, 99:12, 99:16, 99:17, 99:18, 99:23, 100:9, 100:21, 101:6, 101:9, 101:13, 101:15, 101:17, 101:22, 101:25, 102:4, 102:8, 102:11, 105:6, 105:23, 106:1, 106:4, 106:10, 106:13, 106:15, 106:16, 106:18, 106:20, 106:25, 107:8, 107:12, 109:5, 109:8, 109:14, 109:16, 109:18, 109:21, 110:2, 110:4, 110:5, 110:10, 110:11, 110:13, 110:17, 110:19, 110:20,

110:22, 110:24, 111:6, 111:25, 112:8, 112:16, 112:21, 112:23, 112:25, 113:7, 113:10, 113:12, 113:15, 113:18, 114:16, 114:18, 114:23, 115:3, 115:11, 115:22, 116:1, 116:4, 116:11, 116:17, 116:22, 116:25, 117:4, 117:19, 117:23, 118:4, 118:10, 118:14, 118:17, 118:21, 118:23, 118:25, 119:3, 119:7, 119:18, 119:22, 119:25, 120:2, 120:7, 120:11, 120:17, 120:20, 121:11, 121:14, 121:17, 122:1, 122:8, 122:12, 122:14, 122:17, 122:19, 122:22, 129:7, 130:5, 130:10, 130:15, 130:19, 130:22, 130:25, 132:2, 132:5, 132:9, 132:12, 132:16, 132:20, 132:22, 132:25, 133:2, 133:11, 133:17, 133:20, 133:25, 134:6, 134:10, 134:14, 134:17, 134:19, 134:20, 134:21, 135:4, 135:7, 135:19, 136:4, 136:7, 136:16, 136:20, 136:22, 137:4, 137:7, 137:10, 137:13, 137:14, 137:20, 137:23, 138:1, 138:14, 138:19, 139:1, 139:3, 139:10, 139:18, 140:13
**COURT'S** [3] - 94:9, 98:12, 136:6
**COURT-APPOINTED** [1] - 83:24
**COURTESY** [1] - 112:24
**COURTHOUSE** [1] - 139:19

**COURTROOM** [18] - 3:4, 3:5, 3:8, 22:16, 22:17, 22:18, 22:20, 22:22, 23:16, 24:23, 25:20, 25:24, 26:9, 35:15, 35:23, 43:16, 81:24, 118:20
**COVER** [1] - 116:20, 122:3
**COVERED** [1] - 7:16
**COVERS** [2] - 18:23, 43:8
**CR** [1] - 39:10
**CREDIBILITY** [1] - 63:19
**CRIME** [1] - 31:25, 59:2, 84:21
**CRIME-SCENE** [1] - 59:2
**CRIMINAL** [7] - 3:2, 99:1, 123:16, 137:20, 137:23, 138:1, 138:24
**CRIMINOLOGY** [1] - 83:3
**CROSS** [18] - 10:3, 10:25, 11:3, 12:6, 16:23, 32:19, 40:15, 62:5, 88:12, 97:22, 107:17, 126:10, 140:5, 140:9, 140:16, 140:24, 141:5, 141:9
**CROSS-EXAMINATION** [15] - 12:6, 16:23, 32:19, 40:15, 62:5, 88:12, 97:22, 107:17, 126:10, 140:5, 140:9, 140:16, 140:24, 141:5, 141:9
**CROSS-EXAMINE** [3] - 10:3, 10:25, 11:3
**CRR** [1] - 139:17
**CRUSHING** [1] - 70:2
**CRYING** [4] - 77:7, 103:16, 103:22, 121:4
**CULPABLE** [1] - 137:25
**CURRENT** [2] - 36:11, 82:24
**CURRICULUM** [1] - 72:18
**CUT** [2] - 56:8, 120:16
**CV** [1] - 70:22

**D**

**D-I-M-A-I-O** [1] - 45:7
**D.C** [1] - 46:1
**DALLAS** [3] - 46:4, 46:5, 46:6
**DANIEL** [26] - 1:6, 2:25, 7:23, 26:22, 27:3, 27:14, 27:23, 28:4, 28:7, 28:25, 29:9, 29:11, 29:19, 30:4, 30:13, 30:22, 31:7, 32:24, 33:8, 34:8, 39:4, 83:22, 102:20, 121:3
**DANIEL'S** [3] - 26:23, 30:20, 31:20
**DASH** [2] - 104:12, 105:18
**DATE** [3] - 3:17, 29:23, 30:1
**DAYS** [3] - 134:3, 134:4, 134:5
**DEAD** [9] - 16:25, 17:5, 30:12, 30:25, 48:18, 66:19, 67:2, 99:9
**DEADLINE** [1] - 134:15
**DEATH** [42] - 9:7, 9:10, 9:17, 9:25, 10:11, 10:14, 10:15, 11:1, 19:22, 21:2, 47:5, 47:14, 47:24, 48:7, 48:17, 48:19, 63:8, 63:10, 63:22, 63:25, 66:7, 66:9, 94:21, 94:25, 95:6, 96:18, 96:24, 98:3, 103:11, 106:9, 108:10, 123:11, 123:16, 127:6, 127:22, 131:5, 131:17, 131:23, 136:9, 138:4, 138:6, 138:10
**DECEASED** [2] - 9:11, 47:7
**DECEDENT** [1] - 99:8
**DECEMBER** [1] - 46:8
**DECIDE** [1] - 68:15
**DECIDED** [3] - 99:1, 99:15, 117:11
**DECISION** [1] - 136:7
**DEEP** [3] - 54:11, 59:15, 59:16
**DEFENDANT'S** [1] - 138:5
**DEFENSE** [3] - 77:19,

83:24, 114:14
**DEFINITELY** [3] -
33:1, 67:14, 69:4
**DEGREE** [5] - 11:1,
45:10, 83:3, 83:4,
83:5
**DELIBERATE** [1] -
135:25
**DELIBERATED** [1] -
98:19
**DELLO** [3] - 13:3, 13:4
**DEMEANOR** [1] -
103:22
**DEMONSTRATE** [1] -
32:10
**DENIED** [1] - 136:12
**DEPARTMENT** [12] -
3:1, 6:16, 6:21, 7:3,
36:12, 36:17, 42:8,
76:1, 78:14, 78:17,
78:20, 138:24
**DEPUTIES** [1] -
138:17
**DEPUTY** [13] - 25:2,
36:16, 38:9, 42:6,
42:7, 82:6, 102:4,
113:5, 115:2,
115:18, 115:25,
120:7, 132:23
**DESCRIBE** [1] - 30:16
**DESCRIBED** [1] - 4:13
**DESIGNATE** [1] -
58:19
**DESIGNATED** [1] -
59:7
**DESTRUCTION** [1] -
137:24
**DETAIL** [1] - 83:1
**DETAILS** [1] - 65:5
**DETAINED** [1] - 31:8
**DETERMINATION** [5]
- 17:17, 98:12,
99:19, 100:5, 135:1
**DETERMINE** [8] -
15:12, 21:21, 48:13,
75:19, 75:20, 90:24,
91:20, 98:14
**DETERMINING** [4] -
13:23, 47:14, 91:4,
98:13
**DEVELOPING** [1] -
81:3
**DI** [34] - 9:16, 11:6,
11:15, 11:25, 23:10,
24:21, 25:18, 44:17,
44:20, 45:1, 45:5,
46:11, 46:13, 49:4,
58:16, 59:6, 60:25,
62:5, 62:8, 63:1,
64:7, 65:23, 67:17,

69:6, 69:11, 69:14,
72:18, 72:21, 72:24,
73:3, 140:14,
140:16, 140:18,
140:20
**DIAGNOSIS** [6] -
47:18, 48:22, 49:10,
51:6, 51:8, 63:5
**DICTATE** [3] - 74:6,
74:10, 119:4
**DIED** [11] - 35:6,
40:19, 49:9, 54:4,
66:12, 66:16, 68:19,
108:15, 108:19,
108:22, 108:25
**DIFFERENCE** [3] -
65:14, 79:20, 92:19
**DIFFERENT** [12] -
65:1, 78:23, 89:6,
89:9, 89:10, 91:8,
91:10, 91:11, 91:19,
98:8, 128:17, 137:7
**DIFFERENTLY** [1] -
9:22
**DIFFICULT** [2] -
87:14, 92:22
**DIMENSIONS** [1] -
128:11
**DIRECT** [15] - 26:17,
36:6, 45:1, 82:13,
94:19, 97:23,
102:12, 122:23,
138:6, 140:3, 140:7,
140:14, 140:22,
141:3, 141:7
**DIRECTLY** [1] - 32:12
**DIRECTOR** [3] - 1:8,
3:1, 107:20
**DIRK** [1] - 89:9
**DISABLED** [1] -
127:12
**DISAGREE** [8] - 10:8,
12:23, 54:13, 63:2,
64:23, 65:7, 68:2,
101:5
**DISAGREED** [2] -
9:19, 70:13
**DISCERN** [5] - 79:6,
79:10, 114:22,
115:9, 116:15
**DISCREDIT** [1] - 100:1
**DISCUSS** [2] - 25:21,
25:22
**DISJUNCTIVE** [1] -
95:22
**DISPATCH** [1] -
113:21
**DISPATCHED** [1] -
36:19
**DISPLAYED** [1] -

32:24
**DISPROVE** [1] - 100:1
**DISPUTE** [2] - 15:20,
16:12
**DISPUTES** [1] - 20:22
**DISSIPATES** [2] -
53:12, 68:6
**DISTANCE** [1] - 68:24
**DISTRICT** [4] - 1:1,
1:2, 1:19, 2:2
**DITCH** [1] - 121:6
**DIVISION** [3] - 1:3,
3:2, 123:16
**DOABLE** [1] - 134:13
**DOCUMENT** [2] -
3:24, 6:7
**DOCUMENTS** [1] -
84:10
**DONE** [6] - 3:15,
13:23, 17:25, 66:18,
75:21, 126:16
**DOOR** [26] - 33:17,
61:14, 69:21, 87:7,
87:12, 88:5, 88:16,
88:20, 92:7, 92:22,
103:12, 103:24,
121:5, 125:5, 125:8,
125:11, 125:12,
125:17, 125:20,
126:6, 126:24,
127:2, 129:3
**DOOR-TO-DOOR** [1] -
125:8
**DOORS** [2] - 103:2,
103:7
**DORCAS** [2] - 7:21,
28:11
**DORCAS'S** [1] - 30:23
**DOT** [1] - 50:5
**DOTS** [1] - 50:7
**DOUBLE** [4] - 98:16,
112:3, 112:8, 112:11
**DOUBLE-HEARSAY**
[1] - 112:11
**DOUBT** [5] - 13:24,
19:7, 97:12, 98:17,
136:14
**DOWN** [23] - 9:3, 40:5,
42:13, 53:23, 54:24,
55:5, 56:18, 60:2,
60:8, 68:21, 77:10,
81:12, 82:3, 82:9,
103:2, 103:7,
103:25, 104:11,
119:22, 121:6,
132:10, 132:14
**DOWNSTATE** [2] -
45:11, 45:15
**DOZENS** [2] - 21:1
**DR** [69] - 4:1, 4:5,

4:13, 4:24, 5:2, 5:11,
8:4, 9:16, 9:18, 9:19,
10:21, 11:6, 11:8,
11:15, 11:25, 16:22,
23:10, 25:18, 44:17,
44:20, 45:5, 46:11,
46:13, 46:24, 49:4,
54:8, 56:25, 57:5,
57:8, 57:17, 58:5,
58:6, 58:7, 58:16,
59:6, 59:7, 59:18,
60:11, 60:25, 62:8,
63:1, 63:3, 63:20,
64:7, 64:8, 64:17,
65:3, 65:23, 67:21,
68:9, 69:6, 69:14,
70:11, 72:12, 72:18,
72:21, 72:24, 73:3,
97:23, 117:7, 118:3,
118:5, 118:7, 119:1,
119:3, 119:15,
121:22
**DRAGGED** [2] - 68:23,
69:2
**DRAGGING** [1] -
11:23
**DRAW** [3] - 59:6,
89:24, 90:1
**DRESSED** [1] - 28:25
**DRIVE** [5] - 80:5,
84:20, 87:8, 113:23,
129:2
**DRIVEN** [2] - 85:22,
123:18
**DRIVER** [1] - 121:4
**DRIVER'S** [5] - 87:6,
87:7, 124:7, 125:4,
126:5
**DRIVING** [9] - 67:4,
77:10, 87:13, 88:21,
113:23, 116:8,
126:17, 128:11,
131:19
**DRONE** [1] - 21:6
**DROVE** [2] - 29:3,
116:8
**DROWNED** [1] - 48:25
**DRUG** [1] - 48:21
**DUAL** [1] - 128:3
**DUAL-WHEEL** [1] -
128:3
**DUALLY** [1] - 128:2
**DUE** [3] - 53:18,
69:24, 70:2
**DUKE** [1] - 45:13
**DUMPED** [1] - 99:9
**DURHAM** [1] - 45:14
**DURING** [9] - 18:19,
33:14, 34:2, 34:9,
77:9, 103:20,

123:17, 124:1, 131:3

---

**E**

---

**EAR** [1] - 93:18
**EARLY** [2] - 73:10,
127:8
**EARPHONES** [1] -
4:10
**EASTERN** [1] - 1:2
**EDUCATIONAL** [2] -
45:9, 83:1
**EFFECT** [1] - 15:12
**EFFECTIVE** [1] -
66:24
**EFFICIENCY** [1] - 21:7
**EFFORT** [2] - 85:12,
93:24
**EFFORTS** [1] - 100:1
**EIGHT** [1] - 8:3
**EITHER** [20] - 11:18,
14:13, 14:21, 18:20,
25:6, 29:1, 39:19,
40:22, 43:15, 65:2,
67:10, 69:20, 90:25,
94:5, 95:18, 96:23,
96:24, 101:3, 101:9,
104:23
**EITHER/OR** [1] -
95:22
**EJECTED** [1] - 53:7
**EJECTION** [1] - 99:5
**ELECTRIC** [5] - 29:12,
29:13, 29:19, 30:5
**ELECTRICAL** [1] -
29:14
**ELEMENTARY** [1] -
27:11
**ELIMINATE** [1] - 17:13
**ELLIS** [295] - 2:5, 2:23,
3:5, 3:7, 3:25, 4:3,
4:7, 4:12, 5:4, 5:7,
5:16, 5:19, 5:23,
5:25, 6:3, 6:5, 6:8,
7:6, 7:8, 7:10, 9:23,
10:2, 11:13, 12:8,
13:3, 15:19, 15:24,
16:1, 16:13, 17:11,
18:25, 19:3, 19:14,
20:13, 20:16, 20:21,
21:14, 22:9, 22:11,
22:12, 22:18, 24:6,
25:11, 26:1, 26:2,
26:4, 26:14, 26:15,
26:18, 29:10, 29:22,
32:1, 32:2, 32:8,
32:11, 32:16, 33:16,
35:11, 35:12, 35:14,
35:17, 36:1, 36:5,

36:7, 36:25, 37:2, 37:7, 37:11, 37:14, 37:18, 37:22, 37:24, 38:8, 40:6, 40:11, 41:3, 41:5, 43:6, 43:8, 43:11, 43:16, 43:17, 43:25, 44:1, 44:3, 44:5, 44:7, 44:11, 46:12, 57:4, 57:7, 57:16, 58:4, 60:14, 60:18, 62:4, 62:7, 62:11, 62:14, 62:20, 62:25, 63:18, 63:23, 64:2, 64:6, 67:15, 69:9, 69:13, 70:18, 70:24, 71:3, 71:8, 71:11, 71:14, 71:19, 71:25, 72:11, 72:24, 73:1, 73:17, 73:19, 73:23, 73:24, 74:3, 74:10, 74:12, 74:15, 74:24, 75:1, 75:9, 75:11, 75:16, 75:23, 75:24, 76:6, 76:9, 76:17, 76:21, 76:24, 77:24, 78:2, 78:13, 78:16, 78:19, 78:23, 79:7, 79:13, 79:25, 80:3, 80:9, 80:15, 80:22, 80:25, 81:6, 81:15, 81:19, 81:22, 81:24, 81:25, 82:12, 82:15, 84:4, 84:9, 84:17, 85:11, 85:16, 85:20, 88:8, 89:21, 90:2, 90:7, 90:11, 92:12, 92:15, 92:24, 93:2, 93:3, 93:5, 93:15, 93:19, 94:6, 94:10, 94:17, 95:9, 97:3, 97:14, 97:16, 98:25, 99:22, 100:6, 101:12, 101:15, 101:20, 101:23, 102:13, 105:5, 105:7, 105:21, 105:24, 106:5, 106:12, 106:15, 106:18, 106:23, 107:3, 107:7, 109:6, 109:7, 109:16, 109:17, 109:19, 109:24, 110:6, 110:8, 110:11, 110:14, 110:18, 110:24, 111:1, 111:2, 111:18, 112:13, 112:18, 112:22, 112:24, 113:4, 113:9, 113:11, 113:13, 113:17, 114:1, 114:10, 114:17, 114:19, 114:20, 115:2, 115:6, 115:10, 115:16, 115:17, 115:20, 115:24, 116:2, 116:6, 116:12, 116:16, 116:20, 116:23, 117:1, 117:5, 118:7, 118:9, 118:12, 119:2, 119:11, 119:12, 119:17, 119:19, 119:24, 120:4, 120:9, 120:12, 120:19, 121:10, 121:18, 121:19, 122:5, 122:11, 122:13, 126:11, 129:6, 129:8, 130:3, 130:7, 130:11, 130:21, 132:3, 132:4, 132:17, 132:19, 133:5, 134:3, 134:11, 134:13, 135:16, 135:18, 135:20, 136:19, 136:21, 136:23, 137:6, 137:12, 138:12, 138:13, 138:25

**EMERGENCY** [4] - 4:4, 5:13, 117:10, 117:12
**EMPHASIS** [1] - 83:3
**EMPLOYED** [4] - 81:9, 110:2, 123:2, 123:4
**EMPLOYEE** [3] - 76:1, 76:25, 113:20
**ENABLE** [1] - 4:24
**END** [4] - 21:11, 22:7, 77:21, 78:9
**ENDED** [1] - 104:6
**ENERGY** [1] - 68:7
**ENFORCEMENT** [1] - 82:25
**ENTER** [2] - 6:19, 111:3
**ENTERED** [5] - 6:1, 66:21, 117:7, 118:19, 121:25
**ENTIRE** [3] - 17:7, 96:3, 112:16
**ENTIRELY** [2] - 5:5, 7:20
**ENVISION** [1] - 5:23
**ERROR** [3] - 15:10, 18:2, 111:20

**ERRORS** [1] - 9:19
**ESPECIALLY** [2] - 13:17, 15:9
**ESSENTIALLY** [6] - 47:5, 47:16, 49:7, 67:2, 69:24, 114:15
**ESTABLISH** [1] - 80:13
**ESTABLISHED** [2] - 18:8, 80:13
**ETHICS** [1] - 83:13
**EVENING** [1] - 138:18
**EVENT** [2] - 5:5, 8:14
**EVENTS** [1] - 120:6
**EVIDENCE** [63] - 12:22, 12:24, 13:5, 13:6, 13:10, 13:15, 13:16, 13:18, 13:22, 15:18, 16:21, 17:4, 18:3, 18:5, 18:8, 18:11, 18:13, 19:25, 21:10, 21:16, 21:21, 22:1, 32:5, 37:9, 37:13, 47:9, 48:12, 51:9, 57:17, 58:9, 61:24, 67:7, 75:4, 77:19, 85:3, 90:3, 93:25, 97:21, 98:14, 98:20, 99:17, 100:12, 101:1, 101:7, 101:10, 101:11, 112:5, 114:2, 114:3, 114:6, 119:20, 130:13, 134:21, 134:22, 134:25, 135:10, 135:12, 136:17, 136:18, 136:24, 137:15, 137:16
**EVIDENTIARY** [5] - 1:11, 3:15, 3:21, 32:6, 139:2
**EVIL** [1] - 120:25
**EX** [3] - 33:6, 33:7, 34:7
**EX-WIVES** [3] - 33:6, 33:7, 34:7
**EXACT** [1] - 127:8
**EXACTLY** [10] - 12:2, 14:7, 17:23, 19:3, 34:11, 80:22, 86:1, 86:10, 98:14, 125:8
**EXAM** [1] - 47:23
**EXAMINATION** [42] - 12:6, 16:23, 26:17, 32:19, 36:6, 40:15, 41:4, 42:4, 45:1, 47:19, 47:25, 48:5, 62:5, 67:17, 69:11, 82:13, 88:12, 92:13,

97:22, 102:12, 107:17, 122:23, 126:10, 131:1, 140:3, 140:5, 140:7, 140:9, 140:11, 140:13, 140:14, 140:16, 140:18, 140:20, 140:22, 140:24, 141:1, 141:3, 141:5, 141:7, 141:9, 141:11
**EXAMINE** [3] - 10:3, 10:25, 11:3
**EXAMINER** [5] - 45:18, 46:5, 46:7, 129:19, 129:24
**EXAMPLE** [1] - 137:18
**EXCEPT** [1] - 25:13
**EXCISE** [3] - 16:14, 19:8, 98:5
**EXCLUDED** [1] - 13:7
**EXCULPATORY** [1] - 134:23
**EXCUSE** [4] - 35:14, 70:20, 103:18, 130:7
**EXCUSED** [12] - 35:13, 43:15, 72:21, 72:24, 74:21, 93:2, 93:4, 93:5, 93:6, 93:11, 132:20, 139:6
**EXCUSING** [1] - 43:20
**EXEMPTED** [1] - 25:8
**EXHIBIT** [66] - 10:5, 37:17, 38:4, 40:8, 40:10, 55:16, 55:23, 58:21, 58:25, 62:21, 62:22, 70:22, 71:4, 71:23, 72:13, 72:17, 72:19, 75:11, 75:12, 75:15, 76:5, 76:7, 105:22, 106:2, 106:13, 106:25, 114:24, 116:17, 120:3, 121:14, 130:8, 130:15, 132:7, 141:14, 141:15, 141:16, 141:17, 141:18, 141:19, 141:20, 141:21, 141:22, 141:23, 141:24, 141:25, 142:1, 142:2, 142:3, 142:5, 142:6, 142:7, 142:8, 142:9, 142:10, 142:11, 142:12, 142:13, 142:14, 142:15, 142:16, 142:17, 142:18, 142:20, 142:21,

142:22, 142:23
**EXHIBITS** [6] - 121:20, 121:24, 122:1, 122:2, 123:3, 122:6
**EXISTS** [1] - 11:18
**EXIT** [3] - 77:10, 113:24, 116:9
**EXITED** [1] - 69:20
**EXITING** [2] - 11:10, 11:11
**EXPECT** [2] - 134:17, 139:5
**EXPECTED** [4] - 11:6, 11:7, 111:4, 111:12
**EXPERIENCE** [1] - 48:11
**EXPERIMENT** [8] - 88:15, 88:24, 90:23, 91:20, 91:21, 91:24, 92:21, 129:3
**EXPERIMENTATION** [1] - 66:23
**EXPERIMENTS** [5] - 84:16, 84:18, 84:20, 86:13, 87:17
**EXPERT** [17] - 4:2, 9:10, 21:18, 21:19, 22:21, 25:8, 25:9, 25:17, 45:21, 46:13, 55:20, 59:19, 59:20, 70:21, 84:5, 90:13
**EXPERTISE** [1] - 46:15
**EXPERTS** [7] - 8:5, 8:25, 9:5, 10:12, 11:12, 25:13, 99:24
**EXPLAINABLE** [1] - 54:4
**EXPLICIT** [1] - 96:23
**EXPOSING** [1] - 59:16
**EXTENDED** [1] - 128:1
**EXTENSIVE** [1] - 52:15
**EXTENT** [2] - 9:23, 48:1
**EXTERNAL** [1] - 47:25
**EXTRA** [2] - 37:22, 106:15
**EXTREMITY** [2] - 53:21, 55:2
**EYE** [4] - 49:16, 50:3, 50:8, 51:3
**EYELID** [1] - 50:8
**EYES** [1] - 49:17

---

**F**

**F350** [2] - 123:22, 124:17

**FACE** [2] - 61:15, 120:25
**FACE-FORWARD** [1] - 61:15
**FACIAL** [1] - 51:17
**FACT** [16] - 8:14, 11:16, 12:3, 13:19, 14:2, 14:3, 18:11, 18:22, 33:5, 34:7, 64:3, 68:10, 89:16, 114:6, 119:14, 136:6
**FACTUAL** [1] - 20:22
**FAIR** [6] - 64:16, 67:10, 134:16, 136:13, 137:3, 137:5
**FAIRLY** [2] - 86:4, 127:6
**FALL** [1] - 52:1
**FALSE** [2] - 97:8, 99:2
**FAMILY** [4] - 34:23, 103:3
**FAR** [11] - 8:12, 10:4, 11:8, 47:14, 89:5, 90:24, 91:4, 91:8, 100:17, 125:8
**FASCIA** [1] - 59:16
**FASHION** [1] - 55:7
**FAXED** [1] - 36:24
**FEAR** [1] - 138:9
**FEBRUARY** [8] - 28:2, 36:14, 36:20, 39:2, 77:2, 77:5, 103:10, 106:8
**FEDERAL** [1] - 10:5
**FEET** [7] - 89:17, 90:5, 91:11, 91:15, 125:13, 125:15, 125:21
**FELL** [3] - 49:2, 61:13, 61:14
**FEMALE** [5] - 111:13, 113:22, 113:24, 116:7, 116:9
**FERGUSON** [9] - 7:17, 31:17, 31:18, 93:20, 94:8, 95:2, 97:17, 100:19, 101:17
**FERGUSON'S** [3] - 93:23, 98:1, 100:6
**FERRELL** [6] - 78:7, 78:12, 78:15, 78:20, 79:2, 79:8
**FEW** [5] - 20:24, 49:15, 51:3, 51:5, 107:20
**FIELD** [1] - 45:17
**FIELDS** [1] - 45:21
**FIFTH** [1] - 41:6
**FIGHT** [1] - 103:20
**FIGHTS** [1] - 27:17

**FIGURE** [2] - 71:22, 79:17
**FIGURED** [1] - 97:25
**FILE** [2] - 38:23, 40:4
**FILING** [1] - 122:8
**FINALLY** [1] - 68:18
**FINDINGS** [3] - 70:14, 99:8, 136:10
**FINE** [7] - 5:22, 22:3, 22:6, 32:11, 46:14, 46:16, 101:12
**FINISH** [2] - 25:23, 100:12
**FINISHED** [2] - 45:24, 63:14
**FIREARMS** [2] - 48:5
**FIRST** [26] - 2:22, 6:11, 7:14, 15:6, 16:25, 17:14, 20:13, 23:11, 26:3, 27:21, 47:17, 58:1, 75:2, 76:2, 94:4, 94:21, 95:1, 102:16, 103:24, 105:17, 107:21, 111:9, 111:11, 111:13, 112:13, 115:25
**FIVE** [3] - 85:1, 118:1, 118:12
**FLATBED** [2] - 86:5, 87:19
**FLESH** [2] - 53:22, 53:23
**FLEXED** [1] - 59:14
**FLOATING** [1] - 48:24
**FOCUSING** [1] - 138:2
**FOLLOW** [4] - 113:1, 120:20, 130:23, 132:2
**FOLLOW-UP** [2] - 130:23, 132:2
**FOLLOWED** [1] - 45:17
**FOLLOWING** [5] - 6:9, 7:13, 7:19, 45:20, 76:3
**FOOT** [5] - 59:12, 89:15, 125:9, 125:24, 126:1
**FOOTER** [1] - 89:10
**FORCE** [37] - 9:13, 10:12, 10:13, 10:16, 14:13, 15:2, 16:2, 16:3, 16:16, 16:25, 17:2, 17:5, 18:21, 19:9, 19:11, 19:18, 19:19, 20:25, 49:9, 51:12, 53:12, 61:13, 63:10, 68:19, 94:22, 94:24, 94:25, 95:8,

95:18, 95:23, 96:16, 96:19, 96:21, 96:25, 98:3, 98:4, 113:22
**FORCED** [1] - 116:7
**FORCES** [1] - 45:25
**FORD** [2] - 86:3, 123:22
**FOREMAN** [3] - 6:12, 75:5, 75:17
**FORENSIC** [7] - 45:18, 45:22, 46:10, 47:14, 47:16, 47:20, 84:14
**FORGOT** [1] - 71:3
**FORMER** [1] - 113:19
**FORTH** [1] - 95:7
**FORWARD** [4] - 57:20, 61:15, 106:21, 136:4
**FOUR** [1] - 85:1
**FRACTURE** [2] - 51:23, 52:2
**FRACTURES** [6] - 51:16, 51:17, 52:5, 52:9, 53:3
**FRANTIC** [2] - 30:16, 30:17
**FRAZZLED** [1] - 30:16
**FREE** [1] - 93:12
**FREQUENTLY** [1] - 27:17
**FRIDAY** [1] - 134:12
**FRIEND** [1] - 49:1
**FRONT** [11] - 52:9, 53:3, 64:9, 68:21, 69:1, 71:15, 82:3, 86:22, 102:2, 112:25
**FULL** [6] - 86:8, 87:1, 128:15
**FULL-SIZE** [2] - 87:1, 128:15
**FUNDING** [1] - 99:24

**G**

**GATEWAY** [2] - 15:9, 15:14
**GENERAL** [5] - 2:12, 2:13, 3:9, 95:20, 107:19
**GENERAL'S** [2] - 32:22, 133:15
**GENERALLY** [3] - 15:1, 53:13, 66:23
**GENTLEMAN** [1] - 102:22
**GENTLEMEN** [2] - 9:2, 26:8
**GEORGE** [46] - 6:18,

14:17, 27:19, 27:23, 28:4, 28:8, 31:1, 35:2, 35:6, 38:20, 38:24, 39:7, 39:13, 39:17, 39:19, 40:1, 40:19, 41:7, 41:10, 41:14, 41:20, 41:21, 42:14, 42:17, 42:18, 54:20, 59:12, 61:2, 63:7, 69:20, 75:20, 77:3, 77:6, 77:16, 77:18, 95:6, 96:18, 103:8, 103:11, 104:15, 108:9, 119:16, 127:4, 131:18, 131:21, 131:24
**GEORGE'S** [7] - 59:1, 103:11, 106:9, 123:11, 131:5, 131:17, 131:20
**GIST** [2] - 64:15, 97:20
**GIVEN** [9] - 17:4, 17:20, 18:3, 19:4, 95:17, 95:19, 98:21, 99:7, 135:24
**GLASS** [1] - 77:17
**GLENN** [2] - 58:2, 117:7
**GOD** [3] - 25:4, 82:8, 102:6
**GONNA** [6] - 30:24, 55:3, 65:1, 66:25, 89:1, 89:6
**GONSOULIN** [3] - 9:19, 16:22, 63:13
**GONSOULIN'S** [3] - 63:3, 63:20, 97:23
**GOVERNS** [1] - 99:16
**GRAB** [1] - 71:2
**GRABBED** [4] - 56:8, 56:10, 77:11, 104:13
**GRABBING** [1] - 61:16
**GRADUATE** [1] - 83:2
**GRADUATION** [1] - 83:7
**GRAND** [7] - 6:12, 75:4, 75:6, 75:17, 75:18, 75:20, 135:22
**GRANTED** [3] - 3:14, 3:20, 32:6
**GREAT** [3] - 14:4, 58:15, 94:23
**GRIPS** [2] - 53:22, 53:23
**GROUND** [4] - 52:6, 53:21, 56:11, 103:25
**GROUNDED** [1] - 138:8
**GROW** [1] - 27:5

**GUESS** [6] - 23:15, 24:24, 63:1, 74:17, 85:1, 101:15
**GUILTY** [4] - 14:20, 96:17, 97:12, 98:17

**H**

**HABEAS** [7] - 99:17, 122:2, 134:20, 136:10, 137:10, 138:19, 138:22
**HAIR** [2] - 104:13, 131:20
**HALF** [1] - 86:7
**HALF-TON** [1] - 86:7
**HALLWAY** [1] - 118:18
**HAND** [6] - 24:25, 59:12, 67:4, 82:4, 88:4, 102:3
**HANDICAPPED** [2] - 127:12, 127:15
**HANDLE** [3] - 88:5, 125:11, 125:17
**HANDS** [1] - 126:23
**HANDWRITING** [4] - 38:12, 105:11, 105:12, 106:6
**HANDY** [1] - 96:2
**HANG** [2] - 75:13, 114:18
**HARD** [3] - 37:18, 52:16, 67:3
**HARM** [1] - 32:5
**HATE** [1] - 11:19
**HEAD** [18] - 50:13, 51:15, 51:25, 52:2, 52:7, 53:8, 54:3, 54:5, 60:2, 65:13, 66:10, 66:18, 69:23, 70:9, 82:9, 104:12, 104:13, 105:18
**HEADING** [1] - 107:22
**HEADLINE** [1] - 64:12
**HEALTH** [1] - 127:10
**HEALTHY** [1] - 48:20
**HEAR** [16] - 4:7, 12:22, 12:25, 14:6, 14:9, 17:16, 18:12, 19:25, 21:10, 29:21, 99:23, 110:10, 118:2, 118:6, 130:5
**HEARD** [9] - 14:3, 20:8, 31:4, 31:5, 33:18, 117:13, 127:24, 133:3, 134:22
**HEARING** [54] - 1:11,

3:15, 3:16, 3:21, 3:23, 4:23, 7:4, 9:16, 12:10, 12:16, 12:17, 12:20, 15:23, 16:7, 17:16, 20:14, 20:15, 20:16, 20:23, 21:5, 21:11, 22:2, 22:7, 25:3, 25:23, 31:22, 32:6, 37:13, 63:17, 63:19, 72:25, 76:11, 78:11, 81:8, 82:7, 85:9, 93:25, 94:1, 97:4, 100:12, 101:17, 102:5, 109:22, 110:1, 111:5, 121:21, 121:25, 124:16, 133:7, 133:9, 133:10, 134:2, 134:18, 139:2

**HEARSAY** [7] - 8:16, 8:19, 13:11, 13:20, 112:4, 112:9, 112:11

**HEART** [13] - 4:14, 4:15, 5:8, 52:10, 52:11, 52:16, 52:19, 52:20, 63:19, 66:14, 70:1, 117:10, 117:14

**HEIGHT** [3] - 90:25, 91:7, 91:14

**HELD** [3] - 45:23, 59:24, 99:4

**HELLO** [1] - 107:16

**HELP** [6] - 25:4, 55:25, 74:14, 82:8, 102:6, 133:25

**HELPFUL** [2] - 55:12, 133:7

**HEMORHAGES** [2] - 50:2, 50:9

**HEMORRHAGE** [1] - 51:6

**HEMORRHAGES** [2] - 49:21, 49:24

**HEMORRHAGIC** [1] - 51:19

**HERSELF** [1] - 61:19

**HIGH** [1] - 27:11

**HIGHLY** [3] - 98:1, 114:3

**HIGHWAY** [2] - 53:11, 104:11

**HILL** [10] - 78:7, 109:17, 109:19, 110:25, 113:2, 113:5, 113:19, 115:25, 116:18, 116:20

**HILL'S** [1] - 113:18

**HIMSELF** [1] - 7:11

**HIPAA** [1] - 117:15

**HIRED** [1] - 83:25

**HISTORY** [2] - 47:18, 47:21

**HIT** [7] - 52:6, 52:22, 69:21, 72:9, 72:10, 121:5, 131:21

**HOLD** [3] - 61:18, 93:17, 131:20

**HOLDING** [3] - 50:11, 99:11, 121:6

**HOLISTIC** [5] - 135:20, 136:3, 136:12, 136:15, 136:16

**HOME** [3] - 4:14, 77:6, 84:21

**HOMICIDAL** [1] - 95:6

**HOMICIDE** [6] - 48:14, 49:2, 137:23, 137:24, 138:4, 138:11

**HONESTLY** [1] - 71:24

**HONOR** [184] - 2:23, 3:7, 3:11, 4:3, 5:2, 5:19, 7:6, 8:7, 8:23, 9:8, 10:2, 10:9, 10:24, 11:13, 11:22, 12:8, 13:3, 13:12, 14:1, 14:11, 14:24, 15:7, 15:19, 16:13, 17:11, 17:23, 19:3, 19:14, 20:14, 21:13, 22:9, 22:12, 22:22, 24:13, 25:7, 26:11, 29:22, 31:21, 32:12, 32:15, 33:16, 34:18, 34:25, 35:12, 35:14, 35:20, 36:25, 37:11, 38:5, 40:7, 40:12, 41:24, 43:8, 43:21, 44:1, 44:7, 44:11, 44:22, 46:12, 46:14, 55:15, 57:2, 57:4, 57:14, 57:16, 57:21, 58:22, 62:2, 62:11, 62:20, 63:16, 63:18, 64:4, 67:15, 69:9, 70:18, 70:19, 70:24, 71:25, 72:11, 72:23, 73:4, 73:17, 73:25, 74:8, 74:15, 75:1, 75:9, 75:22, 76:17, 76:22, 79:14, 79:15, 79:18, 79:25, 80:9, 80:16, 81:4, 81:16, 81:19, 82:1, 84:4, 85:6, 85:18, 88:9, 89:23, 92:25, 93:8, 93:11, 93:13, 93:19,

93:21, 94:6, 94:10, 94:14, 94:17, 94:20, 95:9, 95:15, 97:3, 98:25, 100:16, 101:21, 101:23, 105:5, 105:21, 105:25, 106:3, 106:12, 106:24, 107:14, 109:19, 109:24, 110:8, 110:14, 111:18, 112:3, 112:13, 112:22, 113:13, 113:17, 114:1, 114:5, 114:20, 115:2, 115:6, 115:20, 115:24, 116:21, 116:23, 117:1, 117:5, 117:17, 118:22, 118:24, 119:2, 119:13, 119:24, 120:9, 120:10, 120:19, 121:10, 121:19, 122:5, 122:11, 122:13, 129:6, 130:3, 130:7, 130:14, 130:21, 130:24, 132:4, 132:19, 132:21, 133:1, 133:5, 133:14, 134:3, 134:13, 134:16, 135:18, 138:13, 138:25

**HONORABLE** [1] - 1:19

**HOPE** [1] - 6:19

**HOPED** [1] - 30:24

**HOPING** [1] - 21:10

**HOPKINS** [20] - 6:15, 6:21, 7:2, 36:13, 36:17, 76:1, 76:25, 77:4, 78:4, 81:9, 84:1, 106:7, 110:2, 113:20, 116:2, 120:5, 123:3, 123:7, 126:14

**HOSPITAL** [5] - 4:2, 27:8, 45:14, 117:11, 117:12

**HOUR** [1] - 129:3

**HOURS** [2] - 83:12, 117:14

**HOUSE** [20] - 8:17, 12:22, 13:8, 19:7, 20:6, 77:18, 97:15, 98:23, 99:15, 101:7, 107:23, 114:2, 120:14, 120:21,

120:24, 134:20, 135:6, 136:4, 136:13

**HOWARD** [1] - 7:14

**HUGE** [3] - 21:17, 100:24, 101:4

**HUMAN** [1] - 137:24

**HUNDRED** [4] - 68:14, 69:4, 70:17

**HURLEY** [22] - 23:13, 23:20, 73:7, 121:16, 122:16, 122:18, 122:19, 122:23, 123:1, 123:2, 126:10, 126:12, 126:13, 129:9, 130:11, 131:1, 131:3, 131:22, 132:23, 141:7, 141:9, 141:11

**HURT** [1] - 103:21

**HUSBAND** [1] - 104:23

**HYBRID** [1] - 12:9

**HYPOTHETICAL** [4] - 18:14, 19:13, 19:15, 135:8

---

**I**

**I.T** [1] - 4:21

**IDEA** [3] - 97:5, 108:5, 133:21

**IDENTIFIED** [2] - 9:13

**IGNORE** [2] - 99:11, 115:18

**IMMEDIATE** [2] - 138:4, 138:5

**IMMEDIATELY** [1] - 66:11

**IMPACT** [6] - 16:11, 94:23, 96:20, 97:1, 99:5, 135:9

**IMPACTING** [1] - 17:7

**IMPEACH** [1] - 112:4

**IMPOSSIBLE** [3] - 92:6, 100:23, 119:20

**IMPRESSION** [1] - 88:18

**INABILITY** [1] - 67:1

**INADMISSIBILITY** [1] - 13:17

**INCHES** [5] - 125:9, 125:12, 125:15, 125:19, 125:24

**INCIDENT** [18] - 18:7, 36:24, 40:3, 40:18, 40:19, 40:22, 42:24, 42:25, 86:12, 103:10, 104:22,

106:7, 113:16, 127:16, 127:19, 127:21, 127:23, 127:24

**INCIDENTALLY** [1] - 127:16

**INCLINED** [1] - 12:11

**INCLUDE** [3] - 122:3, 134:18, 135:9

**INCLUDES** [2] - 60:12, 60:18

**INCLUDING** [4] - 4:15, 8:4, 100:3, 136:21

**INCRIMINATING** [1] - 134:23

**INDEED** [1] - 20:1

**INDEPENDENT** [2] - 40:22, 42:1

**INDICATE** [2] - 131:4, 131:16

**INDICATED** [1] - 133:5

**INDICATES** [3] - 38:21, 38:23, 41:14

**INDICTED** [1] - 75:18

**INDICTMENT** [11] - 10:9, 16:21, 75:5, 75:13, 95:4, 95:5, 96:15, 97:21, 135:23, 136:23, 142:3

**INDICTMENTS** [1] - 95:21

**INDIVIDUAL** [3] - 61:8, 61:21, 91:4

**INDIVIDUALS** [1] - 7:13

**INDUSTRIAL** [1] - 83:3

**INEFFECTIVE** [3] - 15:11, 18:1, 85:14

**INEFFECTIVE-ASSISTANCE-OF-COUNSEL** [1] - 18:1

**INFLUENCE** [1] - 19:19

**INFORMATION** [5] - 4:19, 92:3, 110:21, 117:9, 117:15

**INFORMED** [3] - 4:4, 4:12, 4:16

**INITIAL** [1] - 136:23

**INJURIES** [57] - 10:12, 10:13, 10:16, 10:18, 11:9, 16:3, 16:16, 17:2, 17:5, 19:9, 20:25, 47:6, 48:1, 48:2, 48:12, 48:14, 49:9, 51:7, 51:12, 51:24, 52:14, 52:16, 53:2, 53:14, 54:3,

54:11, 61:3, 61:6,
61:10, 63:10, 64:11,
64:22, 65:19, 65:21,
65:22, 66:8, 66:9,
66:13, 66:17, 66:18,
66:19, 68:3, 68:4,
68:19, 68:22, 69:19,
69:23, 69:24, 70:1,
70:2, 94:22, 94:24,
94:25, 98:4, 99:4,
99:6

**INJURY** [19] - 9:14,
15:2, 16:2, 17:1,
19:19, 52:7, 52:15,
53:9, 54:19, 54:23,
55:9, 55:25, 66:10,
95:8, 95:18, 96:19,
96:21, 96:25, 138:10

**INNOCENCE** [18] -
3:21, 8:18, 13:1,
15:9, 21:17, 31:22,
32:3, 32:7, 32:10,
32:12, 85:8, 94:19,
98:13, 98:18, 99:13,
100:15, 101:19,
135:11

**INNOCENT** [1] - 31:25

**INQUIRY** [3] - 15:8,
15:13, 47:3

**INSIDE** [8] - 56:23,
57:1, 57:9, 60:1,
86:16, 124:3, 124:5,
125:1

**INSTANCE** [3] - 13:20,
89:8, 121:22

**INSTANCES** [1] -
20:24

**INSTITUTE** [1] - 45:25

**INSTITUTIONS** [1] -
3:2

**INSTRUCTED** [11] -
14:20, 15:1, 17:18,
17:19, 18:24, 19:1,
19:22, 19:23, 99:19,
99:20, 135:1

**INSTRUCTIONS** [5] -
17:20, 95:24, 135:3,
135:6, 135:8

**INSTRUCTS** [1] -
96:17

**INTENDED** [1] - 80:13

**INTENDING** [1] -
57:24

**INTEREST** [1] - 21:7

**INTERIOR** [2] - 86:22,
128:14

**INTERMEDIATE** [1] -
87:2

**INTERMEDIATE-
SIZE** [1] - 87:2

**INTERNAL** [1] - 54:11

**INTERNSHIP** [1] -
45:13

**INTERPRET** [2] -
59:25

**INTERVIEW** [1] -
131:7

**INTERVIEWED** [2] -
7:10, 81:11

**INTRODUCE** [1] -
70:22

**INTRODUCING** [1] -
58:7

**INVESTIGATION** [6] -
85:21, 123:11,
123:16, 123:17,
124:2, 124:13

**INVESTIGATOR** [11] -
36:12, 38:10, 38:11,
42:8, 82:22, 82:24,
83:9, 83:16, 83:24,
84:5, 123:14

**INVESTIGATORS** [1] -
47:22

**INVOKE** [1] - 25:6

**INVOKED** [1] - 25:8

**INVOKING** [1] - 25:12

**INVOLVED** [2] - 94:16,
123:10

**INVOLVEMENT** [1] -
84:11

**IRRELEVANT** [4] -
12:24, 33:16, 94:1,
98:12

**ISSUE** [6] - 13:1, 32:3,
32:7, 73:9, 101:19,
135:11

**ISSUES** [3] - 32:4,
32:5, 32:9

**ITSELF** [5] - 16:18,
19:5, 51:19, 65:9,
100:17

**J**

**J.M** [10] - 24:21, 45:1,
45:5, 62:5, 67:17,
69:11, 140:14,
140:16, 140:18,
140:20

**JANUARY** [1] - 27:22

**JERKED** [2] - 113:25,
116:10

**JERRY** [1] - 139:17

**JOANN** [1] - 2:10

**JOHN** [9] - 73:21,
81:22, 82:13, 82:18,
88:12, 92:13,
140:22, 140:24,

141:1

**JOIN** [1] - 111:8

**JOINT** [6] - 3:23,
76:11, 78:10, 81:8,
110:1, 111:5

**JUDGE** [8] - 1:19, 2:2,
19:5, 84:2, 96:16,
100:2, 110:23, 136:6

**JUDGE'S** [1] - 12:24

**JUDGMENT** [3] -
135:21, 136:6, 137:2

**JULY** [3] - 134:12,
134:18, 139:5

**JUMP** [22] - 8:13, 31:2,
31:3, 31:5, 35:2,
35:4, 39:14, 41:20,
42:17, 42:19, 53:7,
61:12, 65:1, 65:16,
77:3, 104:13,
104:18, 105:19,
108:6, 127:17,
127:18, 127:22

**JUMPED** [22] - 10:23,
12:1, 21:20, 30:11,
31:5, 40:23, 54:21,
61:2, 61:10, 61:23,
64:23, 65:8, 65:15,
65:20, 65:21, 67:10,
67:23, 67:24, 68:20,
108:5, 108:25,
131:24

**JUMPING** [6] - 6:17,
10:18, 11:3, 57:11,
68:4, 119:21

**JUMPS** [1] - 72:9

**JUNCTION** [1] - 66:3

**JUNE** [3] - 1:7, 2:2,
133:21

**JUROR** [15] - 13:23,
16:16, 16:18, 18:3,
18:9, 18:15, 19:6,
19:15, 21:22, 97:11,
98:5, 98:16, 98:22,
99:21, 101:14

**JURORS** [9] - 17:18,
19:10, 19:16, 99:19,
99:20, 135:1,
135:10, 136:2,
136:14

**JURY** [59] - 6:12, 14:3,
14:19, 15:12, 16:2,
16:19, 16:20, 17:1,
17:7, 17:8, 17:9,
17:15, 17:24, 17:25,
18:2, 18:12, 18:14,
18:18, 18:23, 19:1,
19:12, 19:13, 19:21,
19:23, 20:4, 20:5,
20:8, 75:4, 75:6,
75:17, 75:18, 75:20,

85:3, 85:4, 85:5,
94:24, 95:12, 95:16,
95:17, 95:22, 95:24,
96:3, 96:5, 96:15,
96:17, 96:23, 97:2,
97:6, 97:9, 97:18,
98:19, 100:10,
101:2, 135:23,
135:25, 137:1

**JUSTICE** [2] - 3:2,
138:24

**K**

**KEEP** [11] - 4:6, 4:9,
15:21, 34:20, 37:16,
57:6, 71:11, 77:11,
83:13, 84:8, 119:10

**KELLEY** [3] - 4:9,
133:21, 139:17

**KEY** [2] - 16:4, 17:23

**KICKING** [1] - 121:2

**KILL** [2] - 66:11,
103:17

**KILLED** [7] - 14:22,
47:6, 48:7, 66:13,
66:15, 66:16, 67:13

**KIND** [8] - 8:17, 21:10,
52:13, 66:14, 69:24,
90:23, 91:20, 123:21

**KNEE** [2] - 55:10, 56:1

**KNIFE** [1] - 56:8

**KNOWING** [5] - 18:7,
18:8, 39:20, 40:2,
41:22

**KNOWLEDGE** [4] -
40:23, 108:21,
108:24, 124:8

**KNOWN** [1] - 65:14

**KNOWS** [1] - 42:1

**KUYKENDALL** [9] -
2:11, 3:12, 106:3,
107:13, 107:14,
107:18, 107:19,
109:3, 118:19

**L**

**L-E-W-I-S** [1] - 24:16

**LABORATORY** [3] -
47:19, 48:4, 48:17

**LACERATION** [5] -
52:4, 52:22, 56:16,
59:15, 59:23

**LACERATIONS** [2] -
52:4, 52:12

**LADIES** [1] - 9:2,
34:20

**LADY** [3] - 49:8, 82:4,

102:2

**LAKE** [1] - 48:24

**LAND** [1] - 52:2

**LAPEL** [1] - 71:2

**LARKIN** [33] - 4:1, 4:5,
4:13, 5:2, 8:4, 9:16,
10:15, 10:21, 11:8,
12:4, 46:24, 56:23,
56:25, 57:8, 57:25,
58:2, 58:5, 58:6,
58:7, 59:7, 59:18,
60:11, 60:25, 67:21,
68:9, 117:7, 117:25,
118:3, 118:5, 118:7,
119:2, 119:3, 119:15

**LARKIN'S** [14] - 4:24,
5:11, 9:18, 54:8,
54:19, 57:5, 57:17,
57:22, 64:8, 64:17,
65:3, 70:11, 72:12,
121:22

**LAST** [10] - 4:2, 27:2,
35:1, 81:6, 102:16,
117:12, 118:6,
121:8, 121:15,
133:19

**LATCH** [1] - 125:12,
125:20

**LATE** [1] - 103:10,
103:12, 104:3

**LATEST** [1] - 117:8

**LATITUDE** [1] - 58:9

**LAUGHING** [1] - 34:22

**LAUGHTER** [1] -
34:21

**LAW** [6] - 2:6, 13:13,
18:22, 82:25, 95:12,
136:11

**LAWYER** [4] - 3:5,
107:10, 115:14,
115:15

**LEADING** [1] - 47:24

**LEAN** [1] - 126:5

**LEARN** [3] - 28:7,
28:10, 124:2

**LEAST** [8] - 3:17, 6:9,
12:19, 21:16, 25:9,
33:20, 76:2, 117:14

**LEAVE** [6] - 34:21,
60:3, 71:5, 106:10,
133:14, 133:18

**LEFT** [19] - 16:16,
21:21, 40:5, 46:4,
46:6, 56:15, 56:21,
59:12, 61:12, 77:9,
77:18, 78:25, 94:23,
102:23, 104:7,
104:11, 119:1, 119:7

**LEG** [16] - 4:15, 53:17,
53:20, 54:16, 54:20,

54:24, 55:10, 56:19, 57:1, 57:8, 57:11, 59:14, 64:11, 70:4, 70:8
**LEG'S** [1] - 59:22
**LEGAL** [5] - 12:9, 12:13, 12:19, 20:22, 133:6
**LEGS** [5] - 53:17, 53:18, 55:4, 91:15, 91:17
**LENGTHS** [1] - 91:12
**LENS** [1] - 137:10
**LESLIE** [3] - 2:11, 3:11, 107:18
**LETTER** [4] - 62:9, 62:16, 63:2, 66:20
**LEWIS** [15] - 24:2, 24:4, 24:11, 24:15, 36:1, 36:6, 36:10, 40:15, 41:4, 42:4, 140:7, 140:9, 140:11, 140:13
**LIAR** [1] - 129:24
**LIFE** [2] - 27:1, 137:24
**LIGATURE** [1] - 75:21
**LIGHT** [4] - 6:6, 94:10, 127:1, 136:8
**LIGHTER** [1] - 134:8
**LIKELY** [4] - 97:11, 98:15, 99:8, 135:9
**LIMB** [1] - 53:25
**LIMIT** [1] - 47:8
**LIMITATION** [2] - 135:5, 137:9
**LIMITED** [12] - 17:19, 18:11, 20:4, 20:7, 47:2, 80:16, 135:12, 135:13, 136:1, 137:1, 137:13, 137:16
**LINE** [9] - 41:6, 41:9, 42:13, 67:9, 85:7, 113:10, 113:11, 115:25
**LINEAR** [1] - 55:7
**LINES** [1] - 113:11
**LIST** [5] - 7:13, 23:8, 23:15, 24:4, 24:7
**LISTED** [1] - 7:4
**LITERALLY** [2] - 50:23, 51:20
**LIVE** [9] - 26:24, 27:9, 27:23, 29:4, 82:19, 102:18, 102:19, 103:2, 103:6
**LIVED** [3] - 27:1, 29:4, 29:8
**LIVER** [2] - 52:14, 53:3

**LIVING** [2] - 4:14, 8:2
**LOCATED** [1] - 112:22
**LOCATION** [1] - 78:8
**LOG** [1] - 78:5
**LOOK** [38] - 15:18, 17:9, 17:11, 29:2, 30:16, 30:19, 30:24, 47:4, 49:7, 51:15, 53:17, 56:7, 57:22, 65:1, 65:19, 75:14, 76:19, 94:7, 95:23, 96:12, 100:2, 100:3, 100:11, 107:1, 109:9, 109:22, 115:18, 120:25, 132:12, 135:8, 135:21, 136:4, 136:5, 136:7, 137:15, 137:18, 137:19, 138:11
**LOOKED** [7] - 30:17, 96:14, 97:6, 97:10, 100:21, 124:17
**LOOKING** [22] - 17:14, 19:12, 19:13, 19:15, 21:9, 23:9, 28:7, 28:25, 48:11, 48:14, 54:1, 55:25, 71:15, 91:1, 99:13, 100:18, 101:7, 101:8, 101:10, 136:17, 137:10, 138:1
**LOOKS** [7] - 42:10, 56:1, 71:17, 71:24, 96:9, 98:13, 101:7
**LOOSE** [7] - 41:8, 41:11, 77:8, 104:7, 104:9, 107:22, 121:3
**LOOSE'** [1] - 42:15
**LORI** [1] - 38:2
**LOSS** [1] - 4:15
**LOST** [3] - 105:22, 105:24, 130:8
**LOUD** [5] - 79:5, 79:9, 114:21, 115:8, 116:14
**LOWER** [1] - 56:9
**LUNG** [3] - 52:12, 52:14, 53:3
**LUNGS** [1] - 70:2
**LYING** [2] - 111:13, 129:25

# M

**M.D** [3] - 58:2, 58:3, 58:4
**MA'AM** [26] - 23:5, 23:23, 29:5, 35:4,

40:21, 40:24, 45:10, 46:23, 47:10, 54:9, 62:17, 88:25, 89:13, 123:9, 123:12, 123:20, 124:10, 124:14, 124:22, 124:24, 125:6, 125:15, 125:18, 125:22, 126:3, 126:7
**MACHINE** [1] - 37:25
**MAD** [1] - 120:25
**MAGEE** [1] - 2:7
**MAHONEY** [1] - 121:8
**MAIN** [2] - 66:6, 66:8
**MAIO** [32] - 9:16, 11:6, 11:25, 23:10, 24:21, 25:18, 44:17, 44:20, 45:1, 45:5, 46:11, 46:13, 49:4, 58:16, 59:6, 60:25, 62:5, 62:8, 63:1, 64:7, 65:23, 67:17, 69:6, 69:11, 69:14, 72:21, 72:24, 73:3, 140:14, 140:16, 140:18, 140:20
**MAIO'S** [2] - 11:15, 72:18
**MAJOR** [3] - 52:11, 60:8, 94:18
**MALE** [4] - 113:22, 113:24, 116:7, 116:9
**MANNER** [2] - 19:1, 48:8
**MANUAL** [2] - 11:9, 95:7
**MANUALLY** [1] - 75:21
**MAP** [1] - 5:21
**MARCH** [12] - 29:25, 31:8, 36:14, 46:7, 78:6, 81:10, 85:22, 111:12, 113:15, 114:25, 120:6, 123:6
**MARK** [4] - 37:20, 55:16, 58:24, 114:24
**MARKED** [3] - 37:17, 58:17, 130:12
**MARKIE** [14] - 27:19, 28:25, 30:11, 30:19, 30:24, 38:20, 38:24, 39:7, 75:19, 77:6, 103:8, 107:22, 108:19, 127:4
**MARKIE'S** [1] - 131:23
**MARKS** [2] - 68:11, 68:12
**MARQUETTA** [7] - 95:6, 96:18, 120:13, 120:21, 121:1,

123:11
**MARRIED** [4] - 33:8, 33:11, 33:12
**MARSHAL** [1] - 138:24
**MARYLAND** [1] - 45:19
**MASSIVE** [8] - 17:4, 54:3, 54:5, 66:9, 66:13, 66:18, 66:19, 68:3
**MASTER'S** [1] - 83:4
**MATERIAL** [2] - 48:6, 69:16
**MATERIALS** [1] - 46:21
**MATH** [1] - 125:13
**MATTER** [7] - 8:20, 18:4, 18:22, 20:7, 47:5, 80:20, 81:1, 81:2, 90:24, 112:8
**MATTERS** [2] - 81:1, 112:10
**MCDOWELL** [5] - 7:14, 7:15, 31:16, 113:3, 113:4
**MCGRAW** [6] - 6:11, 6:12, 75:3, 75:5, 75:17
**MEAN** [26] - 20:17, 20:24, 20:25, 21:8, 22:4, 32:4, 33:7, 48:16, 49:14, 56:17, 57:20, 63:24, 65:20, 66:9, 66:10, 66:16, 66:18, 67:7, 68:3, 69:24, 70:6, 71:13, 86:25, 87:1, 118:1, 137:15
**MEANING** [3] - 33:4, 33:5, 134:20
**MEANS** [6] - 12:14, 42:3, 49:20, 49:22, 66:5, 67:2
**MEASURE** [3] - 92:1, 125:16, 128:19
**MEASURED** [1] - 128:21
**MEASUREMENTS** [5] - 124:20, 125:1, 125:8, 128:10, 129:5
**MECHANISM** [1] - 125:11
**MEDICAL** [19] - 4:4, 4:15, 4:17, 11:1, 45:10, 45:11, 45:16, 45:18, 46:4, 46:7, 47:9, 47:17, 47:22, 47:23, 48:12, 59:19, 119:20, 129:18,

129:23
**MEDICALLY** [1] - 61:23
**MEDICOLEGAL** [1] - 46:2
**MEDULLA** [1] - 66:3
**MEDULLARY** [3] - 65:23, 65:24, 66:2
**MEET** [1] - 27:21
**MEETS** [1] - 66:3
**MEMBERS** [1] - 34:23
**MEN** [1] - 78:21
**MENTIONED** [3] - 56:14, 66:20, 67:21
**MENTIONS** [1] - 68:9
**MICROPHONE** [4] - 4:8, 44:10, 71:1, 115:12
**MICROPHONES** [1] - 43:18
**MIDDLE** [1] - 104:3
**MIGHT** [19] - 5:20, 12:10, 13:16, 14:5, 28:16, 32:2, 60:5, 66:15, 72:9, 72:10, 85:14, 86:1, 91:5, 97:5, 100:14, 135:22, 135:23
**MIKE** [3] - 8:11, 71:2, 93:16
**MILES** [1] - 129:2
**MILITARY** [1] - 46:4
**MILL** [1] - 2:8
**MIND** [3] - 16:18, 101:17, 109:14
**MINE** [2] - 105:13, 130:20
**MINIMUM** [1] - 66:25
**MINOR** [1] - 53:15
**MINUTE** [14] - 9:1, 16:6, 23:7, 71:1, 75:14, 95:4, 96:12, 107:9, 109:8, 110:11, 114:19, 115:11, 138:20
**MINUTES** [6] - 67:1, 85:1, 118:1, 118:12, 118:14, 118:15
**MIRANDA** [181] - 2:10, 2:24, 3:9, 3:11, 8:6, 8:7, 8:10, 8:12, 8:23, 9:7, 9:8, 9:12, 10:8, 10:21, 10:24, 11:14, 11:21, 12:2, 13:12, 13:25, 14:7, 14:11, 14:14, 14:18, 14:24, 15:4, 15:6, 17:22, 18:17, 19:23, 20:10, 21:13, 22:4, 22:20, 22:21, 22:24, 23:9,

23:14, 24:11, 24:13, 25:7, 25:14, 26:10, 26:11, 31:21, 32:15, 32:18, 32:20, 32:21, 33:17, 33:20, 33:24, 34:6, 34:18, 34:25, 35:8, 35:19, 35:20, 38:3, 38:5, 40:14, 40:16, 40:25, 41:24, 43:12, 43:13, 43:20, 43:21, 44:15, 44:17, 44:23, 45:3, 46:14, 46:17, 46:20, 51:11, 55:14, 55:18, 55:24, 56:20, 56:22, 57:2, 57:10, 57:14, 57:21, 57:24, 58:3, 58:6, 58:13, 58:15, 58:22, 59:2, 59:5, 60:16, 60:20, 60:24, 62:2, 62:9, 62:24, 63:16, 64:3, 67:16, 67:19, 69:6, 70:19, 72:15, 72:17, 72:22, 73:9, 73:21, 74:5, 74:8, 74:20, 79:15, 79:18, 80:11, 85:6, 88:11, 88:14, 89:23, 90:22, 92:9, 92:25, 93:8, 93:21, 94:4, 94:14, 95:15, 95:24, 95:25, 96:5, 96:8, 96:11, 98:8, 98:11, 98:24, 100:16, 100:23, 107:15, 111:7, 111:9, 112:1, 112:3, 112:10, 114:5, 114:11, 117:20, 117:22, 117:24, 118:11, 118:18, 118:19, 118:22, 118:24, 119:5, 119:13, 121:13, 121:15, 122:15, 122:16, 122:18, 122:22, 122:24, 126:8, 130:14, 130:17, 130:23, 130:24, 131:2, 131:25, 132:21, 133:1, 133:13, 133:18, 133:24, 134:4, 134:7, 134:16, 135:15, 138:15, 138:16
**MISSED** [1] - 101:6
**MISSING** [1] - 24:4
**MISSTATE** [1] - 120:20
**MISSTATES** [2] - 57:17, 60:14

**MISSTATING** [1] - 57:5
**MODEL** [2] - 86:2, 124:23
**MOMENT** [5] - 57:21, 106:11, 110:19, 116:23, 132:13
**MONDAY** [1] - 124:16
**MONTH** [2] - 123:5, 133:15
**MORNING** [19] - 2:22, 2:23, 2:24, 3:6, 3:7, 3:10, 4:1, 4:4, 4:12, 4:18, 5:20, 22:12, 22:25, 23:1, 23:5, 25:17, 29:21, 44:11, 107:15
**MORNING'S** [1] - 94:11
**MOST** [3] - 52:22, 117:16, 123:15
**MOTHER** [4] - 26:23, 77:15, 103:1, 103:4
**MOTHER'S** [2] - 41:19, 42:17
**MOTION** [2] - 3:14, 3:20
**MOUNDS** [1] - 16:20
**MOUTH** [3] - 4:9, 93:17, 131:21
**MOVABLE** [1] - 51:18
**MOVE** [8] - 34:18, 34:25, 46:17, 50:20, 51:12, 85:18, 101:19, 101:20
**MOVED** [2] - 27:9, 46:4
**MOVING** [10] - 11:12, 11:16, 11:18, 50:22, 54:15, 60:2, 61:9, 65:13, 72:9, 82:9
**MULTIPLE** [5] - 33:6, 49:9, 49:17, 50:7, 51:15
**MURDER** [3] - 28:4, 35:6, 83:18
**MUSCLE** [4] - 55:6, 56:11, 56:17, 56:18
**MUSCLES** [1] - 59:16
**MUST** [6] - 17:16, 95:21, 99:17, 99:18, 118:18, 134:21

**N**

**NAME** [18] - 7:2, 23:11, 23:21, 23:23, 24:1, 26:19, 32:21, 36:8, 38:15, 38:16,

45:4, 45:5, 82:16, 102:14, 102:16, 107:18, 122:25
**NAMES** [1] - 31:15
**NANCY** [9] - 22:13, 23:24, 26:4, 26:17, 26:21, 32:19, 103:5, 140:3, 140:5
**NATURAL** [1] - 48:8
**NATURALLY** [1] - 138:6
**NATURE** [3] - 47:6, 48:1, 83:14
**NEAR** [2] - 99:9, 124:6
**NEARLY** [1] - 59:15
**NECESSARILY** [5] - 17:15, 21:9, 70:6, 93:18, 101:8
**NECESSITY** [1] - 136:15
**NECK** [7] - 50:12, 51:6, 51:23, 53:9, 53:14, 99:4, 99:6
**NEED** [37] - 8:10, 9:22, 9:25, 12:12, 15:21, 20:18, 21:9, 22:19, 25:16, 25:18, 37:16, 38:2, 55:22, 63:24, 71:19, 71:20, 79:11, 91:19, 95:1, 95:23, 97:9, 97:10, 97:17, 99:21, 99:23, 100:2, 100:11, 102:2, 106:16, 109:13, 115:14, 118:11, 119:9, 121:21, 122:6, 134:2, 138:5
**NEEDED** [2] - 22:3, 84:19, 131:8
**NEEDS** [3] - 21:3, 100:20
**NEGATIVE** [1] - 98:16
**NEVER** [12] - 18:12, 19:10, 31:3, 35:2, 39:1, 50:20, 57:17, 98:2, 120:25, 128:19, 128:21, 129:2
**NEVERTHELESS** [3] - 70:21, 135:5, 137:8
**NEW** [8] - 15:18, 18:8, 45:11, 45:12, 45:16, 99:17, 134:9, 134:21
**NEXT** [13] - 7:23, 35:25, 41:13, 43:25, 60:11, 90:21, 93:15, 93:19, 101:22, 109:16, 116:22, 123:6, 134:1
**NICE** [1] - 107:16

**NIGHT** [7] - 4:2, 36:16, 36:21, 103:12, 104:3, 108:10
**NOBODY** [7] - 38:23, 40:4, 43:1, 87:22, 88:1, 88:4, 126:23
**NORMAL** [2] - 86:23, 86:25
**NORMAL-SIZE** [2] - 86:23, 86:25
**NORMALLY** [1] - 28:19
**NORTH** [4] - 4:18, 5:11, 5:12, 45:14
**NOSE** [1] - 131:21
**NOTE** [2] - 41:6, 48:1
**NOTES** [5] - 2:1, 42:24, 84:15, 119:1, 119:8
**NOTHING** [11] - 25:4, 35:12, 66:17, 70:16, 82:8, 92:24, 92:25, 98:18, 102:6, 138:13, 139:4
**NOTIFIED** [1] - 4:21
**NOWITZKI** [1] - 89:9
**NUMBER** [6] - 3:3, 3:22, 3:24, 56:2, 56:4, 99:3
**NUMBERED** [1] - 58:23
**NUMBERS** [2] - 58:24, 59:7
**NUMEROUS** [1] - 84:14

**O**

**OATH** [3] - 22:17, 25:1, 82:5
**OBJECT** [11] - 14:22, 16:12, 31:22, 41:25, 57:16, 63:17, 75:19, 85:6, 96:20, 97:1, 111:14
**OBJECTED** [1] - 90:6
**OBJECTING** [2] - 114:5, 114:6
**OBJECTION** [16] - 22:4, 25:11, 32:14, 33:25, 38:3, 43:20, 60:14, 62:24, 70:24, 77:20, 84:8, 89:21, 94:1, 106:3, 111:7, 130:14
**OBJECTS** [1] - 71:24
**OBSERVE** [1] - 123:18
**OBSERVED** [1] - 99:6

**OBSERVING** [1] - 108:2
**OBSTRUCTING** [1] - 88:4
**OBTAIN** [2] - 4:19, 85:21
**OBTAINED** [2] - 45:10, 86:11
**OBTAINING** [1] - 129:5
**OBVIOUSLY** [3] - 47:21, 65:11, 100:24
**OCCASION** [2] - 123:10, 129:12
**OCCASIONALLY** [1] - 55:4
**OCCUPATION** [4] - 36:11, 36:14, 82:21, 82:24
**OCCURRED** [9] - 5:13, 17:5, 56:22, 57:1, 57:9, 63:11, 94:22, 98:4, 106:8
**OCCURRING** [1] - 95:1
**ODD** [1] - 13:21
**OFFENSE** [2] - 8:2, 42:21
**OFFER** [13] - 37:9, 75:2, 75:4, 75:22, 79:23, 84:4, 105:21, 106:23, 114:16, 119:25, 121:21, 130:3, 130:7
**OFFERED** [4] - 40:7, 72:15, 77:19, 112:4
**OFFICE** [22] - 2:13, 2:15, 4:1, 32:22, 45:18, 76:25, 77:5, 78:5, 81:10, 81:11, 105:2, 106:7, 110:3, 113:20, 116:3, 119:8, 120:6, 123:3, 123:7, 123:14, 126:14, 133:15
**OFFICER** [13] - 38:9, 77:22, 78:7, 78:8, 80:18, 104:25, 105:2, 107:4, 110:4, 110:20, 110:22, 126:12, 129:9
**OFFICIAL** [1] - 139:18
**OFTEN** [1] - 49:17
**OLD** [6] - 15:18, 27:10, 99:17, 120:23, 121:1, 134:21
**OMISSION** [2] - 137:25, 138:5
**ONCE** [1] - 3:17

**ONE** [58] - 5:19, 6:11, 7:14, 7:15, 7:23, 9:12, 9:24, 20:18, 21:15, 21:16, 29:1, 31:3, 39:19, 46:2, 49:15, 51:3, 52:12, 53:17, 53:18, 54:24, 55:14, 57:14, 59:20, 64:20, 64:22, 65:2, 66:15, 66:16, 67:4, 68:8, 73:6, 73:10, 75:4, 76:19, 84:20, 86:1, 89:4, 94:4, 95:12, 97:18, 97:19, 99:12, 104:23, 114:17, 114:24, 117:22, 119:24, 120:23, 121:1, 121:15, 123:22, 124:17, 124:19, 129:15, 130:12, 130:24, 136:2, 137:24
**ONE-TON** [2] - 123:22, 124:17
**ONE-YEAR-OLD** [2] - 120:23, 121:1
**ONES** [1] - 94:5
**OPEN** [6] - 61:14, 87:12, 88:16, 88:20, 126:5, 127:2
**OPENED** [2] - 33:17, 103:24
**OPENING** [7] - 16:22, 92:21, 97:21, 125:11, 126:23, 135:23, 136:25
**OPINED** [5] - 10:15, 10:25, 11:16, 54:19, 67:24
**OPINION** [22] - 11:15, 11:25, 12:3, 21:23, 46:24, 48:6, 51:13, 51:14, 54:22, 61:4, 61:5, 66:21, 68:10, 69:5, 87:11, 90:14, 90:18, 98:8, 98:10, 98:11, 100:22
**OPINIONS** [4] - 47:1, 47:12, 49:5, 49:7
**OPPORTUNE** [1] - 12:16
**OPPORTUNITY** [5] - 12:11, 106:18, 123:18, 124:12, 139:1
**OPTION** [1] - 18:24
**OPTIONS** [4] - 95:16, 95:19, 96:23, 97:2
**ORDINARY** [1] - 128:8

**ORIENTED** [1] - 71:6
**ORIGINAL** [5] - 19:16, 79:22, 80:6, 112:6, 116:6
**OTHERWISE** [1] - 108:2
**OUTDOORS** [1] - 29:6
**OUTLINE** [1] - 16:8
**OUTLINED** [1] - 97:19
**OUTSIDE** [10] - 22:17, 22:22, 25:20, 25:24, 26:9, 26:13, 44:1, 44:3, 82:1, 117:3
**OVERDOSE** [1] - 48:21
**OVERRULE** [1] - 33:25
**OWN** [2] - 47:22, 106:6

**P**

**P-E-T-E-C-H-I-A-E** [1] - 50:1
**P.A** [1] - 56:2
**PACKET** [2] - 55:19, 58:23
**PAGE** [23] - 1:15, 1:17, 58:17, 59:6, 62:18, 64:8, 95:24, 96:1, 96:9, 96:14, 105:8, 105:14, 105:17, 106:5, 111:19, 111:21, 111:22, 111:24, 113:11, 115:17, 129:9, 129:10, 132:10
**PAGES** [6] - 1:13, 21:4, 96:14, 106:11, 106:12, 139:12
**PAINS** [1] - 5:7
**PARAGRAPH** [6] - 111:12, 111:14, 112:1, 112:17, 132:15, 135:6
**PARAGRAPHS** [1] - 96:22
**PARAMETER** [1] - 37:13
**PARDON** [1] - 49:12
**PART** [39] - 3:14, 10:10, 14:25, 15:6, 21:14, 21:17, 54:7, 56:9, 60:16, 60:21, 66:4, 67:24, 68:25, 69:17, 70:8, 70:11, 71:13, 72:12, 75:16, 76:2, 76:9, 76:14,

80:12, 82:23, 84:10, 84:20, 85:9, 85:21, 94:12, 94:18, 100:24, 101:4, 111:9, 111:15, 119:19, 121:20, 121:24, 121:25, 122:8
**PARTICULAR** [7] - 13:16, 20:5, 43:5, 65:15, 65:16, 79:4
**PARTICULARLY** [1] - 99:4
**PARTIES** [1] - 3:18
**PARTS** [3] - 51:20, 75:3, 112:17
**PASS** [3] - 62:2, 109:4, 126:9
**PASSENGER** [4] - 87:22, 125:5, 125:19, 126:6
**PASSENGER-SIDE** [3] - 125:5, 125:19, 126:6
**PASSING** [1] - 53:19
**PAST** [3] - 65:16, 69:15, 128:1
**PATHOLOGIST** [1] - 47:20
**PATHOLOGISTS** [1] - 47:16
**PATHOLOGY** [9] - 45:13, 45:15, 45:18, 45:21, 45:22, 46:1, 46:10, 47:14
**PATIENTS** [1] - 47:20
**PATROL** [1] - 36:16
**PATROLMAN** [2] - 81:11, 81:12
**PAUSING** [2] - 27:6, 29:24
**PEOPLE** [9] - 4:21, 19:13, 55:3, 68:25, 91:7, 91:10, 91:11, 91:14, 91:16
**PER** [1] - 66:8
**PERCENT** [4] - 68:14, 69:4, 70:17, 91:1
**PERCEPTIONS** [1] - 94:12
**PERFORM** [1] - 84:16
**PERFORMED** [2] - 87:4, 87:17
**PERHAPS** [12] - 5:20, 5:21, 12:9, 32:3, 74:3, 81:1, 85:16, 90:15, 97:4, 109:24, 117:17, 130:12
**PERINEUM** [1] - 99:5
**PERSON** [13] - 22:19,

34:16, 48:7, 51:4, 51:8, 53:12, 61:10, 65:19, 89:4, 90:24, 92:16, 92:20, 138:7
**PERSONAL** [2] - 108:21, 108:24
**PERSONALLY** [1] - 102:21
**PETECHIAE** [8] - 49:15, 49:17, 49:20, 49:23, 49:25, 51:1, 51:3, 51:5
**PETITION** [2] - 122:2, 122:10
**PETITIONER** [32] - 2:5, 5:15, 7:12, 7:23, 26:17, 36:6, 41:4, 43:17, 62:6, 69:12, 73:17, 75:18, 79:5, 79:9, 82:14, 92:14, 102:12, 112:20, 114:21, 115:8, 116:14, 126:10, 136:12, 140:4, 140:8, 140:12, 140:17, 140:21, 140:23, 141:2, 141:4, 141:10
**PETITIONER'S** [58] - 3:14, 3:20, 7:15, 7:21, 7:25, 37:17, 38:4, 40:8, 40:9, 62:21, 62:22, 71:4, 71:23, 72:13, 75:11, 75:12, 75:15, 76:4, 76:7, 105:22, 106:1, 106:13, 106:25, 114:23, 116:17, 120:3, 121:11, 121:14, 130:4, 130:8, 130:15, 132:7, 141:14, 141:15, 141:16, 141:17, 141:19, 141:20, 141:23, 141:24, 141:25, 142:1, 142:2, 142:3, 142:5, 142:6, 142:7, 142:8, 142:9, 142:10, 142:11, 142:12, 142:13, 142:14, 142:15, 142:16, 142:17, 142:18
**PH.D** [1] - 58:2
**PHASE** [2] - 33:14, 34:2
**PHENOMENA** [1] - 52:24
**PHONE** [3] - 6:22,

28:13, 28:15
**PHOTO** [1] - 71:16
**PHOTOGRAPH** [5] - 56:2, 58:19, 58:20, 71:7, 71:8
**PHOTOGRAPH)** [1] - 59:17
**PHOTOGRAPHS** [5] - 46:23, 55:20, 58:23, 69:17, 69:18
**PHOTOS** [3] - 59:1, 59:2, 59:3
**PHYSICAL** [4] - 47:19, 48:12, 51:9, 138:10
**PHYSICALLY** [3] - 33:6, 34:8, 127:12
**PHYSICIANS** [1] - 47:17
**PICKED** [2] - 77:15, 121:1
**PICKUP** [7] - 39:14, 41:20, 41:21, 42:18, 42:20, 71:13, 72:2
**PICTURE** [5] - 55:12, 69:14, 69:16, 72:4, 72:6
**PIECE** [1] - 13:16
**PILLOW** [1] - 51:1
**PIN** [1] - 50:4
**PINNING** [3] - 53:22, 53:25, 55:7
**PINS** [1] - 53:20
**PIVOTING** [1] - 59:13
**PLACE** [4] - 4:8, 71:11, 82:4, 101:13
**PLACED** [3] - 22:17, 24:25, 131:23
**PLANO** [3] - 1:8, 2:2, 139:21
**PLAUSIBLE** [8] - 60:12, 60:15, 60:21, 60:25, 64:13, 65:5, 70:11, 72:12
**PLAYED** [1] - 94:13
**PLEAD** [1] - 95:21
**PLEADS** [1] - 96:15
**PLED** [2] - 95:11, 95:13
**PLURAL** [1] - 59:1
**PLUS** [1] - 101:11
**PM** [1] - 74:19
**PODIUM** [3] - 6:4, 8:10, 44:9
**POINT** [18] - 18:17, 21:1, 31:21, 41:24, 43:5, 63:16, 72:8, 89:23, 98:5, 101:1, 108:9, 108:14, 129:15
**POINTED** [1] - 20:24

POINTLESS [1] - 42:3
POINTS [1] - 64:18
POLICE [10] - 47:21, 77:16, 83:9, 84:14, 88:17, 104:21, 104:24, 127:17, 127:18, 128:22
POLUNSKY [1] - 138:17
PONS [1] - 66:3
PONTINE [1] - 66:2
PONTINE-MEDULLARY [1] - 66:2
PONTO [2] - 65:23, 65:24
PONTO-MEDULLARY [1] - 65:23
POPLITEUM [1] - 59:16
POPPED [1] - 61:14
PORTION [3] - 14:4, 21:17, 60:13
POSITION [1] - 99:21
POSITIONS [1] - 45:23
POSSIBILITY [2] - 11:18, 119:17
POSSIBLE [12] - 11:24, 40:18, 46:11, 68:21, 68:23, 69:2, 69:19, 88:19, 89:25, 91:13, 117:17, 119:15
POSSIBLY [4] - 20:21, 89:22, 90:1
POST [16] - 2:15, 12:10, 12:15, 12:17, 12:20, 20:14, 20:15, 20:16, 20:23, 21:5, 22:2, 97:4, 133:7, 133:9, 134:2, 134:18
POST-HEARING [14] - 12:10, 12:17, 12:20, 20:14, 20:15, 20:16, 20:23, 21:5, 22:2, 97:4, 133:7, 133:9, 134:2, 134:18
PRACTICE [1] - 46:9
PRACTICING [1] - 83:15
PRE [8] - 3:23, 7:4, 16:7, 76:11, 78:11, 109:22, 110:1, 111:5
PRE-HEARING [8] - 3:23, 7:4, 16:7, 76:11, 78:11, 109:22, 110:1, 111:5
PREFER [1] - 21:5

PREMATURE [1] - 93:22
PREPARATION [4] - 31:24, 54:8, 84:3, 124:16
PREPARED [1] - 31:19
PRESBYTERIAN [1] - 117:11
PRESENCE [1] - 92:16
PRESENT [14] - 3:6, 5:1, 12:25, 20:20, 21:25, 33:14, 34:2, 35:5, 39:6, 48:2, 74:24, 85:2, 100:4, 101:11
PRESENTATION [1] - 5:21
PRESENTED [11] - 18:5, 19:10, 101:10, 134:23, 136:17, 136:18, 136:24, 136:25, 137:13, 137:15, 137:16
PRESENTS [1] - 64:12
PRESIDING [2] - 1:19, 2:3
PRESS [1] - 43:1
PRESSING [1] - 55:5
PRESTON [1] - 139:20
PRETRIAL [2] - 79:21, 93:22
PRETTY [3] - 14:2, 67:3, 127:10
PREVENT [1] - 88:1
PREVIOUS [1] - 8:13
PRIVATE [4] - 46:9, 82:22, 83:9, 83:15
PROBABILISTIC [4] - 17:17, 99:18, 100:5, 134:25
PROBABLE [2] - 117:9, 117:14
PROBATIVE [1] - 98:2
PROBLEM [4] - 37:24, 61:5, 71:20, 111:11
PROBLEMS [1] - 117:15
PROCEDURALLY [2] - 15:15, 99:14
PROCEDURES [1] - 83:13
PROCEED [1] - 5:16
PROCEEDED [1] - 104:5
PROCEEDING [1] - 20:13
PROCEEDINGS [2] - 1:24, 139:13

PROCESS [1] - 47:13
PROCUREMENT [1] - 137:25
PRODUCE [3] - 67:1, 138:3
PRODUCED [1] - 1:25
PRODUCES [1] - 52:21
PROGRESS [1] - 36:22
PROJECTOR [2] - 6:7, 37:21
PROOF [2] - 5:15, 110:25
PROPER [1] - 135:8
PROPERLY [5] - 17:17, 17:19, 31:19, 99:19, 135:1
PROPOSE [1] - 93:24
PROPOSED [1] - 76:15
PROPOSES [1] - 60:25
PROSECUTION [5] - 14:10, 14:12, 135:14, 137:11, 137:17
PROSECUTION'S [1] - 14:16
PROSECUTOR [3] - 18:19, 18:23, 101:2
PROTRUDES [1] - 72:5
PROTRUDING [2] - 69:21, 72:7
PROVEN [1] - 98:18
PROVIDE [1] - 5:21
PROVIDED [2] - 55:18, 55:20
PROVIDING [1] - 139:1
PULLED [3] - 39:22, 104:14, 105:19
PULLING [1] - 131:20
PULSATIONS [2] - 50:22, 50:23
PULSE [3] - 78:9, 78:22, 80:18
PUNCTATE [1] - 49:20, 49:23
PUNISHMENT [2] - 33:14, 34:2
PURPOSE [1] - 88:15
PURPOSES [2] - 8:18, 72:25
PURSUE [1] - 42:23
PURSUING [1] - 100:19
PUSH [1] - 87:12
PUSHED [19] - 10:17,

10:23, 12:1, 14:16, 21:20, 49:1, 53:8, 59:12, 61:10, 61:13, 61:17, 61:18, 61:23, 65:2, 65:8, 65:20, 65:22, 67:10, 68:20
PUSHING [3] - 14:22, 14:25, 119:21
PUT [24] - 12:17, 16:17, 16:18, 19:5, 21:5, 23:15, 37:7, 37:15, 37:20, 44:15, 44:17, 50:24, 55:12, 55:15, 62:15, 67:13, 68:16, 71:21, 73:12, 93:18, 99:21, 101:13, 117:8, 118:1

Q

QUALIFICATIONS [2] - 84:6, 84:8
QUARTER [2] - 86:7, 86:9
QUARTERS [1] - 132:14
QUESTIONED [1] - 119:14
QUESTIONING [1] - 85:7
QUESTIONS [28] - 32:16, 32:23, 35:9, 40:12, 41:1, 41:3, 43:11, 43:14, 46:19, 67:15, 67:19, 70:19, 72:22, 84:7, 88:8, 92:10, 106:22, 107:7, 107:20, 109:5, 109:10, 109:12, 130:21, 130:23, 132:1, 132:2, 132:3, 132:17
QUICKLY [3] - 49:11, 49:13, 49:14
QUITE [1] - 128:13
QUOTE [1] - 99:2
QUOTES [2] - 112:17

R

R-E-C-E-S-E--I'M [1] - 7:1
R-E-C-E-E [2] - 7:7, 7:8
RADIO [1] - 78:5
RAISE [3] - 24:25, 82:4, 102:3
RAN [1] - 77:17
RASH [1] - 68:25

RATHER [5] - 4:20, 6:7, 21:6, 92:21, 101:19
RE [2] - 93:25, 121:21
RE-OFFER [1] - 121:21
RE-URGE [1] - 93:25
REACH [21] - 87:6, 88:5, 88:16, 88:20, 89:5, 89:8, 89:9, 89:19, 89:25, 90:5, 90:10, 90:24, 91:4, 91:8, 92:6, 92:17, 99:14, 118:5, 118:21, 125:4, 126:5
REACHED [3] - 49:5, 90:15, 90:19
REACTION [1] - 129:21
READ [18] - 3:23, 51:18, 59:9, 59:20, 60:13, 60:15, 60:21, 76:11, 76:14, 76:21, 106:20, 109:11, 113:7, 113:8, 120:10, 120:18, 131:15, 137:22
READING [4] - 20:6, 88:17, 113:1, 132:6
READY [2] - 74:11, 81:18
REAL [1] - 87:14
REALLY [14] - 15:11, 40:2, 41:16, 73:11, 87:10, 88:4, 89:6, 103:15, 108:5, 112:3, 128:19, 128:20, 131:8, 135:4
REAR [1] - 71:15
REASON [7] - 5:12, 12:11, 13:17, 16:17, 79:19, 79:23, 128:19
REASONABLE [29] - 13:23, 13:24, 16:16, 16:18, 17:17, 18:2, 18:3, 18:9, 18:15, 19:6, 19:13, 19:15, 21:22, 97:11, 97:12, 98:5, 98:15, 98:16, 98:17, 98:22, 99:19, 99:21, 101:14, 135:1, 135:10, 136:14, 138:9
REASONABLY [1] - 138:3
REBUTTAL [4] - 21:17, 73:10, 73:19, 117:25
RECALLING [1] - 35:18

RECEE [1] - 7:1
RECEIVE [2] - 3:25, 83:7
RECEIVED [5] - 28:12, 78:16, 82:23, 106:24, 123:15
RECENTLY [1] - 124:12
RECESS [10] - 74:2, 74:13, 74:16, 74:19, 74:22, 118:4, 118:10, 118:15, 118:16, 139:4
RECOLLECTION [3] - 36:23, 39:3, 42:1
RECONVENE [1] - 74:14
RECORD [54] - 4:11, 5:10, 7:16, 7:20, 10:4, 11:22, 12:13, 17:16, 26:20, 34:11, 34:14, 36:9, 37:16, 38:22, 39:18, 40:5, 40:17, 45:4, 55:19, 56:24, 58:24, 74:7, 76:12, 76:14, 76:21, 79:19, 79:22, 82:17, 96:1, 99:18, 100:3, 100:17, 100:18, 100:21, 102:15, 106:16, 110:23, 111:19, 111:21, 111:22, 111:23, 112:14, 112:19, 114:15, 115:12, 116:4, 117:8, 120:10, 121:20, 121:25, 122:25, 130:6, 134:25, 139:13
RECORDED [1] - 78:5
RECORDS [1] - 47:22
RECROSS [2] - 69:11, 140:20
RECROSS-EXAMINATION [2] - 69:11, 140:20
REDIRECT [8] - 41:4, 67:17, 92:13, 131:1, 140:11, 140:18, 141:1, 141:11
REECE [7] - 7:1, 7:11, 81:7, 81:9, 81:12, 81:13
REFER [1] - 58:24
REFERENCE [1] - 36:21
REFERRED [3] - 20:25, 60:18, 128:2
REFERRING [6] -

37:5, 41:9, 64:12, 96:7, 103:19, 113:6
REFERS [2] - 60:11, 113:5
REFLECTED [1] - 42:2
REFUSAL [1] - 99:25
REGARD [1] - 134:24
REGARDING [7] - 6:3, 6:21, 6:22, 77:2, 106:7, 117:7, 120:6
REGULAR [1] - 128:2, 128:15
REGULAR-SIZE [1] - 128:15
REHASH [1] - 12:12
RELATE [2] - 39:25, 80:4
RELATED [1] - 26:22
RELATES [1] - 32:12
RELATING [2] - 78:25, 80:16
RELATION [1] - 77:25, 79:3
RELATIONSHIPS [1] - 34:9
RELATIVELY [1] - 53:15
RELAYED [1] - 92:3
RELEASING [1] - 117:15
RELEVANCE [2] - 63:17, 85:11
RELEVANT [14] - 8:1, 13:1, 31:23, 31:24, 32:3, 85:8, 85:10, 99:12, 100:14, 100:15, 101:19, 114:3, 114:4, 116:12
RELIABILITY [2] - 13:18, 13:19
RELIES [1] - 4:10
RELY [2] - 68:15, 122:9
REMAIN [1] - 25:20
REMANDING [1] - 138:23
REMEMBER [26] - 28:1, 28:3, 28:5, 28:17, 29:15, 29:17, 29:23, 31:15, 42:10, 55:9, 55:11, 84:13, 84:17, 84:24, 85:2, 85:25, 86:10, 86:12, 103:10, 104:24, 105:2, 107:4, 127:8, 129:16, 129:18, 131:7
REMOVED [1] - 112:11
REMOVES [1] - 8:3

RENDERED [3] - 47:2, 97:7, 97:19
RENDITION [1] - 114:14
RENT [2] - 65:23, 65:24
REOFFERED [1] - 122:7
REPEATEDLY [1] - 34:8
REPHRASE [1] - 56:23
REPORT [55] - 10:5, 10:15, 10:21, 12:4, 37:3, 38:11, 38:12, 38:14, 38:18, 38:21, 39:10, 39:13, 39:14, 39:18, 39:21, 39:25, 40:3, 41:7, 42:2, 42:3, 42:11, 42:21, 46:23, 46:24, 54:8, 54:10, 54:19, 57:17, 57:19, 57:22, 58:8, 58:10, 60:12, 61:3, 64:8, 64:15, 64:17, 64:19, 65:3, 67:21, 67:25, 68:9, 111:13, 113:5, 113:19, 114:9, 114:12, 114:13, 114:14, 114:16, 115:3, 121:22, 121:23, 129:9, 136:24
REPORTED [1] - 1:24
REPORTER [4] - 15:22, 24:15, 24:17, 139:18
REPORTER'S [8] - 1:11, 2:1, 111:19, 111:21, 111:23, 112:19, 139:10
REPORTS [4] - 84:14, 88:17, 114:25
REPRESENT [2] - 31:10, 107:19
REPRESENTING [2] - 3:4, 84:2
REQUEST [5] - 3:18, 22:5, 133:13, 133:15, 133:17
REQUESTED [1] - 73:24
REQUESTING [1] - 133:9
REQUIRED [2] - 66:21, 83:8
RESCHEDULED [1] - 3:19
RESEARCHED [1] - 95:14

RESIDENCE [7] - 36:20, 41:14, 41:19, 41:20, 42:16, 42:17, 77:14
RESIDENCY [2] - 45:15, 63:15
RESIST [1] - 126:23
RESISTING [1] - 92:20
RESPIRATING [1] - 67:2
RESPONDED [2] - 77:5, 111:12
RESPONDENT [21] - 2:10, 5:25, 32:19, 40:15, 45:2, 67:18, 88:13, 93:7, 107:17, 122:23, 131:1, 132:25, 133:8, 140:6, 140:10, 140:15, 140:19, 140:25, 141:6, 141:8, 141:12
RESPONDENT'S [16] - 55:16, 55:23, 58:21, 58:25, 70:22, 72:16, 72:17, 72:19, 119:12, 141:18, 141:21, 141:22, 142:20, 142:21, 142:22, 142:23
RESPONSIBLE [3] - 131:5, 138:6, 138:10
REST [6] - 44:12, 121:18, 122:12, 122:13, 131:9, 132:25
RESTRICTED [1] - 37:12
RESULT [11] - 10:16, 10:18, 11:2, 14:22, 28:21, 49:9, 50:11, 54:4, 66:17, 68:18, 104:21
RESULTING [3] - 96:19, 96:25, 138:9
RESULTS [1] - 138:6
RETIRED [1] - 46:8
RETURN [1] - 110:14
RETURNED [1] - 77:14
RETURNS [2] - 110:9, 110:12
REVIEW [4] - 47:9, 55:21, 84:10, 106:19
REVIEWED [4] - 46:21, 46:23, 54:7, 84:13
RIB [1] - 52:8
RICHARD [4] - 1:19, 2:2, 2:5, 3:5

RICK [1] - 3:1
RILEY [9] - 73:21, 81:22, 82:13, 82:18, 88:12, 92:13, 140:22, 140:24, 141:1
RIPPED [1] - 57:12
RIPPING [2] - 54:23, 55:7
RIPS [2] - 55:5, 59:23
ROAD [13] - 5:21, 39:11, 42:16, 68:25, 77:10, 79:3, 79:8, 87:7, 102:19, 103:2, 111:13, 121:7, 139:20
ROLE [1] - 123:13
RON [1] - 7:17
RONALD [1] - 93:20
ROOM [4] - 26:14, 117:10, 117:12, 119:1
ROPE [1] - 75:21
ROTATED [1] - 59:15
ROTATES [1] - 59:23
RUBRIC [1] - 100:8
RULE [7] - 23:17, 25:6, 25:8, 25:9, 25:12, 25:18, 95:20
RULES [2] - 83:13, 134:24
RULING [4] - 21:11, 22:7, 101:16, 122:9
RULINGS [2] - 12:24, 37:12, 94:9
RUN [27] - 11:17, 12:3, 12:5, 49:15, 51:4, 51:13, 53:5, 54:12, 55:3, 61:7, 61:22, 67:12, 67:13, 67:25, 68:9, 68:10, 68:15, 68:22, 68:23, 69:1, 69:5, 70:6, 70:7, 70:8, 70:10, 119:16
RUNNING [3] - 117:15, 120:14, 120:21
RUNOVER [2] - 51:13, 119:17
RUPTURE [1] - 52:25
RUPTURES [1] - 66:14

## S

S-A-N-D-S [1] - 82:18
S.W.2D [1] - 137:20
SABRINA [8] - 77:1, 101:23, 102:12,

102:16, 107:17,
141:3, 141:5
**SAN** [2] - 46:6, 46:7
**SANDS** [20] - 73:21,
81:20, 81:21, 81:22,
82:3, 82:13, 82:16,
82:18, 84:4, 84:11,
88:12, 88:15, 92:13,
93:10, 99:25,
117:25, 140:22,
140:24, 141:1
**SAT** [3] - 18:14, 68:21,
125:2
**SAVE** [1] - 46:17
**SAW** [10] - 11:22,
11:23, 29:9, 30:4,
31:3, 35:2, 79:7,
80:4, 113:22, 121:8
**SCARED** [3] - 103:15,
103:16, 103:20
**SCENARIO** [8] -
60:12, 60:15, 60:22,
61:1, 64:13, 65:5,
70:12, 72:12
**SCENE** [4] - 46:24,
59:2, 69:18, 84:21
**SCHEDULE** [1] -
134:7
**SCHEDULED** [1] -
3:16
**SCHELL** [2] - 1:19, 2:2
**SCHLUP** [5] - 13:3,
13:4, 114:2, 136:3
**SCHOOL** [3] - 27:11,
27:12, 47:17
**SCOOTED** [1] - 91:6
**SCRAPE** [1] - 56:9
**SCRAPED** [1] - 56:11
**SCREAMING** [1] -
121:2
**SCREEN** [4] - 37:7,
42:11, 62:15, 71:6
**SE** [1] - 66:8
**SEARCHING** [1] - 28:7
**SEAT** [23] - 26:6,
35:22, 36:3, 44:20,
54:20, 57:11, 57:12,
59:11, 59:14, 59:22,
59:24, 82:11, 86:22,
86:23, 87:6, 87:22,
91:5, 102:8, 124:7,
124:17, 127:1
**SEATED** [4] - 2:21,
74:23, 102:22,
118:17
**SEATS** [1] - 119:10
**SECOND** [15] - 6:14,
33:13, 46:3, 51:13,
55:14, 75:16, 75:24,
76:9, 78:16, 78:20,

111:15, 112:1,
119:19, 131:7,
132:10
**SECONDLY** [1] -
112:15
**SECONDS** [2] - 66:15,
66:16
**SECTION** [7] - 46:2,
46:3, 76:10, 78:10,
81:8, 109:25, 111:5
**SECURITY** [3] - 110:4,
110:20, 110:22
**SEDAN** [6] - 86:20,
86:23, 86:25, 128:8,
128:19, 128:21
**SEDANS** [2] - 128:15
**SEE** [67] - 3:16, 3:24,
7:7, 9:17, 12:12,
15:18, 16:7, 16:8,
16:11, 17:10, 17:12,
25:16, 29:15, 29:19,
32:4, 32:11, 38:1,
39:16, 41:10, 42:6,
42:10, 44:1, 44:3,
51:5, 55:2, 55:3,
55:4, 56:7, 56:9,
56:17, 57:19, 60:9,
61:3, 68:12, 68:13,
69:16, 70:5, 71:21,
76:13, 76:20, 79:21,
82:1, 87:6, 87:7,
87:20, 88:16, 92:2,
96:2, 99:24, 101:25,
108:9, 109:9,
109:21, 109:23,
110:14, 113:2,
115:17, 115:23,
117:3, 117:20,
118:5, 125:4, 132:6,
133:20, 134:6,
134:12, 136:8
**SEEING** [3] - 24:3,
54:10, 79:3
**SEEM** [3] - 9:5, 19:21,
135:16
**SENSE** [6] - 10:5,
21:15, 73:12, 118:2,
136:5, 136:8
**SENTENCE** [2] -
41:13, 41:18
**SEPARATE** [5] -
15:10, 15:13, 18:18,
18:21, 40:19
**SERIOUS** [2] - 4:20,
5:7
**SERVED** [2] - 110:6,
110:25
**SERVICES** [2] - 28:19,
28:22
**SET** [1] - 133:11

**SEVEN** [2] - 27:10,
89:9
**SEVERAL** [2] - 80:3,
83:8
**SEVERE** [1] - 56:16
**SHAKING** [1] - 77:6
**SHALL** [10] - 20:12,
25:3, 74:2, 82:7,
102:5, 120:18,
133:11
**SHERIFF** [4] - 78:19,
105:3, 120:14,
120:22
**SHERIFF'S** [26] - 6:16,
6:21, 7:2, 36:12,
36:17, 42:6, 42:8,
76:1, 76:25, 77:4,
78:5, 78:14, 78:17,
78:20, 81:10,
105:11, 106:7,
110:3, 113:20,
116:2, 120:5, 123:3,
123:7, 123:14,
126:14
**SHERIFFS** [1] - 105:4
**SHERMAN** [1] - 1:3
**SHERRI** [1] - 7:25
**SHH** [1] - 116:16
**SHIFT** [1] - 36:16
**SHIRLEY** [1] - 33:12
**SHIRT** [1] - 120:25
**SHOES** [2] - 19:6,
19:16
**SHORT** [5] - 5:21,
68:24, 81:7, 117:22,
125:13
**SHORTER** [5] - 91:15,
91:16, 92:17, 126:2,
126:4
**SHOULDER** [1] -
121:2
**SHOVED** [2] - 121:4,
121:5
**SHOW** [8] - 30:7,
58:10, 85:12, 88:19,
89:25, 97:17, 98:2,
105:8
**SHOWING** [1] - 37:16
**SHOWN** [3] - 69:14,
89:16, 129:9
**SHREDDED** [1] -
66:10
**SIC** [1] - 87:7
**SIC]** [1] - 11:18
**SIDE** [16] - 25:6,
65:13, 72:3, 72:6,
101:9, 115:19,
115:21, 121:5,
125:4, 125:5,
125:19, 126:5,

126:6, 128:1, 128:4
**SIDED** [1] - 115:17
**SIDES** [3] - 63:21,
72:1, 94:15
**SIDEWAYS** [1] - 61:15
**SIGN** [2] - 38:16,
138:21
**SIGNATURE** [4] -
38:14, 62:18, 105:9,
129:10
**SIGNED** [2] - 75:5,
138:22
**SIGNIFICANT** [1] -
63:13
**SIGNS** [3] - 4:13, 5:8,
49:14
**SIMILAR** [6] - 85:22,
86:1, 86:2, 86:11,
87:20, 124:13
**SIMILARITIES** [1] -
89:1
**SIMPLIFY** [1] - 121:23
**SIMPLY** [26] - 8:20,
15:1, 15:8, 16:14,
17:6, 18:2, 19:8,
19:18, 21:6, 47:9,
48:11, 48:14, 58:24,
76:14, 80:16, 81:9,
90:24, 97:6, 97:10,
98:13, 99:20,
101:10, 114:6,
135:8, 136:1
**SINGLE** [1] - 115:18
**SISTER** [3] - 7:22,
7:25, 28:11
**SIT** [1] - 87:6
**SITTING** [5] - 59:11,
89:5, 91:5, 92:7,
125:3, 126:5
**SIXTH** [2] - 41:6, 42:13
**SIZE** [6] - 86:23,
86:25, 87:1, 87:2,
128:15
**SKIN** [5] - 49:18,
54:12, 55:6, 56:9,
56:11
**SKULL** [3] - 51:16,
51:17
**SLIDING** [1] - 77:17
**SMALL** [3] - 49:20,
49:23, 124:6
**SMIDDY** [17] - 78:6,
78:12, 78:13, 78:19,
78:24, 80:1, 80:3,
80:8, 80:9, 113:14,
113:22, 115:4,
116:7, 120:5, 120:12
**SMIDDY'S** [1] - 112:5
**SMOTHER** [1] - 50:25
**SMUDGES** [1] - 68:13

**SO..** [1] - 59:24
**SOCIOLOGY** [1] -
83:4
**SOLELY** [1] - 80:12
**SOMEONE** [13] -
39:24, 48:25, 50:17,
50:19, 50:25, 54:4,
61:6, 64:23, 66:21,
68:15, 72:8, 91:15,
104:4
**SOMETIMES** [3] -
66:12, 68:12, 68:13
**SOMEWHERE** [3] -
84:25, 95:5, 112:19
**SON** [3] - 27:23,
32:23, 34:16
**SON'S** [1] - 34:3
**SOON** [2] - 133:14,
133:22
**SORRY** [17] - 4:7, 5:4,
10:17, 14:18, 29:17,
41:12, 44:2, 56:20,
72:15, 78:2, 79:7,
105:25, 107:11,
111:19, 121:13,
128:20, 137:12
**SORT** [3] - 12:24,
15:13, 129:15
**SOUND** [1] - 4:10
**SPACE** [1] - 59:17
**SPACED** [1] - 115:19
**SPEAKING** [6] - 79:5,
79:9, 96:5, 114:21,
115:8, 116:14
**SPEAKS** [1] - 100:17
**SPECIAL** [2] - 82:23,
82:25
**SPECIALTY** [1] -
45:20
**SPECIFIC** [2] - 14:25,
29:23
**SPECIFICALLY** [1] -
47:8
**SPECIFIED** [1] - 78:24
**SPECK** [1] - 124:6
**SPELL** [8] - 23:20,
24:15, 26:19, 36:8,
45:4, 49:25, 82:16,
102:14
**SPELLING** [1] - 7:2
**SPENDING** [1] - 21:4
**SPINAL** [2] - 51:21,
65:25
**SPRINGS** [5] - 26:25,
27:9, 27:13, 102:19,
124:19
**SPUN** [1] - 121:6
**SQUASHED** [2] - 51:5,
51:25
**SQUASHING** [1] -

69:25
STAND [7] - 16:1, 19:10, 36:4, 44:21, 98:2, 102:2, 119:9
STAND-ALONE [2] - 16:1, 98:2
STANDARD [1] - 136:13
STANDING [2] - 71:17, 93:16
STAR [2] - 99:3
START [2] - 5:17, 23:11
STARTED [5] - 41:13, 41:18, 42:16, 121:3, 131:12
STARTS [2] - 53:23, 96:10
STATE [30] - 2:14, 3:9, 5:1, 9:24, 10:3, 11:7, 13:25, 15:17, 18:4, 18:5, 26:19, 36:8, 45:4, 45:11, 45:19, 82:16, 83:16, 93:6, 97:6, 98:2, 98:20, 99:3, 100:19, 102:14, 119:5, 122:25, 131:24, 135:4, 136:10, 137:19
STATE'S [13] - 9:9, 15:8, 94:12, 94:18, 94:20, 95:2, 98:11, 100:1, 100:7, 100:13, 100:17, 100:22, 136:9
STATEMENT [44] - 3:23, 3:25, 7:5, 16:7, 38:20, 38:22, 39:7, 41:15, 67:11, 76:3, 76:10, 76:11, 77:1, 77:3, 78:11, 79:22, 81:8, 93:22, 104:24, 105:8, 105:14, 106:5, 107:1, 107:4, 109:9, 109:11, 109:13, 109:22, 110:1, 111:5, 112:6, 113:4, 113:19, 113:21, 115:4, 115:7, 116:5, 116:13, 120:4, 120:7, 120:12, 120:13, 130:8, 130:18
STATEMENTS [11] - 16:22, 42:22, 80:6, 80:8, 97:22, 115:5, 115:13, 135:23, 135:24, 136:25

STATES [4] - 1:1, 12:4, 39:10, 39:13
STATIONERY [2] - 116:3, 126:19
STATUTE [1] - 138:2
STATUTES [1] - 138:1
STAY [3] - 35:15, 43:15, 81:25
STAYS [1] - 50:12
STEERING [4] - 52:23, 125:2, 125:17, 125:18
STEERING-WHEEL [1] - 125:2
STEM [4] - 51:21, 66:1, 66:2, 66:4
STENOTYPE [1] - 1:24
STEPPED [1] - 77:14
STICKING [2] - 69:15, 72:4
STICKS [1] - 72:2
STILL [10] - 5:12, 21:25, 23:9, 32:4, 53:21, 87:7, 87:13, 110:2, 126:14, 137:21
STIPULATE [11] - 6:9, 11:19, 46:12, 46:15, 109:24, 112:1, 112:12, 114:12, 114:13, 117:18, 119:14
STIPULATED [3] - 24:8, 64:3, 70:20
STIPULATING [7] - 8:12, 8:14, 8:15, 8:19, 8:20, 80:11, 114:7
STIPULATION [40] - 6:13, 6:17, 6:20, 6:25, 75:2, 75:3, 75:16, 75:22, 75:24, 76:3, 76:9, 76:24, 77:21, 77:24, 78:3, 78:10, 79:13, 79:16, 79:20, 80:12, 80:16, 80:25, 81:2, 81:6, 81:7, 85:17, 111:3, 111:4, 111:7, 111:8, 111:14, 117:6, 118:5, 118:21, 118:25, 119:6, 119:11, 119:25
STIPULATIONS [9] - 6:1, 8:8, 74:3, 74:10, 74:17, 74:25, 80:4, 81:15, 119:23
STOP [2] - 61:16, 103:18

STORE [1] - 72:2
STORY [6] - 6:20, 77:25, 78:1, 78:2, 78:3
STORY'S [1] - 79:18
STRAIGHT [5] - 53:24, 61:11, 111:10, 111:22, 125:19
STRANGLE [4] - 50:16, 50:19, 66:21, 75:19
STRANGLED [10] - 14:21, 16:25, 51:8, 63:3, 63:7, 64:20, 67:7, 67:22, 94:21, 99:8
STRANGULATION [60] - 9:6, 9:10, 9:13, 9:17, 9:24, 10:10, 11:8, 11:9, 14:13, 16:4, 16:11, 16:15, 17:3, 17:6, 17:13, 18:20, 19:8, 19:9, 19:17, 21:1, 21:2, 49:10, 49:16, 51:2, 63:22, 63:25, 64:16, 66:24, 70:15, 70:16, 70:17, 85:13, 85:18, 94:13, 94:15, 94:18, 95:1, 95:7, 95:18, 95:23, 96:15, 96:19, 96:20, 96:24, 96:25, 97:6, 97:24, 98:4, 98:6, 99:7, 100:24, 101:4, 129:19, 129:25, 136:10
STRANGULATIONS [1] - 49:16
STROLLER [1] - 120:24
STRUGGLING [1] - 88:1
STUCK [1] - 57:11
STUDIES [1] - 48:4
STYLED [1] - 2:25
SUBJECT [8] - 113:22, 113:24, 116:7, 116:9
SUBMIT [1] - 133:3
SUBMITTED [3] - 93:23, 95:16, 121:24
SUBPOENA [6] - 101:24, 109:19, 110:6, 110:9, 110:12, 112:7
SUBPOENAED [3] - 24:6, 110:15, 112:4
SUBSTANCE [1] - 12:18
SUBSTANTIVE [1] -

46:19
SUFFER [1] - 117:9
SUFFERED [1] - 10:13
SUICIDE [1] - 48:9
SULPHUR [5] - 26:25, 27:9, 27:13, 102:19, 124:19
SUMMARIZE [1] - 12:18
SUMMARY [5] - 9:18, 40:4, 64:16, 76:15, 94:2
SUNDAY [4] - 28:18, 28:19, 29:21, 29:22
SUPERVISOR [1] - 78:4
SUPPLEMENTAL [4] - 113:5, 113:18, 114:8, 114:25
SUPPLY [1] - 119:25
SUPPORTING [1] - 68:9
SUPPOSE [2] - 37:15, 119:15
SUPPOSED [1] - 18:7
SUPREME [4] - 13:14, 14:1, 99:16, 134:19
SURRENDERED [2] - 81:12, 81:13
SURROUNDING [1] - 47:24
SUSAN [3] - 33:12, 33:13, 33:18
SUSTAIN [1] - 32:13
SUSTAINED [2] - 61:2, 77:20
SWEAR [3] - 25:2, 82:6, 102:4
SWERVING [1] - 121:7
SWORE [1] - 23:16
SWORN [1] - 73:6
SYSTEM [2] - 4:10, 47:23

**T**

T-A-T-U-M [1] - 36:10
TABLE [7] - 1:15, 16:15, 32:4, 43:19, 93:16, 102:22, 140:1
TALL [8] - 87:15, 89:14, 89:17, 90:5, 91:11, 91:15, 125:23, 125:25
TALLER [2] - 89:17, 90:15
TATUM [27] - 24:2, 24:3, 24:4, 24:5,

24:11, 24:18, 36:1, 36:3, 36:6, 36:8, 36:10, 36:11, 37:3, 38:9, 38:11, 40:15, 41:4, 41:6, 42:4, 42:6, 43:23, 140:7, 140:9, 140:11, 140:13
TAUGHT [1] - 47:17
TDCJ [1] - 1:8
TDCJ-CID [1] - 1:8
TEAR [8] - 53:17, 53:24, 54:1, 55:6, 57:1, 57:8, 66:2
TEARING [4] - 53:25, 55:5, 60:8, 70:2
TEARS [2] - 53:23, 55:6
TECHNICALLY [1] - 97:17
TECHNOLOGY [1] - 83:3
TEND [1] - 53:13
TENDENCIES [1] - 32:24
TERMS [4] - 80:25, 81:2, 135:13, 136:17
TEST [8] - 17:15, 87:4, 97:10, 97:13, 98:23, 126:21, 128:24, 137:4
TESTED [1] - 128:7
TESTIFICANDUM [2] - 138:20, 138:23
TESTIFIED [18] - 7:22, 7:24, 8:13, 8:16, 8:21, 9:10, 9:21, 10:20, 32:23, 33:20, 34:8, 34:10, 35:2, 41:25, 73:13, 89:12, 111:17, 114:8
TESTIFY [18] - 4:24, 9:18, 9:21, 10:1, 11:6, 12:3, 23:18, 24:11, 57:15, 57:25, 94:8, 99:25, 101:18, 109:23, 111:4, 111:10, 111:12, 112:7
TESTIFYING [4] - 24:8, 25:9, 25:17, 94:11
TESTIMONY [39] - 5:11, 6:13, 7:16, 7:20, 8:1, 8:16, 8:17, 8:19, 9:18, 9:23, 10:4, 12:19, 13:20, 16:22, 16:23, 25:2, 25:21, 31:23, 58:8, 63:7, 63:20, 76:15,

79:19, 79:21, 79:24, 82:6, 93:23, 94:2, 94:11, 98:1, 100:6, 102:4, 109:25, 111:10, 111:23, 114:7, 117:18, 118:1
**TESTS** [5] - 47:19, 48:17, 65:9, 126:16, 127:25
**TEXAS** [16] - 1:2, 1:8, 2:2, 2:14, 2:16, 3:1, 3:10, 27:4, 82:20, 83:2, 83:6, 83:16, 95:12, 102:19, 138:24, 139:21
**THALER** [2] - 3:1, 107:20
**THEMSELVES** [3] - 48:15, 65:22, 88:1
**THEORIES** [6] - 15:17, 16:11, 19:22, 20:4, 20:9, 136:2
**THEORY** [35] - 11:9, 14:9, 14:16, 14:19, 15:8, 16:1, 16:3, 17:2, 17:7, 18:4, 19:10, 19:11, 21:2, 94:12, 94:20, 95:3, 97:8, 98:3, 98:8, 98:12, 99:2, 100:1, 100:7, 100:9, 100:13, 100:17, 100:18, 100:22, 101:9, 135:14, 136:9, 137:11, 137:14, 137:17
**THEY'VE** [3] - 51:1, 81:25, 117:13
**THINKING** [1] - 20:19
**THINNEST** [1] - 52:20
**THIRD** [6] - 6:19, 10:11, 48:3, 53:16, 67:23, 77:24
**THREAT** [1] - 138:7
**THREE** [27] - 10:9, 16:11, 18:18, 18:23, 18:24, 19:4, 19:22, 20:9, 25:19, 45:14, 67:1, 85:1, 86:7, 86:9, 95:19, 97:18, 100:10, 101:3, 105:8, 105:14, 106:5, 106:11, 106:12, 122:1, 122:5, 132:14, 136:2
**THREE-PAGE** [3] - 105:8, 105:14, 106:5
**THREE-QUARTER** [2] - 86:7, 86:9
**THREE-QUARTERS**

[1] - 132:14
**THREW** [1] - 77:15
**THROUGHOUT** [4] - 4:18, 17:4, 97:25, 100:25
**THROW** [1] - 53:10
**THROWN** [1] - 88:2
**THURSDAY** [1] - 2:1
**TIGHT** [1] - 50:12
**TIMELINE** [4] - 80:13, 80:17, 80:22, 133:12
**TIMING** [2] - 6:23, 80:21
**TINA** [3] - 2:10, 3:8, 32:21
**TIP** [2] - 91:8, 91:9
**TIRE** [19] - 50:25, 52:6, 52:7, 53:16, 53:19, 53:21, 54:2, 54:6, 54:17, 55:2, 55:5, 56:8, 56:10, 56:12, 68:11, 68:12, 70:3, 70:5
**TIRES** [2] - 50:18, 53:25
**TISSUE** [1] - 60:4
**TO-WIT** [1] - 95:7
**TODAY** [8] - 3:19, 102:9, 117:6, 117:10, 133:20, 134:22, 136:18, 137:16
**TOGETHER** [1] - 27:24
**TOMORROW** [3] - 4:22, 4:23, 4:25
**TON** [7] - 86:7, 86:8, 86:9, 123:22, 124:17
**TONEY** [14] - 23:13, 23:20, 23:21, 73:7, 122:16, 122:17, 122:23, 123:1, 126:10, 126:13, 131:1, 141:7, 141:9, 141:11
**TOOK** [12] - 38:20, 39:6, 45:20, 77:1, 77:4, 84:18, 84:24, 120:8, 124:19, 125:1, 125:7, 128:10
**TOOLS** [1] - 72:2
**TOP** [3] - 51:17, 54:24, 96:14
**TORE** [1] - 56:12
**TORN** [5] - 51:20, 51:22, 52:13, 66:4
**TORSO** [2] - 91:16
**TOTAL** [4] - 17:15, 99:18, 100:3, 134:25
**TOTALITY** [1] - 136:5

**TOTALLY** [3] - 5:14, 59:15, 89:10
**TOUGH** [1] - 14:3
**TOWARDS** [8] - 29:3, 29:7, 29:8, 59:13, 71:15, 121:8, 124:7
**TOWN** [1] - 29:8
**TOXICOLOGY** [2] - 48:4, 48:21
**TRACK** [1] - 130:8
**TRAILER** [2] - 30:20, 84:21
**TRAINING** [7] - 45:17, 45:24, 82:23, 82:25, 83:7, 83:10, 83:11
**TRANSCRIPT** [8] - 1:11, 1:25, 76:18, 133:9, 133:14, 133:22, 134:1, 139:13
**TRANSCRIPTION** [1] - 1:25
**TRANSCRIPTS** [1] - 46:25
**TRANSECTED** [1] - 52:12
**TRAPPED** [2] - 59:14, 59:22
**TRAUMA** [1] - 54:5
**TRIAL** [79] - 7:15, 7:17, 7:22, 7:24, 9:9, 9:21, 11:23, 12:23, 13:6, 13:7, 13:11, 13:17, 14:5, 14:10, 14:16, 14:19, 15:10, 15:17, 15:20, 17:4, 17:20, 18:1, 18:5, 18:14, 20:1, 20:2, 20:25, 21:2, 21:21, 22:1, 31:20, 31:24, 33:14, 34:3, 46:25, 63:7, 63:20, 76:18, 79:19, 79:22, 79:24, 80:13, 85:7, 85:8, 85:12, 94:8, 94:18, 95:17, 97:20, 97:25, 98:12, 100:2, 100:7, 101:9, 109:25, 111:11, 111:22, 112:14, 134:23, 135:4, 135:12, 135:14, 135:22, 136:4, 136:13, 136:18, 136:24, 136:25, 137:2, 137:5, 137:11, 137:13, 137:15, 137:17
**TRIED** [16] - 31:5, 39:13, 41:20, 42:17,

42:19, 61:16, 88:5, 104:12, 105:19, 108:6, 113:24, 116:9, 127:17, 127:18, 127:21, 129:2
**TRIPPED** [1] - 49:2
**TROUBLE** [1] - 15:22
**TRUCK** [90] - 6:18, 10:19, 11:3, 11:10, 11:11, 11:16, 11:17, 11:24, 12:5, 14:17, 14:23, 14:25, 30:11, 35:3, 35:4, 54:21, 54:25, 56:15, 56:21, 56:23, 57:1, 57:9, 57:13, 59:12, 60:1, 61:2, 61:9, 61:11, 61:22, 65:9, 65:12, 65:16, 67:4, 67:10, 68:4, 68:21, 69:15, 71:9, 71:12, 71:15, 72:1, 72:3, 72:4, 72:6, 77:3, 77:9, 79:3, 79:8, 80:5, 85:22, 85:25, 86:2, 86:4, 86:5, 86:7, 86:11, 86:13, 86:16, 86:17, 86:19, 87:5, 89:5, 92:7, 92:16, 104:18, 105:18, 109:1, 113:23, 116:8, 121:4, 123:18, 123:21, 124:3, 124:5, 124:9, 124:13, 126:16, 126:17, 126:21, 127:25, 128:7, 128:10, 128:11, 128:14, 131:19, 131:20, 131:23, 131:24
**TRUE** [3] - 9:7, 32:25, 97:7
**TRUTH** [11] - 8:20, 25:3, 25:4, 82:7, 82:8, 102:5, 102:6, 131:9
**TRUTHFUL** [2] - 41:16, 131:9
**TRY** [5] - 4:8, 61:18, 77:17, 98:15, 104:18
**TRYING** [20] - 4:18, 4:23, 15:11, 21:15, 21:24, 33:21, 71:6, 79:17, 80:6, 89:24, 89:25, 90:23, 110:9, 115:11, 121:3, 121:5, 121:7, 126:23, 129:3,

131:18
**TUMBLE** [2] - 53:13, 68:6
**TUMBLING** [2] - 53:10, 53:11
**TURN** [5] - 21:14, 53:23, 58:17, 60:11, 98:16
**TURNED** [4] - 7:11, 56:10, 121:7, 125:19
**TURNING** [1] - 53:21
**TWICE** [1] - 3:18
**TWO** [30] - 10:10, 16:14, 18:22, 22:23, 22:24, 26:12, 45:25, 52:3, 52:10, 64:18, 67:1, 67:22, 75:3, 78:21, 83:10, 83:12, 89:9, 91:11, 91:14, 95:19, 103:2, 103:6, 103:11, 106:8, 115:17, 119:22, 127:22, 129:9, 133:15, 134:4
**TWO-PAGE** [1] - 129:9
**TWO-SIDED** [1] - 115:17
**TYPE** [8] - 51:24, 52:15, 52:16, 56:14, 56:21, 60:3, 65:21, 123:21
**TYPICAL** [4] - 49:16, 53:5, 55:2, 55:5
**TYPICALLY** [2] - 47:15, 53:8

## U

**U.S** [8] - 1:19, 2:2, 13:4, 13:5, 13:9, 99:15, 138:24, 139:19
**ULTIMATELY** [1] - 61:1
**UNABLE** [1] - 75:18
**UNAVAILABLE** [1] - 13:7
**UNCOMMON** [1] - 48:12
**UNCOMMONLY** [1] - 70:5
**UNCONSCIOUS** [1] - 11:24
**UNDER** [28] - 8:16, 22:17, 25:1, 25:18, 50:8, 54:20, 57:11, 59:14, 59:22, 64:12, 82:4, 88:18, 95:12,

97:15, 97:18, 98:23, 99:2, 99:11, 99:15, 100:7, 101:7, 101:23, 109:19, 112:6, 114:1, 134:24, 136:2, 136:6

**UNDERNEATH** [2] - 54:11, 57:12

**UNDERNEATH-THE-SEAT** [1] - 57:12

**UNDETERMINED** [1] - 48:9

**UNFORESEEN** [2] - 5:5, 5:14

**UNFORTUNATELY** [1] - 14:1

**UNITED** [1] - 1:1

**UNIVERSITY** [2] - 45:11, 83:2

**UNLESS** [4] - 32:9, 38:2, 101:6, 101:18

**UNUSUAL** [1] - 37:13

**UP** [39] - 4:6, 4:9, 8:8, 15:21, 21:21, 22:17, 22:19, 23:2, 27:5, 29:5, 30:7, 34:15, 35:1, 37:7, 37:15, 37:19, 44:9, 44:20, 47:24, 51:20, 55:12, 55:15, 57:6, 60:2, 62:15, 67:20, 71:5, 71:18, 71:21, 77:15, 82:9, 83:13, 92:5, 104:6, 119:9, 121:1, 130:12, 130:23, 132:2

**UPDATED** [1] - 4:19

**UPSET** [4] - 30:13, 30:14, 103:15, 103:16

**URGE** [1] - 93:25

**USEFUL** [1] - 5:20

**UTILITY** [11] - 69:15, 69:21, 71:8, 71:10, 72:1, 72:4, 72:10, 121:4, 123:22, 128:1, 128:4

---

**V**

**V-I-T-T-A-T-O-E** [1] - 7:21

**VALLEY** [1] - 2:8

**VALUE** [2] - 88:23, 91:21

**VANILLA** [1] - 65:20

**VARIABILITIES** [1] - 64:25

**VARIABLES** [7] -

---

61:20, 61:25, 62:1, 88:24, 90:1, 91:19, 91:23

**VARIOUS** [3] - 125:1, 125:7, 135:21

**VASTLY** [2] - 19:9, 19:18

**VEERING** [1] - 61:11

**VEHEMENTLY** [1] - 68:2

**VEHICLE** [19] - 31:2, 39:23, 40:23, 52:1, 53:6, 64:23, 69:17, 69:20, 72:9, 77:10, 80:7, 87:13, 99:6, 99:10, 113:24, 116:9, 119:21, 125:2

**VEHICLES** [1] - 31:6

**VERBAL** [2] - 38:22, 77:7

**VERDICT** [2] - 97:8, 97:19

**VERSUS** [9] - 3:1, 13:3, 13:4, 13:8, 65:8, 99:3, 134:20, 135:6, 137:19

**VERTICALLY** [1] - 71:18

**VESSEL** [2] - 50:24, 52:11

**VESSELS** [8] - 50:3, 50:8, 50:10, 50:12, 50:19, 51:2, 52:13, 60:8

**VIABLE** [1] - 11:9

**VICTIM** [13] - 6:17, 6:22, 16:24, 17:5, 27:19, 63:3, 65:15, 75:19, 77:2, 79:1, 80:5, 94:21, 119:21

**VICTIM'S** [1] - 84:21

**VICTIMS** [1] - 42:22

**VICTOR** [1] - 115:1

**VIDEOCONFERENCI NG** [1] - 5:11

**VIDEOTAPE** [1] - 131:12

**VIEWPOINT** [3] - 95:2, 136:3, 136:12

**VIGOROUSLY** [1] - 15:19

**VINCENT** [10] - 24:21, 45:1, 45:5, 62:5, 67:17, 69:11, 140:14, 140:16, 140:18, 140:20

**VIOLENCE** [2] - 95:7, 138:8

**VIOLENT** [9] - 27:15, 32:24, 32:25, 33:1,

---

33:3, 33:21, 34:16, 52:24

**VISIT** [1] - 118:11

**VITAE** [1] - 72:18

**VITTATOE** [2] - 7:21

**VOICE** [4] - 4:6, 4:9, 15:21, 57:6

**VOICES** [1] - 25:5

**VOLUME** [7] - 1:13, 111:20, 111:21, 111:23, 112:18, 112:21, 113:2

**VOLUMES** [3] - 46:25, 122:1, 122:6

**VOLUNTARILY** [6] - 10:18, 10:23, 11:2, 54:21, 61:2, 67:23

**VS** [1] - 1:7

---

**W**

**WAIT** [11] - 9:1, 16:6, 22:7, 23:2, 25:24, 71:1, 95:4, 107:9, 109:8, 115:11

**WALKED** [1] - 121:1

**WALKER** [1] - 7:25

**WALKING** [3] - 131:6

**WALTER** [3] - 6:20, 78:1, 78:2

**WANTS** [2] - 43:16, 46:15

**WAS..** [1] - 29:18

**WASHINGTON** [1] - 46:1

**WAVED** [1] - 81:11

**WEAKENS** [1] - 19:9

**WEEK** [3] - 28:17, 124:16, 134:1

**WEEKEND** [1] - 133:23

**WEEKS** [5] - 103:11, 106:8, 127:22, 134:2, 134:4

**WEIGHT** [2] - 90:2, 97:20

**WELCOME** [1] - 139:3

**WELL-GROUNDED** [1] - 138:8

**WHEEL** [5] - 52:23, 125:2, 125:17, 125:18, 128:3

**WHEELS** [1] - 125:19

**WHEREBY** [1] - 135:21

**WHICHEVER** [1] - 135:3

**WHITE** [4] - 50:8, 113:23, 116:8, 121:4

---

**WHITESIDE** [2] - 137:19, 138:11

**WHOLE** [10] - 18:3, 19:9, 25:4, 70:7, 82:8, 92:21, 97:20, 102:6, 106:20, 118:2

**WIDE** [4] - 65:12, 86:4, 86:6

**WIDE-BODIED** [1] - 86:4

**WIDER** [5] - 86:19, 86:22, 87:2, 128:8, 128:18

**WILLIAM** [5] - 6:15, 7:14, 75:25, 76:15, 77:25

**WILLING** [1] - 114:12

**WINDOW** [3] - 77:17, 125:9

**WINDOW-TO-WINDOW** [1] - 125:9

**WINGSPAN** [2] - 91:8, 92:1

**WIT** [1] - 95:7

**WITNESS** [82] - 5:19, 6:14, 6:19, 7:13, 11:21, 22:19, 23:1, 23:4, 23:6, 23:13, 23:22, 23:24, 24:2, 24:3, 24:7, 24:16, 24:19, 24:21, 26:3, 29:7, 33:23, 34:4, 35:13, 35:24, 35:25, 36:3, 43:15, 43:20, 43:24, 44:21, 44:22, 49:20, 49:23, 50:1, 50:4, 50:7, 50:14, 50:16, 58:10, 58:11, 58:14, 62:2, 62:11, 62:13, 70:20, 73:4, 73:6, 73:8, 73:12, 73:20, 76:10, 81:18, 82:9, 84:5, 90:12, 90:17, 90:19, 93:2, 93:11, 93:13, 93:19, 93:22, 102:7, 102:10, 107:11, 109:4, 109:13, 109:15, 112:4, 117:22, 118:6, 121:15, 122:15, 122:21, 126:9, 130:20, 132:8, 132:10, 132:14, 132:18, 132:20, 132:24

**WITNESSES** [39] - 3:24, 5:17, 5:18, 6:10, 7:19, 8:3, 8:4, 8:12, 16:9, 21:25,

---

22:11, 22:15, 22:16, 22:23, 23:14, 24:23, 25:19, 25:22, 25:23, 25:25, 26:9, 26:13, 42:22, 44:8, 44:12, 44:15, 57:15, 73:11, 73:15, 73:22, 74:18, 81:4, 81:23, 116:24, 117:2, 117:6, 117:21, 118:8

**WIVES** [3] - 33:6, 33:7, 34:7

**WONDERING** [1] - 70:21

**WORD** [3] - 3:25, 49:19, 136:16

**WORDED** [1] - 135:7

**WORDING** [1] - 129:22

**WORDS** [10] - 12:17, 14:12, 38:17, 65:3, 70:7, 71:14, 72:5, 94:24, 126:19, 138:2

**WORKS** [2] - 47:13, 47:20

**WORRY** [1] - 20:11

**WOULD..** [1] - 76:12

**WOUND** [7] - 46:2, 54:16, 54:17, 56:15, 56:21, 60:3, 127:14

**WOW** [1] - 133:24

**WRIT** [6] - 10:6, 121:20, 121:24, 122:2, 138:19, 138:22

**WRITING** [2] - 74:4, 133:4

**WRITTEN** [2] - 106:5, 119:22

**WROTE** [11] - 38:15, 38:16, 38:17, 39:8, 39:14, 40:5, 62:9, 62:16, 105:14, 105:17

---

**Y**

**YEAR** [16] - 30:2, 31:8, 36:15, 36:20, 39:2, 45:13, 45:17, 46:2, 46:3, 76:2, 103:11, 120:23, 121:1, 123:24, 124:21, 124:23

**YEARS** [11] - 27:2, 27:10, 41:22, 45:14, 45:25, 83:10, 83:12, 83:17, 84:25, 123:5, 129:23

**YELLING** [3] - 120:14,
  120:21, 121:2
**YORK** [3] - 45:11,
  45:12, 45:16
**YOU-ALL** [1] - 95:14
**YOUNG** [3] - 27:14,
  49:8, 127:6
**YOUNGER** [1] - 7:25
**YOURSELF** [1] -
  34:21