IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DANIEL CLATE ACKER,                    §
                                       §
            Petitioner,                §
                                       §
v.                                     §            CIVIL ACTION NO. 4:06-cv-469
                                       §
DIRECTOR, TDCJ-CID,                    §
                                       §
            Respondent.                §

O R D E R

Before the court is Petitioner's post-petition motion for leave to conduct discovery
(docket entry #73).  Rule 6(a) of the Rules Governing Section 2254 Cases provides that a "judge
may, for good cause shown, authorize a party to conduct discovery."  On the other hand, in
determining whether the motion should be granted, the court must consider the Antiterrorism and
Effective Death Penalty Act ("AEDPA").  Under AEDPA, a court's review under 28 U.S.C.
"§ 2254(d)(1) is limited to the record that was before the state court that adjudicated the claim on
the merits."  *Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011).  At this juncture, the court does
not see any justification for expanding the record via discovery.  It is therefore

**ORDERED** that Petitioner's post-petition motion for leave to conduct discovery
(docket entry #73) is **DENIED**, subject to reconsideration should the court decide discovery is appropriate.

Also before the Court are Petitioner's unopposed motions for a ruling (docket entry
nos. 86 and 87).  A ruling will be issued as soon as the court's schedule permits.  It is therefore

**ORDERED** that Petitioner's unopposed motions for a ruling (docket entry nos. 86
and 87) are **GRANTED** and a ruling will be issued as soon as the court's schedule permits.  The
undersigned judge recently assumed senior status, enabling this judge to finally reduce his courtroom
hours and turn the court's attention to long-pending matters such as this habeas action.

**SIGNED this the 7th day of August, 2015.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE